This report is required under Section 705 of the Defense Production Act of 1950, as amended.

FORM BDSAF-771
(5-10-67)

*BUDGET BUREAU NO. 41-R2403*
*APPROVAL EXPIRES JUNE 30, 1970*

**U.S. DEPARTMENT OF COMMERCE**
**BUSINESS AND DEFENSE SERVICES ADMINISTRATION**

**INTERMEDIATES AND DEFOLIANTS**

**CAPACITY, PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS**

1. Name and address of company *(Principal office) (Street, City, State and Zip code) (If name and address has changed please show below)*

*MONSANTO COMPANY*
*800 N. LINDBERGH BLVD.*
*ST. LOUIS, MO.*

Return to: U.S. Department of Commerce
Washington, D.C. 20230
Attention: Business and Defense Services Administration
Chemicals and Allied Products Division - 544

2. Month and year reported

*DECEMBER 1968*

3. Plant name

*NITRO*

4. Plant location *(See Instructions)*

*NW OF NITRO ON VISCOSE ROAD IN PUTNAM COUNTY, STATE OF WEST VIRGINIA*

## INSTRUCTIONS

**Mailing** - Prepare and return one copy of this report to the Business and Defense Services Administration, U.S. Department of Commerce, Washington, D.C. 20230, no later than the 10th of the month following the report month. A separate complete report must be filed for each establishment of your company which in the previous month produced one or more of the items listed in Column (a) of Sections I or II or is scheduled to produce one or more of these items in the future.

**File Copy** - In addition to the original report form to be returned to us, there is enclosed a file copy for your records. You are not legally required to fill out or retain this file copy. While it would be a conveniece to the Government for a file copy to be made and retained for reference purposes, no assurances can be provided that file copies are exempt from compulsory examination or production pursuant to legal process.

**Plant Location** - In reporting plant location, give the street address, names of the boundary streets between which the plant lies, city, county and state. If the plant does not have a street address, the location may be specified as distance and direction from a town on a State or Federal Highway. For example, the plant location could be reported as 1281 Bradley Street, between Oak Street and Meadow Avenue, Universal City, Wilford County, Maryland, or on State Route 29, 2.4 miles Southwest of Clearbrook, Maynard County, Delaware.

**Estimates** - If exact data are not available for any item, carefully prepared estimates are acceptable.

**Sections I and II - CAPACITY** - Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section I. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section II. Report in Column (c) your monthly capacity as of the last day of the month covered in this report, under the following conditions and assumptions:

1. Assume your current product mix.
2. Assume the plant operates on its current work schedule.
3. Take into account the use of only those building facilities and machinery which are in place including useable equipment idle as of the last day of the month covered.
4. Assume the availability of adequate labor force, production materials, utilities, etc.
5. Take into account machinery downtime required for maintenance and repairs needed to sustain peak

Companies are not required to complete line 6, Section II, Alternate to "Orange," until the military specification for this formulation is approved in final form, at which time it will be forwarded by BDSA to all companies required to complete this report.

**Section III - ADDITIONAL CAPACITY UNDER CONSTRUCTION OR AUTHORIZED** - This section is to be completed by companies making expansions either in existing or other facilities. If construction of additional capacity has begun or is authorized at a location at which no capacity currently exists for producing the subject products, a separate report should be completed on that location. Assume the product mix which the plant is scheduled to have when completed. For line 4, Section III, Alternate to "Orange," see instruction on this item under Capacity. Though you have reported specific "additional capacity" in a given month, continue to report that "additional capacity" (column c) in succeeding months and supply a revised "approximate completion date" (column d), until the expansion is complete. BDSA must be kept informed of the latest estimated date of completion for every item of "additional capacity" initially reported.

**Sections IV, V and VI - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS** - For Section IV, see instruction at the beginning of the table. Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section V. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section VI. Production for the purpose of this report is the sum of the quantities produced and consumed in the same plant; produced and transferred to other plants of your company; produced and sold to other companies; and produced and held in stock. On 2,4-D and 2,4,5-T acid, for which the Tariff Commission requires monthly production, include the same data in this report as that furnished the other Agency.

Non-military shipments should include transfers made within the company, except for material transferred from one point to another to be incorporated into military defoliants.

002100

**Section VII - SHIPMENTS TO THE DEPARTMENT OF DEFENSE** - List the date and quantity of each shipment of defoliants to the Department of Defense. Only the total amount of 2,4-D, 2,4,5-T and picloram included in military defoliants shipped in the month is

EXHIBIT 15

ALN 01002310

| | Item No. | | Unit | | | |
|---|---|---|---|---|---|---|
| 6 | Trichlorophenol, technical grade [3] | lbs. | | | | |
| 7 | Trichlorophenol [4] | lbs. | | | | |
| 8 | Picloram | lbs. | | | | |
| 9 | Tordon 101 ℗ [5] | gals. | | | | |

**Section IV - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - INTERMEDIATES (lbs.).** This section is to be completed by basic producers of tetrachlorobenzene, 2,4,5-T and 2,4,5-T esters and salts. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. (See last page for footnotes).

| Item No. | Item (a) | Production (b) | Receipts | | Consumption | | Shipments [8] | | End of month stocks (i) |
|---|---|---|---|---|---|---|---|---|---|
| | | | Domestic sources (c) | Foreign sources (d) | "Orange" (e) | Other products (f) | To military [9] defoliant producers (g) | To others (h) | |
| 1 | TCB | | 450,940 | | 560,985 | | | | 241,047 |
| 2 | TCP, [3] tech. | | | | | | | | |
| 3 | TCP [4] | | | | | | | | |

**Section V - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid (2) "Orange", (3) picloram, and (4) Tordon 101 ℗. (See last page for footnotes).

| Item No. | Item (a) | Unit (b) | Production (c) | Receipts | | Non-military shipments [8] | | End of month stocks (h) |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources (d) | Foreign sources (e) | Domestic (f) | Exports (g) | |
| 1 | 2,4-D | lbs. [6] | | | | | | |
| 2 | 2,4,5-T | lbs. [6] | 557,220 | | | | | 326,090 |
| 3 | "Orange" [1] | gals. | | | | | | |
| 4 | Picloram | lbs. | | 10 | 10 | 10 | 10 | 10 |
| 5 | Tordon 101 ℗ | gals. | | | | | | |

**Section VI - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid and 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid, (2) "Orange" and (3) Alternate to "Orange" made from these esters. (See last page for footnotes).

| Item No. | Item (a) | Unit (b) | Production (c) | Receipts | | Non-military shipments [8] | | End of month stocks (h) |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources (d) | Foreign sources (e) | Domestic (f) | Exports (g) | |
| 1 | 2,4-D, dimethylamine salt | lbs. [6] | | | | | | |
| 2 | 2,4-D, butyl ester | lbs. [6] | | | | | | |
| 3 | 2,4-D, iso-octyl ester | lbs. [6] | | | | | | |
| 4 | 2,4,5-T, butyl ester | lbs. [6] | | | | | | |
| 5 | 2,4,5-T, iso-octyl ester | lbs. [6] | | | | | | |
| | Other salts or esters (Identify): | | | | | | | |

002101

ALN 01002311

| Total | | *NONE* | | Total | | *NONE* |

| 2 | Technical material contained in total quantity of above material shipped to DoD. | | 4 | Technical material contained in total quantity of above material shipped to DoD. | |
|---|---|---|---|---|---|
| | Item (a) | Quantity (lbs.[6]) (b) | | Item (a) | Quantity (lbs.[6]) (b) |
| | 2,4-D | | | 2,4-D | |
| | 2,4,5-T | | | Picloram | |

## Section VIII - WORK SCHEDULE

| | Hours per shift | Shifts per day | Days per week |
|---|---|---|---|
| a. Work schedule for previous month | 8 | 3 | 7 |
| b. Anticipated work schedule required for maximum production | 8 | 3 | 7 |

**Footnotes:**

[1]"Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and 2,4,5-T.

[2]Based on capacity to produce 2,4,5-T component and regardless of availability of 2,4-D component.

[3]Trichlorophenol, technical grade - designation assigned to TCP used in production of 2,4,5-T, 2,4,5-T esters and salts, "Orange," or Alternate to "Orange". It can also be used to produce other products.

[4]Trichlorophenol - Used to denote a higher grade material than that designated trichlorophenol, technical grade.

[5]Based on capacity to produce picloram.

[6]Acid equivalent.

[7]Alternate to "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and iso-octyl ester of 2,4,5-T.

[8]Include transfers within the company, except material transferred to another location to be incorporated into military defoliants.

[9]Shipments on rated orders to producers of military defoliants.

[10]Include picloram in any form except in Tordon 101 ⓡ, which is to be included in items 5 (d), 5 (e), 5 (f), 5 (g), and 5 (h), Section V.

[11]On rated orders.

## Section IX - REMARKS *(Attach additional sheets if necessary.)*

NOTE SECTION IV :

TCB :

BEG. INVT.                  351,092

RECEIVED     458,940

LESS HEELS     8,000

NET RECEIVED          450,940

TOTAL TO ACCT. FOR      802,032

LESS USAGE              560,985

ENDING INVT.            241,047

NOTE SECTION V :

2,4,5-T :

BEG. INVT.              160,300

NET PRODUCTION          557,220

TOTAL TO ACCT. FOR      717,520

LESS SHIPMENTS          391,430

ENDING INVT.            326,090

4830 LBS OF MATERIAL WAS SHIPPED TO CONSOLIDATED CHEMICAL CO. IN BELLE GLADE, FLORIDA. THE REMAINDER WAS SHIPPED TO MONSANTO'S W.G. KRUMMRICH PLANT AT SAUGET, ILL. FOR PROCESSING INTO ORANGE BAND.

002102

ALN 01002312

This report is required under Section 705 of the Defense Production Act of 1950, as amended.

BUDGET BUREAU NO. 41-R2407
APPROVAL EXPIRES JUNE 30, 1970

FORM BDSAF-771
(8-10-67)

**U.S. DEPARTMENT OF COMMERCE**
BUSINESS AND DEFENSE SERVICES ADMINISTRATION

**INTERMEDIATES AND DEFOLIANTS**

CAPACITY, PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS

Return to: U.S. Department of Commerce
Washington, D.C. 20230
Attention: Business and Defense Services Administration
Chemicals and Allied Products Division - 544

1. Name and address of company (Principal offices) (Street, City, State and Zip code) (If name and address has changed please show below)

MONSANTO COMPANY
800 N. LINDBERGH BLVD.
ST. LOUIS, MO.

2. Month and year reported

NOVEMBER 1968

3. Plant name

NITRO

4. Plant location (See Instructions)

NW OF NITRO ON VISCOSE ROAD IN PUTNAM COUNTY, STATE OF WEST VIRGINIA

## INSTRUCTIONS

Mailing - Prepare and return one copy of this report to the Business and Defense Services Administration, U.S. Department of Commerce, Washington, D.C. 20230, no later than the 10th of the month following the report month. A separate complete report must be filed for each establishment of your company which in the previous month produced one or more of the items listed in Column (a) of Sections I or II or is scheduled to produce one or more of these items in the future.

File Copy - In addition to the original report form to be returned to us, there is enclosed a file copy for your records. You are not legally required to fill out or retain this file copy. While it would be a convenience to the Government (or a file copy to be made and retained for reference purposes, no assurances can be provided that file copies are exempt from compulsory examination or production pursuant to legal process.

Plant Location - In reporting plant location, give the street address, names of the boundary streets between which the plant lies, city, county and state. If the plant does not have a street address, the location may be specified as distance and direction from a town on a State or Federal Highway. For example, the plant location could be reported as 1261 Bradley Street, between Oak Street and Meadow Avenue, Universal City, Wilford County, Maryland, or on State Route 29, 2.4 miles Southwest of Clearbrook, Maynard County, Delaware.

Estimates - If exact data are not available for any item, carefully prepared estimates are acceptable.

Sections I and II - CAPACITY - Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section I. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section II. Report in Column (c) your monthly capacity as of the last day of the month covered in this report, under the following conditions and assumptions:

1. Assume your current product mix.
2. Assume the plant operates on its current work schedule.
3. Take into account the use of only those building facilities and machinery which are in place including useable equipment idle as of the last day of the month covered.
4. Assume the availability of adequate labor force, production materials, utilities, etc.
5. Take into account machinery downtime required for maintenance and repairs needed to sustain peak operations.

Companies are not required to complete line 6, Section I, Alternate to "Orange," until the military specification for this formulation is approved in final form, at which time it will be forwarded by BDSA to all companies required to complete this report.

Section III - ADDITIONAL CAPACITY UNDER CONSTRUCTION OR AUTHORIZED - This section is to be completed by companies making expansions either in existing or other facilities. If construction of additional capacity has begun or is authorized at a location at which no capacity currently exists for producing the subject products, a separate report should be completed on that location. Assume the product mix which the plant is scheduled to have when completed. For line 4, Section III, Alternate to "Orange," see instruction on this item under Capacity. Though you have reported specific "additional capacity" in a given month, continue to report that "additional capacity" (column c) in succeeding months and supply a revised "approximate completion date" (column d), until the expansion is complete. BDSA must be kept informed of the latest estimated date of completion for every item of "additional capacity" initially reported.

Sections IV, V and VI - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - For Section IV, see instruction at the beginning of the table. Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section V. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section VI. Production for the purpose of this report is the sum of the quantities produced and consumed in the same plant; produced and transferred to other plants of your company; produced and sold to other companies; and produced and held in stock. On 2,4-D and 2,4,5-T acid, for which the Tariff Commission requires monthly production, include the same data in this report as that furnished the other Agency.

Non-military shipments should include transfers made within the company, except for material transferred from one point to another to be incorporated into military defoliants.

Section VII - SHIPMENTS TO THE DEPARTMENT OF DEFENSE - List the date and quantity of each shipment of defoliants to the Department of Defense. Only the total amount of 2,4-D, 2,4,5-T and picloram included in military defoliants shipped in the month is required.

Name of person who should be contacted if questions arise regarding this report

E. A. CUTRIGHT

Telephone No. and Area code

(304) 755 - 3341

Certification - The undersigned company and the official executing this certification in its behalf hereby certify that the information contained in this report is correct and complete to the best of their knowledge and belief.

Name of company

MONSANTO COMPANY

Signature of authorized official

Address of company

800 N. LINDBERGH BLVD.
ST. LOUIS, MO.

Title

Date

The U.S. Code, Title 18 (Crimes and Criminal Procedure), Section 1001, makes it a criminal offense to make a willfully false statement to any department or agency of the United States as to any matter within its jurisdiction. The individual company information reported on this form is for use in defense mobilization activities. The unauthorized publication or disclosure of individual company information by Government personnel is prohibited by law, and such personnel having access thereto are subject to fine and imprisonment for unauthorized disclosure.

Please complete form before signing certification

USCOMM-DC 33370-P67

ALN 01002313

**Section I - CAPACITY - INTERMEDIATES AND DEFOLIANTS** - This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid, (2) "Orange," (3) tetrachlorobenzene, (4) trichlorophenol, (5) picloram, and (6) Tordon 101®. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. ☑

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid | lbs. | |
| 2 | 2,4,5-Trichlorophenoxy acetic acid | lbs. | |
| 3 | "Orange" [1] [2] | gals. | |
| 4 | Tetrachlorobenzene | lbs. | |
| 5 | Trichlorophenol, technical grade [3] | lbs. | |
| 6 | Trichlorophenol [4] | lbs. | |
| 7 | Picloram | lbs. | |
| 8 | Tordon 101 ® [5] | gals. | |

9. Is same equipment used to produce "trichlorophenol, technical grade," and "trichlorophenol" except for additional processing required on the higher grade material.     ☐ Yes   ☐ No

**Section II - CAPACITY - DEFOLIANTS** - This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid, or monochloroacetic acid, and/or 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, acetic acid, or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid and (2) "Orange" or Alternate to "Orange." (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. ☐

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid, salts | lbs. [6] | |
| 2 | 2,4-Dichlorophenoxy acetic acid, esters | lbs. [6] | |
| 3 | 2,4,5-Trichlorophenoxy acetic acid, salts | lbs. [6] | |
| 4 | 2,4,5-Trichlorophenoxy acetic acid, esters | lbs. [6] | |
| 5 | "Orange" [1] [2] | gals. | |
| 6 | Alternate to "Orange" [2] [7] | gals. | |

7. Is the same equipment used to produce esters of 2,4-D and 2,4,5-T?     ☐ Yes   ☐ No

8. Is there any limitation on the type of esters which the equipment can produce?     ☐ Yes   ☐ No
   If response is "Yes," provide explanation.

**Section III - ADDITIONAL CAPACITY, UNDER CONSTRUCTION OR AUTHORIZED - INTERMEDIATES AND DEFOLIANTS** (See last page for footnotes.)

| Item No. | Item (a) | Unit (b) | Additional capacity (c) | Approximate completion date (d) |
|---|---|---|---|---|
| 1 | 2,4-D | lbs. [6] | | |
| 2 | 2,4,5-T | lbs. [6] | *NONE* | |
| 3 | "Orange" [1] [2] | gals. | | |
| 4 | Alternate to "Orange" [2] [7] | gals. | | |

002104

ALN 01002314

| | | | | | |
|---|---|---|---|---|---|
| 5 | Tetrachlorobenzene | lbs. | | | |
| 6 | Trichlorophenol, technical grade [3] | lbs. | | | |
| 7 | Trichlorophenol [4] | lbs. | | | |
| 8 | Picloram | lbs. | | | |
| 9 | Tordon 101 ® [5] | gals. | | | |

**Section IV - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - INTERMEDIATES (lbs.).** This section is to be completed by basic producers of tetrachlorobenzene, 2,4,5-T and 2,4,5-T esters and salts. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. (*See last page for footnotes*).

| Item No. | Item | Production | Receipts | | Consumption | | Shipments[8] | | End of month stocks |
|---|---|---|---|---|---|---|---|---|---|
| | | | Domestic sources | Foreign sources | "Orange" | Other products | To military[9] defoliant producers | To others | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) |
| 1 | TCB | 535,580 | | 613,260 | · | | | | 351,092 |
| 2 | TCP, [3] tech. | | | | | | | | |
| 3 | TCP [4] | | | | | | | | |

**Section V - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid (2) "Orange", (3) picloram, and (4) Tordon 101 ® . (*See last page for footnotes*).

| Item No. | Item | Unit | Production | Receipts | | Non-military shipments[8] | | End of month stocks |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources | Foreign sources | Domestic | Exports | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) |
| 1 | 2,4-D | lbs. [6] | | | | | | |
| 2 | 2,4,5-T | lbs. [6] | 582,870 | | · | | · | 160,300 |
| 3 | "Orange" [1] | gals. | | | | | | |
| 4 | Picloram ® | lbs. | | 10 | 10 | 10 | 10 | 10 · |
| 5 | Tordon 101 ® | gals. | | | | | | |

**Section VI - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid and 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid, (2) "Orange" and (3) Alternate to "Orange" made from these esters. (*See last page for footnotes*).

| Item No. | Item | Unit | Production | Receipts | | Non-military shipments[8] | | End of month stocks |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources | Foreign sources | Domestic | Exports | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) |
| 1 | 2,4-D, dimethylamine salt | lbs. [6] | | | | | | |
| 2 | 2,4-D, butyl ester | lbs. [6] | | | | | | |
| 3 | 2,4-D, iso-octyl ester | lbs. [6] | | | | | | |
| 4 | 2,4,5-T, butyl ester | lbs. [6] | | | | | | |
| 5 | 2,4,5-T, iso-octyl ester | lbs. [6] | | | | | | |
| | Other salts or esters (*Identify*): | | | | | | | |
| 6 | | lbs. [6] | | | | | | |
| 7 | | lbs. [6] | | | | | | |
| 8 | | lbs. [6] | | | | | | |
| 9 | | lbs. [6] | | | | | | |
| 10 | "Orange" [1] | gals. | | | | | 002105 | |
| 11 | Alternate to "Orange" [7] | gals. | | | | | | |

Please continue on inverse

USCOMM-DC 33370-P67

ALN 01002315

**Section VII - SHIPMENTS TO DEPARTMENT OF DEFENSE - DEFOLIANTS[11] (See below for footnotes; attach additional sheets if necessary.)**

| Item No. (a) | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) | Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) |
|---|---|---|---|---|---|---|---|
| 1 | "Orange"[1] or Alternate to "Orange"[7] | | | 3 | Tordon 101 ® | | |
| | Total | | NONE | | Total | | NONE |

| 2 | Technical material contained in total quantity of above material shipped to DoD. | | 4 | Technical material contained in total quantity of above material shipped to DoD. | |
|---|---|---|---|---|---|
| | Item (a) | Quantity (lbs.[6]) (b) | | Item (a) | Quantity (lbs.[6]) (b) |
| | 2,4-D | | | 2,4-D | |
| | 2,4,5-T | | | Picloram | |

**Section VIII - WORK SCHEDULE**

| | Hours per shift | Shifts per day | Days per week |
|---|---|---|---|
| a. Work schedule for previous month | 8 | 3 | 7 |
| b. Anticipated work schedule required for maximum production | 8 | 3 | 7 |

Footnotes:
[1] "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and 2,4,5-T.
[2] Rated on capacity to produce 2,4,5-T component and regardless of availability of 2,4-D component.
[3] Trichlorophenol, technical grade - designation assigned to TCP used in production of 2,4,5-T, 2,4,5-T esters and salts, "Orange," or Alternate to "Orange". It can also be used to produce other products.
[4] Trichlorophenol - Used to denote a higher grade material than that designated trichlorophenol, technical grade.
[5] Based on capacity to produce picloram.
[6] Or its equivalent.
[7] Alternate to "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and iso-octyl ester of 2,4,5-T.
[8] Include transfers within the company, except material transferred to another location to be incorporated into military defoliants.
[9] Shipments on rated orders to producers of military defoliants.
[10] Include picloram in any form except in Tordon 101 ®, which is to be included in items 5 (d), 5 (e), 5 (f), 5 (g), and 5 (h), Section X.
[11] On rated orders.

**Section IX - REMARKS (Attach additional sheets if necessary.)**

NOTE SECTION IV
TCB :
BEG INVT.                        428,772
RECEIVED         544,080
LESS HEELS        8500
NET RECEIVED                     535,580
TOTAL TO ACCT. FOR   464,352
LESS USAGE            613,260
ENDING INVT..        351,072

NOTE SECTION V
2,4,5-T :
BEG. INVT.            140,170
NET PRODUCTION        582,870
TOTAL TO ACCT. FOR    723,040
LESS SHIPMENTS        562,740
ENDING INVT.          160,300

ALL MATERIAL SHIPPED IN NOVEMBER WENT TO 002106
MONSANTO'S W. G. KRUMMRICH PLANT AT SAUGET, ILL.
FOR PROCESSING INTO ORANGE BAND

FORM DDSA 1-771 (8-1-67)          Please complete certification on face of form          USCOMM-DC 33870-P67

ALN 01002316

This report is required under Section 705 of the Defense Production Act of 1950, as amended.

| | BUDGET BUREAU NO. 41-R2402<br>APPROVAL EXPIRES JUNE 30, 1970 |
|---|---|

**FORM BDSAF-771**
(8-10-67)

**U.S. DEPARTMENT OF COMMERCE**
**BUSINESS AND DEFENSE SERVICES ADMINISTRATION**

**INTERMEDIATES AND DEFOLIANTS**

CAPACITY, PRODUCTION, RECEIPTS, CONSUMPTION,
SHIPMENTS AND STOCKS

Return to: U.S. Department of Commerce
Washington, D.C. 20230
Attention: Business and Defense Services Administration
Chemicals and Allied Products Division - 544

**1. Name and address of company** (Principal office) (Street, City, State and Zip code) (If name and address has changed please show below)

MONSANTO COMPANY
800 N. LINDBERGH BLVD.
ST. LOUIS, MO.

**2. Month and year reported**

OCTOBER 1968

**3. Plant name**

NITRO

**4. Plant location** (See Instructions)

NW OF NITRO ON VISCOSE ROAD IN PUTNAM COUNTY STATE OF WEST VIRGINIA

## INSTRUCTIONS

**Mailing** - Prepare and return one copy of this report to the Business and Defense Services Administration, U.S. Department of Commerce, Washington, D.C. 20230, no later than the 10th of the month following the report month. A separate complete report must be filed for each establishment of your company which in the previous month produced one or more of the items listed in Column (a) of Sections I or II or is scheduled to produce one or more of these items in the future.

**File Copy** - In addition to the original report form to be returned to us, there is enclosed a file copy for your records. You are not legally required to fill out or retain this file copy. While it would be a convenience to the Government for a file copy to be made and retained for reference purposes, no assurances can be provided that file copies are exempt from compulsory examination or production pursuant to legal process.

**Plant Location** - In reporting plant location, give the street address, names of the boundary streets between which the plant lies, city, county and state. If the plant does not have a street address, the location may be specified as distance and direction from a town on a State or Federal Highway. For example, the plant location could be reported as 1251 Bradley Street, between Oak Street and Meadow Avenue, Universal City, Wilford County, Maryland, or on State Route 29, 2.4 miles Southwest of Clearbrook, Maynard County, Delaware.

**Estimates** - If exact data are not available for any item, carefully prepared estimates are acceptable.

**Sections I and II - CAPACITY** - Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section II. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section II. Report in Column (c) your monthly capacity as of the last day of the month covered in this report, under the following conditions and assumptions:

1. Assume your current product mix.
2. Assume the plant operates on its current work schedule.
3. Take into account the use of only those building facilities and machinery which are in place including useable equipment idle as of the last day of the month covered.
4. Assume the availability of adequate labor force, production materials, utilities, etc.
5. Take into account machinery downtime required for maintenance and repairs needed to sustain peak operations.

Companies are not required to complete line 6, Section II, Alternate to "Orange," until the military specification for this formulation is approved in final form, at which time it will be forwarded by BDSA to all companies required to complete this report.

**Section III - ADDITIONAL CAPACITY UNDER CONSTRUCTION OR AUTHORIZED** - This section is to be completed by companies making expansions either in existing or other facilities. If construction of additional capacity has begun or is authorized at a location at which your capacity currently exists for producing the subject products, a separate report should be completed on that location. Assume the product mix which the plant is scheduled to have when completed. For line 4, Section III, Alternate to "Orange," see instruction on this item under Capacity. Though you have reported specific "additional capacity" in a given month, continue to report that "additional capacity" (column c) in succeeding months and supply a revised "approximate completion date" (column d), until the expansion is complete. BDSA must be kept informed of the latest estimated date of completion for every item of "additional capacity" initially reported.

**Sections IV, V and VI - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS** - For Section IV, see instruction at the beginning of the table. Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section V. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section VI. Production for the purpose of this report is the sum of the quantities produced and consumed in the same plant; produced and transferred to other plants of your company; produced and sold to other companies; and produced and held in stock. On 2,4-D and 2,4,5-T acid, for which the Tariff Commission requires monthly production, include the same data in this report as that furnished the other Agency.

Non-military shipments should include transfers made within the company, except for material transferred from one point to another to be incorporated into military defoliants.

**Section VII - SHIPMENTS TO THE DEPARTMENT OF DEFENSE** - List the date and quantity of each shipment of defoliants to the Department of Defense. Only the total amount of 2,4-D, 2,4,5-T and picloram included in military defoliants shipped in the month is required.

**Name of person who should be contacted if questions arise regarding this report**

E. A. CUTRIGHT

**Telephone and Area code**

(304) 755-3341

**Certification** - The undersigned company and the official executing this certification in its behalf hereby certify that the information contained in this report is correct and complete to the best of their knowledge and belief.

| Name of company | Signature of authorized official |
|---|---|
| MONSANTO COMPANY | |

| Address of company | Title | Date |
|---|---|---|
| N. LINDBERGH BLVD<br>ST LOUIS MO | | |

The U.S. Code, Title 18 (Crimes and Criminal Procedure), Section 1001, makes it a criminal offense to make a willfully false statement or representation to any department or agency of the United States as to any matter within its jurisdiction. The individual company information reported on this form is for use in defense mobilization activities. The unauthorized publication or disclosure of individual company information to other Government personnel is prohibited by law, and such personnel having access thereto are subject to fine and imprisonment for unauthorized disclosure.

Please complete form before signing certification

USCOMM-DC 33370-P67

Section I - CAPACITY - INTERMEDIATES -- DEFOLIANTS - This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid, (2) "Orange," (3) tetrachlorobenzene, (4) trichlorophenol, (5) picloram, and (6) Tordon 101(R). Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. ☑

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid | lbs. | |
| 2 | 2,4,5-Trichlorophenoxy acetic acid | lbs. | |
| 3 | "Orange" [1] [2] | gals. | |
| 4 | Tetrachlorobenzene | lbs. | |
| 5 | Trichlorophenol, technical grade[3] | lbs. | |
| 6 | Trichlorophenol[4] | lbs. | |
| 7 | Picloram | lbs. | |
| 8 | Tordon 101 (R) [5] | gals. | |

9. Is same equipment used to produce "trichlorophenol, technical grade," and "trichlorophenol" except for additional processing required on the higher grade material.   ☐ Yes   ☐ No

Section II - CAPACITY - DEFOLIANTS - This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid, or monochloroacetic acid and/or 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, acetic acid, or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid and (2) "Orange" or Alternate to "Orange." (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. ☐

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid, salts | lbs. [6] | |
| 2 | 2,4-Dichlorophenoxy acetic acid, esters | lbs. | |
| 3 | 2,4,5-Trichlorophenoxy acetic acid, salts | lbs. [6] | |
| 4 | 2,4,5-Trichlorophenoxy acetic acid, esters | lbs. [6] | |
| 5 | "Orange" [1] [2] | gals. | |
| 6 | Alternate to "Orange" [2] [7] | gals. | |

7. Is the same equipment used to produce esters of 2,4-D and 2,4,5-T?   ☐ Yes   ☐ No

8. Is there any limitation on the type of esters which the equipment can produce?   ☐ Yes   ☐ No
   If response is "Yes," provide explanation.

Section III - ADDITIONAL CAPACITY, UNDER CONSTRUCTION OR AUTHORIZED - INTERMEDIATES AND DEFOLIANTS
(See last page for footnotes.)

| Item No. | Item (a) | Unit (b) | Additional capacity (c) | Approximate completion date (d) |
|---|---|---|---|---|
| 1 | 2, 4-D | lbs. [6] | | 002108 |
| 2 | 2,4,5-T | lbs. [6] | NONE | |
| 3 | "Orange" [1] [2] | gals. | | |
| 4 | Alternate to "Orange" [2] [7] | gals. | | |

ALN 01002318

| | | | | | |
|---|---|---|---|---|---|
| 6 | Trichlorophenol, technical grade [3] | lbs. | — | — | |
| 7 | Trichlorophenol [4] | lbs. | — | — | |
| 8 | Picloram | lbs. | — | — | |
| 9 | Tordon 101 (R) [5] | gals. | — | — | |

**Section IV - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - INTERMEDIATES (lbs.).** This section is to be completed by basic producers of tetrachlorobenzene, 2,4,5-T and 2,4,5-T esters and salts. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. (See last page for footnotes).

| Item No. | Item (a) | Production (b) | Receipts | | Consumption | | Shipments[#] | | End of month stocks (i) |
|---|---|---|---|---|---|---|---|---|---|
| | | | Domestic sources (c) | Foreign sources (d) | "Orange" (e) | Other products (f) | To military[9] defoliant producers (g) | To others (h) | |
| 1 | TCB | | 540,560 | | 437,729 | | · | | 423,772 |
| 2 | TCP, [3] tech. | | | | | | | | |
| 3 | TCP [4] | | | | | | | | |

**Section V - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid (2) "Orange", (3) picloram, and (4) Tordon 101 (R). (See last page for footnotes).

| Item No. | Item (a) | Unit (b) | Production (c) | Receipts | | Non-military shipments[#] | | End of month stocks (h) |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources (d) | Foreign sources (e) | Domestic (f) | Exports (g) | |
| 1 | 2,4-D | lbs. [6] | | | | · | | |
| 2 | 2,4,5-T | lbs. [6] | 471.5 | | | | | 143,175 |
| 3 | "Orange" [5] | gals. | | | | | | |
| 4 | Picloram | lbs. | | 10 | 10 | 10 | 10 | 10 |
| 5 | Tordon 101 (R) | gals. | | | | | | |

**Section VI - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid and 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid, (2) "Orange" and (3) Alternate to "Orange" made from these esters. (See last page for footnotes).

| Item No. | Item (a) | Unit (b) | Production (c) | Receipts | | Non-military shipments[#] | | End of month stocks (h) |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources (d) | Foreign sources (e) | Domestic (f) | Exports (g) | |
| 1 | 2,4-D, dimethylamine salt | lbs. [6] | | | | | | |
| 2 | 2,4-D, butyl ester | lbs. [6] | | | | | | |
| 3 | 2,4-D, iso-octyl ester | lbs. [6] | | | | | | |
| 4 | 2,4,5-T, butyl ester | lbs. [6] | | | | | | |
| 5 | 2,4,5-T, iso-octyl ester | lbs. [6] | | | | | | |
| | Other salts or esters (Identify): | | | | | | | |
| 6 | | lbs. [6] | | | | | | |
| 7 | | lbs. [6] | | | | | | |
| 8 | | lbs. [6] | | | | | | |
| 9 | | lbs. [6] | | | | | | |
| 10 | "Orange" [5] | gals. | | | | | | |
| 11 | Alternate to "Orange"[7] | gals. | | | | | | |

002109

ALN 01002319

Section VII - SHIPMENTS TO DEPARTMENT OF DEFENSE - DEFOLIANTS[10] (See below for footnotes; attach additional sheets if necessary.)

| Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) | Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) |
|---|---|---|---|---|---|---|---|
| 1 | "Orange"[1] or Alternate to "Orange"[7] | | | 3 | Tordon 101 [10] | | |
| | Total | | NONE | | Total | | NONE |
| 2 | Technical material contained in total quantity of above material shipped to DoD. | | | 4 | Technical material contained in total quantity of above material shipped to DoD. | | |

| Item (a) | Quantity (lbs.[9]) (b) | | Item (a) | Quantity (lbs.[9]) (b) |
|---|---|---|---|---|
| 2,4-D | | | 2,4-D | |
| 2,4,5-T | | | Picloram | |

### Section VIII - WORK SCHEDULE

| | Hours per shift | Shifts per day | Days per week |
|---|---|---|---|
| a. Work schedule for previous month | 8 | 3 | 7 |
| b. Anticipated work schedule required for maximum production | 8 | 3 | 7 |

Footnotes:
[1]"Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and 2,4,5-T.
[2]Based on capacity to produce 2,4,5-T component and regardless of availability of 2,4-D component.
[3]Trichlorophenol, technical grade - designation assigned to TCP used in production of 2,4,5-T, 2,4,5-T esters and salts, "Orange," or Alternate to "Orange". It can also be used to produce other products.
[4]Trichlorophenol - Used to denote a higher grade material than that designated trichlorophenol, technical grade.
[5]Based on capacity to produce picloram.
[6]Acid equivalent.
[7]Alternate to "Orange" - Designation assigned to military defoliant formulation of butyl ester of 2,4-D and iso-octyl ester of 2,4,5-T.
[8]Include transfers within the company, except material transferred to another location to be incorporated into military defoliants.
[9]Shipments on rated orders to producers of military defoliants.
[10]Include picloram in any item except in Tordon 101 [10], which is to be included in items 5 (d), 5 (e), 5 (f), 5 (g), and 5 (h), Section V.
[11]On rated orders.

### Section IX - REMARKS (Attach additional sheets if necessary.)

NOTE SECTION IV:
TCP
BEG INVT            325,041
+ NET PRODUCTIV   5,044
LESS
ACT RECEIVED
TOTAL T. ACCT. FOR   575,568
LESS MADE           457,521
ENDING INVT.        425,112

NOTE SECTION V:
- 2,4,5 - T
BEG. INVT         135,650
NET PRODUCTIV     447,875
TOTAL T. ACCT FOR  583,525
LESS SHIPMENTS    443,415
ENDING INVT       140,110

15,000 lbs. WERE SHIPPED TO CUSTOMERS, REMAINDER WENT TO
MONSANTO'S W.G. KRUMMRICH PLANT AT SAUGET, ILL. FOR
PROCESSING INTO ORANGE BAND.

002110

FORM HUSAF-771 (5-10-67)        Please complete certification on face of form        USCOMM-DC 33370-P67

ALN 01002320

This report is required under Section 705 of the Defense Production Act of 1950, as amended.

BUDGET BUREAU NO. 41-R2402
APPROVAL EXPIRES JUNE 30, 1970

FORM BDSAF-771
(8-30-67)

U.S. DEPARTMENT OF COMMERCE
BUSINESS AND DEFENSE SERVICES ADMINISTRATION

### INTERMEDIATES AND DEFOLIANTS

CAPACITY, PRODUCTION, RECEIPTS, CONSUMPTION,
SHIPMENTS AND STOCKS

Return to: U.S. Department of Commerce
Washington, D.C. 20230
Attention: Business and Defense Services Administration
Chemicals and Allied Products Division - 544

1. Name and address of company (Principal office) (Street, City, State and Zip code) (If name and address has changed please show below)

MONSANTO COMPANY
800 N. LINDBERGH BLVD.
ST. LOUIS, MO.

2. Month and year reported

SEPTEMBER 1968

3. Plant name

NITRO

4. Plant location (See Instructions)

NW OF NITRO ON VISCOSE ROAD IN PUTNAM COUNTY,
STATE OF WEST VIRGINIA

## INSTRUCTIONS

Mailing - Prepare and return one copy of this report to the Business and Defense Services Administration, U.S. Department of Commerce, Washington, D.C. 20230, no later than the 10th of the month following the report month. A separate complete report must be filed for each establishment and your company which in the previous month produced one or more of the items listed in Column (a) of Sections I or II or is scheduled to produce one or more of these items in the future.

File Copy - In addition to the original report form to be returned to us, there is enclosed a file copy for your records. You are not legally required to fill out or retain this file copy. While it would be a convenience to the Government for a file copy to be made and retained for reference purposes, no assurances can be provided that file copies are exempt from compulsory examination or production pursuant to legal process.

Plant Location - In reporting plant location, give the street address, names of the boundary streets between which the plant lies, city, county and state. If the plant does not have a street address, the location may be specified as distance and direction from a town on a State or Federal Highway. For example, the plant location could be reported as 1281 Bradley Street, between Oak Street and Meadow Avenue, Universal City, Milford County, Maryland, or on State Route 29, 2.4 miles Southwest of Clearbrook, Maynard County, Delaware.

Estimates - If exact data are not available for any item, carefully prepared estimates are acceptable.

Sections I and II - CAPACITY - Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section I. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section II. Report in Column (c) your monthly capacity as of the last day of the month covered in this report, under the following conditions and assumptions:

1. Assume your current product mix.
2. Assume the plant operates on its current work schedule.
3. Take into account the use of only those building facilities and machinery which are in place including useable equipment idle as of the last day of the month covered.
4. Assume the availability of adequate labor force, production materials, utilities, etc.
5. Take into account machinery downtime required for maintenance and repairs needed to sustain peak operations.

Companies are not required to complete line 6, Section II. Alternate to "Orange," until the military specification for this formulation is approved in final form, at which time it will be forwarded by BDSA to all companies required to complete this report.

Section III - ADDITIONAL CAPACITY UNDER CONSTRUCTION OR AUTHORIZED - This section is to be completed by companies making expansions either in existing or other facilities. If construction of additional capacity has begun or is authorized at a location at which no capacity currently exists for producing the subject products, a separate report should be completed on that location. Assume the product mix which the plant is scheduled to have when completed. For line 4, Section III, Alternate to "Orange," see instruction on this item under Capacity. Though you have reported specific "additional capacity" in a given month, continue to report that "additional capacity" (column c) in succeeding months and supply a revised "approximate completion date" (column d), until the expansion is complete. BDSA must be kept informed of the latest estimated date of completion for every item of "additional capacity" initially reported.

Sections IV, V and VI - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - For Section IV, see instruction at the beginning of the table. Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section V. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section VI. Production for the purpose of this report is the sum of the quantities produced and consumed in the same plant; produced and transferred to other plants of your company; produced and sold to other companies; and produced and held in stock. On 2,4-D and 2,4,5-T acid, for which the Tariff Commission requires monthly production, include the same data in this report as that furnished the other Agency.

Non-military shipments should include transfers made within the company, except for material transferred from one point to another to be incorporated into military defoliants.

Section VII - SHIPMENTS TO THE DEPARTMENT OF DEFENSE - List the date and quantity of each shipment of defoliants to the Department of Defense. Only the total amount of 2,4-D, 2,4,5-T and picloram included in military defoliants shipped in the month is required.

Name of person who should be contacted if questions arise regarding this report

E. A. CUTRIGHT

Telephone No. and Area code

(304) 755-3341

Certification - The undersigned company and the official executing this certification in its behalf hereby certify that the information contained in this report is correct and complete to the best of their knowledge and belief.

Name of company

MONSANTO COMPANY

Signature of authorized official

Address of company

800 N. LINDBERGH BLVD.
ST. LOUIS, MO.

Title

002111

The U.S. Code, Title 18 (Crimes and Criminal Procedure), Section 1001, makes it a criminal offense to make a wilfully false statement or representation to any department or agency of the United States as to any matter within its jurisdiction. The individual company information reported on this form is for use in defense mobilization activities. The unauthorized publication or disclosure of individual company information by Government personnel is prohibited by law, and such personnel having access thereto are subject to fine and imprisonment for unauthorized disclosure.

Please complete form before signing certification

USCOMM-DC 33570-P67

ALN 01002321

**Section I - CAPACITY - INTERMEDIATES AND DEFOLIANTS** - This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid, (2) "Orange," (3) tetrachlorobenzene, (4) trichlorophenol, (5) picloram, and (6) Tordon 101⑩. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. ☑

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid | lbs. | |
| 2 | 2,4,5-Trichlorophenoxy acetic acid | lbs. | |
| 3 | "Orange" [1] [2] | gals. | |
| 4 | Tetrachlorobenzene | lbs. | |
| 5 | Trichlorophenol, technical grade [3] | lbs. | |
| 6 | Trichlorophenol [4] | lbs. | |
| 7 | Picloram | lbs. | |
| 8 | Tordon 101 ⑧ [5] | gals. | |

9. Is same equipment used to produce "trichlorophenol, technical grade," and "trichlorophenol" except for additional processing required on the higher grade material.   ☐ Yes   ☐ No

**Section II - CAPACITY - DEFOLIANTS** - This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid, or monochloroacetic acid, and/or 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, acetic acid, or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid and (2) "Orange" or Alternate to "Orange." *(See last page for footnotes.)*

If capacity has not changed since last report, check here and do not complete this section.   ☐

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid, salts | lbs. [6] | |
| 2 | 2,4-Dichlorophenoxy acetic acid, esters | lbs. [6] | |
| 3 | 2,4,5-Trichlorophenoxy acetic acid, salts | lbs. [6] | |
| 4 | 2,4,5-Trichlorophenoxy acetic acid, esters | lbs. [6] | |
| 5 | "Orange" [1] [2] | gals. | |
| 6 | Alternate to "Orange" [2] [7] | gals. | |

7. Is the same equipment used to produce esters of 2,4-D and 2,4,5-T?   ☐ Yes   ☐ No

8. Is there any limitation on the type of esters which the equipment can produce?   ☐ Yes   ☐ No
If response is "Yes," provide explanation.

**Section III - ADDITIONAL CAPACITY, UNDER CONSTRUCTION OR AUTHORIZED - INTERMEDIATES AND DEFOLIANTS** (See last page for footnotes.)

| Item No. | Item (a) | Unit (b) | Additional capacity (c) | Approximate completion date |
|---|---|---|---|---|
| 1 | 2,4-D | lbs. [6] | | |
| 2 | 2,4,5-T | lbs. [6] | NONE | |
| 3 | "Orange" [1] [2] | gals. | | |
| 4 | Alternate to "Orange" [2] [7] | gals. | | |

002112

ALN 01002322

| | | | | |
|---|---|---|---|---|
| 6 | Trichlorophenol, technical grade [3] | lbs. | ——— | ——— |
| 7 | Trichlorophenol [4] | lbs. | ——— | ——— |
| 8 | Picloram | lbs. | ——— | ——— |
| 9 | Tordon 101 ® [5] | gals. | ——— | ——— |

**Section IV - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - INTERMEDIATES (lbs.).** This section is to be completed by basic producers of tetrachlorobenzene, 2,4,5-T and 2,4,5-T esters and salts. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. (See last page for footnotes).

| Item No. | Item | Production | Receipts | | Consumption | | Shipments[6] | | End of month stocks |
|---|---|---|---|---|---|---|---|---|---|
| | | | Domestic sources | Foreign sources | "Orange" | Other products | To military[9] defoliant producers | To others | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) |
| 1 | TCB | 620,160 | | | 644,812 | | | | 325,941 |
| 2 | TCP, [3] tech. | | | | | | | | |
| 3 | TCP [4] | | | | | | | | |

**Section V - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid (2) "Orange", (3) picloram, and (4) Tordon 101 ® . (See last page for footnotes).

| Item No. | Item | Unit | Production | Receipts | | Non-military shipments[8] | | End of month stocks |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources | Foreign sources | Domestic | Exports | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) |
| 1 | 2,4-D | lbs. [6] | | | | | | |
| 2 | 2,4,5-T | lbs. [6] | 659,995 | | | | | 155,880 |
| 3 | "Orange" [1] | gals. | | | | | | |
| 4 | Picloram | lbs. | | 10 | 10 | 10 | 10 | 10 |
| 5 | Tordon 101 ® | gals. | | | | | | |

**Section VI - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid and 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid, (2) "Orange" and (3) Alternate to "Orange" made from these esters. (See last page for footnotes).

| Item No. | Item | Unit | Production | Receipts | | Non-military shipments[8] | | End of month stocks |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources | Foreign sources | Domestic | Exports | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) |
| 1 | 2,4-D, dimethylamine salt | lbs. [6] | | | | | | |
| 2 | 2,4-D, butyl ester | lbs. [6] | | | | | | |
| 3 | 2,4-D, iso-octyl ester | lbs. [6] | | | | | | |
| 4 | 2,4,5-T, butyl ester | lbs. [6] | | | | | | |
| 5 | 2,4,5-T, iso-octyl ester | lbs. [6] | | | | | | |
| | Other salts or esters (Identify): | | | | | | | |
| 6 | | lbs. [6] | | | | | | |
| 7 | | lbs. [6] | | | | | | |
| 8 | | lbs. [6] | | | | | | |
| 9 | | lbs. [6] | | | | | | |
| 10 | "Orange" [1] | gals. | | | | | | |
| 11 | Alternate to "Orange" [7] | gals. | | | | | | |

002113

FORM BDSAF-771 (9-10-67)          Please continue on reverse          USCOMM-DC 3340-P67

ALN 01002323

**Section VII - SHIPMENTS TO DEPARTMENT OF DEFENSE - DEFOLIANTS[11] (See below for footnotes; attach additional sheets if necessary.)**

| Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) | Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) |
|---|---|---|---|---|---|---|---|
| 1 | "Orange"[1] or Alternate to "Orange"[7] | | | 3 | Tordon 101 ® | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | **Total** | | *None* | | **Total** | | *None* |

| 2 | Technical material contained in total quantity of above material shipped to DoD. | | 4 | Technical material contained in total quantity of above material shipped to DoD. | |
|---|---|---|---|---|---|
| | Item (a) | Quantity (lbs.[6]) (b) | | Item (a) | Quantity (lbs.[6]) (b) |
| | 2,4-D | | | 2,4-D | |
| | 2,4,5-T | | | Picloram | |

**Section VIII - WORK SCHEDULE**

| | Hours per shift | Shifts per day | Days per week |
|---|---|---|---|
| a. Work schedule for previous month | 5 | 3 | 7 |
| b. Anticipated work schedule required for maximum production | 8 | 3 | 7 |

**Footnotes:**

[1]"Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and 2,4,5-T.
[2]Based on capacity to produce 2,4,5-T component and regardless of availability of 2,4-D component.
[3]Trichlorophenol, technical grade - designation assigned to TCP used in production of 2,4,5-T, 2,4,5-T esters and salts, "Orange," or Alternate to "Orange". It can also be used to produce other products.
[4]Trichlorophenol - Used to denote a higher grade material than that designated trichlorophenol, technical grade.
[5]Based on capacity to produce picloram.
[6]Acid equivalent.
[7]Alternate to "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and iso-octyl ester of 2,4,5-T.
[8]Include transfers within the company, except material transferred to another location to be incorporated into military defoliants.
[9]Shipments on rated orders to producers of military defoliants.
[10]Include picloram in any form except in Tordon 101 ®, which is to be included in items 5 (d), 5 (e), 5 (f), 5 (g), and 5 (h), Section V.
[11]On rated orders.

**Section IX - REMARKS (Attach additional sheets if necessary.)**

*[handwritten notes]*

NOTE SECTION II.
TCP
BEG INVT ............... 356,593
RECEIVED    624,060
LESS MOIST    3,900
NET RECEIVED ......... 620,160
TOTAL TO ACCT FOR    970,753
LESS USAGE    644,512
    325,741

GROSS PRODUCTION ........ 677,510
LESS ALL. FOR MOISTURE ...... 1,515
NET PRODUCTION ........ 655,995
GROSS SHIPMENTS ........ 544,460
LESS ALL. FOR MOISTURE ...... 16,945
NET SHIPMENTS ........ 527,515

NOTE SECTION V:
2,4,5-T:
BEG INVT. ........ 54,460
NET PRODUCTION ........ 658,775
TOTAL TO ACCT. FOR ........ 713,545
LESS NET SHIPMENTS ........ 527,515
ENDING INVT. ........ 185,005

*[handwritten] ...lbs WERE SHIPPED TO CUSTOMERS. REMAINDER WENT TO MONSANTO'S W.G. KRUMMRICH PLANT AT SAUGET, ILL. FOR PROCESSING INTO ORANGE BAND*

211

DSA FORM 1054AV-191 (8-10-67)    Please complete certification on face of form    USCOMM-DL 33970-P67

tion Act of 1950, as amended.                                              APPROVAL EXPIRES JUNE 30, 1970

| FORM BDSAF-771 (8-10-67) | 1. Name and address of company (Principal office) (Street, City, State and Zip code) (If name and address has changed please show below) |
|---|---|
| **U.S. DEPARTMENT OF COMMERCE** BUSINESS AND DEFENSE SERVICES ADMINISTRATION | MONSANTO COMPANY 800 N. LINDBERGH BLVD ST. LOUIS, MO. |

**INTERMEDIATES AND DEFOLIANTS**

**CAPACITY, PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS**

Return to: U.S. Department of Commerce
　　　　　Washington, D.C. 20230
Attention: Business and Defense Services Administration
　　　　　Chemicals and Allied Products Division - 544

| 2. Month and year reported | 3. Plant name |
|---|---|
| AUGUST 1968 | NITRO |

4. Plant location (See Instructions)

NW of NITRO ON VISCOSE ROAD IN PUTNAM COUNTY

STATE OF WEST VIRGINIA

## INSTRUCTIONS

**Mailing** - Prepare and return one copy of this report to the Business and Defense Services Administration, U.S. Department of Commerce, Washington, D.C. 20230, no later than the 10th of the month following the report month. A separate complete report must be filed for each establishment of your company which in the previous month produced one or more of the items listed in Column (a) of Sections I or II or is scheduled to produce one or more of these items in the future.

**File Copy** - In addition to the original report form to be returned to us, there is enclosed a file copy for your records. You are not legally required to fill out or retain this file copy. While it would be a convenience to the Government for a file copy to be made and retained for reference purposes, no assurances can be provided that file copies are exempt from compulsory examination or production pursuant to legal process.

**Plant Location** - In reporting plant location, give the street address, names of the boundary streets between which the plant lies, city, county and state. If the plant does not have a street address, the location may be specified as distance and direction from a town on a State or Federal Highway. For example, the plant location could be reported as 1281 Bradley Street, between Oak Street and Meadow Avenue, Universal City, Wilford County, Maryland, or on State Route 29, 2.4 miles Southwest of Clearbrook, Maynard County, Delaware.

**Estimates** - If exact data are not available for any item, carefully prepared estimates are acceptable.

**Sections I and II - CAPACITY** - Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section I. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section II. Report in Column (f) your monthly capacity as of the last day of the month covered in this report, under the following conditions and assumptions:

1. Assume your current product mix.
2. Assume the plant operates on its current work schedule.
3. Take into account the use of only those building facilities and machinery which are in place including useable equipment idle as of the last day of the month covered.
4. Assume the availability of adequate labor force, production materials, utilities, etc.
5. Take into account machinery downtime required for maintenance and repairs needed to sustain peak operations.

Companies are not required to complete line 6, Section II, Alternate to "Orange," until the military specification for this formulation is approved in final form, at which time it will be forwarded by BDSA to all companies required to complete this report.

**Section III - ADDITIONAL CAPACITY UNDER CONSTRUCTION OR AUTHORIZED** - This section is to be completed by companies making expansions either in existing or other facilities. If construction of additional capacity has begun or is authorized at a location at which no capacity currently exists for producing the subject products, a separate report should be completed on that location. Assume the product mix which the plant is scheduled to have when completed. For Item 4, Section III, Alternate to "Orange," see instruction on this item under Capacity. Though you have reported specific "additional capacity" in a given month, continue to report that "additional capacity" (column c) in succeeding months and supply a revised "approximate completion date" (column d), until the expansion is complete. BDSA must be kept informed of the latest estimated date of completion for every item of "additional capacity" initially reported.

**Sections IV, V and VI - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS** - For Section IV, see instruction at the beginning of the table. Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section V. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section VI. Production for the purpose of this report is the sum of the quantities produced and consumed in the same plant; produced and transferred to other plants of your company; produced and sold to other companies; and produced and held in stock. On 2,4-D and 2,4,5-T acid, for which the Tariff Commission requires monthly production, include the same data in this report as that furnished the other Agency.

Non-military shipments should include transfers made within the company, except for material transferred from one point to another to be incorporated into military defoliants.

**Section VII - SHIPMENTS TO THE DEPARTMENT OF DEFENSE** - List the date and quantity of each shipment of defoliants to the Department of Defense. Only the total amount of 2,4-D, 2,4,5-T and picloram included in military defoliants shipped in the month is required.

| Name of person who should be contacted if questions arise regarding this report | Telephone No. and Area code |
|---|---|
| E. A. CUTRIGHT | (314) 755-3341 |

**Certification** - The undersigned company and the official executing this certification in its behalf hereby certify that the information contained in this report is correct and complete to the best of their knowledge and belief.

| Name of company | Signature of authorized official |
|---|---|
| MONSANTO COMPANY | |
| Address of company 800 N. LINDBERGH BLVD. ST. LOUIS, MO. | Title | Date |

The U.S. Code, Title 18 (Crimes and Criminal Procedure), Section 1001, makes it a criminal offense to make a wilfully false statement or representation to any department or agency of the United States as to any matter within its jurisdiction. The individual company information reported on this form is for use in defense mobilization activities. The unauthorized publication or disclosure of individual company information by Government personnel is prohibited by law, and such personnel having access thereto are subject to fine and imprisonment for unauthorized disclosure.

Please complete form before signing certification                USCOMM-DC-37536-P67

ALN 01002325

**Section I - CAPACITY - INTERMEDIATES AND DEFOLIANTS -** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid, (2) "Orange," (3) tetrachlorobenzene, (4) trichlorophenol, (5) picloram, and (6) Tordon 101 Ⓡ.  Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. ☑

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid | lbs. | |
| 2 | 2,4,5-Trichlorophenoxy acetic acid | lbs. | |
| 3 | "Orange" [1] [2] | gals. | |
| 4 | Tetrachlorobenzene | lbs. | |
| 5 | Trichlorophenol, technical grade [3] | lbs. | |
| 6 | Trichlorophenol [4] | lbs. | |
| 7 | Picloram | lbs. | |
| 8 | Tordon 101 Ⓡ [5] | gals. | |

9. Is same equipment used to produce "trichlorophenol, technical grade," and "trichlorophenol" except for additional processing required on the higher grade material.   ☐ Yes   ☐ No

**Section II - CAPACITY - DEFOLIANTS -** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid, or monochloroacetic acid, and/or 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, acetic acid, or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid and (2) "Orange" or Alternate to "Orange." (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. ☐

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid, salts | lbs. [6] | |
| 2 | 2,4-Dichlorophenoxy acetic acid, esters | lbs. [6] | |
| 3 | 2,4,5-Trichlorophenoxy acetic acid, salts | lbs. | |
| 4 | 2,4,5-Trichlorophenoxy acetic acid, esters | lbs. [6] | |
| 5 | "Orange" [1] [2] | gals. | |
| 6 | Alternate to "Orange" [2] [7] | gals. | |

7 Is the same equipment used to produce esters of 2,4-D and 2,4,5-T?   ☐ Yes   ☐ No

8. Is there any limitation on the type of esters which the equipment can produce?   ☐ Yes   ☐ No
   If response is "Yes," provide explanation.

**Section III - ADDITIONAL CAPACITY, UNDER CONSTRUCTION OR AUTHORIZED - INTERMEDIATES AND DEFOLIANTS** (See last page for footnotes.)

| Item No. | Item (a) | Unit (b) | Additional capacity (c) | Approximate completion date (d) |
|---|---|---|---|---|
| 1 | 2,4-D | lbs. [6] | | 002116 |
| 2 | 2,4,5-T | lbs. [6] | NONE | |
| 3 | "Orange" [1] [2] | gals. | | |
| 4 | Alternate to "Orange" [2] [7] | gals. | | |

ALN 01002326

| | Item | Unit | | | |
|---|---|---|---|---|---|
| 6 | Trichlorophenol, technical grade | lbs. | — | | — |
| 7 | Trichlorophenol [4] | lbs. | — | | — |
| 8 | Picloram | lbs. | — | | — |
| 9 | Tordon 101 ® [5] | gals. | — | | — |

**Section IV - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - INTERMEDIATES (lbs.).** This section is to be completed by basic producers of tetrachlorobenzene, 2,4,5-T and 2,1,5-T esters and salts. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. *(See last page for footnotes).*

| Item No. | Item | Production | Receipts | | Consumption | | Shipments [#] | | End of month stocks |
|---|---|---|---|---|---|---|---|---|---|
| | | | Domestic sources | Foreign sources | "Orange" | Other products | To military [9] defoliant producers | To others | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) |
| 1 | TCB | | 614,900 | | 552,428 | | | | 350,59. |
| 2 | TCP [3] tech. | | | | | | | | |
| 3 | TCP [4] | | | | | | | | |

**Section V - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid (2) "Orange", (3) picloram, and (4) Tordon 101 ®. *(See last page for footnotes).*

| Item No. | Item | Unit | Production | Receipts | | Non-military shipments [#] | | End of month stocks |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources | Foreign sources | Domestic | Exports | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) |
| 1 | 2,4-D | lbs. [6] | | | | | | |
| 2 | 2,4,5-T | lbs. [6] | 647,650 | | | | | 54,400 |
| 3 | "Orange" [1] | gals. | | | | | | |
| 4 | Picloram | lbs. | | 10 | 10 | 10 | 10 | 10 |
| 5 | Tordon 101 ® | gals. | | | | | | |

**Section VI - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid and 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid, (2) "Orange" and (3) Alternate to "Orange" made from these esters. *(See last page for footnotes).*

| Item No. | Item | Unit | Production | Receipts | | Non-military shipments [#] | | End of month stocks |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources | Foreign sources | Domestic | Exports | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) |
| 1 | 2,4-D, dimethylamine salt | lbs. [6] | | | | | | |
| 2 | 2,4-D, butyl ester | lbs. [6] | | | | | | |
| 3 | 2,4-D, iso-octyl ester | lbs. [6] | | | | | | |
| 4 | 2,4,5-T, butyl ester | lbs. [6] | | | | | | |
| 5 | 2,4,5-T, iso-octyl ester | lbs. [6] | | | | | | |
| | Other salts or esters (identify): | | | | | | | |
| 6 | | lbs. [6] | | | | | | |
| 7 | | lbs. [6] | | | | | | |
| 8 | | lbs. [6] | | | | | | |
| 9 | — | lbs. [6] | | | | | | |
| 10 | "Orange" [1] | gals. | | | | | | |
| 11 | Alternate to "Orange" [7] | gals. | | | | | | |

002117

ALN 01002327

**Section VII - SHIPMENTS TO DEPARTMENT OF DEFENSE - DEFOLIANTS[8] (See below for footnotes; attach additional sheets if necessary.)**

| Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) | Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) |
|---|---|---|---|---|---|---|---|
| 1 | "Orange"[1] or Alternate to "Orange"[7] | | | 3 | Tordon 101 ® | | |
| | Total | | NONE | | Total | | NONE |

| 2 | Technical material contained in total quantity of above material shipped to DoD. | | 4 | Technical material contained in total quantity of above material shipped to DoD. | |
|---|---|---|---|---|---|
| | Item (a) | Quantity (lbs.6) (b) | | Item (a) | Quantity (lbs.6) (b) |
| | 2,4-D | | | 2,4-D | |
| | 2,4,5-T | | | Picloram | |

**Section VIII - WORK SCHEDULE**

| | Hours per shift | Shifts per day | Days per week |
|---|---|---|---|
| a. Work schedule for previous month | 8 | 3 | 7 |
| b. Anticipated work schedule required for maximum production | 8 | 3 | 7 |

**Footnotes:**
[1]"Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and 2,4,5-T.
[2]Based on capacity to produce 2,4,5-T component and regardless of availability of 2,4-D component.
[3]Trichlorophenol, technical grade - designation assigned to TCP used in production of 2,4,5-T, 2,4,5-T esters and salts, "Orange", or Alternate to "Orange". It can also be used to produce other products.
[4]Trichlorophenol - Used to denote a higher grade material than that designated trichlorophenol, technical grade.
[5]Based on capacity to produce picloram.
[6]Acid equivalent.
[7]Alternate to "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and iso-octyl ester of 2,4,5-T.
[8]Include transfers within the company, except material transferred to another location to be incorporated into military defoliants.
[9]Shipments on rated orders to producers of military defoliants.
[10]Include picloram in any form except in Tordon 101 ®, which is to be included in items 5 (d), 5 (e), 5 (f), 5 (g), and 5 (h), Section V.
[11]On rated orders.

**Section IX - REMARKS (Attach additional sheets if necessary.)**

NOTE SECTION IV:
TCB:
Beg. Inv.          288,121
Received    617,300
Less Refus.    2,400
Net Received          614,900
Total To Acct For      903,021
Less Usage      552,418
Ending Inventory      350,573

NOTE SECTION V:
2,4,5-T:
Beg. Inv.          71,600
Production          647,650
Total To Acct. For    718,250
Less Shipments      664,550
Ending Inv.          54,400

All material was shipped to Monsanto's WG Krummrich plant at Sauget, Ill. for processing into Orange band. 002118 Previous month usage overstated by 11,700 lbs; this month actual usage understated by same amount to correct.

ALN 01002328

This report is required under Section 705 of the Defense Production Act of 1950, as amended.

BUDGET BUREAU NO. 41-N2402
APPROVAL EXPIRES JUNE 30, 1970

FORM BDSAF-771
(3-10-67)

U.S. DEPARTMENT OF COMMERCE
BUSINESS AND DEFENSE SERVICES ADMINISTRATION

INTERMEDIATES AND DEFOLIANTS

CAPACITY, PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS

Return to: U.S. Department of Commerce
Washington, D.C. 20230
Attention: Business and Defense Services Administration
Chemicals and Allied Products Division - 544

1. Name and address of company (Principal offices) (Street, City, State and Zip code) (If name and address has changed please show below)

MONSANTO COMPANY
800 N. LINDBERGH BLVD.
ST. LOUIS, MO.

2. Month and year reported

JULY, 1968

3. Plant name

NITRO

4. Plant location (See Instructions)

NW OF NITRO ON VISCOSE ROAD IN PUTNAM COUNTY
STATE OF WEST VIRGINIA

## INSTRUCTIONS

Mailing - Prepare and return one copy of this report to the Business and Defense Services Administration, U.S. Department of Commerce, Washington, D.C. 20230, no later than the 10th of the month following the report month. A separate complete report must be filed for each establishment of your company which in the previous month produced one or more of the items listed in Column (a) of Sections I or II or is scheduled to produce one or more of these items in the future.

File Copy - In addition to the original report form to be returned to us, there is enclosed a file copy for your records. You are not legally required to fill out or retain this file copy. While it would be a convenience to the Government for a file copy to be made and retained for reference purposes, no assurances can be provided that file copies are exempt from compulsory examination or production pursuant to legal process.

Plant Location - In reporting plant location, give the street address, names of the boundary streets between which the plant lies, city, county and state. If the plant does not have a street address, the location may be specified as distance and direction from a town on a State or Federal Highway. For example, the plant location could be reported at 1281 Bradley Street, between Oak Street and Meadow Avenue, Universal City, Milford County, Maryland, or on State Route 29, 2.4 miles Southwest of Clearbrook, Maynard County, Delaware.

Estimates - If exact data are not available for any item, carefully prepared estimates are acceptable.

Sections I and II - CAPACITY - Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section I. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section II. Report in Column (c) your monthly capacity as of the last day of the month covered in this report, under the following conditions and assumptions:

1. Assume your current product mix.
2. Assume the plant operates on its current work schedule.
3. Take into account the use of only those building facilities and machinery which are in place including useable equipment idle as of the last day of the month covered.
4. Assume the availability of adequate labor force, production materials, utilities, etc.
5. Take into account machinery downtime required for maintenance and repairs needed to sustain peak operations.

Companies are not required to complete line 6, Section II, Alternate to "Orange," until the military specification for this formulation is approved in final form, at which time it will be forwarded by BDSA to all companies required to complete this report.

Section III - ADDITIONAL CAPACITY UNDER CONSTRUCTION OR AUTHORIZED - This section is to be completed by companies making expansions either in existing or other facilities. If construction of additional capacity has begun or is authorized at a location at which no capacity currently exists for producing the subject products, a separate report should be completed on that location. Assume the product mix which the plant is scheduled to have when completed. For line 6, Section III, Alternate to "Orange," see instruction on this item under Capacity. Though you have reported specific "additional capacity" in a given month, continue to report that "additional capacity" (column c) in succeeding months and supply a revised "approximate completion date" (column d), until the expansion is complete. BDSA must be kept informed of the latest estimated date of completion for every item of "additional capacity" initially reported.

Sections IV, V and VI - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - For Section IV, see instruction at the beginning of the table. Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section V. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section VI. Production for the purpose of this report is the sum of the quantities produced and consumed in the same plant; produced and transferred to other plants of your company; produced and sold to other companies; and produced and held in stock. On 2,4-D and 2,4,5-T acid, for which the Tariff Commission requires monthly production, include the same data in this report as that furnished the other Agency.

Non-military shipments should include transfers made within the company, except for material transferred from one point to another to be incorporated into military defoliants.

Section VII - SHIPMENTS TO THE DEPARTMENT OF DEFENSE - List the date and quantity of each shipment of defoliants to the Department of Defense. Only the total amount of 2,4-D, 2,4,5-T and picloram included in military defoliants shipped in the month is required.

Name of person who should be contacted if questions arise regarding this report

E. A. CUTRIGHT

Telephone No. and Area code

(304) 755-3341

Certification - The undersigned company and the official executing this certification in its behalf hereby certify that the information contained in this report is correct and complete to the best of their knowledge and belief.

Name of company

MONSANTO COMPANY

Signature of authorized official

Address of company

800 N. LINDBERGH BLVD
ST. LOUIS, MO.

Title

002119

The U.S. Code, Title 18 (Crimes and Criminal Procedure), Section 1001, makes it a criminal offense to make a wilfully false statement or representation to any department or agency of the United States as to any matter within its jurisdiction. The individual company information reported on this form is for use in defense mobilization activities. The unauthorized publication or disclosure of individual company information by Government personnel is prohibited by law, and such personnel having access thereto are subject to fine and imprisonment for unauthorized disclosure.

Please complete form before signing certification

USCOMM-DC 11370-P67

ALN 01002329

**Section I - CAPACITY - INTERMEDIATES AND DEFOLIANTS** - This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid, (2) "Orange," (3) tetrachlorobenzene, (4) trichlorophenol, (5) picloram, and (6) Tordon 101®. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. [✓]

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid | lbs. | |
| 2 | 2,4,5-Trichlorophenoxy acetic acid | lbs. | |
| 3 | "Orange" [1] [2] | gals. | |
| 4 | Tetrachlorobenzene | lbs. | |
| 5 | Trichlorophenol, technical grade [3] | lbs. | |
| 6 | Trichlorophenol [4] | lbs. | |
| 7 | Picloram | lbs. | |
| 8 | Tordon 101 ® [5] | gals. | |

9. Is same equipment used to produce "trichlorophenol, technical grade," and "trichlorophenol" except for additional processing required on the higher grade material. [ ] Yes [ ] No

**Section II - CAPACITY - DEFOLIANTS** - This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid, or monochloroacetic acid, and/or 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, acetic acid, or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid and (2) "Orange" or Alternate to "Orange." *(See last page for footnotes.)*

If capacity has not changed since last report, check here and do not complete this section. [ ]

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid, salts | lbs. [6] | |
| 2 | 2,4-Dichlorophenoxy acetic acid, esters | lbs. [6] | |
| 3 | 2,4,5-Trichlorophenoxy acetic acid, salts | lbs. [6] | |
| 4 | 2,4,5-Trichlorophenoxy acetic acid, esters | lbs. [6] | |
| 5 | "Orange" [1] [2] | gals. | |
| 6 | Alternate to "Orange" [2] [7] | gals. | |

7. Is the same equipment used to produce esters of 2,4-D and 2,4,5-T? [ ] Yes [ ] No

8. Is there any limitation on the type of esters which the equipment can produce? [ ] Yes [ ] No
   If response is "Yes," provide explanation.

**Section III - ADDITIONAL CAPACITY, UNDER CONSTRUCTION OR AUTHORIZED - INTERMEDIATES AND DEFOLIANTS** (See last page for footnotes.)

| Item No. | Item (a) | Unit (b) | Additional capacity (c) | Approximate completion date |
|---|---|---|---|---|
| 1 | 2, 4-D | lbs. [6] | | 002120 |
| 2 | 2,4,5-T | lbs. [6] | NONE | |
| 3 | "Orange" [1] [2] | gals. | | |
| 4 | Alternate to "Orange" [2] [7] | gals. | | |

| 6 | Trichlorophenol, technical grade [3] | lbs. | ⎯ | ⎯ |
| 7 | Trichlorophenol [4] | lbs. | ⎯ | ⎯ |
| 8 | Picloram | lbs. | ⎯ | ⎯ |
| 9 | Tordon 101 ® [5] | gals. | | |

**Section IV - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - INTERMEDIATES (lbs.).** This section is to be completed by basic producers of tetrachlorobenzene, 2,4,5-T and 2,4,5-T esters and salts. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. *(See last page for footnotes).*

| Item No. | Item (a) | Production (b) | Receipts | | Consumption | | Shipments[#] | | End of month stocks (i) |
|---|---|---|---|---|---|---|---|---|---|
| | | | Domestic sources (c) | Foreign sources (d) | "Orange" (e) | Other products (f) | To military[9] defoliant producers (g) | To others (h) | |
| 1 | TCB | 575,000 | | | 616,144 | | | | 338,121 |
| 2 | TCP [3] tech. | | | | | | | | |
| 3 | TCP [4] | | | | | | | | |

**Section V - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid (2) "Orange", (3) picloram, and (4) Tordon 101 ® . *(See last page for footnotes).*

| Item No. | Item (a) | Unit (b) | Production (c) | Receipts | | Non-military shipments[#] | | End of month stocks (h) |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources (d) | Foreign sources (e) | Domestic (f) | Exports (g) | |
| 1 | 2,4-D | lbs. [6] | | | | | | |
| 2 | 2,4,5-T | lbs. [6] | 625,200 | | | --- | 71,600 | |
| 3 | "Orange" [1] | gals. | | | | | | |
| 4 | Picloram | lbs. | | 10 | 10 | 10 | 10 | 10 |
| 5 | Tordon 101 ® | gals. | | | | | | |

**Section VI - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid and 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid, (2) "Orange" and (3) Alternate to "Orange" made from these esters. *(See last page for footnotes).*

| Item No. | Item (a) | Unit (b) | Production (c) | Receipts | | Non-military shipments[#] | | End of month stocks (h) |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources (d) | Foreign sources (e) | Domestic (f) | Exports (g) | |
| 1 | 2,4-D, dimethylamine salt | lbs. [6] | | | | | | |
| 2 | 2,4-D, butyl ester | lbs. [6] | | | | | | |
| 3 | 2,4-D, iso-octyl ester | lbs. [6] | | | | | | |
| 4 | 2,4,5-T, butyl ester | lbs. [6] | | | | | | |
| 5 | 2,4,5-T, iso-octyl ester | lbs. [6] | | | | | | |
| | Other salts or esters (identify): | | | | | | | |
| 6 | | lbs. [6] | | | | | | |
| 7 | | lbs. [6] | | | | | | |
| 8 | | lbs. [6] | | | | | | |
| 9 | | lbs. [6] | | | | | | |
| 10 | "Orange" [1] | gals. | | | | | | |
| 11 | Alternate to "Orange" [7] | gals. | | | | | | |

002121

ALN 01002331

**Section VII - SHIPMENTS TO DEPARTMENT OF DEFENSE - DEFOLIANTS[11]** (See below for footnotes; attach additional sheets if necessary.)

| Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) | Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) |
|---|---|---|---|---|---|---|---|
| 1 | "Orange"[1] or Alternate to "Orange"[7] | | | 3 | Tordon 101 (R) | | |
| | | | | | | | |
| | Total | | NONE | | Total | | NONE |

| 2 | Technical material contained in total quantity of above material shipped to DoD. | | 4 | Technical material contained in total quantity of above material shipped to DoD. | |
|---|---|---|---|---|---|
| | Item (a) | Quantity (lbs.[6]) (b) | | Item (a) | Quantity (lbs.[6]) (b) |
| | 2,4-D | | | 2,4-D | |
| | 2,4,5-T | | | Picloram | |

**Section VIII - WORK SCHEDULE**

| | Hours per shift | Shifts per day | Days per week |
|---|---|---|---|
| a. Work schedule for previous month | 8 | 3 | 7 |
| b. Anticipated work schedule required for maximum production | 8 | 3 | 7 |

**Footnotes:**
[1]"Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and 2,4,5-T.
[2]Based on capacity to produce 2,4,5-T component and regardless of availability of 2,4-D component.
[3]Trichlorophenol, technical grade - designation assigned to TCP used in production of 2,4,5-T, 2,4,5-T esters and salts, "Orange," or Alternate to "Orange". It can also be used to produce other products.
[4]Trichlorophenol - Used to denote a higher grade material than that designated trichlorophenol, technical grade.
[5]Based on capacity to produce picloram.
[6]Acid equivalent.
[7]Alternate to "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and iso-octyl ester of 2,4,5-T.
[8]Include transfers within the company, except material transferred to another location to be incorporated into military defoliants.
[9]Shipments on rated orders to producers of military defoliants.
[10]Include picloram in any form except in Tordon 101 (R), which is to be included in items 5 (d), 5 (e), 5 (f), 5 (g), and 5 (h), Section V.
[11]On rated orders.

**Section IX - REMARKS** (Attach additional sheets if necessary.)

NOTE SECTION IV:
TCB:
BEG. INV.          329,265
RECEIVED          609,160
RETURNS            34,160
NET RECEIVED      575,000
TOTAL TO ACCOUNT FOR   904,265
USED              616,144
ENDING INVT.      288,121

NOTE SECTION V:
2,4,5-T:
BEG. INVT.        103,630
PRODUCTION        625,200
TOTAL TO ACCOUNT FOR   728,830
TOTAL SHIPMENTS   667,230
LESS ALLOWANCE FOR MOISTURE   10,000   657,230
ENDING INVT.      71,600

002122

ALL MATERIAL WAS SHIPPED TO MONSANTO'S W.G. KRUMMRICH PLANT AT SAUGET, ILL. FOR PROCESSING INTO ORANGE BAND.

FORM DD-61-771 (8-1-67)      Please complete certification on face of form      USCOMM-DC 33470-P67

This report is required under Section 705 of the Defense Production Act of 1950, as amended.

BUDGET BUREAU NO. 41-R2402
APPROVAL EXPIRES JUNE 30, 1970

FORM BDSAF-771
(6-10-67)

**U.S. DEPARTMENT OF COMMERCE**
BUSINESS AND DEFENSE SERVICES ADMINISTRATION

**INTERMEDIATES AND DEFOLIANTS**

CAPACITY, PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS

Return to: U.S. Department of Commerce
Washington, D.C. 20230
Attention: Business and Defense Services Administration
Chemicals and Allied Products Division - 544

**1. Name and address of company (Principal office) (Street, City, State and Zip code) (If name and address has changed please show below)**

MONSANTO COMPANY
800 N. LINDBERGH BLVD.
ST. LOUIS, MO.

**2. Month and year reported**

JUNE 1968

**3. Plant name**

NITRO

**4. Plant location (See Instructions)**

N.W. OF NITRO ON VISCOSE ROAD IN PUTNAM COUNTY
STATE OF WEST VIRGINIA

## INSTRUCTIONS

Mailing - Prepare and return one copy of this report to the Business and Defense Services Administration, U.S. Department of Commerce, Washington, D.C. 20230, no later than the 10th of the month following the report month. A separate complete report must be filed for each establishment of your company which in the previous month produced one or more of the items listed in Column (a) of Sections I or II or is scheduled to produce one or more of these items in the future.

File Copy - In addition to the original report form to be returned to us, there is enclosed a file copy for your records. You are not legally required to fill out or retain this file copy. While it would be a convenience to the Government for a file copy to be made and retained for reference purposes, no assurances can be provided that file copies are exempt from compulsory examination or production pursuant to legal process.

Plant Location - In reporting plant location, give the street address, names of the boundary streets between which the plant lies, city, county and state. If the plant does not have a street address, the location may be specified as distance and direction from a town on a State or Federal Highway. For example, the plant location could be reported as 1281 Bradley Street, between Oak Street and Meadow Avenue, Universal City, Wilford County, Maryland, or on State Route 29, 2.4 miles Southwest of Clearbrook, Maynard County, Delaware.

Estimates - If exact data are not available for any item, carefully prepared estimates are acceptable.

Sections I and II - CAPACITY - Basic producers who separate 2,4-D and 2,4,5-T acid will report in Section I. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section II. Report in Column (c) your monthly capacity as of the last day of the month covered in this report, under the following conditions and assumptions:

1. Assume your current product mix.
2. Assume the plant operates on its current work schedule.
3. Take into account the use of only those building facilities and machinery which are in place including useable equipment idle as of the last day of the month covered.
4. Assume the availability of adequate labor force, production materials, utilities, etc.
5. Take into account machinery downtime required for maintenance and repairs needed to sustain peak operations.

Companies are not required to complete line 6, Section II, Alternate to "Orange," until the military specification for this formulation is approved in final form, at which time it will be forwarded by BDSA to all companies required to complete this report.

Section III - ADDITIONAL CAPACITY UNDER CONSTRUCTION OR AUTHORIZED - This section is to be completed by companies making expansions either in existing or other facilities. If construction of additional capacity has begun or is authorized at a location at which no capacity currently exists for producing the subject products, a separate report should be completed on that location. Assume the product mix which the plant is scheduled to have when completed. For line 4, Section III, Alternate to "Orange," see instruction on this item under Capacity. Though you have reported specific "additional capacity" in a given month, continue to report that "additional capacity" (column c) in succeeding months and supply a revised "approximate completion date" (column d), until the expansion is complete. BDSA must be kept informed of the latest estimated date of completion for every item of "additional capacity" initially reported.

Sections IV, V and VI - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - For Section IV, see instruction at the beginning of the table. Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section V. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section VI. Production for the purpose of this report is the sum of the quantities produced and consumed in the same plant; produced and transferred to other plants of your company; produced and sold to other companies; and produced and held in stock. On 2,4-D and 2,4,5-T acid, for which the Tariff Commission requires monthly production, include the same data in this report as that furnished the other Agency.

Non-military shipments should include transfers made within the company, except for material transferred from one point to another to be incorporated into military defoliants.

Section VII - SHIPMENTS TO THE DEPARTMENT OF DEFENSE - List the date and quantity of each shipment of defoliants to the Department of Defense. Only the total amount of 2,4-D, 2,4,5-T and picloram included in military defoliants shipped in the month is required.

**Name of person who should be contacted if questions arise regarding this report**

E. A. CUTRIGHT

**Telephone and Area code**

(304) 755-3341

Certification - The undersigned company and the official executing this certification in its behalf hereby certify that the information contained in this report is correct and complete to the best of their knowledge and belief.

**Name of company**

MONSANTO COMPANY

**Signature of authorized official**

002123

**Address of company**

800 N. LINDBERGH BLVD.
ST. LOUIS, MO.

**Title**

**Date**

The U.S. Code, Title 18 (Crimes and Criminal Procedure), Section 1001, makes it a criminal offense to make a wilfully false statement or representation to any department or agency of the United States as to any matter within its jurisdiction. The individual company information reported on this form is for use in defense mobilization activities. The unauthorized publication or disclosure of individual company information by Government personnel is prohibited by law, and any such personnel having access thereto are subject to fine and imprisonment for unauthorized disclosure.

Please complete form before signing certification

USCOMM-DC 31470-P67

ALN 01002333

**Section I - CAPACITY - INTERMEDIATES AND DEFOLIANTS** - This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid, (2) "Orange," (3) tetrachlorobenzene, (4) trichlorophenol, (5) picloram, and (6) Tordon 101®.  Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. ☒

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid | lbs. | |
| 2 | 2,4,5-Trichlorophenoxy acetic acid | lbs. | |
| 3 | "Orange" [1] [2] | gals. | |
| 4 | Tetrachlorobenzene | lbs. | |
| 5 | Trichlorophenol, technical grade [3] | lbs. | |
| 6 | Trichlorophenol [4] | lbs. | |
| 7 | Picloram | lbs. | |
| 8 | Tordon 101 ® [5] | gals. | |

9. Is same equipment used to produce "trichlorophenol, technical grade," and "trichlorophenol" except for additional processing required on the higher grade material.   ☐ Yes   ☐ No

**Section II - CAPACITY - DEFOLIANTS** - This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid, or monochloroacetic acid, and/or 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, acetic acid, or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid and (2) "Orange" or Alternate to "Orange." (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. ☐

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid, salts | lbs. [6] | |
| 2 | 2,4-Dichlorophenoxy acetic acid, esters | lbs. [6] | |
| 3 | 2,4,5-Trichlorophenoxy acetic acid, salts | lbs. | |
| 4 | 2,4,5-Trichlorophenoxy acetic acid, esters | lbs. [6] | |
| 5 | "Orange" [1] [2] | gals. | |
| 6 | Alternate to "Orange" [2] [7] | gals. | |

7 Is the same equipment used to produce esters of 2,4-D and 2,4,5-T?   ☐ Yes   ☐ No

8. Is there any limitation on the type of esters which the equipment can produce?   ☐ Yes   ☐ No
   If response is "Yes," provide explanation.

002121

**Section III - ADDITIONAL CAPACITY, UNDER CONSTRUCTION OR AUTHORIZED - INTERMEDIATES AND DEFOLIANTS** (See last page for footnotes.)

| Item No. | Item (a) | Unit (b) | Additional capacity (c) | Approximate completion date (d) |
|---|---|---|---|---|
| 1 | 2, 4-D | lbs. [6] | — | — |
| 2 | 2,4,5-T | lbs. [6] | NoNE | — |
| 3 | "Orange" [1] [2] | gals. | — | — |
| 4 | Alternate to "Orange" [2] [7] | gals. | — | — |

ALN 01002334

| 6 | Trichlorophenol, technical grade [9] | lbs. | — | — |
| 7 | Trichlorophenol [4] | lbs. | — | — |
| 8 | Picloram | lbs. | — | — |
| 9 | Tordon 101 ® [5] | gals. | — | — |

**Section IV - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - INTERMEDIATES (lbs.).** This section is to be completed by basic producers of tetrachlorobenzene, 2,4,5-T and 2,4,5-T esters and salts. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. (See last page for footnotes).

| Item No. | Item | Production | Receipts | | Consumption | | Shipments[#] | | End of month stocks |
| | | | Domestic sources | Foreign sources | "Orange" | Other products | To military[9] defoliant producers | To others | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) |
| 1 | TCB | | 148,320 | | 558,632 | | | | 823,265 |
| 2 | TCP, [3] tech. | | | | | | | | |
| 3 | TCP [4] | | | | | | | | |

**Section V - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid (2) "Orange", (3) picloram, and (4) Tordon 101 ®. (See last page for footnotes).

| Item No. | Item | Unit | Production | Receipts | | Non-military shipments[#] | | End of month stocks |
| | | | | Domestic sources | Foreign sources | Domestic | Exports | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) |
| 1 | 2,4-D | lbs. [6] | | | | | | |
| 2 | 2,4,5-T | lbs. [6] | 601,790 | | | | | 103,860 |
| 3 | "Orange" [1] | gals. | | | | | | |
| 4 | Picloram | lbs. | | 10 | 10 | 10 | 10 | 10 |
| 5 | Tordon 101 ® | gals. | | | | | | |

**Section VI - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid and 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid, (2) "Orange" and (3) Alternate to "Orange" made from these esters. (See last page for footnotes).

| Item No. | Item | Unit | Production | Receipts | | Non-military shipments[#] | | End of month stocks |
| | | | | Domestic sources | Foreign sources | Domestic | Exports | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) |
| 1 | 2,4-D, dimethylamine salt | lbs. [6] | | | | | | |
| 2 | 2,4-D, butyl ester | lbs. [6] | | | | | | |
| 3 | 2,4-D, iso-octyl ester | lbs. [6] | | | | | | |
| 4 | 2,4,5-T, butyl ester | lbs. [6] | | | | | | |
| 5 | 2,4,5-T, iso-octyl ester | lbs. [6] | | | | | | |
| | Other salts or esters (Identify): | | | | | | | |
| 6 | | lbs. [6] | | | | | | |
| 7 | | lbs. [6] | | | | | | |
| 8 | | lbs. [6] | | | | | | |
| 9 | | lbs. [6] | | | | | 602125 | |
| 10 | "Orange" [1] | gals. | | | | | | |
| 11 | Alternate to "Orange" [7] | gals. | | | | | | |

ALN 01002335

**Section VII - SHIPMENTS TO DEPARTMENT OF DEFENSE - DEFOLIANTS[11]** *(See below for footnotes; attach additional sheets if necessary.)*

| Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) | Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) |
|---|---|---|---|---|---|---|---|
| 1 | "Orange"[1] or Alternate to "Orange"[7] | | | 3 | Tordon 101 [10] | | |
| | **Total** | | *NONE* | | **Total** | | *NONE* |

| 2 | Technical material contained in total quantity of above material shipped to DoD. | | 4 | Technical material contained in total quantity of above material shipped to DoD. | |
|---|---|---|---|---|---|
| | Item (a) | Quantity (lbs.[6]) (b) | | Item (a) | Quantity (lbs.[6]) (b) |
| | 2,4-D | | | 2,4-D | |
| | 2,4,5-T | | | Picloram | |

**Section VIII - WORK SCHEDULE**

| | Hours per shift | Shifts per day | Days per week |
|---|---|---|---|
| a. Work schedule for previous month | 8 | 3 | 7 |
| b. Anticipated work schedule required for maximum production | 8 | 3 | 7 |

Footnotes:
[1] "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and 2,4,5-T.
[2] Based on capacity to produce 2,4,5-T component and regardless of availability of 2,4-D component.
[3] Trichlorophenol, technical grade - designation assigned to TCP used in production of 2,4,5-T, 2,4,5-T esters and salts, "Orange," or Alternate to "Orange." It can also be used to produce other products.
[4] Trichlorophenol - Used to denote a higher grade material than that designated trichlorophenol, technical grade.
[5] Based on capacity to produce piclorarm.
[6] Acid equivalent.
[7] Alternate to "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and iso-octyl ester of 2,4,5-T.
[8] Include transfers within the company, except material transferred to another location to be incorporated into military defoliants.
[9] Shipments on rated orders to producers of military defoliants.
[10] Include picloram in any form except in Tordon 101 [10], which is to be included in items 5 (d), 5 (e), 5 (f), 5 (g), and 5 (h), Section V.
[11] On rated orders.

**Section IX - REMARKS** *(Attach additional sheets if necessary.)*

NOTE SECTION IV
TCB
BEG. BALANCE          269,577
REC.          656,220
RETURNS          7,900    645,320 (664,320)
NET RECEIPTS   →  917,577
TOTAL TO ACC FOR → 917,577
USED          585,632
ENDING INVENTORY          327,265

NOTE SECTION V
2,4,5-T
BEG. BALANCE          51,980
PROD.          601,770
TOTAL TO ACC FOR    653,770
                  (002126)
TOTAL SHIPMENTS   560,140
LESS ALLOWANCE FOR   10,000
  MOISTURE
NET SHIPMENTS    550,140
ENDING INV.   103,630

ALL MATERIAL SHIPPED TO MONSANTO'S
W.G. KRUMMRICH PLANT AT SAUGET, ILL.
FOR PROCESSING INTO ORANGE BAND

DForm DHSA 1-771 (5-10-67)          Please complete certification on face of form          USCOMM-DC 33374-P67

ALN 01002336

| This report is required under Section 705 of the Defense Production Act of 1950, as amended. | BUDGET BUREAU NO. 41-R2402 APPROVAL EXPIRES JUNE 30, 1970 |
|---|---|

FORM BDSAF-771
(8-10-67)

**U.S. DEPARTMENT OF COMMERCE**
BUSINESS AND DEFENSE SERVICES ADMINISTRATION

**INTERMEDIATES AND DEFOLIANTS**

CAPACITY, PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS

Return to: U.S. Department of Commerce
Washington, D.C. 20230
Attention: Business and Defense Services Administration
Chemicals and Allied Products Division - 544

1. Name and address of company (Principal office) (Street, City, State and Zip code) (If name and address has changed please show below)

*Monsanto Company*
*800 N. Lindbergh Blvd,*
*St. Louis, Mo.*

2. Month and year reported —

*May 1968*

3. Plant name

*Nitro*

4. Plant location (See Instructions)

*N.W. of Nitro on Viscose Road in Putnam County*

*State of West Virginia*

## INSTRUCTIONS

**Mailing** - Prepare and return one copy of this report to the Business and Defense Services Administration, U.S. Department of Commerce, Washington, D.C. 20230, no later than the 10th of the month following the report month. A separate complete report must be filed for each establishment of your company which in the previous month produced one or more of the items listed in Column (a) of Sections I or II or is scheduled to produce one or more of these items in the future.

**File Copy** - In addition to the original report form to be returned to us, there is enclosed a file copy for your records. You are not legally required to fill out or retain this file copy. While it would be a convenience to the Government for a file copy to be made and retained for reference purposes, no assurances can be provided that file copies are exempt from compulsory examination or production pursuant to legal process.

**Plant Location** - In reporting plant location, give the street address, names of the boundary streets between which the plant lies, city, county and state. If the plant does not have a street address, the location may be specified as distance and direction from a town on a State or Federal Highway. For example, the plant location could be reported as 1281 Bradley Street, between Oak Street and Meadow Avenue, Universal City, Wilford County, Maryland, or on State Route 29, 2.4 miles Southwest of Clearbrook, Maynard County, Delaware.

**Estimates** - If exact data are not available for any item, carefully prepared estimates are acceptable.

**Sections I and II - CAPACITY** - Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section I. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section II. Report in Column (c) your monthly capacity as of the last day of the month covered in this report, under the following conditions and assumptions:

1. Assume your current product mix.
2. Assume the plant operates on its current work schedule.
3. Take into account the use of only those building facilities and machinery which are in place including useable equipment idle as of the last day of the month covered.
4. Assume the availability of adequate labor force, production materials, utilities, etc.
5. Take into account machinery downtime required for maintenance and repairs needed to sustain peak operations.

Companies are not required to complete line 6, Section II, Alternate to "Orange," until the military specification for this formulation is approved in final form, at which time it will be forwarded by BDSA to all companies required to complete this report.

**Section III - ADDITIONAL CAPACITY UNDER CONSTRUCTION OR AUTHORIZED** - This section is to be completed by companies making expansions either in existing or other facilities. If construction of additional capacity has begun or is authorized at a location at which no capacity currently exists for producing the subject products, a separate report should be completed on that location. Assume the product mix which the plant is scheduled to have when completed. For line 4, Section III, Alternate to "Orange," see instruction on this item under Capacity. Though you have reported specific "additional capacity" in a given month, continue to report that "additional capacity" (column c) in succeeding months and supply a revised "approximate completion date" (column d), until the expansion is complete. BDSA must be kept informed of the latest estimated date of completion for every item of "additional capacity" initially reported.

**Sections IV, V and VI - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS** - For Section IV, see instruction at the beginning of the table. Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section V. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section VI. Production for the purpose of this report is the sum of the quantities produced and consumed in the same plant; produced and transferred to other plants of your company; produced and sold to other companies; and produced and held in stock. On 2,4-D and 2,4,5-T acid, for which the Tariff Commission requires monthly production, include the same data in this report as that furnished the other Agency.

Non-military shipments should include transfers made within the company, except for material transferred from one point to another to be incorporated into military defoliants.

**Section VII - SHIPMENTS TO THE DEPARTMENT OF DEFENSE** - List the date and quantity of each shipment of defoliants to the Department of Defense. Only the total amount of 2,4-D, 2,4,5-T and picloram included in military defoliants shipped in the month is required.

| Name of person who should be contacted if questions arise regarding this report | Telephone No. and Area code |
|---|---|
| *E. A. Cutright* | *(304) 755-3341* |

**Certification** - The undersigned company and the official executing this certification in its behalf hereby certify that the information contained in this report is correct and complete to the best of their knowledge and belief.

| Name of company | Signature of authorized official |
|---|---|
| *Monsanto Co.* | |
| Address of company *800 N Lindbergh Blvd St Louis, Mo.* | Title | Date |

The U.S. Code, Title 18 (Crimes and Criminal Procedure), Section 1001, makes it a criminal offense to make a willfully false statement or representation to any department or agency of the United States as to any matter within its jurisdiction. The individual company information reported on this form is for use in defense mobilization activities. The unauthorized publication or disclosure of individual company information by Government personnel is prohibited by law, and such personnel having access thereto are subject to fine and imprisonment under 18 U.S.C. Section 1905.

USCOMM-DC 83670-P67

Please complete form before signing certification

002-27

**Section I - CAPACITY - INTERMEDIATES AND DEFOLIANTS** - This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid, (2) "Orange," (3) tetrachlorobenzene, (4) trichlorophenol, (5) picloram, and (6) Tordon 101Ⓡ). Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. ☒

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid | lbs. | |
| 2 | 2,4,5-Trichlorophenoxy acetic acid | lbs. | |
| 3 | "Orange" [1] [2] | gals. | |
| 4 | Tetrachlorobenzene | lbs. | |
| 5 | Trichlorophenol, technical grade[3] | lbs. | |
| 6 | Trichlorophenol[4] | lbs. | |
| 7 | Picloram | lbs. | |
| 8 | Tordon 101 Ⓡ [5] | gals. | |

9. Is same equipment used to produce "trichlorophenol, technical grade," and "trichlorophenol" except for additional processing required on the higher grade material.   ☐ Yes   ☐ No

**Section II - CAPACITY - DEFOLIANTS** - This section is to be completed by producers of (1) 2, 4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid, or monochloroacetic acid, and/or 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, acetic acid, or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid and (2) "Orange" or Alternate to "Orange." (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. ☐

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid, salts | lbs. [6] | |
| 2 | 2,4-Dichlorophenoxy acetic acid, esters | lbs. [6] | |
| 3 | 2,4,5-Trichlorophenoxy acetic acid, salts | lbs. [6] | |
| 4 | 2,4,5-Trichlorophenoxy acetic acid, esters | lbs. [6] | |
| 5 | "Orange" [1] [2] | gals. | |
| 6 | Alternate to "Orange" [2] [7] | gals. | |

7. Is the same equipment used to produce esters of 2,4-D and 2,4,5-T?   ☐ Yes   ☐ No

8. Is there any limitation on the type of esters which the equipment can produce?   ☐ Yes   ☐ No
   If response is "Yes," provide explanation.

**Section III - ADDITIONAL CAPACITY, UNDER CONSTRUCTION OR AUTHORIZED - INTERMEDIATES AND DEFOLIANTS** (See last page for footnotes.)

| Item No. | Item (a) | Unit (b) | Additional capacity (c) | Approximate completion date (d) |
|---|---|---|---|---|
| 1 | 2, 4-D | lbs. [6] | | |
| 2 | 2,4,5-T | lbs. [6] | *None* | 002128 |
| 3 | "Orange" [1] [2] | gals. | | |
| 4 | Alternate to "Orange" [2] [7] | gals. | | |

ALN 01002338

| | | | | |
|---|---|---|---|---|
| 6 | Trichlorophenol, technical grade [3] | lbs. | — | — |
| 7 | Trichlorophenol [4] | lbs. | — | — |
| 8 | Picloram | lbs. | — | — |
| 9 | Tordon 101 (R) [5] | gals. | — | — |

**Section IV - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - INTERMEDIATES (lbs.).** This section is to be completed by basic producers of tetrachlorobenzene, 2,4,5-T and 2,4,5-T esters and salts. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. *(See last page for footnotes).*

| Item No. | Item (a) | Production (b) | Receipts Domestic sources (c) | Receipts Foreign sources (d) | Consumption "Orange" (e) | Consumption Other products (f) | Shipments [6] To military [9] defoliant producers (g) | Shipments To others (h) | End of month stocks (i) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | TCB | | 423,740 | | 133,071 | 507,611 | | | 269,577 |
| 2 | TCP, [3] tech. | | | | | | | | |
| 3 | TCP [4] | | | | | | | | |

**Section V - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid (2) "Orange", (3) picloram, and (4) Tordon 101 (R). *(See last page for footnotes).*

| Item No. | Item (a) | Unit (b) | Production (c) | Receipts Domestic sources (d) | Receipts Foreign sources (e) | Non-military shipments [8] Domestic (f) | Non-military shipments Exports (g) | End of month stocks (h) |
|---|---|---|---|---|---|---|---|---|
| 1 | 2,4-D | lbs. [6] | | | | | | |
| 2 | 2,4,5-T | lbs. [6] | 670,220 | | | | | 51,980 |
| 3 | "Orange" [1] | gals. | | | | | | |
| 4 | Picloram | lbs. | | 10 | 10 | 10 | 10 | 10 |
| 5 | Tordon 101 (R) | gals. | | | | | | |

**Section VI - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid and 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid, (2) "Orange" and (3) Alternate to "Orange" made from these esters. *(See last page for footnotes).*

| Item No. | Item (a) | Unit (b) | Production (c) | Receipts Domestic sources (d) | Receipts Foreign sources (e) | Non-military shipments [8] Domestic (f) | Non-military shipments Exports (g) | End of month stocks (h) |
|---|---|---|---|---|---|---|---|---|
| 1 | 2,4-D, dimethylamine salt | lbs. [6] | | | | | | |
| 2 | 2,4-D, butyl ester | lbs. [6] | | | | | | |
| 3 | 2,4-D, iso-octyl ester | lbs. [6] | | | | | | |
| 4 | 2,4,5-T, butyl ester | lbs. [6] | | | | | | |
| 5 | 2,4,5-T, iso-octyl ester | lbs. [6] | | | | | | |
| | Other salts or esters (Identify): | | | | | | | |
| 6 | | lbs. [6] | | | | | | |
| 7 | | lbs. [6] | | | | | | |
| 8 | | lbs. [6] | | | | | | |
| 9 | | lbs. [6] | | | | | | |
| 10 | "Orange" [1] | gals. | | | | | | |
| 11 | Alternate to "Orange" [7] | gals. | | | | | | |

002139

ALN 01002339

## Section VII - SHIPMENTS TO DEPARTMENT OF DEFENSE - DEFOLIANTS[11] (See below for footnotes; attach additional sheets if necessary.)

| Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) | Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) |
|---|---|---|---|---|---|---|---|
| 1 | "Orange"[1] or Alternate to "Orange"[7] | | | 3 | Tordon 101 [10] | | |
| | Total | | NONE | | Total | | NONE |

| 2 | Technical material contained in total quantity of above material shipped to DoD. | | 4 | Technical material contained in total quantity of above material shipped to DoD. | |
|---|---|---|---|---|---|
| | Item (a) | Quantity (lbs.[6]) (b) | | Item (a) | Quantity (lbs.[6]) (b) |
| | 2,4-D | | | 2,4-D | |
| | 2,4,5-T | | | Picloram | |

## Section VIII - WORK SCHEDULE

| | Hours per shift | Shifts per day | Days per week |
|---|---|---|---|
| a. Work schedule for previous month | 8 | 3 | 7 |
| b. Anticipated work schedule required for maximum production | 8 | 3 | 7 |

**Footnotes:**
[1] "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and 2,4,5-T.
[2] Based on capacity to produce 2,4,5-T component and regardless of availability of 2,4-D component.
[3] Trichlorophenol, technical grade - designation assigned to TCP used in production of 2,4,5-T, 2,4,5-T esters and salts, "Orange," or Alternate to "Orange". It can also be used to produce other products.
[4] Trichlorophenol - Used to denote a higher grade material than that designated trichlorophenol, technical grade.
[5] Based on capacity to produce picloram.
[6] Acid equivalent.
[7] Alternate to "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and iso-octyl ester of 2,4,5-T.
[8] Include transfers within the company, except material transferred to another location to be incorporated into military defoliants.
[9] Shipments on rated orders to producers of military defoliants.
[10] Include picloram in any form except in Tordon 101 [10], which is to be included in items 5 (d), 5 (e), 5 (f), 5 (g), and 5 (h), Section V.
[11] On rated orders.

## Section IX - REMARKS (Attach additional sheets if necessary.)

NOTE SECTION IV
TCB
BEG. BALANCE          486,519
REC.  437,940
RETURNS   14,300
NET REC.              423,740
TOTAL TO ACC.    910,259
USED                   640,684
ENDING INVENTORY    269,577

380,190 lbs were shipped to outside sales. Remainder of material (316,940) was shipped to Monsanto's plant at Sauget, Ill. for further processing.

NOTE SECTION V
245T   BEG. INV.    78,890
          PRODUCED   670,220
       TOTAL TO ACC.  749,110
       SHIPPED          697,130
       ENDING INV.     51,980

0.02130

TOTAL SALES WG MATERIAL
ORANGE   165,600
SALES   531,500

This report is required under Section ___ of the Defense Production Act of 1950, as amended.

*BUDGET BUREAU NO. 41-R2402.*
*APPROVAL EXPIRES JUNE 30, 1970*

FORM BDSAF-771
(9-10-67)

**U.S. DEPARTMENT OF COMMERCE**
**BUSINESS AND DEFENSE SERVICES ADMINISTRATION**

### INTERMEDIATES AND DEFOLIANTS

CAPACITY, PRODUCTION, RECEIPTS, CONSUMPTION,
SHIPMENTS AND STOCKS

Return to: U.S. Department of Commerce
Washington, D.C. 20230
Attention: Business and Defense Services Administration
Chemicals and Allied Products Division - 544

**1. Name and address of company (Principal office) (Street, City, State and Zip code) (If name and address has changed please show below)**

MONSANTO COMPANY
800 N. LINDBERGH BLVD.
ST. LOUIS MO.

**2. Month and year reported**

APRIL 1968

**3. Plant name**

NITRO

**4. Plant location (See Instructions)**

NW of NITRO on VISCOSE Road in PUTNAM COUNTY
STATE of WEST VIRGINIA.

## INSTRUCTIONS

**Mailing** - Prepare and return one copy of this report to the Business and Defense Services Administration, U.S. Department of Commerce, Washington, D.C. 20230, no later than the 10th of the month following the report month. A separate complete report must be filed for each establishment of your company which in the previous month produced one or more of the items listed in Column (a) of Sections I or II or is scheduled to produce one or more of these items in the future.

**File Copy** - In addition to the original report form to be returned to us, there is enclosed a file copy for your records. You are not legally required to fill out or retain this file copy. While it would be a convenience to the Government for a file copy to be made and retained for reference purposes, no assurances can be provided that file copies are exempt from compulsory examination or production pursuant to legal process.

**Plant Location** - In reporting plant location, give the street address, names of the boundary streets between which the plant lies, city, county and state. If the plant does not have a street address, the location may be specified as distance and direction from a town on a State or Federal Highway. For example, the plant location could be reported as 1281 Bradley Street, between Oak Street and Meadow Avenue, Universal City, Wilford County, Maryland, or on State Route 29, 2.4 miles Southwest of Clearbrook, Maynard County, Delaware.

**Estimates** - If exact data are not available for any item, carefully prepared estimates are acceptable.

**Sections I and II - CAPACITY** - Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section I. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section II. Report in Column (c) your monthly capacity as of the last day of the month covered in this report, under the following conditions and assumptions:

1. Assume your current product mix.
2. Assume the plant operates on its current work schedule.
3. Take into account the use of only those building facilities and machinery which are in place including useable equipment idle as of the last day of the month covered.
4. Assume the availability of adequate labor force, production materials, utilities, etc.
5. Take into account machinery downtime required for maintenance and repairs needed to sustain peak operations.

Companies are not required to complete line 6, Section II, Alternate to "Orange," until the military specification for this formulation is approved in final form, at which time it will be forwarded by BDSA to all companies required to complete this report.

**Section III - ADDITIONAL CAPACITY UNDER CONSTRUCTION OR AUTHORIZED** - This section is to be completed by companies making expansions either in existing or other facilities. If construction of additional capacity has begun or is authorized at a location at which no capacity currently exists for producing the subject products, a separate report should be completed on that location. Assume the product mix which the plant is scheduled to have when completed. For line 4, Section III, Alternate to "Orange," see instruction on this item under Capacity. Though you have reported specific "additional capacity" in a given month, continue to report that "additional capacity" (column c) in succeeding months and supply a revised "approximate completion date" (column d), until the expansion is completed. BDSA must be kept informed of the latest estimated date of completion for every item of "additional capacity" initially reported.

**Sections IV, V and VI - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS and STOCKS** - For Section IV, see instruction at the beginning of the table. Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section V. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section VI. Production for the purpose of this report is the sum of the quantities produced and consumed in the same plant; produced and transferred to other plants of your company; produced and sold to other companies; and produced and held in stock. On 2,4-D and 2,4,5-T acid, for which the Tariff Commission requires monthly production, include the same data in this report as that furnished the other Agency.

Non-military shipments should include transfers made within the company, except for material transferred from one plant to another to be incorporated into military defoliants.

**Section VII - SHIPMENTS TO THE DEPARTMENT OF DEFENSE** - List the date and quantity of each shipment of defoliants to the Department of Defense. Only the total amount of 2,4-D, 2,4,5-T and picloram included in military defoliants shipped in the month is required.

**Name of person who should be contacted if questions arise regarding this report**

E. A. CUTRIGHT

**Telephone No. and Area code**

(309) 755-2341

Certification - The undersigned company and the official executing this certification in its behalf hereby certify that the information contained in this report is correct and complete to the best of their knowledge and belief.

**Name of company**

MONSANTO COMPANY

**Signature of authorized official**

**Address of company**

800 N. LINDBERGH BLVD.
ST. LOUIS MO.

**Title**

**Date**

The U.S. Code, Title 18 (Crimes and Criminal Procedure), Section 1001, makes it a criminal offense to make a willfully false statement or representation to any department or agency of the United States as in any matter within its jurisdiction. The individual company information reported on this form is for use in defense mobilization activities. The unauthorized disclosure or disclosure of individual company information by Government personnel is prohibited by law, and such personnel having access thereto are subject to fine and imprisonment for unauthorized disclosure.

Please complete form before signing certification

004453

Section I - CAPACITY - INTERMEDIATES AND DEFOLIANTS - This section is to be completed by producers of (1) 2,4-dichloro-phenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid and who separate the acid, (2) "Orange," (3) tetrachlorobenzene, (4) tri-chlorophenol, (5) picloram, and (6) Tordon 101®. Producers of 2,4-T who do not separate trichlorophenol are not required to re-port on this item. (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. [X]

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acid | lbs. | |
| 2 | 2,4,5-Trichlorophenoxy acetic acid | lbs. | |
| 3 | "Orange" 1  2 | gals. | |
| 4 | Tetrachlorobenzene | lbs. | |
| 5 | Trichlorophenol, technical grade3 | lbs. | |
| 6 | Trichlorophenol4 | lbs. | |
| 7 | Picloram | lbs. | |
| 8 | Tordon 101 ® 5 | gals. | |

9. Is same equipment used to produce "trichlorophenol, technical grade," and "trichlorophenol" except for additional processing required on the higher grade material.   [ ] Yes   [ ] No

Section II - CAPACITY - DEFOLIANTS - This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid, or monochloroacetic acid, and/or 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, acetic acid, or monochloroacetic acid, as well as tetrachlorobenzene or trichlo-rophenol, without separating the acid and (2) "Orange" or Alternate to "Orange." (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. [ ]

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid, salts | lbs. 6 | |
| 2 | 2,4-Dichlorophenoxy acetic acid, esters | lbs. 6 | |
| 3 | 2,4,5-Trichlorophenoxy acetic acid, salts | lbs. 6 | |
| 4 | 2,4,5-Trichlorophenoxy acetic acid, esters | lbs. 6 | |
| 5 | "Orange" 1  2 | gals. | |
| 6 | Alternate to "Orange" 2  7 | gals. | |

7  Is the same equipment used to produce esters of 2,4-D and 2,4,5-T?   [ ] Yes   [ ] No

8. Is there any limitation on the type of esters which the equipment can produce?   [ ] Yes   [ ] No
If response is "Yes," provide explanation.

Section III - ADDITIONAL CAPACITY, UNDER CONSTRUCTION OR AUTHORIZED - INTERMEDIATES AND DEFOLIANTS (See last page for footnotes.)

| Item No. | Item (a) | Unit (b) | Additional capacity (c) | Approximate completion date (d) |
|---|---|---|---|---|
| 1 | 2, 4-D | lbs. 6 | — | — |
| 2 | 2,4,5-T | lbs. 6 | NONE | 002132 |
| 3 | "Orange" 1  2 | gals. | — | |

ALN 01002342

| | Item | | | | | |
|---|---|---|---|---|---|---|
| 5 | Tetrachlorobenzene | lbs. | — | | — | |
| 6 | Trichlorophenol, technical grade [3] | lbs. | — | | — | |
| 7 | Trichlorophenol [4] | lbs. | — | | — | |
| 8 | Picloram | lbs. | — | | — | |
| 9 | Tordon 101 ® [5] | gals. | — | | — | |

**Section IV - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - INTERMEDIATES (lbs.).** This section is to be completed by basic producers of tetrachlorobenzene, 2,4,5-T and 2,4,5-T esters and salts. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. *(See last page for footnotes.)*

| Item No. | Item | Production | Receipts | | Consumption | | Shipments[8] | | End of month stocks |
|---|---|---|---|---|---|---|---|---|---|
| | | | Domestic sources | Foreign sources | "Orange" | Other products | To military[9] defoliant producers | To others | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) |
| 1 | TCB | | 731,600 | | | 593,133 | | | 486,519 |
| 2 | TCP,[3] tech. | | | | | | | | |
| 3 | TCP[4] | | | | | | | | |

**Section V - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid (2) "Orange", (3) picloram, and (4) Tordon 101 ®. *(See last page for footnotes.)*

| Item No. | Item | Unit | Production | Receipts | | Non-military shipments[8] | | End of month stocks |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources | Foreign sources | Domestic | Exports | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) |
| 1 | 2,4-D | lbs.[6] | | | | | | |
| 2 | 2,4,5-T | lbs.[6] | 606050 | | | | | 78,890 |
| 3 | "Orange" [1] | gals. | | | | | | |
| 4 | Picloram ® | lbs. | | 10 | 10 | 10 | 10 | 10 |
| 5 | Tordon 101 ® | gals. | | | | | | |

**Section VI - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid and 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid, (2) "Orange" and (3) Alternate to "Orange" made from these esters. *(See last page for footnotes.)*

| Item No. | Item | Unit | Production | Receipts | | Non-military shipments[8] | | End of month stocks |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources | Foreign sources | Domestic | Exports | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) |
| 1 | 2,4-D, dimethylamine salt | lbs.[6] | | | | | | |
| 2 | 2,4-D, butyl ester | lbs.[6] | | | | | | |
| 3 | 2,4-D, iso-octyl ester | lbs.[6] | | | | | | |
| 4 | 2,4,5-T, butyl ester | lbs.[6] | | | | | | |
| 5 | 2,4,5-T, iso-octyl ester | lbs.[6] | | | | | | |
| | Other salts or esters (Identify): | | | | | | | |
| 6 | | lbs.[6] | | | | | | |
| 7 | | lbs.[6] | | | | | | |
| 8 | | lbs.[6] | | | | | | |
| 9 | | lbs.[6] | | | | | | |
| 10 | "Orange" [1] | gals. | | | | | | |
| 11 | Alternate to "Orange"[7] | gals. | | | | | | |

002133

FORM BDSAF-371 (5-10-67)          Please continue on reverse          USCOMM-DC 33370-P67

ALN 01002343

**Section VII – SHIPMENTS TO DEPARTMENT OF DEFENSE – DEFOLIANTS[11]** (See below for footnotes; attach additional sheets if necessary.)

| Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) | Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) |
|---|---|---|---|---|---|---|---|
| 1 | "Orange"[1] or Alternate to "Orange"[7] | | | 3 | Tordon 101 [R] | | |
| | **Total** | | NONE | | **Total** | | NONE |

| 2 | Technical material contained in total quantity of above material shipped to DoD. | | 4 | Technical material contained in total quantity of above material shipped to DoD. | |
|---|---|---|---|---|---|
| | Item (a) | Quantity (lbs.[6]) (b) | | Item (a) | Quantity (lbs.[6]) (b) |
| | 2,4-D | | | 2,4-D | |
| | 2,4,5-T | | | Picloram | |

**Section VIII - WORK SCHEDULE**

| | Hours per shift | Shifts per day | Days per week |
|---|---|---|---|
| a. Work schedule for previous month | 8 | 3 | 7 |
| b. Anticipated work schedule required for maximum production | 8 | 3 | 7 |

**Footnotes:**
[1] "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and 2,4,5-T.
[2] Based on capacity to produce 2,4,5-T component and regardless of availability of 2,4-D component.
[3] Trichlorophenol, technical grade - designation assigned to TCP used in production of 2,4,5-T, 2,4,5-T esters and salts, "Orange," or Alternate to "Orange". It can also be used to produce other products.
[4] Trichlorophenol - Used to denote a higher grade material than that designated trichlorophenol, technical grade.
[5] Based on capacity to produce picloram.
[6] Acid equivalent.
[7] Alternate to "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and iso-octyl ester of 2,4,5-T.
[8] Include transfers within the company, except material transferred to another location to be incorporated into military defoliants.
[9] Shipments on rated orders to producers of military defoliants.
[10] Include picloram in any form except in Tordon 101 [R], which is to be included in items 5 (d), 5 (e), 5 (f), 5 (g), and 5 (h), Section V.
[11] On rated orders.

**Section IX - REMARKS** (Attach additional sheets if necessary.)

NOTE SECTION IV        NOTE SECTION I

TCB:            245-T.

BEG. INVENTORY    348,052
REC. 744,100                BEG. INV   88,550
RETURNS 12,500           PRODUCED 606,050
_____                  TOTAL 694,600
NET REC.      731,600       SHIPPED 615,710
TOTAL TO ACC. 1,079,652           _____
USED.         543,137      END. INV. 78,890
_____
ENDING INV.   486,519

ALL SHIPMENTS WENT TO DOMESTIC USE. NONE
FOR ORANGE BAND

002134

Please complete certification on face of form

This report is required under Section 705 of the Defense Production Act of 1950, as amended.

FORM BDSAF-771
(8-10-67)

**U.S. DEPARTMENT OF COMMERCE**
BUSINESS AND DEFENSE SERVICES ADMINISTRATION

**INTERMEDIATES AND DEFOLIANTS**

CAPACITY, PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS

Return to: U.S. Department of Commerce
Washington, D.C. 20230
Attention: Business and Defense Services Administration
Chemicals and Allied Products Division - 544

BUDGET BUREAU NO. 41-R2401
APPROVAL EXPIRES JUNE 30, 1970

1. Name and address of company (Principal office) (Street, City, State and Zip code) (If name and address has changed please show below)

Monsanto Company
800 N. Lindbergh Blvd
St. Louis, Mo.

2. Month and year reported

March 1968

3. Plant name

Nitro

4. Plant location (See instructions)

NW of Nitro on Viscose Road in Putnam County
State of West Virginia

## INSTRUCTIONS

Mailing - Prepare and return one copy of this report to the Business and Defense Services Administration, U.S. Department of Commerce, Washington, D.C. 20230, no later than the 10th of the month following the report month. A separate complete report must be filed for each establishment of your company which in the previous month produced one or more of the items listed in Column (a) of Sections I or II or is scheduled to produce one or more of these items in the future.

File Copy - In addition to the original report form to be returned to us, there is enclosed a file copy for your records. You are not legally required to fill out or retain this file copy. While it would be a convenience to the Government for a file copy to be made and retained for reference purposes, no assurances can be provided that file copies are exempt from compulsory examination or production pursuant to legal process.

Plant Location - In reporting plant location, give the street address, names of the boundary streets between which the plant lies, city, county and state. If the plant does not have a street address, the location may be specified as distance and direction from a town on a State or Federal Highway. For example, the plant location could be reported as 1281 Bradley Street, between Oak Street and Meadow Avenue, Universal City, Tilford County, Maryland, or on State Route 29, 2.4 miles Southwest of Clearbrook, Maynard County, Delaware.

Estimates - If exact data are not available for any item, carefully prepared estimates are acceptable.

Sections I and II - CAPACITY - Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section I. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section II. Report in Column (c) your monthly capacity as of the last day of the month covered in this report, under the following conditions and assumptions:

1. Assume your current product mix.
2. Assume the plant operates on its current work schedule.
3. Take into account the use of only those building facilities and machinery which are in place including useable equipment idle as of the last day of the month covered.
4. Assume the availability of adequate labor force, production materials, utilities, etc.
5. Take into account machinery downtime required for maintenance and repairs needed to sustain peak operations.

Companies are not required to complete line 6, Section II, Alternate to "Orange," until the military specification for this formulation is approved in final form, at which time it will be forwarded by BDSA to all companies required to complete this report.

Section III - ADDITIONAL CAPACITY UNDER CONSTRUCTION OR AUTHORIZED - This section is to be completed by companies making expansions either in existing or other facilities. If construction of additional capacity has begun or is authorized at a location at which no capacity currently exists for producing the subject products, a separate report should be completed on that location. Assume the product mix which the plant is scheduled to have when completed. For line 4, Section III, Alternate to "Orange," see instruction on this item under Capacity. Though you have reported specific "additional capacity" in a given month, continue to report that "additional capacity" (column c) in succeeding months and supply a revised "approximate completion date" (column d), until the expansion is complete. BDSA must be kept informed of the latest estimated date of completion for every item of "additional capacity" initially reported.

Sections IV, V and VI - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - For Section IV, see instruction at the beginning of the table. Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section V. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section VI. Productions for the purposes of this report is the sum of the quantities produced and consumed in the same plant; produced and transferred to other plants of your company; produced and sold to other companies; and produced and held in stock. On 2,4-D and 2,4,5-T acid, for which the Tariff Commission requires monthly production, include the same data in this report as that furnished the other Agency.

Non-military shipments should include transfers made within the company, except for material transferred from one point to another to be incorporated into military defoliants.

Section VII - SHIPMENTS TO THE DEPARTMENT OF DEFENSE - List the date and quantity of each shipment of defoliants to the Department of Defense. Only the total amount of 2,4-D, 2,4,5-T and picloram included in military defoliants shipped in the month is required.

Name of person who should be contacted if questions arise regarding this report

E. A. Cutright

Telephone and Area code

(304) 755-3341

Certification - The undersigned company and the official executing this certification in its behalf hereby certify that the information contained in this report is correct and complete to the best of their knowledge and belief.

Name of company

Monsanto Company

Signature of authorized official

Address of company
800 N. Lindbergh Blvd
St. Louis, Mo.

Title

Date

The U.S. Code, Title 18 (Crimes and Criminal Procedure), Section 1001, makes it a willful offense to make a willfully false statement or representation to any department or agency of the United States as to any matter within its jurisdiction. The individual company information reported on this form is for use in defense mobilization activities. The unauthorized publication or disclosure of individual company data required by law, government personnel is prohibited by law, and any Government having access thereto are subject to fine and imprisonment for unauthorized disclosure.

Please complete form before signing certification

USCOMM-DC 33570-P67

ALN 01002345

**Section I - CAPACITY - INTERMEDIATES AND DEFOLIANTS** - This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid, (2) "Orange," (3) tetrachlorobenzene, (4) trichlorophenol, (5) picloram, and (6) Tordon 101®.  Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. ☒

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid | lbs. | |
| 2 | 2,4,5-Trichlorophenoxy acetic acid | lbs. | |
| 3 | "Orange" 1  2 | gals. | |
| 4 | Tetrachlorobenzene | lbs. | |
| 5 | Trichlorophenol, technical grade 3 | lbs. | |
| 6 | Trichlorophenol 4 | lbs. | |
| 7 | Picloram | lbs. | |
| 8 | Tordon 101 ® 5 | gals. | |

9. Is same equipment used to produce "trichlorophenol, technical grade," and "trichlorophenol" except for additional processing required on the higher grade material.  ☐ Yes  ☐ No

**Section II - CAPACITY - DEFOLIANTS** - This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid, or monochloroacetic acid, and/or 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, acetic acid, or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid and (2) "Orange" or Alternate to "Orange." (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. ☐

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid, salts | lbs. 6 | |
| 2 | 2,4-Dichlorophenoxy acetic acid, esters | lbs. 6 | |
| 3 | 2,4,5-Trichlorophenoxy acetic acid, salts | lbs. 6 | |
| 4 | 2,4,5-Trichlorophenoxy acetic acid, esters | lbs. 6 | |
| 5 | "Orange" 1  2 | gals. | |
| 6 | Alternate to "Orange" 2  7 | gals. | |

7. Is the same equipment used to produce esters of 2,4-D and 2,4,5-T?  ☐ Yes  ☐ No

8. Is there any limitation on the type of esters which the equipment can produce?  ☐ Yes  ☐ No
If response is "Yes," provide explanation.

**Section III - ADDITIONAL CAPACITY, UNDER CONSTRUCTION OR AUTHORIZED - INTERMEDIATES AND DEFOLIANTS** (See last page for footnotes.)

| Item No. | Item (a) | Unit (b) | Additional capacity (c) | Approximate completion date (d) |
|---|---|---|---|---|
| 1 | 2, 4-D | lbs. 6 | — | — |
| 2 | 2,4,5-T | lbs. 6 | NONE | 002136 |
| 3 | "Orange" 1  2 | gals. | — | — |
| 4 | Alternate "Orange" 2  7 | gals. | | |

ALN 01002346

| | | | | | |
|---|---|---|---|---|---|
| 6 | Trichlorophenol, technical grade [3] | lbs. | — | — | — |
| 7 | Trichlorophenol [4] | lbs. | — | — | — |
| 8 | Picloram | lbs. | — | — | — |
| 9 | Tordon 101 (R) [5] | gals. | — | | |

**Section IV - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - INTERMEDIATES (lbs.).** This section is to be completed by basic producers of tetrachlorobenzene, 2,4,5-T and 2,4,5-T esters and salts. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. *(See last page for footnotes).*

| Item No. | Item (a) | Production (b) | Receipts | | Consumption | | Shipments[8] | | End of month stocks (i) |
|---|---|---|---|---|---|---|---|---|---|
| | | | Domestic sources (c) | Foreign sources (d) | "Orange" (e) | Other products (f) | To military[9] defoliant producers (g) | To others (h) | |
| 1 | TCB | | 588,590 | | 612,281 | | | | 318,052 |
| 2 | TCP, [3] tech. | | | | | | | | |
| 3 | TCP [4] | | | | | | | | |

**Section V - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid (2) "Orange", (3) picloram, and (4) Tordon 101 (R). *(See last page for footnotes).*

| Item No. | Item (a) | Unit (b) | Production (c) | Receipts | | Non-military shipments[8] | | End of month stocks (h) |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources (d) | Foreign sources (e) | Domestic (f) | Exports (g) | |
| 1 | 2,4-D | lbs. [6] | | | | | | |
| 2 | 2,4,5-T | lbs. [6] | 591,320 | | | | | 88,550 |
| 3 | "Orange" [1] | gals. | | | | | | |
| 4 | Picloram | lbs. | | [10] | [10] | [10] | [10] | [10] |
| 5 | Tordon 101 (R) | gals. | | | | | | |

**Section VI - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid and 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid, (2) "Orange" and (3) Alternate to "Orange" made from these esters. *(See last page for footnotes).*

| Item No. | Item (a) | Unit (b) | Production (c) | Receipts | | Non-military shipments[8] | | End of month stocks (h) |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources (d) | Foreign sources (e) | Domestic (f) | Exports (g) | |
| 1 | 2,4-D, dimethylamine salt | lbs. [6] | | | | | | |
| 2 | 2,4-D, butyl ester | lbs. [6] | | | | | | |
| 3 | 2,4-D, iso-octyl ester | lbs. [6] | | | | | | |
| 4 | 2,4,5-T, butyl ester | lbs. [6] | | | | | | |
| 5 | 2,4,5-T, iso-octyl ester | lbs. [6] | | | | | | |
| | Other salts or esters (Identify): | | | | | | | |
| 6 | | lbs. [6] | | | | | | |
| 7 | | lbs. [6] | | | | | | |
| 8 | | lbs. [6] | | | | | | |
| 9 | | lbs. [6] | | | | | | |
| 10 | "Orange" [1] | gals. | | | | | | |
| 11 | Alternate to "Orange" [7] | gals. | | | | | | |

002137

FORM BDSAF-771 (6-10-67)         Please continue on reverse         USCOMM-DC 33573-P67

ALN 01002347

**Section VII - SHIPMENTS TO DEPARTMENT OF DEFENSE - DEFOLIANTS[11]** (See below for footnotes; attach additional sheets if necessary.)

| Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) | Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) |
|---|---|---|---|---|---|---|---|
| 1 | "Orange"[1] or Alternate to "Orange"[7] | | | 3 | Tordon 101 ® | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | Total | | NONE | | Total | | NONE |

| 2 | Technical material contained in total quantity of above material shipped to DoD. | | 4 | Technical material contained in total quantity of above material shipped to DoD. | |
|---|---|---|---|---|---|
| | Item (a) | Quantity (lbs.[6]) (b) | | Item (a) | Quantity (lbs.[6]) (b) |
| | 2,4-D | | | 2,4-D | |
| | 2,4,5-T | | | Picloram | |

**Section VIII - WORK SCHEDULE**

| | Hours per shift | Shifts per day | Days per week |
|---|---|---|---|
| a. Work schedule for previous month | 8 | 3 | 7 |
| b. Anticipated work schedule required for maximum production | 8 | 3 | 7 |

Footnotes:
[1] "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and 2,4,5-T.
[2] Based on capacity to produce 2,4,5-T component and regardless of availability of 2,4-D component.
[3] Trichlorophenol, technical grade - designation assigned to TCP used in production of 2,4,5-T, 2,4,5-T esters and salts, "Orange", or Alternate to "Orange". It can also be used to produce other products.
[4] Trichlorophenol - Used to denote a higher grade material than that designated trichlorophenol, technical grade.
[5] Based on capacity to produce picloram.
[6] Acid equivalent.
[7] Alternate to "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and iso-octyl ester of 2,4,5-T.
[8] Include transfers within the company, except material transferred to another location to be incorporated into military defoliants.
[9] Shipments on rated orders to producers of military defoliants.
[10] Include picloram in any form except in Tordon 101 ®, which is to be included in items 5 (d), 5 (e), 5 (f), 5 (g), and 5 (h), Section V.
[11] On rated orders.

**Section IX - REMARKS** (Attach additional sheets if necessary.)

NOTE SECTION IV        NOTE SECTION V

TCB:

| | | | | 245T | |
|---|---|---|---|---|---|
| Beginning Inv. | 371,793 | | | Beg. Inv | 26,950 |
| Rec. Plant | 599,240 | | | Production | 599,320 |
| Less Returns | 10,700 | | | Total | 630,770 |
| Net Receiv | 588,540 | 588,540 | | Shipping | 532,220 |
| Total Avail. | 960,333 | | | Ending Inv. | 88,550 |
| Less Usage | 612,261 | | | | |
| Ending Inv | 348,052 | | | | |

532,220 lbs were shipped to Monsanto's W.G. Krummich Plant at Sauget Illinois for Further Processing. All material was for Orange Band.

002138

| This report is required under Section 705 of the Defense Production Act of 1950, as amended. | BUDGET BUREAU NO. 41-R2402<br>APPROVAL EXPIRES JUNE 30, 1970 |
|---|---|
| FORM BDSAF-771<br>(9-10-67)<br><br>U.S. DEPARTMENT OF COMMERCE<br>BUSINESS AND DEFENSE SERVICES ADMINISTRATION<br><br>**INTERMEDIATES AND DEFOLIANTS**<br>CAPACITY, PRODUCTION, RECEIPTS, CONSUMPTION,<br>SHIPMENTS AND STOCKS | 1. Name and address of company (Principal office) (Street, City, State and Zip code) (If name and address has changed please show below)<br><br>MONSANTO COMPANY<br>800 N. LINDBERGH BLVD<br>ST. LOUIS, MO. |

Return to: U.S. Department of Commerce
Washington, D.C. 20230
Attention: Business and Defense Services Administration
Chemicals and Allied Products Division - 544

| 2. Month and year reported<br><br>FEBRUARY 1968 | 3. Plant name<br><br>NITRO |
|---|---|

4. Plant location (See Instructions)

N W of NITRO on VISCOSE ROAD IN PUTNAM COUNTY
STATE of WEST VIRGINIA

## INSTRUCTIONS

Mailing - Prepare and return one copy of this report to the Business and Defense Services Administration, U.S. Department of Commerce, Washington, D.C. 20230, no later than the 10th of the month following the report month. A separate complete report must be filed for each establishment of your company which in the previous month produced one or more of the items listed in Column (a) of Sections I or II or is scheduled to produce one or more of these items in the future.

File Copy - In addition to the original report form to be returned to us, there is enclosed a file copy for your records. You are not legally required to fill out or retain this file copy. While it would be a convenience to the Government for a file copy to be made and retained for reference purposes, no assurances can be provided that file copies are exempt from compulsory examination or production pursuant to legal process.

Plant Location - In reporting plant location, give the street address, names of the boundary streets between which the plant lies, city, county and state. If the plant does not have a street address, the location may be specified as distance and direction from a town on a State or Federal Highway. For example, the plant location could be reported as 1291 Bradley Street, between Oak Street and Meadow Avenue, Universal City, Tilford County, Maryland, or on State Route 29, 2.4 miles Southwest of Clearbrook, Maynard County, Delaware.

Estimates - If exact data are not available for any item, carefully prepared estimates are acceptable.

Sections I and II - CAPACITY - Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section I. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section II. Report in Column (c) your monthly capacity as of the last day of the month covered in this report, under the following conditions and assumptions:

1. Assume your current product mix.
2. Assume the plant operates on its current work schedule.
3. Take into account the use of only those building facilities and machinery which are in place including useable equipment idle as of the last day of the month covered.
4. Assume the availability of adequate labor force, production materials, utilities, etc.
5. Take into account machinery downtime required for maintenance and repairs needed to sustain peak operations.

Companies are not required to complete line 6, Section II, Alternate to "Orange," until the military specification for this formulation is approved in final form, at which time it will be forwarded by BDSA to all companies required to complete this report.

Section III - ADDITIONAL CAPACITY UNDER CONSTRUCTION OR AUTHORIZED - This section is to be completed by companies making expansions either in existing or other facilities. If construction of additional capacity has begun or is authorized at a location at which no capacity currently exists for producing the subject products, a separate report should be completed on that location. Assume the product mix which the plant is scheduled to have when completed. For line 4, Section III, Alternate to "Orange," see instruction on this item under Capacity. Though you have reported specific "additional capacity" in a given month, continue to report that "additional capacity" (column c) in succeeding months and supply a revised "approximate completion date" (column d), until the expansion is complete. BDSA must be kept informed of the latest estimated date of completion for every item of "additional capacity" initially reported.

Sections IV, V and VI - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - For Section IV, see instruction at the beginning of the table. Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section V. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section VI. Production for the purpose of this report is the sum of the quantities produced and consumed in the same plant; produced and transferred to other plants of your company; produced and sold to other companies; and produced and held in stock. On 2,4-D and 2,4,5-T acid, for which the Tariff Commission requires monthly production, include the same data in this report as that furnished the other Agency.

Non-military shipments should include transfers made within the company, except for material transferred from one point to another to be incorporated into military defoliants.

Section VII - SHIPMENTS TO THE DEPARTMENT OF DEFENSE - List the date and quantity of each shipment of defoliants to the Department of Defense. Only the total amount of 2,4-D, 2,4,5-T and picloram included in military defoliants shipped in the month is required.

| Name of person who should be contacted if questions arise regarding this report.<br><br>E. A. CUTRIGHT | Telephone No. and Area code<br><br>(314) 755-3341 |
|---|---|

Certification - The undersigned company and the official executing this certification in its behalf hereby certify that the information contained in this report is correct and complete to the best of their knowledge and belief.

| Name of company<br><br>MONSANTO COMPANY | Signature of authorized official | |
|---|---|---|
| Address of company<br><br>800 N. LINDBERGH BLVD<br>ST. LOUIS, MO. | Title | Date<br><br>002139 |

The U.S. Code, Title 18 Crimes and Criminal Procedure), Section 1001, makes it a criminal offense to make a wilfully false statement or representation to any department or agency of the United States as to any matter within its jurisdiction. The individual company information reported on this form is for use in defense mobilization activities. The unauthorized publication or disclosure of individual company information by Government personnel is prohibited by law, and such personnel having access thereto are subject to fine and imprisonment for unauthorized disclosure.

Please complete form before signing certification

USCOMM-DC 33570-P67

ALN 01002349

**Section I - CAPACITY - INTERMEDIATES AND DEFOLIANTS** - This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid, (2) "Orange," (3) tetrachlorobenzene, (4) trichlorophenol, (5) picloram, and (6) Tordon 101 ⓡ.  Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. ☒

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid | lbs. | |
| 2 | 2,4,5-Trichlorophenoxy acetic acid | lbs. | |
| 3 | "Orange" [1] [2] | gals. | |
| 4 | Tetrachlorobenzene | lbs. | |
| 5 | Trichlorophenol, technical grade [3] | lbs. | |
| 6 | Trichlorophenol [4] | lbs. | |
| 7 | Picloram | lbs. | |
| 8 | Tordon 101 ⓡ [5] | gals. | |

9. Is same equipment used to produce "trichlorophenol, technical grade," and "trichlorophenol" except for additional processing required on the higher grade material.   ☐ Yes   ☐ No

**Section II - CAPACITY - DEFOLIANTS** - This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid, or monochloroacetic acid, and/or 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, acetic acid, or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid and (2) "Orange" or Alternate to "Orange." (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. ☐

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid, salts | lbs. [6] | |
| 2 | 2,4-Dichlorophenoxy acetic acid, esters | lbs. [6] | |
| 3 | 2,4,5-Trichlorophenoxy acetic acid, salts | lbs. [6] | |
| 4 | 2,4,5-Trichlorophenoxy acetic acid, esters | lbs. [6] | |
| 5 | "Orange" [1] [2] | gals. | |
| 6 | Alternate to "Orange" [2] [7] | gals. | |

7. Is the same equipment used to produce esters of 2,4-D and 2,4,5-T?   ☐ Yes   ☐ No

8. Is there any limitation on the type of esters which the equipment can produce?   ☐ Yes   ☐ No
   If response is "Yes," provide explanation.

**Section III - ADDITIONAL CAPACITY, UNDER CONSTRUCTION OR AUTHORIZED - INTERMEDIATES AND DEFOLIANTS**
(See last page for footnotes.)

| Item No. | Item (a) | Unit (b) | Additional capacity (c) | Approximate completion date (d) |
|---|---|---|---|---|
| 1 | 2,4-D | lbs. [6] | — | — |
| 2 | 2,4,5-T | lbs. [6] | NONE | — |
| 3 | "Orange" [1] [2] | gals. | — | 002140 |
| 4 | Alternate to "Orange" [2] [7] | gals. | — | |

ALN 01002350

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | Trichlorophenol, technical grade [3] | | lbs. | — | | — |
| 7 | Trichlorophenol [4] | | lbs. | — | | — |
| 8 | Picloram | | lbs. | — | | — |
| 9 | Tordon 101 ® [5] | | gals. | — | | — |

**Section IV - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - INTERMEDIATES (lbs.).** This section is to be completed by basic producers of tetrachlorobenzene, 2,4,5-T and 2,4,5-T esters and salts. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. *(See last page for footnotes.)*

| Item No. | Item (a) | Production (b) | Receipts | | Consumption | | Shipments [8] | | End of month stocks (i) |
|---|---|---|---|---|---|---|---|---|---|
| | | | Domestic sources (c) | Foreign sources (d) | "Orange" (e) | Other products (f) | To military [9] defoliant producers (g) | To others (h) | |
| 1 | TCB | | 499,280 | 123,134 | | | | | 371,743 |
| 2 | TCP [3] tech. | | | | | | | | |
| 3 | TCP [4] | | | | | | | | |

**Section V - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid (2) "Orange", (3) picloram, and (4) Tordon 101 ®. *(See last page for footnotes.)*

| Item No. | Item (a) | Unit (b) | Production (c) | Receipts | | Non-military shipments [8] | | End of month stocks (h) |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources (d) | Foreign sources (e) | Domestic (f) | Exports (g) | |
| 1 | 2,4-D | lbs. [6] | | | | | | |
| 2 | 2,4,5-T | lbs. [6] | 407,560 | | | | | 26,450 |
| 3 | "Orange" [1] | gals. | | | | | | |
| 4 | Picloram | lbs. | | 10 | 10 | 10 | 10 | 10 |
| 5 | Tordon 101 ® | gals. | | | | | | |

**Section VI - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid and 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid, (2) "Orange" and (3) Alternate to "Orange" made from these esters. *(See last page for footnotes.)*

| Item No. | Item (a) | Unit (b) | Production (c) | Receipts | | Non-military shipments [8] | | End of month stocks (h) |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources (d) | Foreign sources (e) | Domestic (f) | Exports (g) | |
| 1 | 2,4-D, dimethylamine salt | lbs. [6] | | | | | | |
| 2 | 2,4-D, butyl ester | lbs. [6] | | | | | | |
| 3 | 2,4-D, iso-octyl ester | lbs. [6] | | | | | | |
| 4 | 2,4,5-T, butyl ester | lbs. [6] | | | | | | |
| 5 | 2,4,5-T, iso-octyl ester | lbs. [6] | | | | | | |
| | Other salts or esters (Identify): | | | | | | | |
| 6 | | lbs. [6] | | | | | | |
| 7 | | lbs. [6] | | | | | | |
| 8 | | lbs. [6] | | | | | | |
| 9 | | lbs. [6] | | | | | | |
| 10 | "Orange" [1] | gals. | | | | | | |
| 11 | Alternate to "Orange" [7] | gals. | | | | | | |

002141

FORM DDSA3-773 (5-30-67)          Please continue on reverse          USCOMM-DC 21170-P67

ALN 01002351

## Section VII - SHIPMENTS TO DEPARTMENT OF DEFENSE - DEFOLIANTS[11] (See below for footnotes; attach additional sheets if necessary.)

| Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) | Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) |
|---|---|---|---|---|---|---|---|
| 1 | "Orange"[1] or Alternate to "Orange"[7] | | | 3 | Tordon 101 ®[10] | | |
| | **Total** | | *NONE* | | **Total** | | *NONE* |

| 2 | Technical material contained in total quantity of above material shipped to DoD. | | 4 | Technical material contained in total quantity of above material shipped to DoD. | |
|---|---|---|---|---|---|
| | Item (a) | Quantity (lbs.[6]) (b) | | Item (a) | Quantity (lbs.[6]) (b) |
| | 2,4-D | | | 2,4-D | |
| | 2,4,5-T | | | Picloram | |

## Section VIII - WORK SCHEDULE

| | Hours per shift | Shifts per day | Days per week |
|---|---|---|---|
| a. Work schedule for previous month | 8 | 3 | 7 |
| b. Anticipated work schedule required for maximum production | 8 | 3 | 7 |

**Footnotes:**

[1]"Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and 2,4,5-T.
[2]Based on capacity to produce 2,4,5-T component and regardless of availability of 2,4-D component.
[3]Trichlorophenol, technical grade - designation assigned to TCP used in production of 2,4,5-T, 2,4,5-T esters and salts, "Orange", or Alternate to "Orange". It can also be used to produce other products.
[4]Trichlorophenol - Used to denote a higher grade material than that designated trichlorophenol, technical grade.
[5]Used on capacity to produce picloram.
[6]Acid equivalent.
[7]Alternate to "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and iso-octyl ester of 2,4,5-T.
[8]Include transfers within the company, except material transferred to another location to be incorporated into military defoliants.
[9]Shipments on rated orders to producers of military defoliants.
[10]Include picloram in any form except in Tordon 101 ®, which is to be included in items 5 (d), 5 (e), 5 (f), 5 (g), and 5 (h), Section V.
[11]On rated orders.

## Section IX - REMARKS (Attach additional sheets if necessary.)

NOTE: SECTION Ⅳ

T C B.

| | |
|---|---|
| Rec. Plant | 509,950 |
| less returns | 10,710 |
| NET Rec. | 499,240 |
| Beginning Inventory | 396,187 |
| Total to Account | 714,127 |
| less wasted | 423,134 |
| Ending Inventory | 371,793 |

NOTE SECT. Ⅴ

2,4,5-T:

| | |
|---|---|
| Beginning Inventory | 54,050 |
| Production | 407,560 |
| Total to Account | 461,610 |
| less Shipments | 435,160 |
| Ending Inventory | 26,450 |

435,160 lbs. were shipped to Monsanto's W.G. Krummich Plant at Sauget Illinois for further Processing. All materials was for captive end.

OC2142

Form DCSA1-773 (5-16-67)    Please complete certification on face of form    USCOMM-DC 33170-P67

ALN 01002352

This report is required under Section 705 of the Defense Production Act of 1950, as amended.

BUDGET BUREAU NO. 41-R240;
APPROVAL EXPIRES JUNE 30, 1970

FORM BDSAF-771
(9-10-67)

**U.S. DEPARTMENT OF COMMERCE**
BUSINESS AND DEFENSE SERVICES ADMINISTRATION

**INTERMEDIATES AND DEFOLIANTS**

CAPACITY, PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS

Return to: U.S. Department of Commerce
Washington, D.C. 20230
Attention: Business and Defense Services Administration
Chemicals and Allied Products Division - 544

**1. Name and address of company (Principal office) (Street, City, State and Zip code) (If name and address has changed please show below)**

MONSANTO COMPANY
800 N. LINDBERGH BLVD
ST. LOUIS, MO.

**2. Month and year reported**

JANUARY 1968

**3. Plant name**

NITRO

**4. Plant location (See instructions)**

NW of NITRO ON VISCOSE ROAD IN PUTNAM COUNTY
STATE of WEST VIRGINIA

## INSTRUCTIONS

Mailing - Prepare and return one copy of this report to the Business and Defense Services Administration. U.S. Department of Commerce, Washington, D.C. 20230, no later than the 10th of the month following the report month. A separate complete report must be filed for each establishment of your company which in the previous month produced one or more of the items listed in Column (a) of Sections I or II or is scheduled to produce one or more of these items in the future.

File Copy - In addition to the original report form to be returned to us, there is enclosed a file copy for your records. You are not legally required to fill out or retain this file copy. While it would be a convenience to the Government for a file copy to be made and retained for reference purposes, no assurances can be provided that file copies are exempt from compulsory examination or production pursuant to legal process.

Plant Location - In reporting plant location, give the street address, names of the boundary streets between which the plant lies, city, county and state. If the plant does not have a street address, the location may be specified as distance and direction from a town on a State or Federal Highway. For example, the plant location could be reported as 1261 Bradley Street, between Oak Street and Meadow Avenue, Universal City, Wilford County, Maryland, or on State Route 29, 2.4 miles Southwest of Clearbrook, Maynard County, Delaware.

Estimates - If exact data are not available for any item, carefully prepared estimates are acceptable.

Sections I and II - CAPACITY - Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section I. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section II. Report in Column (c) your monthly capacity as of the last day of the month covered in this report, under the following conditions and assumptions:

1. Assume your current product mix.
2. Assume the plant operates on its current work schedule.
3. Take into account the use of only those building facilities and machinery which are in place including useable equipment idle as of the last day of the month covered.
4. Assume the availability of adequate labor force, production materials, utilities, etc.
5. Take into account machinery downtime required for maintenance and repairs needed to sustain peak operations.

Companies are not required to complete line 6, Section II, Alternate to "Orange," until the military specification for this formulation is approved in final form, at which time it will be forwarded by BDSA to all companies required to complete this report.

Section III - ADDITIONAL CAPACITY UNDER CONSTRUCTION OR AUTHORIZED - This section is to be completed by companies making expansions either in existing or other facilities. If construction of additional capacity has begun or is authorized at a location at which no capacity currently exists for producing the subject products, a separate report should be completed on that location. Assume the product mix which the plant is scheduled to have when completed. For line 4, Section III, Alternate to "Orange," see instruction on this item under Capacity. Though you have reported specific "additional capacity" in a given month, continue to report that "additional capacity" (column c) in succeeding months and supply a revised "approximate completion date" (column d), until the expansion is complete. BDSA must be kept informed of the latest estimated date of completion for every item of "additional capacity" initially reported.

Sections IV, V and VI - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - For Section IV, see instruction at the beginning of the table. Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section V. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section VI. Production for the purpose of this report is the sum of the quantities produced and consumed in the same plant; produced and transferred to other plants of your company; produced and sold to other companies; and produced and held in stock. On 2,4-D and 2,4,5-T acid, for which the Tariff Commission requires monthly production, include the same data in this report as that furnished the other Agency.

Non-military shipments should include transfers made within the company, except for material transferred from one point to another to be incorporated into military defoliants.

Section VII - SHIPMENTS TO THE DEPARTMENT OF DEFENSE - List the date and quantity of each shipment of defoliants to the Department of Defense. Only the total amount of 2,4-D, 2,4,5-T and picloram included in military defoliants shipped in the month is required.

Name of person who should be contacted if questions arise regarding this report

E. A. CUTRIGHT

Telephone No. and Area code

(304) 755-3341

Certification - The undersigned company and the official executing this certification on its behalf hereby certify that the information contained in this report is correct and complete to the best of their knowledge and belief.

Name of company

MONSANTO COMPANY

Signature of authorized official

Address of company

800 N. LINDBERGH BLVD.
ST. LOUIS, MO.

Title

Date

The U.S. Code, Title 18 (Crimes and Criminal Procedure), Section 1001, makes it a criminal offense to make a wilfully false statement or representation to any department or agency of the United States as to any matter within its jurisdiction. The individual company information reported on this form is for use in defense mobilization activities. The unauthorized publication or disclosure of individual company information by Government personnel is prohibited by law, and such personnel having access thereto are subject to fine and imprisonment for unauthorized disclosure.

Please complete form before signing certification

002143

USCOMM-DC 33370-P67

ALN 01002353

**Section I - CAPACITY - INTERMEDIATES AND DEFOLIANTS -** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid, (2) "Orange," (3) tetrachlorobenzene, (4) trichlorophenol, (5) picloram, and (6) Tordon 101 Ⓡ. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. ☒

| Item No. | Item | Unit | Monthly capacity as of last day of the month |
|---|---|---|---|
| | (a) | (b) | (c) |
| 1 | 2,4-Dichlorophenoxy acetic acid | lbs. | |
| 2 | 2,4,5-Trichlorophenoxy acetic acid | lbs. | |
| 3 | "Orange" [1] [2] | gals. | |
| 4 | Tetrachlorobenzene | lbs. | |
| 5 | Trichlorophenol, technical grade[3] | lbs. | |
| 6 | Trichlorophenol[4] | lbs. | |
| 7 | Picloram | lbs. | |
| 8 | Tordon 101 Ⓡ [5] | gals. | |

9. Is same equipment used to produce "trichlorophenol, technical grade," and "trichlorophenol" except for additional processing required on the higher grade material.  ☐ Yes  ☐ No

**Section II - CAPACITY - DEFOLIANTS -** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid, or monochloroacetic acid, and/or 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, acetic acid, or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid and (2) "Orange" or Alternate to "Orange." (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. ☐

| Item No. | Item | Unit | Monthly capacity as of last day of the month |
|---|---|---|---|
| | (a) | (b) | (c) |
| 1 | 2,4-Dichlorophenoxy acetic acid, salts | lbs. [6] | |
| 2 | 2,4-Dichlorophenoxy acetic acid, esters | lbs. [6] | |
| 3 | 2,4,5-Trichlorophenoxy acetic acid, salts | lbs. [6] | |
| 4 | 2,4,5-Trichlorophenoxy acetic acid, esters | lbs. [6] | |
| 5 | "Orange" [1] [2] | gals. | |
| 6 | Alternate to "Orange" [2] [7] | gals. | |

7. Is the same equipment used to produce esters of 2,4-D and 2,4,5-T?  ☐ Yes  ☐ No

8. Is there any limitation on the type of esters which the equipment can produce?  ☐ Yes  ☐ No
   If response is "Yes," provide explanation.

**Section III - ADDITIONAL CAPACITY, UNDER CONSTRUCTION OR AUTHORIZED - INTERMEDIATES AND DEFOLIANTS** (See last page for footnotes.)

| Item No. | Item | Unit | Additional capacity | Approximate completion date |
|---|---|---|---|---|
| | (a) | (b) | (c) | (d) |
| 1 | 2,4-D | lbs. [6] | — | — |
| 2 | 2,4,5-T | lbs. [6] | NONE | — |
| 3 | "Orange" [1] [2] | gals. | — | |
| 4 | Alternate to "Orange" [2] [7] | gals. | | |

002144

ALN 01002354

| | Item | | | Unit | | | |
|---|---|---|---|---|---|---|---|
| 6 | Trichlorophenol, technical grade [3] | | | lbs. | – | | – |
| 7 | Trichlorophenol [4] | | | lbs. | – | | – |
| 8 | Picloram | | | lbs. | – | | – |
| 9 | Tordon 101 ® [5] | | | gals. | – | | – |

**Section IV - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - INTERMEDIATES (lbs.).** This section is to be completed by basic producers of tetrachlorobenzene, 2,4,5-T and 2,4,5-T esters and salts. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. *(See last page for footnotes).*

| Item No. | Item | Production | Receipts | | Consumption | | Shipments [8] | | End of month stocks |
|---|---|---|---|---|---|---|---|---|---|
| | | | Domestic sources | Foreign sources | "Orange" | Other products | To military [9] defoliant producers | To others | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) |
| 1 | TCB | | 515360 | | 538,533 | | | | 295,647 |
| 2 | TCP, [3] tech. | | | | | | | | |
| 3 | TCP [4] | | | | | | | | |

**Section V - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid (2) "Orange", (3) picloram, and (4) Tordon 101 ®. *(See last page for footnotes).*

| Item No. | Item | Unit | Production | Receipts | | Non-military shipments [8] | | End of month stocks |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources | Foreign sources | Domestic | Exports | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) |
| 1 | 2,4-D | lbs. [6] | | | | | | |
| 2 | 2,4,5-T | lbs. [6] | 565,340 | | | | | 54050 |
| 3 | "Orange" [1] | gals. | | | | | | |
| 4 | Picloram | lbs. | | 10 | 10 | 10 | 10 | 10 |
| 5 | Tordon 101 ® | gals. | | | | | | |

**Section VI - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid and 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid, (2) "Orange" and (3) Alternate to "Orange" made from these esters. *(See last page for footnotes).*

| Item No. | Item | Unit | Production | Receipts | | Non-military shipments [8] | | End of month stocks |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources | Foreign sources | Domestic | Exports | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) |
| 1 | 2,4-D, dimethylamine salt | lbs. [6] | | | | | | |
| 2 | 2,4-D, butyl ester | lbs. [6] | | | | | | |
| 3 | 2,4-D, iso-octyl ester | lbs. [6] | | | | | | |
| 4 | 2,4,5-T, butyl ester | lbs. [6] | | | | | | |
| 5 | 2,4,5-T, iso-octyl ester | lbs. [6] | | | | | | |
| | Other salts or esters *(Identify)* | | | | | | | |
| 6 | | lbs. [6] | | | | | | |
| 7 | | lbs. [6] | | | | | | |
| 8 | | lbs. [6] | | | | | | |
| 9 | | lbs. | | | | | | |
| 10 | "Orange" [1] | gals. | | | | | | |
| 11 | Alternate to "Orange" [7] | gals. | | | | 002145 | | |

ALN 01002355

**Section VII - SHIPMENTS TO DEPARTMENT OF DEFENSE - DEFOLIANTS[11]** *(See below for footnotes; attach additional sheets if necessary.)*

| Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) | Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) |
|---|---|---|---|---|---|---|---|
| 1 | "Orange"[1] or Alternate to "Orange"[7] | | | 3 | Tordon 101 [10] | | |
| | | | | | | | |
| | Total | | NONE | | Total | | NONE |
| 2 | Technical material contained in total quantity of above material shipped to DoD. | | | 4 | Technical material contained in total quantity of above material shipped to DoD. | | |

| | Item (a) | Quantity (lbs.[4]) (b) | | | Item (a) | Quantity (lbs.[4]) (b) | |
|---|---|---|---|---|---|---|---|
| | 2,4-D | | | | 2,4-D | | |
| | 2,4,5-T | | | | Picloram | | |

**Section VIII - WORK SCHEDULE**

| | Hours per shift | Shifts per day | Days per week |
|---|---|---|---|
| a. Work schedule for previous month | 8 | 3 | 7 |
| b. Anticipated work schedule required for maximum production | 8 | 3 | 7 |

**Footnotes:**
[1]"Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and 2,4,5-T.
[2]Based on capacity to produce 2,4,5-T component and regardless of availability of 2,4-D component.
[3]Trichlorophenol, technical grade - designation assigned to TCP used in production of 2,4,5-T, 2,4,5-T esters and salts, "Orange," or Alternate to "Orange". It can also be used to produce other products.
[4]Trichlorophenol - Used to denote a higher grade material than that designated trichlorophenol, technical grade.
[5]Based on capacity to produce picloram.
[6]Acid equivalent.
[7]Alternate to "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and iso-octyl ester of 2,4,5-T.
[8]Include transfers within the company, except material transferred to another location to be incorporated into military defoliants.
[9]Shipments on rated orders to producers of military defoliants.
[10]Include picloram in any form except in Tordon 101 [10], which is to be included in items 5 (d), 5 (e), 5 (f), 5 (g), and 5 (h), Section V.
[11]On rated orders.

**Section IX - REMARKS** *(Attach additional sheets if necessary.)*

NOTE SECTION IX ————→ TCB:

| | |
|---|---|
| BEGINNING INVENTORY | 928,820 |
| REC. PLANT | 525,660 |
| TOTAL TO ACCOUNT | 854,480 |
| CREDIT ON RETURN | 10,300 |
| | 844,180 |
| LESS USED OF | 548,533 |
| ENDING INV. | 295,647 |

NOTE SECTION X.

2,4,5 T
| | |
|---|---|
| BEG. INVENTORY | 69,275 |
| INVENTORY ERROR | - 275 |
| ACT. BEGINNING | 69,000 |
| PRODUCED | 565,340 |
| TOTAL TO ACC. | 634,340 |
| SHIPPED | 580,290 |
| ENDING INV. | 54,050 |

NET REC. = 525,660 - 10,300 = 515,360

560,290 lbs. WERE SHIPPED TO MONSANTO'S PLANT AT SAUGET ILLINOIS (WGKRUMRICH PLANT) FOR FURTHER PROCESSING. ALL MATERIAL WAS FOR ORANGE BAND.

002146

FORM HC-561-771 (R-10-67)          Please complete certification on face of form          USCOMM-DC 33370-P67

ALN 01002356

This report is required under Section 705 of the Defense Production Act of 1950, as amended.

BUDGET BUREAU NO. 41-R2602
APPROVAL EXPIRES JUNE 30, 1970

FORM BDSAF-771
(6-10-67)

U.S. DEPARTMENT OF COMMERCE
BUSINESS AND DEFENSE SERVICES ADMINISTRATION

### INTERMEDIATES AND DEFOLIANTS
CAPACITY, PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS

Return to: U.S. Department of Commerce
Washington, D.C. 20230
Attention: Business and Defense Services Administration
Chemicals and Allied Products Division - 544

**1. Name and address of company** *(Principal office) (Street, City, State and Zip code) (If name and address has changed please show below)*

MONSANTO COMPANY
800 N. LINDBERGH, BLVD
ST. LOUIS, MO

**2. Month and year reported**

DECEMBER 1967

**3. Plant name**

NITRO

**4. Plant location (See Instructions)**

NW of NITRO on VISCOSE ROAD IN PUTNAM COUNTY
STATE of WEST VIRGINIA

---

## INSTRUCTIONS

Mailing - Prepare and return one copy of this report to the Business and Defense Services Administration, U.S. Department of Commerce, Washington, D.C. 20230, no later than the 10th of the month following the report month. A separate complete report must be filed for each establishment of your company which in the previous month produced one or more of the items listed in Column (a) of Sections I or II or is scheduled to produce one or more of these items in the future.

File Copy - In addition to the original report form to be returned to us, there is enclosed a file copy for your records. You are not legally required to fill out or retain this file copy. While it would be a convenience to the Government for a file copy to be made and retained for reference purposes, no assurances can be provided that file copies are exempt from compulsory examination or production pursuant to legal process.

Plant Location - In reporting plant location, give the street address, names of the boundary streets between which the plant lies, city, county and state. If the plant does not have a street address, the location may be specified as distance and direction from a town on a State or Federal Highway. For example, the plant location could be reported as 1281 Bradley Street, between East and Meadow Avenue, Universal City, Rilford County, Maryland; or on State Route 29, 2.4 miles Southwest of Clearbrook, Maynard County, Delaware.

Estimates - If exact data are not available for any item, carefully prepared estimates are acceptable.

Sections I and II - CAPACITY - Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section I. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section II. Report in Column (c) your monthly capacity as of the last day of the month covered in this report, under the following conditions and assumptions:

1. Assume your current product mix.
2. Assume the plant operates on its current work schedule.
3. Take into account the use of only those building facilities and machinery which are in place including useable equipment idle as of the last day of the month covered.
4. Assume the availability of adequate labor force, production materials, utilities, etc.
5. Take into account machinery downtime required for maintenance and repairs needed to sustain peak operations.

Companies are not required to complete line 6, Section II, Alternate to "Orange," until the military specification for this formulation is approved in final form, at which time it will be forwarded by BDSA to all companies required to complete this report.

Section III - ADDITIONAL CAPACITY UNDER CONSTRUCTION OR AUTHORIZED - This section is to be completed by companies making expansions either in existing or other facilities. If construction of additional capacity has begun or is authorized at a location at which no capacity currently exists for producing the subject products, a separate report should be completed on that location. Assume the product mix which the plant is scheduled to have when completed. For line 4, Section III, Alternate to "Orange," see instruction on this item under Capacity. Though you have reported specific "additional capacity" in a given month, continue to report that "additional capacity" (column c) in succeeding months and supply a revised "approximate completion date" (column d), until the expansion is complete. BDSA must be kept informed of the latest estimated date of completion for every item of "additional capacity" initially reported.

Sections IV, V and VI - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - For Section IV, see instruction at the beginning of the table. Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section V. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section VI. Production for the purpose of this report is the sum of the quantities produced and consumed in the same plant; produced and transferred to other plants of your company; produced and sold to other companies; and produced and held in stock. On 2,4-D and 2,4,5-T acid, for which the Tariff Commission requires monthly production, include the same data in this report as that furnished the other Agency.

Non-military shipments should include transfers made within the company, except for material transferred from one point to another to be incorporated into military defoliants.

Section VII - SHIPMENTS TO THE DEPARTMENT OF DEFENSE - List the date and quantity of each shipment of defoliants to the Department of Defense. Only the total amount of 2,4-D, 2,4,5-T and picloram included in military defoliants shipped in the month is required.

---

Name of person who should be contacted if questions arise regarding this report

E. A. CUTRIGHT

Telephone No. and Area code

(304) 755-3341

Certification - The undersigned company and the official executing this certification in its behalf hereby certify that the information contained in this report is correct and complete to the best of their knowledge and belief.

Name of company

MONSANTO COMPANY

Address of company

800 N. LINDBERGH BLVD
ST. LOUIS, MO.

Signature of authorized official

Title

Date

U.S. Code, Title 18 (Crimes and Criminal Procedure), Section 1001, makes it a criminal offense to make a willfully false a stement or representation to any department or agency of the United States as to any matter within its jurisdiction. The individual company information reported on this form for use in defense mobilization activities. The unauthorized publication or disclosure of individual company information by Government is prohibited by law, and such personnel having access thereto are subject to fine and imprisonment for unauthorized disclosure.

Please complete form before signing certification

USCOMM-DC 33270-1967

002147

**Section I - CAPACITY - INTERMEDIATES AND DEFOLIANTS** - This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid, (2) "Orange," (3) tetrachlorobenzene, (4) trichlorophenol, (5) picloram, and (6) Tordon 101®. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. [✓]

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid | lbs. | |
| 2 | 2,4,5-Trichlorophenoxy acetic acid | lbs. | |
| 3 | "Orange"¹ ² | gals. | |
| 4 | Tetrachlorobenzene | lbs. | |
| 5 | Trichlorophenol, technical grade³ | lbs. | |
| 6 | Trichlorophenol⁴ | lbs. | |
| 7 | Picloram | lbs. | |
| 8 | Tordon 101 ® ⁵ | gals. | |

9. Is same equipment used to produce "trichlorophenol, technical grade," and "trichlorophenol" except for additional processing required on the higher grade material.   [ ] Yes   [ ] No

**Section II - CAPACITY - DEFOLIANTS** - This section is to be completed by producers of (1) 2, 4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid, or monochloroacetic acid, and/or 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, acetic acid, or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid and (2) "Orange" or Alternate to "Orange." (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. [ ]

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid, salts | lbs. ⁶ | |
| 2 | 2,4-Dichlorophenoxy acetic acid, esters | lbs. ⁶ | |
| 3 | 2,4,5-Trichlorophenoxy acetic acid, salts | lbs. ⁶ | |
| 4 | 2,4,5-Trichlorophenoxy acetic acid, esters | lbs. ⁶ | |
| 5 | "Orange" ¹ ² | gals. | |
| 6 | Alternate to "Orange" ² ⁷ | gals. | |

7. Is the same equipment used to produce esters of 2,4-D and 2,4,5-T?   [ ] Yes   [ ] No

8. Is there any limitation on the type of esters which the equipment can produce?   [ ] Yes   [ ] No
   If response is "Yes," provide explanation.

**Section III - ADDITIONAL CAPACITY, UNDER CONSTRUCTION OR AUTHORIZED - INTERMEDIATES AND DEFOLIANTS** (See last page for footnotes.)

| Item No. | Item (a) | Unit (b) | Additional capacity (c) | Approximate completion date (d) |
|---|---|---|---|---|
| 1 | 2, 4-D | lbs. ⁶ | — | — |
| 2 | 2,4,5-T | lbs. ⁶ | NONE | — |
| 3 | "Orange" ¹ ² | gals. | — | — |
| 4 | Alternate to "Orange" ² ⁷ | gals. | — | |

002148

ALN 01002358

| | | | | |
|---|---|---|---|---|
| 6 | Trichlorophenol, technical grade [3] | lbs. | — | — |
| 7 | Trichlorophenol [4] | lbs. | — | — |
| 8 | Picloram | lbs. | — | — |
| 9 | Tordon 101 ® [5] | gals. | — | — |

**Section IV - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - INTERMEDIATES (lbs.).** This section is to be completed by basic producers of tetrachlorobenzene, 2,4,5-T and 2,4,5-T esters and salts. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. (See last page for footnotes).

| Item No. (a) | Item (a) | Production (b) | Receipts | | Consumption | | Shipments [8] | | End of month stocks (i) |
|---|---|---|---|---|---|---|---|---|---|
| | | | Domestic sources (c) | Foreign sources (d) | "Orange" (e) | Other products (f) | To military [9] defoliant producers (g) | To others (h) | |
| 1 | TCB | | 485540 | | 527,376 | | | | 328820 |
| 2 | TCP, [3] tech. | | | | | | | | |
| 3 | TCP [4] | | | | | | | | |

**Section V - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid (2) "Orange", (3) picloram, and (4) Tordon 101 ® . (See last page for footnotes).

| Item No. (a) | Item (a) | Unit (b) | Production (c) | Receipts | | Non-military shipments [8] | | End of month stocks (h) |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources (d) | Foreign sources (e) | Domestic (f) | Exports (g) | |
| 1 | 2,4-D | lbs. [6] | | | | | | |
| 2 | 2,4,5-T | lbs. [6] | 532450 | | | | | 69,275 |
| 3 | "Orange" [1] | gals. | | | | | | |
| | | lbs. | | 10 | 10 | 10 | 10 | 10 |
| | | gals. | | | | | | |

**Section VI - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid and 2,4,5-trichlorophenoxy acetic acid and 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid, (2) "Orange" and alternate to "Orange" made from these esters. (See last page for footnotes).

| Item No. (a) | Item (a) | Unit (b) | Production (c) | Receipts | | Non-military shipments [8] | | End of month stocks (h) |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources (d) | Foreign sources (e) | Domestic (f) | Exports (g) | |
| 1 | 2,4-D, dimethylamine salt | lbs. [6] | | | | | | |
| 2 | 2,4-D, butyl ester | lbs. [6] | | | | | | |
| 3 | 2,4-D, iso-octyl ester | lbs. [6] | | | | | | |
| 4 | 2,4,5-T, butyl ester | lbs. [6] | | | | | | |
| 5 | 2,4,5-T, iso-octyl ester | lbs. [6] | | | | | | |
| | Other salts or esters (Identify): | | | | | | | |
| 6 | | lbs. [6] | | | | | | |
| 7 | | lbs. [6] | | | | | | |
| 8 | | lbs. [6] | | | | | | |
| 9 | | lbs. [6] | | | | | | |
| 10 | "Orange" [1] | gals. | | | | | | |
| 11 | Alternate to "Orange" [7] | gals. | | | | | | |

FORM BDSAF-771 (8-10-67)

Please continue on reverse

USCOMM-DC 33370-P67

002144

ALN 01002359

**Section VII – SHIPMENTS TO DEPARTMENT OF DEFENSE - DEFOLIANTS[11]** *(See below for footnotes; attach additional sheets if necessary.)*

| Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) | Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) |
|---|---|---|---|---|---|---|---|
| 1 | "Orange"[1] or Alternate to "Orange"[7] | | | 3 | Tordon 101 ® | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | **Total** | | *NONE* | | **Total** | | *NONE* |

| Item No. | | | | Item No. | | | |
|---|---|---|---|---|---|---|---|
| 2 | Technical material contained in total quantity of above material shipped to DoD. | | | 4 | Technical material contained in total quantity of above material shipped to DoD. | | |
| | Item (a) | Quantity (lbs.[6]) (b) | | | Item (a) | Quantity (lbs.[6]) (b) | |
| | 2,4-D | | | | 2,4-D | | |
| | 2,4,5-T | | | | Picloram | | |

**Section VIII – WORK SCHEDULE**

| | Hours per shift | Shifts per day | Days per week |
|---|---|---|---|
| a. Work schedule for previous month | 8 | 3 | 7 |
| b. Anticipated work schedule required for maximum production | 8 | 3 | 7 |

**Footnotes:**

[1] "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and 2,4,5-T.
[2] Based on capacity to produce 2,4,5-T component and regardless of availability of 2,4-D component.
[3] Trichlorophenol, technical grade - designation assigned to TCP used in production of 2,4,5-T, 2,4,5-T esters and salts. "Orange," or Alternate to "Orange". It can also be used to produce other products.
[4] Trichlorophenol - Used to denote a higher grade material than that designated trichlorophenol, technical grade.
[5] Based on capacity to produce picloram.
[6] Acid equivalent.
[7] Alternate to "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and iso-octyl ester of 2,4,5-T.
[8] Include transfers within the company, except material transferred to another location to be incorporated into military defoliants.
[9] Shipments on rated orders to producers of military defoliants.
[10] Include picloram in any form except in Tordon 101 ®, which is to be included in items 5 (d), 5 (e), 5 (f), 5 (g), and 5 (h), Section V.
[11] On rated orders.

**Section IX – REMARKS** *(Attach additional sheets if necessary.)*

NOTE: SECTION IV

Shipped to item 497,720
Credit on Returned Heels 12,180
Net Rec'vd 485,540

532,450 lbs were shipped to Monsanto Plant at Sauget, Illinois (W.G. Krummich Plant) for further processing. All material was for Orange Band.

002150

ALN 01002360

This report is required under Section 705 of the Defense Production Act of 1950, as amended.

BUDGET BUREAU NO. 41-R3403
APPROVAL EXPIRES JUNE 30, 1970

FORM BDSAF-771
(8-10-67)

**U.S. DEPARTMENT OF COMMERCE**
**BUSINESS AND DEFENSE SERVICES ADMINISTRATION**

**INTERMEDIATES AND DEFOLIANTS**

CAPACITY, PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS

Return to: U.S. Department of Commerce
Washington, D.C. 20230
Attention: Business and Defense Services Administration
Chemicals and Allied Products Division - 544

1. Name and address of company (Principal office) (Street, City, State and Zip code) (If name and address has changed please show below)

MONSANTO COMPANY
800 N. LINDBERGH BLVD
ST. LOUIS, MO

2. Month and year reported

November 1967

3. Plant name

NITRO

4. Plant location (See instructions)

NW of NITRO on VISCOSE ROAD in PUTNAM COUNTY

STATE OF WEST VIRGINIA

## INSTRUCTIONS

**Mailing** - Prepare and return one copy of this report to the Business and Defense Services Administration, U.S. Department of Commerce, Washington, D.C. 20230, no later than the 10th of the month following the report month. A separate complete report must be filed for each establishment of your company which in the previous month produced one or more of the items listed in Column (a) of Sections I or II or is scheduled to produce one or more of these items in the future.

**File Copy** - In addition to the original report form to be returned to us, there is enclosed a file copy for your records. You are not legally required to fill out or retain this file copy. While it would be a convenience to the Government for a file copy to be made and retained for reference purposes, no assurances can be provided that file copies are exempt from compulsory examination or production pursuant to legal process.

**Plant Location** - In reporting plant location, give the street address, names of the boundary streets between which the plant lies, city, county and state. If the plant does not have a street address, the location may be specified as distance and direction from a town on a State or Federal Highway. For example, the plant location could be reported as 1281 Bradley Street, between Oak Street and Meadow Avenue, Universal City, Willard County, Maryland, or on State Route 29, 2.4 miles Southwest of Clearbrook, Maynard County, Delaware.

**Estimates** - If exact data are not available for any item, carefully prepared estimates are acceptable.

**Sections I and II - CAPACITY** - Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section I. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section II. Report in Column (c) your monthly capacity as of the last day of the month covered in this report, under the following conditions and assumptions:

1. Assume your current product mix.
2. Assume the plant operates on its current work schedule.
3. Take into account the use of only those building facilities and machinery which are in place including useable equipment idle as of the last day of the month covered.
4. Assume the availability of adequate labor force, production materials, utilities, etc.
5. Take into account machinery downtime required for maintenance and repairs needed to sustain peak operations.

Companies are not required to complete line 6, Section II, Alternate to "Orange," until the military specification for this formulation is approved in final form, at which time it will be forwarded by BDSA to all companies required to complete this report.

**Section III - ADDITIONAL CAPACITY UNDER CONSTRUCTION OR AUTHORIZED** - This section is to be completed by companies making expansions either in existing or other facilities. If construction of additional capacity has begun or is authorized at a location at which no capacity currently exists for producing the subject products, a separate report should be completed on that location. Assume the product mix which the plant is scheduled to have when completed. For line 4, Section III, Alternate to "Orange," see instruction on this item under Capacity. Though you have reported specific "additional capacity" in a given month, continue to report that "additional capacity" (column c) in succeeding months and supply a revised "approximate completion date" (column d), until the expansion is complete. BDSA must be kept informed of the latest estimated date of completion for every item of "additional capacity" initially reported.

**Sections IV, V and VI - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS** - For Section IV, see instruction at the beginning of the table. Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section V. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section VI. Production for the purpose of this report is the sum of the quantities produced and consumed in the same plant; produced and transferred to other plants of your company; produced and sold to other companies; and produced and held in stock. On 2,4-D and 2,4,5-T acid, for which the Tariff Commission requires monthly production, include the same data in this report as that furnished the other Agency.

Non-military shipments should include transfers made within the company, except for material transferred from one point to another to be incorporated into military defoliants.

**Section VII - SHIPMENTS TO THE DEPARTMENT OF DEFENSE** - List the date and quantity of each shipment of defoliants to the Department of Defense. Only the total amount of 2,4-D, 2,4,5-T and picloram included in military defoliants shipped in the month is required.

Name of person who should be contacted if questions arise regarding this report

E. H. CUTRIGHT

Telephone No. and Area code

(04) 755-3341

Certification - The undersigned company and the official executing this certification in its behalf hereby certify that the information contained in this report is correct and complete to the best of their knowledge and belief.

Name of company

MONSANTO COMPANY

Signature of authorized official

Address of company  LINDBERGH BLVD.

ST. LOUIS, MO.

Title

Date

The U.S. Code, Title 18 (Crimes and Criminal Procedure), Section 1001, makes it a criminal offense to make a wilfully false statement or representation to any department or agency of the United States as to any matter within its jurisdiction. The individual company information reported on this form is for use in defense mobilization activities. The unauthorized publication or disclosure of individual company information by Government personnel is prohibited by law, and such personnel having access thereto are subject to fine and imprisonment for unauthorized disclosure.

Please complete form before signing certification

002151

ALN 01002361

**Section I - CAPACITY - INTERMEDIATES AND DEFOLIANTS** - This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid, (2) "Orange," (3) tetrachlorobenzene, (4) trichlorophenol, (5) picloram, and (6) Tordon 101®. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. ✓

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid | lbs. | |
| 2 | 2,4,5-Trichlorophenoxy acetic acid | lbs. | |
| 3 | "Orange" [1] [2] | gals. | |
| 4 | Tetrachlorobenzene | lbs. | |
| 5 | Trichlorophenol, technical grade [3] | lbs. | |
| 6 | Trichlorophenol [4] | lbs. | |
| 7 | Picloram | lbs. | |
| 8 | Tordon 101 ® [5] | gals. | |

9. Is same equipment used to produce "trichlorophenol, technical grade," and "trichlorophenol" except for additional processing required on the higher grade material.   ☐ Yes   ☐ No

**Section II - CAPACITY - DEFOLIANTS** - This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid, or monochloroacetic acid, and/or 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, acetic acid, or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid and (2) "Orange" or Alternate to "Orange." (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. ☐

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid, salts | lbs. [6] | |
| 2 | 2,4-Dichlorophenoxy acetic acid, esters | lbs. [6] | |
| 3 | 2,4,5-Trichlorophenoxy acetic acid, salts | lbs. [6] | |
| 4 | 2,4,5-Trichlorophenoxy acetic acid, esters | lbs. [6] | |
| 5 | "Orange" [1] [2] | gals. | |
| 6 | Alternate to "Orange" [2] [7] | gals. | |

7. Is the same equipment used to produce esters of 2,4-D and 2,4,5-T?   ☐ Yes   ☐ No

8. Is there any limitation on the type of esters which the equipment can produce?   ☐ Yes   ☐ No
   If response is "Yes," provide explanation.

**Section III - ADDITIONAL CAPACITY, UNDER CONSTRUCTION OR AUTHORIZED - INTERMEDIATES AND DEFOLIANTS** (See last page for footnotes.)

| Item No. | Item (a) | Unit (b) | Additional capacity (c) | Approximate completion date (d) |
|---|---|---|---|---|
| 1 | 2,4-D | lbs. [6] | — | — |
| 2 | 2,4,5-T | lbs. [6] | NONE | — |
| 3 | "Orange" [1] [2] | gals. | — | 002152 |
| 4 | Alternate to "Orange" [2] [7] | gals. | | |

ALN 01002362

| | | | | | |
|---|---|---|---|---|---|
| 6 | Trichlorophenol, technical grade [3] | lbs. | — | — | |
| 7 | Trichlorophenol [4] | lbs. | — | — | |
| 8 | Picloram | lbs. | — | — | |
| 9 | Tordon 101 ® [5] | gals. | — | — | |

**Section IV - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - INTERMEDIATES (lbs.).** This section is to be completed by basic producers of tetrachlorobenzene, 2,4,5-T and 2,4,5-T esters and salts. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. *(See last page for footnotes.)*

| Item No. | Item (a) | Production (b) | Receipts | | Consumption | | Shipments [8] | | End of month stocks (i) |
|---|---|---|---|---|---|---|---|---|---|
| | | | Domestic sources (c) | Foreign sources (d) | "Orange" (e) | Other products (f) | To military [9] defoliant producers (g) | To others (h) | |
| 1 | TCB | | | | | | | | |
| 2 | TCP, [3] tech. | | 711,460 | | 408,376 | | | | 370,656 |
| 3 | TCP [4] | | | | | | | | |

**Section V - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid (2) "Orange", (3) picloram, and (4) Tordon 101 ®. *(See last page for footnotes.)*

| Item No. | Item (a) | Unit (b) | Production (c) | Receipts | | Non-military shipments [8] | | End of month stocks (h) |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources (d) | Foreign sources (e) | Domestic (f) | Exports (g) | |
| 1 | 2,4-D | lbs. [6] | | | | | | |
| 2 | 2,4,5-T | lbs. [6] | 485,300 | | | | | 69,275 |
| 3 | "Orange" [1] | gals. | | | | | | |
| 4 | Picloram | lbs. | | 10 | 10 | 10 | 10 | 10 |
| 5 | Tordon 101 ® | gals. | | | | | | |

**Section VI - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid and 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid, (2) "Orange" and (3) Alternate to "Orange" made from these esters. *(See last page for footnotes.)*

| Item No. | Item (a) | Unit (b) | Production (c) | Receipts | | Non-military shipments [8] | | End of month stocks (h) |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources (d) | Foreign sources (e) | Domestic (f) | Exports (g) | |
| 1 | 2,4-D, dimethylamine salt | lbs. [6] | | | | | | |
| 2 | 2,4-D, butyl ester | lbs. [6] | | | | | | |
| 3 | 2,4-D, iso-octyl ester | lbs. [6] | | | | | | |
| 4 | 2,4,5-T, butyl ester | lbs. [6] | | | | | | |
| 5 | 2,4,5-T, iso-octyl ester | lbs. [6] | | | | | | |
| | Other salts or esters *(identify)*: | | | | | | | |
| 6 | | lbs. [6] | | | | | | |
| 7 | | lbs. [6] | | | | | | |
| 8 | | lbs. [6] | | | | | | |
| 9 | | lbs. [6] | | | | | | |
| 10 | "Orange" [1] | gals. | | | | | | |
| 11 | Alternate to "Orange" [7] | gals. | | | | | | |

002153

FORM DDSAF-771 (5-16-67)                 Please continue on reverse                 USCOMM-DC 43370-P67

ALN 01002363

**Section VII - SHIPMENTS TO DEPARTMENT OF DEFENSE - DEFOLIANTS[11]** (See below for footnotes; attach additional sheets if necessary.)

| Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) | Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) |
|---|---|---|---|---|---|---|---|
| 1 | "Orange"[1] or Alternate to "Orange"[7] | | | 3 | Tordon 101 ® | | |
| | | | | | | | |
| | **Total** | | NONE | | **Total** | | NONE |

| 2 | Technical material contained in total quantity of above material shipped to DoD. | | 4 | Technical material contained in total quantity of above material shipped to DoD. | |
|---|---|---|---|---|---|
| | Item (a) | Quantity (lbs.[6]) (b) | | Item (a) | Quantity (lbs.[6]) (b) |
| | 2,4-D | | | 2,4-D | |
| | 2,4,5-T | | | Picloram | |

**Section VIII - WORK SCHEDULE**

| | Hours per shift | Shifts per day | Days per week |
|---|---|---|---|
| a. Work schedule for previous month | 8 | 3 | 7 |
| b. Anticipated work schedule required for maximum production | 8 | 3 | 7 |

Footnotes:
[1]"Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and 2,4,5-T.
[2]Based on capacity to produce 2,4,5-T component and regardless of availability of 2,4-D component.
[3]Trichlorophenol, technical grade - designation assigned to TCP used in production of 2,4,5-T, 2,4,5-T esters and salts, "Orange," or Alternate to "Orange". It can also be used to produce other products.
[4]Trichlorophenol - Used to denote a higher grade material than that designated trichlorophenol, technical grade.
[5]Based on capacity to produce picloram.
[6]Acid equivalent.
[7]Alternate to "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and iso-octyl ester of 2,4,5-T.
[8]Include transfers within the company, except material transferred to another location to be incorporated into military defoliants.
[9]Shipments on rated orders to producers of military defoliants.
[10]Include picloram in any form except in Tordon 101 ®, which is to be included in items 5 (d), 5 (e), 5 (f), 5 (g), and 5 (h), Section V.
[11]On rated orders.

**Section IX - REMARKS** (Attach additional sheets if necessary.)

NOTE: SECTION IV

Shipped to Plant      730,860
Croston Returned heed      9400
NET Received      714,460

524,400 lbs were shipped to Monsanto's
W.G. Krummich Plant at Sauget, Illinois
for further Processing. All material was
for Orange Band.

002154

FORM BDSAF-771 (6-10-67)          Please complete certification on face of form          USCOMM-DC 33376-P67

ALN 01002364

This report is in part is required under Section ... the Defense Produc-
tion Act of 1950, as amended.

FORM BDSAF-771
(9-10-67)

BUDGET BUREAU NO. 41-R2402
APPROVAL EXPIRES JUNE 30, 1970

U.S. DEPARTMENT OF COMMERCE
BUSINESS AND DEFENSE SERVICES ADMINISTRATION

## INTERMEDIATES AND DEFOLIANTS
### CAPACITY, PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS

Return to: U.S. Department of Commerce
Washington, D.C. 20230
Attention: Business and Defense Services Administration
Chemicals and Allied Products Division - 544

1. Name and address of company (Principal office) (Street, City, and Zip code) (If name and address has changed please show below)

MONSANTO COMPANY
800 N. LINDBERGH BLVD.
ST. LOUIS, MO.

2. Month and year reported

OCTOBER 1967

3. Plant name

NITRO

4. Plant location (See Instructions)

NW of NITRO ON VISCOSE ROAD IN PUTNAM COUNTY STATE of WEST VIRGINIA

## INSTRUCTIONS

Mailing - Prepare and return one copy of this report to the Business and Defense Services Administration, U.S. Department of Commerce, Washington, D.C. 20230, no later than the 10th of the month following the report month. A separate complete report must be filed for each establishment of your company which in the previous month produced one or more of the items listed in Column (a) of Sections I or II or is scheduled to produce one or more of these items in the future.

File Copy - In addition to the original report form to be returned to us, there is enclosed a file copy for your records. You are not legally required to fill out or retain this file copy. While it would be a convenience to the Government for a file copy to be made and retained for reference purposes, no assurances can be provided that file copies are exempt from compulsory examination or production pursuant to legal process.

Plant Location - In reporting plant location, give the street address, names of the boundary streets between which the plant lies, city, county and state. If the plant does not have a street address, the location may be specified as distance and direction from a town on a State or Federal Highway. For example, the plant location could be reported as 1281 Bradley Street, between Oak Street and Meadow Avenue, Universal City, Wofford County, Maryland, or as State Route 39, 2.4 miles Southwest of Clearbrook, Maynard County, Delaware.

Estimates - If exact data are not available for any item, carefully prepared estimates are acceptable.

Sections I and II - CAPACITY - Basic producers who separate 2,4-D and or 2,4,5-T acid will report in Section I. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section II. Report as Column (c) your monthly capacity as of the last day of the month covered in this report, under the following conditions and assumptions:

1. Assume your current product mix.
2. Assume the plant operates on its current work schedule.
3. Take into account the use of only those building facilities and machinery which are in place including useable equipment idle as of the last day of the month covered.
4. Assume the availability of adequate labor force, production materials, utilities, etc.
5. Take into account machinery downtime required for maintenance and repairs needed to sustain peak operations.

Companies are not required to complete line 6, Section II, Alternate to "Orange," until the military specification for this formulation is approved in final form, at which time it will be forwarded by BDSA to all companies required to complete this report.

Section III - ADDITIONAL CAPACITY UNDER CONSTRUCTION OR AUTHORIZED - This section is to be completed by companies making expansions either in existing or other facilities. If construction of additional capacity has begun or is authorized at a location at which no capacity currently exists for producing the subject products, a separate report should be completed on that location. Assume the product mix which the plant is scheduled to have when completed. For line 4, Section III, Alternate to "Orange," see instruction on this item under Capacity. Though you have reported specific "additional capacity" in a given month, continue to report that "additional capacity" (column c) in succeeding months and supply a revised "approximate completion date" (column d), until the expansion is complete. BDSA must be kept informed of the latest estimated date of completion for every item of "additional capacity" initially reported.

Sections IV, V and VI - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - For Section IV, see instruction at the beginning of the table. Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section V. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section VI. Production for the purpose of this report is the sum of the quantities produced and consumed in the same plant; produced and transferred to other plants of your company; produced and sold to other companies; and produced and held in stock. On 2,4-D and 2,4,5-T acid, for which the Tariff Commission requires monthly production, include the same data in this report as that furnished the other Agency.

Non-military shipments should include transfers made within the company, except for material transferred from one point to another to be incorporated into military defoliants.

Section VII - SHIPMENTS TO THE DEPARTMENT OF DEFENSE - List the date and quantity of each shipment of defoliants to the Department of Defense. Only the total amount of 2,4-D, 2,4,5-T and picloram included in military defoliants shipped in the month is required.

Name of person who should be contacted if questions arise regarding this report

E. A. CUTRIGHT

Telephone No. and Area code

(30A) 755 3341

Certification - The undersigned company and the official executing this certification in its behalf hereby certify that the information contained in this report is correct and complete to the best of their knowledge and belief.

Name of company

MONSANTO COMPANY

Signature of authorized official

Address of company

800 N. Lindbergh Blvd.
St. Louis, Mo

Title

Date

The U.S. Code, Title 18 (Crimes and Criminal Procedure), Section 1001, makes it a criminal offense to make a wilfully false statement or representation to any department or agency of the United States as to any matter within its jurisdiction. The individual company information reported on this form is for use in defense mobilization activities. The unauthorized publication or disclosure of individual company information by Government personnel is prohibited by law, and such personnel having access thereto are subject to fine and imprisonment for unauthorized disclosure.

Please complete form before signing certification

USCOMM-DC 23570-P67

062155

**Section I - CAPACITY - INTERMEDIATES AND DEFOLIANTS -** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid, (2) "Orange," (3) tetrachlorobenzene, (4) trichlorophenol, (5) picloram, and (6) Tordon 101 ⓡ.  Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. ☑

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid | lbs. | |
| 2 | 2,4,5-Trichlorophenoxy acetic acid | lbs. | |
| 3 | "Orange" [1] [2] | gals. | |
| 4 | Tetrachlorobenzene | lbs. | |
| 5 | Trichlorophenol, technical grade [3] | lbs. | |
| 6 | Trichlorophenol [4] | lbs. | |
| 7 | Picloram | lbs. | |
| 8 | Tordon 101 ⓡ [5] | gals. | |

9. Is same equipment used to produce "trichlorophenol, technical grade," and "trichlorophenol" except for additional processing required on the higher grade material.   ☐ Yes   ☐ No

**Section II - CAPACITY - DEFOLIANTS -** This section is to be completed by producers of (1) 2, 4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid, or monochloroacetic acid, and/or 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, acetic acid, or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid and (2) "Orange" or Alternate to "Orange." *(See last page for footnotes.)*

If capacity has not changed since last report, check here and do not complete this section. ☐

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid, salts | lbs. [6] | |
| 2 | 2, 4-Dichlorophenoxy acetic acid, esters | lbs. [6] | |
| 3 | 2,4,5-Trichlorophenoxy acetic acid, salts | lbs. [6] | |
| 4 | 2,4,5-Trichlorophenoxy acetic acid, esters | lbs. [6] | |
| 5 | "Orange" [1] [2] | gals. | |
| 6 | Alternate to "Orange" [2] [7] | gals. | |

7. Is the same equipment used to produce esters 2,4-D and 2,4,5-T?   ☐ Yes   ☐ No

8. Is there any limitation on the type of esters which the equipment can produce?   ☐ Yes   ☐ No
   If response is "Yes," provide explanation.

**Section III - ADDITIONAL CAPACITY, UNDER CONSTRUCTION OR AUTHORIZED - INTERMEDIATES AND DEFOLIANTS** (See last page for footnotes.)

| Item No. | Item (a) | Unit (b) | Additional capacity (c) | Approximate completion date (d) |
|---|---|---|---|---|
| 1 | 2, 4-D | lbs. [6] | — | — |
| 2 | 2,4,5-T | lbs. [6] | NONE | — |
| 3 | "Orange" [1] [2] | gals. | — | |

002156

ALN 01002366

| | | | | | |
|---|---|---|---|---|---|
| 6 | Trichlorophenol, technical grade [3] | lbs. | | | |
| 7 | Trichlorophenol [4] | lbs. | | | |
| 8 | Picloram | lbs. | | | |
| 9 | Tordon 101 ® [5] | gals. | | | |

**Section IV - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - INTERMEDIATES (lbs.).** This section is to be completed by basic producers of tetrachlorobenzene, 2,4,5-T and 2,4,5-T esters and salts. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. *(See last page for footnotes.)*

| Item No. | Item | Production | Receipts | | Consumption | | Shipments [6] | | End of month stocks |
|---|---|---|---|---|---|---|---|---|---|
| | | | Domestic sources | Foreign sources | "Orange" | Other products | To military[9] defoliant producers | To others | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) |
| 1 | TCB | | 541,560 | | 618085 | | | | 197574 |
| 2 | TCP, [3] tech. | | | | | | | | |
| 3 | TCP [4] | | | | | | | | |

**Section V - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid (2) "Orange", (3) picloram, and (4) Tordon 101 ®. *(See last page for footnotes.)*

| Item No. | Item | Unit | Production | Receipts | | Non-military shipments [8] | | End of month stocks |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources | Foreign sources | Domestic | Exports | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) |
| 1 | 2,4-D | lbs. [6] | | | | | | |
| 2 | 2,4,5-T | lbs. [6] | 139 053 | 629050 | | | | 108,375 |
| 3 | "Orange" [1] | gals. | | | | | | |
| 4 | Picloram | lbs. | | 10 | 10 | 10 | 10 | 10 |
| 5 | Tordon 101 ® | gals. | | | | | | |

**Section VI - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid and 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid, (2) "Orange" and (3) Alternate to "Orange" made from these esters. *(See last page for footnotes.)*

| Item No. | Item | Unit | Production | Receipts | | Non-military shipments [8] | | End of month stocks |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources | Foreign sources | Domestic | Exports | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) |
| 1 | 2,4-D, dimethylamine salt | lbs. [6] | | | | | | |
| 2 | 2,4-D, butyl ester | lbs. [6] | | | | | | |
| 3 | 2,4-D, iso-octyl ester | lbs. [6] | | | | | | |
| 4 | 2,4,5-T, butyl ester | lbs. [6] | | | | | | |
| 5 | 2,4,5-T, iso-octyl ester | lbs. [6] | | | | | | |
| 6 | Other salts or esters *(identify)* | lbs. [6] | | | | | | |
| 7 | | lbs. [6] | | | | | | |
| 8 | | lbs. [6] | | | | | | |
| 9 | | lbs. [6] | | | | | | |
| 10 | "Orange" [1] | gals. | | | | | | |
| 11 | Alternate to "Orange" [7] | gals. | | | | | | |

FORM DDSAF-771 (6-10-67)

Please continue on reverse

USCOMM-DC 33378-P67

002157

ALN 01002367

**Section VII - SHIPMENTS TO DEPARTMENT OF DEFENSE - DEFOLIANTS[11] (See below for footnotes; attach additional sheets if necessary.)**

| Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) | Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) |
|---|---|---|---|---|---|---|---|
| 1 | "Orange"[1] or Alternate to "Orange"[7] | | | 3 | Tordon 101 ® | | |
| | Total | | NONE | | Total | | NONE |

| 2 | Technical material contained in total quantity of above material shipped to DoD. | | 4 | Technical material contained in total quantity of above material shipped to DoD. | |
|---|---|---|---|---|---|
| | Item (a) | Quantity (lbs.[6]) (b) | | Item (a) | Quantity (lbs.[6]) (b) |
| | 2,4-D | 6 | | 2,4-D | 3 |
| | 2,4,5-T | 6 | | Picloram | 3 |

**Section VIII - WORK SCHEDULE**

| | Hours per shift | Shifts per day | Days per week |
|---|---|---|---|
| a. Work schedule for previous month | | | |
| b. Anticipated work schedule required for maximum production | | | |

**Footnotes:**
[1] "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and 2,4,5-T.
[2] Based on capacity to produce 2,4,5-T component and regardless of availability of 2,4-D component.
[3] Trichlorophenol, technical grade - designation assigned to TCP used in production of 2,4,5-T, 2,4,5-T esters and salts, "Orange," or Alternate to "Orange". It can also be used to produce other products.
[4] Trichlorophenol - Used to denote a higher grade material than that designated trichlorophenol, technical grade.
[5] Based on capacity to produce picloram.
[6] Acid equivalent.
[7] Alternate to "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and iso-octyl ester of 2,4,5-T.
[8] Include transfers within the company, except material transferred to another location to be incorporated into military defoliants.
[9] Shipments on rated orders to producers of military defoliants.
[10] Include picloram in any form except in Tordon 101 ®, which is to be included in items 5 (d), 5 (e), 5 (f), 5 (g), and 5 (h), Section V.
[11] On rated orders.

**Section IX - REMARKS (Attach additional sheets if necessary.)**

NOTE SECTION IV

Shipped to PLANT   548,640
Credit on Returned Items   7080
Not Received   541,560

- 397,900 lbs were shipped to Monsanto's Barton Plant at Luling, Louisiana and 207,000 lbs were shipped to Monsanto's Wm. G. Krummich Plant at Sauget Illinois for further Processing. All material was for Orange Band.

002158

FORM DD5AF-771 (5-10-67)     Please complete certification on face of form     USCOMM-DC 33374-P67

This report is required under Section 705 of the Defense Production Act of 1950, as amended.

FORM BDSAF-771
(8-10-67)

**U.S. DEPARTMENT OF COMMERCE**
BUSINESS AND DEFENSE SERVICES ADMINISTRATION

**INTERMEDIATES AND DEFOLIANTS**
CAPACITY, PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS

Return to: U.S. Department of Commerce
Washington, D.C. 20230
Attention: Business and Defense Services Administration
Chemicals and Allied Products Division - 544

BUDGET BUREAU NO. 41-R2402
APPROVAL EXPIRES JUNE 30, 1970

1. Name and address of company (Principal office) (Street, City, State and Zip code) (If name and address has changed please show below)

*MONSANTO COMPANY*
*800 N. LINDBERGH BLVD.*
*ST. LOUIS, MISSOURI*

2. Month and year reported

*SEPTEMBER 1967*

3. Plant name

*NITRO*

4. Plant location (See Instructions)

*NW of Nitro on Viscose Rd. in Putnam County,*
*State of West Virginia*

## INSTRUCTIONS

**Mailing** - Prepare and return one copy of this report to the Business and Defense Services Administration, U.S. Department of Commerce, Washington, D.C. 20230, no later than the 10th of the month following the report month. A separate complete report must be filed for each establishment of your company which in the previous month produced one or more of the items listed in Column (a) of Sections I or II or is scheduled to produce one or more of these items in the future.

**File Copy** - In addition to the original report form to be returned to us, there is enclosed a file copy for your records. You are not legally required to fill out or retain this file copy. While it would be a convenience to the Government for a file copy to be made and retained for reference purposes, no assurances can be provided that file copies are exempt from compulsory examination or production pursuant to legal process.

**Plant Location** - In reporting plant location, give the street address, names of the boundary streets between which the plant lies, city, county and state. If the plant does not have a street address, the location may be specified as distance and direction from a town on a State or Federal Highway. For example, the plant location could be reported as 1281 Bradley Street, between Oak Street and Meadow Avenue, Universal City, Wilford County, Maryland, or on State Route 29, 2.4 miles Southwest of Clearbrook, Maynard County, Delaware.

**Estimates** - If exact data are not available for any item, carefully prepared estimates are acceptable.

**Sections I and II - CAPACITY** - Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section I. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section II. Report in Column (c) your monthly capacity as of the last day of the month covered in this report, under the following conditions and assumptions:

1. Assume your current product mix.
2. Assume the plant operates on its current work schedule.
3. Take into account the use of only those building facilities and machinery which are in place including useable equipment idle as of the last day of the month covered.
4. Assume the availability of adequate labor force, production materials, utilities, etc.
5. Take into account necessary downtime required for maintenance and repairs needed to sustain peak operations.

Companies are not required to complete line 6, Section II, Alternate to "Orange," until the military specification for this formulation is approved in final form, at which time it will be forwarded by BDSA to all companies required to complete this report.

**Section III - ADDITIONAL CAPACITY UNDER CONSTRUCTION OR AUTHORIZED** - This section is to be completed by companies making expansions either in existing or other facilities. If construction of additional capacity has begun or is authorized at a location at which no capacity currently exists for producing the subject products, a separate report should be completed on that location. Assume the product mix which the plant is scheduled to have when completed. For line 4, Section III, Alternate to "Orange," see instruction on production mix. Though you have reported specific "additional capacity" in a given month, continue to report that "additional capacity" (column c) in succeeding months and supply a revised "approximate completion date" (column d), until the expansion is complete. BDSA must be kept informed of the latest estimated date of completion for every item of "additional capacity" initially reported.

**Sections IV, V and VI - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS and STOCKS** - For Section IV, see instruction at the beginning of the table. Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section V. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section VI. Production for the purpose of this report is the sum of the quantities produced and consumed in the same plant; produced and transferred to other plants of your company; produced and sold to other companies; and produced and sold to others. For 2,4-D and 2,4,5-T acid, for which the Tariff Commission requires monthly production, include the same data in this report as that furnished the other Agency.

Non-military shipments should include transfers made within the company, except for material transferred from one point to another to be incorporated into military defoliants.

**Section VII - SHIPMENTS TO THE DEPARTMENT OF DEFENSE** - List the date and quantity of each shipment of defoliants to the Department of Defense. Only the total amount of 2,4-D, 2,4,5-T and picloram included in military defoliants shipped in the month is required.

Name of person who should be contacted if questions arise regarding this report

*E. A. CUTRIGHT*

Telephone No. and Area code

*(304) 755-2341*

**Certification** - The undersigned company and the official executing this certification in its behalf hereby certify that the information contained in this report is correct and complete to the best of their knowledge and belief.

Name of company

*MONSANTO COMPANY*

Signature of authorized official

Address of company

*800 N. LINDBERGH BLVD   NO.*   *ST. Louis*

Title

Date

The U.S. Code, Title 18 (Crimes and Criminal Procedure), Section 1001, makes it a criminal offense to make a willful false statement or representation to any department or agency of the United States as to any matter within its jurisdiction. The individual company information furnished in this report on this form is for use in defense mobilization activities. The unauthorized publication or disclosure of individual company information by Government personnel is prohibited by law, and such personnel having access thereto are subject to fine and imprisonment for unauthorized disclosure.

Please complete form before signing certification

USCOMM-DC 31870-P67

002159

ALN 01002369

Section I - CAPACITY - INTERMEDIATES AND DEFOLIANTS - This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid, (2) "Orange," (3) tetrachlorobenzene, (4) trichlorophenol, (5) picloram, and (6) Tordon 101 Ⓡ. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. ☑

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid | lbs. | |
| 2 | 2,4,5-Trichlorophenoxy acetic acid | lbs. | |
| 3 | "Orange" [1] [2] | gals. | |
| 4 | Tetrachlorobenzene | lbs. | |
| 5 | Trichlorophenol, technical grade [3] | lbs. | |
| 6 | Trichlorophenol [4] | lbs. | |
| 7 | Picloram | lbs. | |
| 8 | Tordon 101 Ⓡ [5] | | |

9. Is same equipment used to produce "trichlorophenol, technical grade," and "trichlorophenol" except for additional processing required on the higher grade material.    ☐ Yes    ☐ No

Section II - CAPACITY - DEFOLIANTS - This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid, or monochloroacetic acid, and/or 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, acetic acid, or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid and (2) "Orange" or Alternate to "Orange." (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. ☐

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid, salts | lbs. [6] | |
| 2 | 2,4-Dichlorophenoxy acetic acid, esters | lbs. [6] | |
| 3 | 2,4,5-Trichlorophenoxy acetic acid, salts | lbs. [6] | |
| 4 | 2,4,5-Trichlorophenoxy acetic acid, esters | lbs. [6] | |
| 5 | "Orange" [1] [2] | gals. | |
| 6 | Alternate to "Orange" [2] [7] | gals. | |

7. Is the same equipment used to produce esters of 2,4-D and 2,4,5-T?    ☐ Yes    ☐ No

8. Is there any limitation on the type of esters which the equipment can produce?    ☐ Yes    ☐ No
If response is "Yes," provide explanation.

Section III - ADDITIONAL CAPACITY, UNDER CONSTRUCTION, OR AUTHORIZED - INTERMEDIATES AND DEFOLIANTS (See last page for footnotes.)

| Item No. | Item (a) | Unit (b) | Additional capacity (c) | Approximate completion date (d) |
|---|---|---|---|---|
| 1 | 2,4-D | lbs. [6] | | |
| 2 | 2,4,5-T | lbs. [6] | NONE | |
| 3 | "Orange" [1] [2] | gals. | | 002160 |
| 4 | Alternate to "Orange" [2] [7] | gals. | | |

ALN 01002370

| | | | | | |
|---|---|---|---|---|---|
| 6 | Trichlorophenol, technical grade [3] | lbs. | | | |
| 7 | Trichlorophenol [4] | lbs. | | | |
| 8 | Picloram | lbs. | | | |
| 9 | Tordon 101 ® [5] | gals. | | | |

**Section IV - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - INTERMEDIATES (lbs.).** This section is to be completed by basic producers of tetrachlorobenzene, 2,4,5-T and 2,4,5-T esters and salts. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. (See last page for footnotes).

| Item No. | Item | Production | Receipts | | Consumption | | Shipments [6] | | End of month stocks |
|---|---|---|---|---|---|---|---|---|---|
| | | | Domestic sources | Foreign sources | "Orange" | Other products | To military defoliant producers | To others | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) |
| 1 | TCB | | 408,460 | | 588,340 | | | | 224,097 |
| 2 | TCP [3] tech. | | | | | | | | |
| 3 | TCP [4] | | | | | | | | |

**Section V - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid (2) "Orange", (3) picloram, and (4) Tordon 101 ®. (See last page for footnotes).

| Item No. | Item | Unit | Production | Receipts | | Non-military shipments [8] | | End of month stocks |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources | Foreign sources | Domestic | Exports | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) |
| 1 | 2,4-D | lbs. [6] | | | | | | |
| 2 | 2,4,5-T | lbs. [6] | 592,200 | | | | | 89,265 |
| 3 | "Orange" [1] | gals. | | | | | | |
| 4 | Picloram ® | lbs. | | | 10 | 10 | 10 | 10 |
| 5 | Tordon 101 ® | gals. | | | | | | |

**Section VI - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid and 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid, (2) "Orange" and (3) Alternate to "Orange" made from these esters. (See last page for footnotes).

| Item No. | Item | Unit | Production | Receipts | | Non-military shipments [8] | | End of month stocks |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources | Foreign sources | Domestic | Exports | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) |
| 1 | 2,4-D, dimethylamine salt | lbs. [6] | | | | | | |
| 2 | 2,4-D, butyl ester | lbs. [6] | | | | | | |
| 3 | 2,4-D, iso-octyl ester | lbs. [6] | | | | | | |
| 4 | 2,4,5-T, butyl ester | lbs. [6] | | | | | | |
| 5 | 2,4,5-T, iso-octyl ester | lbs. [6] | | | | | | |
| 6 | Other salts or esters (Identify): | lbs. [6] | | | | | | |
| 7 | | lbs. [6] | | | | | | |
| 8 | | lbs. [6] | | | | | | |
| 9 | | lbs. [6] | | | | | | |
| 10 | "Orange" [1] | gals. | | | | | | |
| 11 | Alternate to "Orange" [7] | gals. | | | | | | |

002161

ALN 01002371

**Section VII - SHIPMENTS TO DEPARTMENT OF DEFENSE - DEFOLIANTS[11]** *(See below for footnotes; attach additional sheets if necessary.)*

| Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) | Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) |
|---|---|---|---|---|---|---|---|
| 1 | "Orange"[1] or Alternate to "Orange"[7] | | | 3 | Tordon 101 [10] | | |
| | **Total** | | | | **Total** | | |

| 2 | Technical material contained in total quantity of above material shipped to DoD. | | 4 | Technical material contained in total quantity of above material shipped to DoD. | |
|---|---|---|---|---|---|
| | Item (a) | Quantity (lbs.[6]) (b) | | Item (a) | Quantity (lbs.[6]) (b) |
| | 2,4-D | | | 2,4-D | |
| | 2,4,5-T | | | Picloram | |

**Section VIII - WORK SCHEDULE**

| | Hours per shift | Shifts per day | Days per week |
|---|---|---|---|
| a. Work schedule for previous month | 0 | 3 | 7 |
| b. Anticipated work schedule required for maximum production | 0 | 3 | 7 |

Footnotes:
[1]"Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and 2,4,5-T.
[2]Based on capacity to produce 2,4,5-T component and regardless of availability of 2,4-D component.
[3]Trichlorophenol, technical grade - designation assigned to TCP used in production of 2,4,5-T, 2,4,5-T esters and salts, "Orange," or Alternate to "Orange". It can also be used to produce other products.
[4]Trichlorophenol - Used to denote a higher grade material than that designated trichlorophenol, technical grade.
[5]Based on capacity to produce picloram.
[6]Acid equivalent.
[7]Alternate to "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and iso-octyl ester of 2,4,5-T.
[8]Include transfers within the company, except material transferred to another location to be incorporated into military defoliants.
[9]Shipments on rated orders to producers of military defoliants.
[10]Include picloram in any form except in Tordon 101 [10], which is to be included in items 5 (d), 5 (e), 5 (f), 5 (g), and 5 (h), Section V.
[11]On rated orders.

**Section IX - REMARKS** (Attach additional sheets if necessary.)

*Note  Section IV   Shipped to DoD --- 433,460*
*Credit on return schedule  ---   4,500*
*Net Received --- 428,960*

*All shipments (544,640 lbs) were sent to Monsanto's Luling Plant at Luling, Louisiana for processing. All material was for Orange Blend.*

002162

This report is required under Section 705 of the Defense Production Act of 1950, as amended.

BUDGET BUREAU NO. 41-R240;
APPROVAL EXPIRES JUNE 30, 1970

FORM BDSAF-771
(8-30-67)

U.S. DEPARTMENT OF COMMERCE
BUSINESS AND DEFENSE SERVICES ADMINISTRATION

**INTERMEDIATES AND DEFOLIANTS**

CAPACITY, PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS

Return to: U.S. Department of Commerce
Washington, D.C. 20230
Attention: Business and Defense Services Administration
Chemicals and Allied Products Division - 544

1. Name and address of company (Principal office) (Street, City, State and Zip code) (If name and address has changed please show below)

MONSANTO COMPANY
800 N. LINDBERGH BLVD
ST LOUIS, MISSOURI

2. Month and year reported

AUGUST 1967

3. Plant name

NITRO

4. Plant location (See Instructions)

NW of Nitro on Viscose Road in Putnam County, State of West Virginia

## INSTRUCTIONS

Mailing - Prepare and return one copy of this report to the Business and Defense Services Administration, U.S. Department of Commerce, Washington, D.C. 20230, no later than the 10th of the month following the report month. A separate complete report must be filed for each establishment of your company which in the previous month produced one or more of the items listed in Column (a) of Sections I or II or is scheduled to produce one or more of these items in the future.

File Copy - In addition to the original report form to be returned to us, there is enclosed a file copy for your records. You are not legally required to fill out or retain this file copy. While it would be a convenience to the Government for a file copy to be made and retained for reference purposes, no assurances can be provided that file copies are exempt from compulsory examination or production pursuant to legal process.

Plant Location - In reporting plant location, give the street address, names of the boundary streets between which the plant lies, city, county and state. If the plant does not have a street address, the location may be specified as distance and direction from a town on a State or Federal Highway. For example, the plant location could be reported as 1281 Bradley Street, between Oak Street and Meadow Avenue, Universal City, Wilford County, Maryland, or on State Route 29, 2.4 miles Southeast of Cleatbrook, Maynard County, Delaware.

Estimates - If exact data are not available for any item, carefully prepared estimates are acceptable.

Sections I and II - CAPACITY - Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section I. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section II. Report in Column (c) your monthly capacity as of the last day of the month covered in this report, under the following conditions and assumptions:

1. Assume your current product mix.
2. Assume the plant operates on its current work schedule.
3. Take into account the use of only those building facilities and machinery which are in place including useable equipment idle as of the last day of the month covered.
4. Assume the availability of adequate labor force, production materials, utilities, etc.
5. Take into account machinery downtime required for maintenance and repairs needed to sustain peak operations.

Companies are not required to complete line 6, Section III, Alternate to "Orange," until the military specification for this formulation is approved in final form, at which time it will be forwarded by BDSA to all companies required to complete this report.

Section III - ADDITIONAL CAPACITY UNDER CONSTRUCTION OR AUTHORIZED - This section is to be completed by companies making expansions either in existing or other facilities. If construction of additional capacity has begun or is authorized at a location at which no capacity currently exists for producing the subject products, a separate report should be completed on that location. Assume the product mix which the plant is scheduled to have when completed. For line 6, Section III, Alternate to "Orange," see instruction on this item under Capacity. Though you have reported specific "additional capacity" in a given month, continue to report that "additional capacity" (column c) in succeeding months and supply a revised "approximate completion date" (column d), until the expansion is complete. BDSA must be kept informed of the latest estimated date of completion for every item of "additional capacity" initially reported.

Sections IV, V and VI - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - For Section IV, see instruction at the beginning of the table. Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section V. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section VI. Production for the purpose of this report is the sum of the quantities produced and consumed in the same plant; produced and transferred to other plants of your company; produced and sold to other companies; and produced and held in stock. On 2,4-D and 2,4,5-T acid, for which the Tariff Commission requires monthly production, include the same data in this report as that furnished the other Agency.

Non-military shipments should include transfers made within the company, except for material transferred from one point to another to be incorporated into military defoliants.

Section VII - SHIPMENTS TO THE DEPARTMENT OF DEFENSE - List the date and quantity of each shipment of defoliants to the Department of Defense. Only the total amount of 2,4-D, 2,4,5-T and pelerum included in military defoliants shipped in the month is required.

Name of person who should be contacted if questions arise regarding this report

E A Cutright

Telephone No. and Area code

304 - 755 - 3341

Certification - The undersigned company and the official executing this certification in its behalf hereby certify that the information contained in this report is correct and complete to the best of their knowledge and belief.

Name of company

MONSANTO COMPANY

Signature of authorized official

Address of company

800 N. LINDBERGH Blvd, St. Louis, Mo.

Title

Date

002163

The U.S. Code, Title 18 (Crimes and Criminal Procedure), Section 1001, makes it a criminal offense to make a willfully false statement or representation to any department or agency of the United States as to any matter within its jurisdiction. The individual company information reported on this form is for use in defense mobilization activities. The unauthorized publication or disclosure of individual company information by Government personnel is prohibited by law, and such personnel having access thereto are subject tofine and imprisonment for unauthorized disclosure.

Please complete form before signing certification

USCOMM-DC 3337a-P67

ALN 01002373

**Section I - CAPACITY - INTERMEDIATES AND DEFOLIANTS** - This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid, (2) "Orange," (3) tetrachlorobenzene, (4) trichlorophenol, (5) picloram, and (6) Tordon 101®. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. ☑

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid | lbs. | |
| 2 | 2,4,5-Trichlorophenoxy acetic acid | lbs. | |
| 3 | "Orange" [1] [2] | gals. | |
| 4 | Tetrachlorobenzene | lbs. | |
| 5 | Trichlorophenol, technical grade [3] | lbs. | |
| 6 | Trichlorophenol [4] | lbs. | |
| 7 | Picloram | lbs. | |
| 8 | Tordon 101 ® [5] | gals. | |

9. Is same equipment used to produce "trichlorophenol, technical grade," and "trichlorophenol" except for additional processing required on the higher grade material. ☐ Yes ☐ No

**Section II - CAPACITY - DEFOLIANTS** - This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid, or monochloroacetic acid, and/or 2,4,5-trichlorophenoxy acetic acid salts and/or esters (from chlorine, acetic acid, or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid and (2) "Orange" or Alternate to "Orange." (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. ☐

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid, salts | lbs. [6] | |
| 2 | 2,4-Dichlorophenoxy acetic acid, esters | lbs. [6] | |
| 3 | 2,4,5-Trichlorophenoxy acetic acid, salts | lbs. | |
| 4 | 2,4,5-Trichlorophenoxy acetic acid, esters | lbs. [6] | |
| 5 | "Orange" [1] [2] | gals. | |
| 6 | Alternate to "Orange" [1] [7] | gals. | |

7. Is the same equipment used to produce esters of 2,4-D and 2,4,5-T? ☐ Yes ☐ No

8. Is there any limitation on the type of esters which the equipment can produce? ☐ Yes ☐ No
   If response is "Yes," provide explanation.

**Section III - ADDITIONAL CAPACITY, UNDER CONSTRUCTION OR AUTHORIZED - INTERMEDIATES AND DEFOLIANTS** (See last page for footnotes.)

| Item No. | Item (a) | Unit (b) | Additional capacity (c) | Approximate completion date (d) |
|---|---|---|---|---|
| 1 | 2,4-D | lbs. | | 002164 |
| 2 | 2,4,5-T | lbs. | None | |
| 3 | "Orange" [1] [5] | gals. | N | |
| 4 | Alternate to "Orange" [2] [7] | gals. | | |

ALN 01002374

| | | | | | |
|---|---|---|---|---|---|
| 6 | Trichlorophenol, technical grade | | lbs. | | |
| 7 | Trichlorophenol[4] | | lbs. | | |
| 8 | Picloram | | lbs. | | |
| 9 | Tordon 101 [10] [5] | | gals. | | |

**Section IV - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - INTERMEDIATES (lbs.).** This section is to be completed by basic producers of tetrachlorobenzene, 2,4,5-T and 2,4,5-T esters and salts. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. *(See last page for footnotes).*

| Item No. | Item | Production | Receipts | | Consumption | | Shipments[8] | | End of month stocks |
|---|---|---|---|---|---|---|---|---|---|
| | | | Domestic sources | Foreign sources | "Orange" | Other products | To military[9] defoliant producers | To others | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) |
| 1 | TCB | | 733,150 | | 601,369 | | | | 383,479 |
| 2 | TCP,[3] tech. | | | | | | | | |
| 3 | TCP [4] | | | | | | | | |

**Section V - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid (2) "Orange", (3) picloram, and (4) Tordon 101 ®. *(See last page for footnotes).*

| Item No. | Item | Unit | Production | Receipts | | Non-military shipments[8] | | End of month stocks |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources | Foreign sources | Domestic | Exports | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) |
| 1 | 2,4-D | lbs.[6] | | | | | | |
| 2 | 2,4,5-T | lbs.[6] | 563,045 | | | | | 36,565 |
| 3 | "Orange" [1] | gals. | | | | | | |
| 4 | Picloram ® | lbs. | | 10 | 10 | 10 | 10 | 10 |
| 5 | Tordon 101 ® | gals. | | | | | | |

**Section VI - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid and 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid, (2) "Orange" and (3) Alternate to "Orange" made from these esters. *(See last page for footnotes).*

| Item No. | Item | Unit | Production | Receipts | | Non-military shipments[8] | | End of month stocks |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources | Foreign sources | Domestic | Exports | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) |
| 1 | 2,4-D, dimethylamine salt | lbs.[6] | | | | | | |
| 2 | 2,4-D, butyl ester | lbs.[6] | | | | | | |
| 3 | 2,4-D, iso-octyl ester | lbs.[6] | | | | | | |
| 4 | 2,4,5-T, butyl ester | lbs.[6] | | | | | | |
| 5 | 2,4,5-T, iso-octyl ester | lbs.[6] | | | | | | |
| | Other salts or esters (Identify): | | | | | | | |
| 6 | | lbs.[6] | | | | | | |
| 7 | | lbs.[6] | | | | | | |
| 8 | | lbs.[6] | | | | | | |
| 9 | | lbs.[6] | | | | | | |
| 10 | "Orange" [1] | gals. | | | | | | |
| 11 | Alternate to "Orange"[7] | gals. | | | | | | |

FORM HQSAF-771 (6-10-67)

Please continue on reverse

USCOMM-HC 33970-P67

002165

ALN 01002375

**Section VII - SHIPMENTS TO DEPARTMENT OF DEFENSE - DEFOLIANTS[11]** *(See below for footnotes; attach additional sheets if necessary.)*

| Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) | Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) |
|---|---|---|---|---|---|---|---|
| 1 | "Orange"[2] or Alternate to "Orange"[7] | | | 3 | Tordon 101 [10] | | |
| | | | | | | | |
| | Total | | *None* | | Total | | *None* |

| 2 | Technical material contained in total quantity of above material shipped to DoD. | | 4 | Technical material contained in total quantity of above material shipped to DoD. | |
|---|---|---|---|---|---|
| | Item (a) | Quantity (lbs.[6]) (b) | | Item (a) | Quantity (lbs.[6]) (b) |
| | 2,4-D | | | 2,4-D | |
| | 2,4,5-T | | | Picloram | |

**Section VIII - WORK SCHEDULE**

| | Hours per shift | Shifts per day | Days per week |
|---|---|---|---|
| a. Work schedule for previous month | *8* | *3* | *7* |
| b. Anticipated work schedule required for maximum production | *8* | *3* | *7* |

Footnotes:
[1]"Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and 2,4,5-T.
[2]Based on capacity to produce 2,4,5-T component and regardless of availability of 2,4-D component.
[3]Trichlorophenol, technical grade - designation assigned to TCP used in production of 2,4,5-T, 2,4,5-T esters and salts, "Orange," or Alternate to "Orange". It can also be used to produce other products.
[4]Trichlorophenol - Used to denote a higher grade material than that designated trichlorophenol, technical grade.
[5]Based on capacity to produce picloram.
[6]Acid equivalent.
[7]Alternate to "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and iso-octyl ester of 2,4,5-T.
[8]Include transfers within the company, except material transferred to another location to be incorporated into military defoliants.
[9]Shipments on rated orders to producers of military defoliants.
[10]Include picloram in any form except in Tordon 101 [10], which is to be included in items 5 (d), 5 (e), 5 (f), 5 (g), and 5 (h), Section V.
[11]On rated orders.

**Section IX - REMARKS** *(Attach additional sheets if necessary.)*

Note section IV     Shipped to Plant .... 737,140
                    Credit for Returned heels - 14,000
                    Net Received --- 723,140

656,680[th]

All Shipments were sent to Monsanto's Barton Plant at Luling Louisiana for processing. All material will be converted to Orange ink.

002166

| | | |
|---|---|---|
| [form number] | Please complete certification on face of form | USCOMM-DL 33370-P67 |

ALN 01002376

| This report is required under Section 705 of the Defense Production Act of 1950, as amended. | BUDGET BUREAU NO. 41-N2402<br>APPROVAL EXPIRES JUNE 30, 1970 |
|---|---|
| FORM BDSAF-771<br>(9-10-67)<br><br>U.S. DEPARTMENT OF COMMERCE<br>BUSINESS AND DEFENSE SERVICES ADMINISTRATION<br><br>**INTERMEDIATES AND DEFOLIANTS**<br><br>CAPACITY, PRODUCTION, RECEIPTS, CONSUMPTION,<br>SHIPMENTS AND STOCKS | 1. Name and address of company (Principal office) (Street, City, State and Zip code) (If name and address has changed please show below)<br><br>MONSANTO COMPANY<br>800 N. LINDBERGH BLVD<br>ST. LOUIS, MISSOURI |

| Return to: U.S. Department of Commerce<br>Washington, D.C. 20230<br>Attention: Business and Defense Services Administration<br>Chemicals and Allied Products Division - 544 | |

| 2. Month and year reported<br><br>JULY   1967 | 3. Plant name<br><br>NITRO |

| 4. Plant location (See Instructions)<br><br>N.W. of NITRO on VISCOSE ROAD in PUTNAM COUNTY, STATE of WEST VIRGINIA |
|---|

## INSTRUCTIONS

**Mailing** - Prepare and return one copy of this report to the Business and Defense Services Administration, U.S. Department of Commerce, Washington, D.C. 20230, no later than the 10th of the month following the report month. A separate complete report must be filed for each establishment of your company which in the previous month produced one or more of the items listed in Column (a) of Sections I or II or is scheduled to produce one or more of these items in the future.

**File Copy** - In addition to the original report form to be returned to us, there is enclosed a file copy for your records. You are not legally required to fill out or retain this file copy. While it would be a convenience to the Government for a file copy to be made and retained for reference purposes, no assurances can be provided that file copies are exempt from compulsory examination or production pursuant to legal process.

**Plant Location** - In reporting plant location, give the street address, names of the boundary streets between which the plant lies, city, county and state. If the plant does not have a street address, the location may be specified as distance and direction from a town on a State or Federal Highway. For example, the plant location could be reported as 1281 Bradley Street, between Oak Street and Meadow Avenue, Universal City, Wilford County, Maryland, or on State Route 29, 2.4 miles Southwest of Cleathrook, Maynard County, Delaware.

**Estimates** - If exact data are not available for any item, carefully prepared estimates are acceptable.

**Sections I and II - CAPACITY** - Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section I. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section II. Report in Column (c) your monthly capacity as of the last day of the month covered in this report, under the following conditions and assumptions:

1. Assume your current product mix.
2. Assume the plant operates on its current work schedule.
3. Take into account the use of only those building facilities and machinery which are in use including useable equipment idle as of the last day of the month covered.
4. Assume the availability of adequate labor force, production materials, utilities, etc.
5. Take into account machinery downtime required for maintenance and repairs needed to sustain peak operations.

Companies are not required to complete line 6, Section II, Alternate to "Orange," until the military specification for this formulation is approved in final form, at which time it will be forwarded by BDSA to all companies required to complete this report.

**Section III - ADDITIONAL CAPACITY UNDER CONSTRUCTION OR AUTHORIZED** - This section is to be completed by companies making expansions either in existing or other facilities. If construction of additional capacity has begun or is authorized at a location at which no capacity currently exists for producing the subject products, a separate report should be completed on that location. Assume the product mix which the plant is scheduled to have when completed. For line 4, Section III, Alternate to "Orange," see instruction on this item under Section V. Though you have reported specific "additional capacity" in a given month, continue to report that "additional capacity" (column c) in succeeding months and supply a revised "approximate completion date" (column d), until the expansion is complete. BDSA must be kept informed of the latest estimated date of completion for every item of "additional capacity" initially reported.

**Sections IV, V and VI - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS** - For Section IV, see instruction at the beginning of the table. Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section V. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section VI. Production for the purpose of this report is the sum of the quantities produced and consumed in the same plant; produced and transferred to other plants of your company; produced and sold to other companies; and produced and held in stock. On 2,4-D and 2,4,5-T acid, for which the Tariff Commission requires monthly production, include the same data in this report as that furnished the other Agency.

Non-military shipments should include transfers made within the company, except for material transferred from one point to another to be incorporated into military defoliants.

**Section VII - SHIPMENTS TO THE DEPARTMENT OF DEFENSE** - List the date and quantity of each shipment of defoliants to the Department of Defense. Only the total amount of 2,4-D, 2,4,5-T and picloram included in military defoliants shipped in the month is required.

| Name of person who should be contacted if questions arise regarding this report<br><br>E. A. CUTRIGHT | Telephone No. and Area code<br><br>304 - 755 - 3341 |
|---|---|

Certification - The undersigned company and the official executing this certification in its behalf hereby certify that the information contained in this report is correct and complete to the best of their knowledge and belief.

| Name of company<br><br>MONSANTO COMPANY | Signature of authorized official |
|---|---|
| Address of company<br><br>800 N. LINDBERGH, ST. LOUS, MO. | Title | Date<br><br>002167 |

The U.S. Code, Title 18 (Crimes and Criminal Procedure), Section 1001, makes it a criminal offense to make a willfully false statement or representation to any department or agency of the United States as to any matter within its jurisdiction. The individual company information reported on this form is for use in defense mobilization activities. The unauthorized publication or disclosure of individual company information by Government personnel is prohibited by law, and such personnel having access thereto are subject to fine and imprisonment for unauthorized disclosure.

Please complete form before signing certification

USI Oxxx-11C 4147/0-11c.

ALN 01002377

**Section I - CAPACITY - INTERMEDIATES AND DEFOLIANTS** - This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid, (2) "Orange," (3) tetrachlorobenzene, (4) trichlorophenol, (5) picloram, and (6) Tordon 101®. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. ☑

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid | lbs. | |
| 2 | 2,4,5-Trichlorophenoxy acetic acid | lbs. | |
| 3 | "Orange" [1] [2] | gals. | |
| 4 | Tetrachlorobenzene | lbs. | |
| 5 | Trichlorophenol, technical grade [3] | lbs. | |
| 6 | Trichlorophenol [4] | lbs. | |
| 7 | Picloram | lbs. | |
| 8 | Tordon 101 ® [5] | gals. | |

9. Is same equipment used to produce "trichlorophenol, technical grade," and "trichlorophenol" except for additional processing required on the higher grade material.   ☐ Yes   ☐ No

**Section II - CAPACITY - DEFOLIANTS** - This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid, or monochloroacetic acid, and/or 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, acetic acid, or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid and (2) "Orange" or Alternate to "Orange." (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section.

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid, salts | lbs. | |
| 2 | 2,4-Dichlorophenoxy acetic acid, esters | lbs. [6] | |
| 3 | 2,4,5-Trichlorophenoxy acetic acid, salts | lbs. [6] | |
| 4 | 2,4,5-Trichlorophenoxy acetic acid, esters | lbs. [6] | |
| 5 | "Orange" [1] [2] | gals. | |
| 6 | Alternate to "Orange" [2] [7] | gals. | |

7. Is the same equipment used to produce esters of 2,4-D and 2,4,5-T?   ☐ Yes   ☐ No

8. Is there any limitation on the type of esters which the equipment can produce?   ☐ Yes   ☐ No
   If response is "Yes," provide explanation.

**Section III - ADDITIONAL CAPACITY, UNDER CONSTRUCTION OR AUTHORIZED - INTERMEDIATES AND DEFOLIANTS** (See last page for footnotes.)

| Item No. | Item (a) | Unit (b) | Additional capacity (c) | Approximate completion date (d) |
|---|---|---|---|---|
| 1 | 2, 4-D | lbs. [6] | — | |
| 2 | 2,4,5-T | lbs. [6] | — | 002168 |
| 3 | "Orange" [1] [2] | gals. | NONE | — |
| 4 | Alternate to "Orange" [2] [7] | gals. | — | |

ALN 01002378

| | | | | | |
|---|---|---|---|---|---|
| 6 | Trichlorophenol, technical grade [3] | lbs. | — | — | — |
| 7 | Trichlorophenol [4] | lbs. | — | — | — |
| 8 | Picloram | lbs. | — | — | — |
| 9 | Tordon 101 Ⓡ [5] | gals. | — | — | — |

## Section IV - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - INTERMEDIATES (lbs.).
This section is to be completed by basic producers of tetrachlorobenzene, 2,4,5-T and 2,4,5-T esters and salts. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. (See last page for footnotes).

| Item No. | Item | Production | Receipts | | Consumption | | Shipments [6] | | End of month stocks |
|---|---|---|---|---|---|---|---|---|---|
| | | | Domestic sources | Foreign sources | "Orange" | Other products | To military [9] defoliant producers | To others | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) |
| 1 | TCB | | 588,850 | | 623,021 | | | | 261,708 |
| 2 | TCP, [3] tech. | | | | | | | | |
| 3 | TCP [4] | | | | | | | | |

## Section V - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.
This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid (2) "Orange", (3) picloram, and (4) Tordon 101 Ⓡ. (See last page for footnotes).

| Item No. | Item | Unit | Production | Receipts | | Non-military shipments [8] | | End of month stocks |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources | Foreign sources | Domestic | Exports | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) |
| 1 | 2,4-D | lbs. [6] | | | | | | |
| 2 | 2,4,5-T | lbs. [6] | 627,900 | | | | | 125,364 |
| 3 | "Orange" [1] | gals. | | | | | | |
| 4 | Picloram Ⓡ | lbs. | 10 | | 10 | 10 | 10 | 10 |
| 5 | Tordon 101 Ⓡ | gals. | | | | | | |

## Section VI - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.
This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid and 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid, (2) "Orange" and (3) Alternate to "Orange" made from these esters. (See last page for footnotes).

| Item No. | Item | Unit | Production | Receipts | | Non-military shipments [8] | | End of month stocks |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources | Foreign sources | Domestic | Exports | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) |
| 1 | 2,4-D, dimethylamine salt | lbs. [6] | | | | | | |
| 2 | 2,4-D, butyl ester | lbs. [6] | | | | | | |
| 3 | 2,4-D, iso-octyl ester | lbs. [6] | | | | | | |
| 4 | 2,4,5-T, butyl ester | lbs. [6] | | | | | | |
| 5 | 2,4,5-T, iso-octyl ester | lbs. [6] | | | | | | |
| 6 | Other salts or esters (Identify) | lbs. [6] | | | | | | |
| 7 | | lbs. | | | | | | |
| 8 | | lbs. [6] | | | | | | |
| 9 | | lbs. [6] | | | | | | |
| 10 | "Orange" [1] | gals. | | | | | | |
| 11 | Alternate to "Orange" [7] | gals. | | | | | | |

002169

ALN 01002379

**Section VII - SHIPMENTS TO DEPARTMENT OF DEFENSE - DEFOLIANTS[11]** (See below for footnotes; attach additional sheets if necessary.)

| Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) | Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) |
|---|---|---|---|---|---|---|---|
| 1 | "Orange"[1] or Alternate to "Orange"[7] | | | 3 | Tordon 101 [10] | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | Total | | NONE | | Total | | NONE |

| 2 | Technical material contained in total quantity of above material shipped to DoD. | | 4 | Technical material contained in total quantity of above material shipped to DoD. | |
|---|---|---|---|---|---|
| | Item (a) | Quantity (lbs.[6]) (b) | | Item (a) | Quantity (lbs.[6]) (b) |
| | 2,4-D | | | 2,4-D | |
| | 2,4,5-T | | | Picloram | |

**Section VIII - WORK SCHEDULE**

| | Hours per shift | Shifts per day | Days per week |
|---|---|---|---|
| a. Work schedule for previous month | 8 | 3 | 7 |
| b. Anticipated work schedule required for maximum production | 8 | 3 | 7 |

**Footnotes:**

[1] "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and 2,4,5-T.
[2] Based on capacity to produce 2,4,5-T component and regardless of availability of 2,4-D component.
[3] Trichlorophenol, technical grade - designation assigned to TCP used in production of 2,4,5-T, 2,4,5-T esters and salts, "Orange," or Alternate to "Orange". It can also be used to produce other products.
[4] Trichlorophenol - Used to denote a higher grade material than that designated trichlorophenol, technical grade.
[5] Based on capacity to produce picloram.
[6] Acid equivalent.
[7] Alternate to "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and iso-octyl ester of 2,4,5-T.
[8] Include transfers within the company, except material transferred to another location to be incorporated into military defoliants.
[9] Shipments on rated orders to producers of military defoliants.
[10] Include picloram in any form except in Tordon 101 [10], which is to be included in items 5 (d), 5 (e), 5 (f), 5 (g), and 5 (h), Section V.
[11] On rated orders.

**Section IX - REMARKS** (Attach additional sheets if necessary.)

NOTE SECTION IV      Shipped to Plant      655,280
                     credit for Returned heels      66,400
                     Net Received      588,680

All of the 581,140 lbs shipped during July went to Monsanto's Barton Plant at Luling Louisiana for processing. All material to be converted into Orange BIIND.

002170

Please complete certification on face of form

ALN 01002380

| This report is required under Section 705 of the Defense Production Act of 1950, as amended. | BUDGET BUREAU NO. 41-R3402<br>APPROVAL EXPIRES JUNE 30, 1970 |
|---|---|
| FORM BDSAF-771<br>(10-10-67)<br>**U.S. DEPARTMENT OF COMMERCE**<br>BUSINESS AND DEFENSE SERVICES ADMINISTRATION<br><br>**INTERMEDIATES AND DEFOLIANTS**<br>CAPACITY, PRODUCTION, RECEIPTS, CONSUMPTION,<br>SHIPMENTS AND STOCKS | 1. Name and address of company (Principal office) (Street, City, State and Zip code) (If name and address has changed please show below)<br><br>*MONSANTO COMPANY*<br>*800 N. Lindbergh Blvd.*<br>*St. Louis,*<br>*Missouri* |
| Return to: U.S. Department of Commerce<br>Washington, D.C. 20230<br>Attention: Business and Defense Services Administration<br>Chemicals and Allied Products Division - 544 | |

| 2. Month and year reported *JUNE 1967* | 3. Plant name *NITRO* |
|---|---|

4. Plant location (See Instructions)
*NW of Nitro on Viscose Road in Putnam County, State of West Virginia*

## INSTRUCTIONS

**Mailing -** Prepare and return one copy of this report to the Business and Defense Services Administration, U.S. Department of Commerce, Washington, D.C. 20230, no later than the 10th of the month following the report month. A separate complete report must be filed for each establishment of your company which in the previous month produced one or more of the items listed in Column (a) of Sections I or II or is scheduled to produce one or more of these items in the future.

**File Copy -** In addition to the original report form to be returned to us, there is enclosed a file copy for your records. You are not legally required to fill out or retain this file copy. While it would be a convenience to the Government for a file copy to be made and retained for reference purposes, no assurances can be provided that file copies are exempt from compulsory examination or production pursuant to legal process.

**Plant Location -** In reporting plant location, give the street address, names of the boundary streets between which the plant lies, city, county and state. If the plant does not have a street address, the location may be specified as distance and direction from a town on a State or Federal Highway. For example, the plant location could be reported as 1281 Bradley Street, between Oak Street and Meadow Avenue, Universal City, Wilford County, Maryland, or on State Route 29, 2.4 miles Southwest of Clearbrook, Maynard County, Delaware.

**Estimates -** If exact data are not available for any item, carefully prepared estimates are acceptable.

**Sections I and II - CAPACITY -** Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section I. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section II. Report in Column (c) your monthly capacity as of the last day of the month covered in this report, under the following conditions and assumptions:

1. Assume your current product mix.
2. Assume the plant operates on its current work schedule.
3. Take into account the use of only those building facilities and machinery which are in place including useable equipment idle as of the last day of the month covered.
4. Assume the availability of adequate labor force, production materials, utilities, etc.
5. Take into account machinery downtime required for maintenance and repairs needed to sustain peak operations.

Companies are not required to complete line 6, Section II, Alternate to "Orange," until the military specification for this formulation is approved in final form, at which time it will be forwarded by BDSA to all companies required to complete this report.

**Section III - ADDITIONAL CAPACITY UNDER CONSTRUCTION OR AUTHORIZED -** This section is to be completed by companies making expansions either in existing or other facilities. If construction of additional capacity has begun or is authorized at a location at which no capacity currently exists for producing the subject products, a separate report should be completed on that location. Assume the product mix which the plant is scheduled to have when completed. For line 4, Section III, Alternate to "Orange," see instruction on this item under Capacity. Though you have reported specific "additional capacity" in a given month, continue to report that "additional capacity" (column c) in succeeding months and supply a revised "approximate completion date" (column d), until the expansion is complete. BDSA must be kept informed of the latest estimated date of completion for every item of "additional capacity" initially reported.

**Sections IV, V and VI - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS -** For Section IV, see instruction at the beginning of the table. Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section V. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section VI. Production for the purpose of this report is the sum of the quantities produced and consumed in the same plant; produced and transferred to other plants of your company; produced and sold to other companies; and produced and held in stock. On 2,4-D and 2,4,5-T acid, for which the Tariff Commission requires monthly production, include the same data in this report as that furnished the other Agency.

Non-military shipments should include transfers made within the company, except for material transferred from one point to another to be incorporated into military defoliants.

**Section VII - SHIPMENTS TO THE DEPARTMENT OF DEFENSE -** List the date and quantity of each shipment of defoliants to the Department of Defense. Only the total amount of 2,4-D, 2,4,5-T and picloram included in military defoliants shipped in the month is required.

| Name of person who should be contacted if questions arise regarding this report<br>*E A Cutright* | Telephone No. and Area code<br>*304-755-3341* |
|---|---|

**Certification -** The undersigned company and the official executing this certification in its behalf hereby certify that the information contained in this report is correct and complete to the best of their knowledge and belief.

| Name of company<br>*MONSANTO COMPANY* | Signature of authorized official | |
|---|---|---|
| Address of company<br>*800 N. LINDBERGH, ST.LOUIS, MO.* | Title | Date |

The U.S. Code, Title 18 (Crimes and Criminal Procedure), Section 1001, makes it a criminal offense to make a wilfully false statement or representation to any department or agency of the United States as to any matter within its jurisdiction. The individual company information reported on this form is for use in defense mobilization activities. The unauthorized publication or disclosure of individual company information by Government personnel is prohibited by law, and such personnel having access thereto are subject to fine and imprisonment for unauthorized disclosure.

Please complete form before signing certification

002171

ALN 01002381

**Section VII - SHIPMENTS TO DEPARTMENT OF DEFENSE - DEFOLIANTS[11] (See below for footnotes; attach additional sheets if necessary.)**

| Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) | Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) |
|---|---|---|---|---|---|---|---|
| 1 | "Orange"[1] or Alternate to "Orange"[7] | | | 3 | Tordon 101 ® | | |
| | Total | | NONE | | Total | | NONE |

| 2 | Technical material contained in total quantity of above material shipped to DoD. | | 4 | Technical material contained in total quantity of above material shipped to DoD. | |
|---|---|---|---|---|---|
| | Item (a) | Quantity (lbs.[5]) (b) | | Item (a) | Quantity (lbs.[5]) (b) |
| | 2,4-D | | | 2,4-D | |
| | 2,4,5-T | | | Picloram | |

**Section VIII - WORK SCHEDULE**

| | Hours per shift | Shifts per day | Days per week |
|---|---|---|---|
| a. Work schedule for previous month | 8 | 3 | 7 |
| b. Anticipated work schedule required for maximum production | 8 | 3 | 7 |

Footnotes:
[1] "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and 2,4,5-T.
[2] Based on capacity to produce 2,4,5-T component and regardless of availability of 2,4-D component.
[3] Trichlorophenol, technical grade - designation assigned to TCP used in production of 2,4,5-T, 2,4,5-T esters and salts, "Orange," or Alternate to "Orange". It can also be used to produce other products.
[4] Trichlorophenol - Used to denote a higher grade material than that designated trichlorophenol, technical grade.
[5] Based on capacity to produce picloram.
[6] Acid equivalent.
[7] Alternate to "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and iso-octyl ester of 2,4,5-T.
[8] Include transfers within the company, except material transferred to another location to be incorporated into military defoliants.
[9] Shipments on rated orders to producers of military defoliants.
[10] Include picloram in any form except in Tordon 101 ®, which is to be included in items 5 (d), 5 (e), 5 (f), 5 (g), and 5 (h), Section V.
[11] On rated orders.

**Section IX - REMARKS (Attach additional sheets if necessary.)**

NOTE  Section II  item 1 (c)

Shipped to Plant    536,840
Credit for returned fuels    8,560
Net Received    528,280

OF the 531,760 lbs shipped during June - 407,100 lbs were shipped to Monsanto's W.G.Krummrich Plant at Sauget, Illinois and the remaining 124,660 lbs were shipped to Monsanto's Dachen Plant at Luling, Louisiana - All material to be converted into Orange Band

002174

Title 111 of 1950, as amended.                                    APPROVAL EXPIRES JUNE 30, 1970

Form BDSAF-771
(5-10-67)

**U.S. DEPARTMENT OF COMMERCE**
BUSINESS AND DEFENSE SERVICES ADMINISTRATION

**INTERMEDIATES AND DEFOLIANTS**

CAPACITY, PRODUCTION, RECEIPTS, CONSUMPTION,
SHIPMENTS AND STOCKS

Return to: U.S. Department of Commerce
Washington, D.C. 20230
Attention: Business and Defense Services Administration
Chemicals and Allied Products Division - 544

**1. Name and address of company (Principal office) (Street, City, State and Zip code) (If name and address has changed please show below)**

MONSANTO CO.
800 N. Lindbergh Blvd.
St. Louis,
Missouri

**2. Month and year reported**

May 1967

**3. Plant name**

NITRO

**4. Plant location (See Instructions)**

NW of Nitro on Viscose Road in Putnam County, State of
WEST VIRGINIA

## INSTRUCTIONS

**Mailing** - Prepare and return one copy of this report to the Business and Defense Services Administration, U.S. Department of Commerce, Washington, D.C. 20230, no later than the 10th of the month following the report month. A separate complete report must be filed for each establishment of your company which in the previous month produced one or more of the items listed in Column (a) of Sections I or II or is scheduled to produce one or more of these items in the future.

**File Copy** - In addition to the original report form to be returned to us, there is enclosed a file copy for your records. You are not legally required to fill out or retain this file copy. While it would be a convenience to the Government for a file copy to be made and retained for reference purposes, no assurances can be provided that file copies are exempt from compulsory examination or production pursuant to legal process.

**Plant Location** - In reporting plant location, give the street address, names of the boundary streets between which the plant lies, city, county and state. If the plant does not have a street address, the location may be specified as distance and direction from a town on a State or Federal Highway. For example, the plant location could be reported as 1281 Bradley Street, between Oak Street and Meadow Avenue, Universal City, Wilford County, Maryland, or on State Route 29, 2.4 miles Southwest of Clearbrook, Maynard County, Delaware.

**Estimates** - If exact data are not available for any item, carefully prepared estimates are acceptable.

**Sections I and II - CAPACITY** - Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section I. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section II. Report in Column (e) your monthly capacity as of the last day of the month covered in this report, under the following conditions and assumptions:

1. Assume your current product mix.
2. Assume the plant operates on its current work schedule.
3. Take into account the use of only those building facilities and machinery which are in place including useable equipment idle as of the last day of the month covered.
4. Assume the availability of adequate labor force, production materials, utilities, etc.
5. Take into account machinery downtime to sustain peak maintenance and repairs needed to sustain peak operations.

Companies are not required to complete line 6, Section II, Alternate to "Orange," until the military specification for this formulation is approved in final form, at which time it will be forwarded by BDSA to all companies required to complete this report.

**Section III - ADDITIONAL CAPACITY-UNDER CONSTRUCTION OR AUTHORIZED** - This section is to be completed by companies making expansions either in existing or other facilities. If construction of additional capacity has begun or is authorized at a location at which no capacity currently exists for producing the subject products, a separate report should be completed on that location. Assume the product mix which the plant is scheduled to have when completed. For line 4, Section III, Alternate to "Orange," see instruction on this item under Capacity. Though you have reported specific "additional capacity" in a given month, continue to report that "additional capacity" (column c) in succeeding months and supply a revised "approximate completion date" (column d), until the expansion is complete. BDSA must be kept informed of the latest estimated date of completion for every item of "additional capacity" initially reported.

**Sections IV, V and VI - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS** - For Section IV, see instruction at the beginning of the table. Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section V. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section VI. Production for the purpose of this report is the sum of the quantities produced and consumed in the same plant; produced and transferred to other plants of your company; produced and sold to other companies; and produced and held in stock. On 2,4-D and 2,4,5-T acid, for which the Tariff Commission requires monthly production, include the same data in this report as that furnished the other Agency.

Non-military shipments should include transfers made within the company, except for material transferred from one point to another to be incorporated into military defoliants.

**Section VII - SHIPMENTS TO THE DEPARTMENT OF DEFENSE** - List the date and quantity of each shipment of defoliants to the Department of Defense. Only the total amount of 2,4-D, 2,4,5-T and picloram included in military defoliants shipped in the month is required.

**Name of person who should be contacted if questions arise regarding this report**

E A Cutright

**Telephone No. and Area code**

304 - 755 - 2261

**Certification** - The undersigned company and the official executing this certification in its behalf hereby certify that the information contained in this report is correct and complete to the best of their knowledge and belief.

**Name of company**

MONSANTO CO

**Signature of authorized official**

**Address of company**

800 N. Lindbergh, St. Louis, Mo

**Title**

**Date**

The U.S. Code, Title 18 (Crimes and Criminal Procedure), Section 1001, makes it a criminal offense to make a willfully false statement or representation to any department or agency of the United States as to any matter within its jurisdiction. The individual company information reported on this form is for use in defense mobilization activities. The unauthorized publication or disclosure of individual company information by Government personnel is prohibited by law, and such personnel having access thereto are subject to fine and imprisonment for unauthorized disclosure.

Please complete form before signing certification

USCOMM-DC 33370-P6

002175

ALN 01002383

Section I - CAPACITY - INTERMEDIATES AND DEFOLIANTS - This section is to be completed by producers of (1) 2,4-dichloro-phenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid, (2) "Orange," (3) tetrachlorobenzene, (4) trichlorophenol, (5) picloram, and (6) Tordon 101(R). Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. ☑

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid | lbs. | |
| 2 | 2,4,5-Trichlorophenoxy acetic acid | lbs. | |
| 3 | "Orange" [1] [2] | gals. | |
| 4 | Tetrachlorobenzene | lbs. | |
| 5 | Trichlorophenol, technical grade [3] | lbs. | |
| 6 | Trichlorophenol [4] | lbs. | |
| 7 | Picloram | lbs. | |
| 8 | Tordon 101 (R) [5] | gals. | |

9. Is same equipment used to produce "trichlorophenol, technical grade," and "trichlorophenol" except for additional processing required on the higher grade material.  ☐ Yes   ☐ No

Section II - CAPACITY - DEFOLIANTS - This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid, or monochloroacetic acid, and/or 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, acetic acid, or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid and (2) "Orange" or Alternate to "Orange." (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. ☐

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid, salts | lbs. [6] | |
| 2 | 2,4-Dichlorophenoxy acetic acid, esters | lbs. [6] | |
| 3 | 2,4,5-Trichlorophenoxy acetic acid, salts | lbs. [6] | |
| 4 | 2,4,5-Trichlorophenoxy acetic acid, esters | lbs. [6] | |
| 5 | "Orange" [1] [2] | gals. | |
| 6 | Alternate to "Orange" [2] [7] | gals. | |

7. Is the same equipment used to produce esters of 2,4-D and 2,4,5-T?   ☐ Yes   ☐ No

8. Is there any limitation on the type of esters which the equipment can produce?   ☐ Yes   ☐ No
   If response is "Yes," provide explanation.

Section III - ADDITIONAL CAPACITY, UNDER CONSTRUCTION OR AUTHORIZED - INTERMEDIATES AND DEFOLIANTS (See last page for footnotes.)

| Item No. | Item (a) | Unit (b) | Additional capacity (c) | Approximate completion date (d) |
|---|---|---|---|---|
| 1 | 2,4-D | lbs. | | |
| 2 | 2,4,5-T | lbs. [6] | None | |
| 3 | "Orange" [1] [2] | gals. | | 002176 |
| 4 | Alternate to "Orange" [2] [7] | gals. | | |

ALN 01002384

| | | | | | |
|---|---|---|---|---|---|
| 4 | Trichlorophenol, technical grade [3] | Mts. | — | — | — |
| | Trichlorophenol [4] | lbs. | — | | |
| 5 | Picloram | lbs. | | | |
| 9 | Tordon 101 ® [5] | gals. | | | |

**Section IV - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - INTERMEDIATES (lbs.).** This section is to be completed by basic producers of tetrachlorobenzene, 2,4,5-T and 2,4,5-T esters and salts. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. *(See last page for footnotes).*

| Item No. | Item (a) | Production (b) | Receipts | | Consumption | | Shipments [8] | | End of month stocks (i) |
|---|---|---|---|---|---|---|---|---|---|
| | | | Domestic sources (c) | Foreign sources (d) | "Orange" (e) | Other products (f) | To military defoliant producers (g) | To others (h) | |
| 1 | TCB | — | 529,180 | — | 522,606 | | | | 318,468 |
| 2 | TCP, [3] tech. | | | | | | | | |
| 3 | TCP [4] | | | | | | | | |

**Section V - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid (2) "Orange", (3) picloram, and (4) Tordon 101 ®. *(See last page for footnotes).*

| Item No. | Item (a) | Unit (b) | Production (c) | Receipts | | Non-military shipments [8] | | End of month stocks (h) |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources (d) | Foreign sources (e) | Domestic (f) | Exports (g) | |
| 1 | 2,4-D | lbs. [6] | | | | | | |
| 2 | 2,4,5-T | lbs. [6] | 1,533,830 | — | — | — | | 46,000 |
| 3 | "Orange" [1] | gals. | | | | | | |
| 4 | Picloram | lbs. | | 10 | 10 | 10 | 10 | 10 |
| 5 | Tordon 101 ® | gals. | | | | | | |

**Section VI - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid and 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid, (2) "Orange" and (3) Alternate to "Orange" made from these esters. *(See last page for footnotes).*

| Item No. | Item (a) | Unit (b) | Production (c) | Receipts | | Non-military shipments [8] | | End of month stocks (h) |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources (d) | Foreign sources (e) | Domestic (f) | Exports (g) | |
| 1 | 2,4-D, dimethylamine salt | lbs. [6] | | | | | | |
| 2 | 2,4-D, butyl ester | lbs. [6] | | | | | | |
| 3 | 2,4-D, iso-octyl ester | lbs. [6] | | | | | | |
| 4 | 2,4,5-T, butyl ester | lbs. [6] | | | | | | |
| 5 | 2,4,5-T, iso-octyl ester | lbs. [6] | | | | | | |
| | Other salts or esters *(Identify)* | | | | | | | |
| 6 | | lbs. [6] | | | | | | |
| 7 | | lbs. [6] | | | | | | |
| 8 | | lbs. [6] | | | | | | |
| 9 | | lbs. [6] | | | | | | |
| 10 | "Orange" [1] | gals. | | | | | 002177 | |
| 11 | Alternate to "Orange" [7] | gals. | | | | | | |

FORM DD3AF-771 (8-10-67)    *Please continue on reverse*    USCOMM-DC 83-170-1767

ALN 01002385

**Section VII - SHIPMENTS TO DEPARTMENT OF DEFENSE - DEFOLIANTS[11] (See below for footnotes; attach additional sheets if necessary.)**

| Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) | Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) |
|---|---|---|---|---|---|---|---|
| 1 | "Orange"[1] or Alternate to "Orange"[7] | | | 3 | Tordon 101 ® | | |
| | | | | | | | |
| | Total | | NONE | | Total | | NONE |

| 2 | Technical material contained in total quantity of above material shipped to DoD. | | 4 | Technical material contained in total quantity of above material shipped to DoD. | |
|---|---|---|---|---|---|
| | Item (a) | Quantity (lbs.[6]) (b) | | Item (a) | Quantity (lbs.[6]) (b) |
| | 2,4-D | | | 2,4-D | |
| | 2,4,5-T | | | Picloram | |

**Section VIII - WORK SCHEDULE**

| | Hours per shift | Shifts per day | Days per week |
|---|---|---|---|
| a. Work schedule for previous month | 8 | 3 | 7 |
| b. Anticipated work schedule required for maximum production | 8 | 3 | 7 |

**Footnotes:**

[1] "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and 2,4,5-T.
[2] Based on capacity to produce 2,4,5-T component and regardless of availability of 2,4-D component.
[3] Trichlorophenol, technical grade - designation assigned to TCP used in production of 2,4,5-T, 2,4,5-T esters and salts, "Orange," or Alternate to "Orange",. It can also be used to produce other products.
[4] Trichlorophenol - Used to denote a higher grade material than that designated trichlorophenol, technical grade.
[5] Based on capacity to produce picloram.
[6] Acid equivalent.
[7] Alternate to "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and iso-octyl ester of 2,4,5-T.
[8] Include transfers within the company, except material transferred to another location to be incorporated into military defoliants.
[9] Shipments on rated orders to producers of military defoliants.
[10] Include picloram in any form except in Tordon 101 ®, which is to be included in items 5 (d), 5 (e), 5 (f), 5 (g), and 5 (h), Section V.
[11] On rated orders.

**Section IX - REMARKS (Attach additional sheets if necessary.)**

NOTE: Section IV item 1 (c)

Shipped to Plant        544,720 #

Credit for returned heels   15,540 #

Net Received →  529,180 lbs

All 2,4,5-T. Acid produced during May shipped to Monsanto's plant WG Krummrich at Sauget, Illinois except one RR car (69,860 lbs) was shipped to Monsanto's Barton Plant at Luling, Louisiana for conversion to T-Butyl which were then shipped to WG Krummrich Plant, Sauget, Illinois, thus all material to be made into Orange Based

Please complete certification on face of form

002178

ALN 01002386

This report is required under Section 705 . . . . Defense Production Act of 1950, as amended.

FORM BDSAF-771
(8-10-67)

U.S. DEPARTMENT OF COMMERCE
BUSINESS AND DEFENSE SERVICES ADMINISTRATION

**INTERMEDIATES AND DEFOLIANTS**
CAPACITY, PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS

Return to: U.S. Department of Commerce
Washington, D.C. 20230
Attention: Business and Defense Services Administration
Chemicals and Allied Products Division - 544

BUDGET BUREAU NO. 41-R2407
APPROVAL EXPIRES JUNE 30, 1970

**1. Name and address of company (Principal office) (Street, City, State and Zip code) (If name and address has changed please show below)**

MONSANTO CO.
800 N. Lindbergh Blvd
St. Louis,
Missouri

**2. Month and year reported**

April 1967

**3. Plant name**

NITRO

**4. Plant location (See Instructions)**

NW of Nitro, in Putnam County, State of West Virginia on Viscose Road

**INSTRUCTIONS**

Mailing - Prepare and return one copy of this report to the Business and Defense Services Administration, U.S. Department of Commerce, Washington, D.C. 20230, no later than the 10th of the month following the report month. A separate complete report must be filed for each establishment of your company which in the previous month produced one or more of the items listed in (a) of Sections I or II or is scheduled to produce one or more of these items in the future.

File Copy - In addition to the original report form to be returned to us, there is enclosed a file copy for your records. You are not legally required to fill out or retain this file copy. While it would be a convenience to the Government for a file copy to be made and retained for reference purposes, no assurances can be provided that file copies are exempt from compulsory examination or production pursuant to legal process.

Plant Location - In reporting plant location, give the street address, names of the boundary streets between which the plant lies, city, county and state. If the plant does not have a street address, the location may be specified as distance and direction from a town on a State or Federal highway. For example, the plant location could be reported as 1281 Bradley Street, between Oak Street and Meadow Avenue, Universal City, Wilford County, Maryland, or on State Route 29, 2.4 miles Southwest of Clearbrook, Maynard County, Delaware.

Estimates - If exact data are not available for any item, carefully prepared estimates are acceptable.

Sections I and II - CAPACITY - Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section I. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section II. Report in Column (c) your monthly capacity as of the last day of the month covered in this report, under the following conditions and assumptions:

1. Assume your current product mix.
2. Assume the plant operates on its current work schedule.
3. Take into account the use of only those building facilities and machinery which are in place including useable equipment idle as of the last day of the month covered.
4. Assume the availability of adequate labor force, production materials, utilities, etc.
5. Take into account machinery downtime required for maintenance and repairs needed to sustain peak operations.

Companies are not required to complete line 6, Section II, Alternate to "Orange," until the military specification for this formulation is approved in final form, at which time it will be forwarded by BDSA to all companies required to complete this report.

Section III - ADDITIONAL CAPACITY UNDER CONSTRUCTION OR AUTHORIZED - This section is to be completed by companies making expansions either in existing or other facilities. If construction of additional capacity has begun or is authorized at a location at which no capacity currently exists for producing the subject products, a separate report should be completed on that location. Assume the product mix which the plant is scheduled to have when completed. For line 4, Section III, Alternate to "Orange," see instruction on this item under Capacity. Though you have reported specific "additional capacity" in a given month, continue to report that "additional capacity" (column c) in succeeding months and supply a revised "approximate completion date" (column d), until the expansion is complete. BDSA must be kept informed of the latest estimated date of completion for every item of "additional capacity" initially reported.

Sections IV, V and VI - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - For Section IV, see instruction at the beginning of the table. Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section V. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section VI. Production for the purpose of this report is the sum of the quantities produced and consumed in the same plant; produced and transferred to other plants of your company; produced and sold to other companies; and produced and held in stock. On 2,4-D and 2,4,5-T acid, for which the Tariff Commission requires monthly production, include the same data in this report as that furnished the other Agency.

Non-military shipments should include transfers made within the company, except for material transferred from one point to another to be incorporated into military defoliants.

Section VII - SHIPMENTS TO THE DEPARTMENT OF DEFENSE - List the date and quantity of each shipment of defoliants to the Department of Defense. Only the total amount of 2,4-D, 2,4,5-T and picloram included in military defoliants shipped in the month is required.

**Name of person who should be contacted if questions arise regarding this report**

E. A. Cutright

**Telephone No. and Area code**

304-755-3341

Certification - The undersigned company and the official executing this certification in its behalf hereby certify that the information contained in this report is correct and complete to the best of their knowledge and belief.

**Name of company**

Monsanto Co.

**Signature of authorized official**

Wallace P. Smith

**Address of company**

800 N. Lindbergh, St. Louis, Mo

**Title**

Tech. Prod. Mgr.

**Date**

5/22/67

The U.S. Code, Title 18 (Crimes and Criminal Procedure), Section 1001, makes it a criminal offense to make a wilfully false statement or representation to any department or agency of the United States as to any matter within its jurisdiction. The individual company information reported on this form is for use in defense mobilization activities. The unauthorized publication or disclosure of individual company information by Government personnel is prohibited by law, and such personnel having access thereto are subject to fine and imprisonment for unauthorized disclosure.

Please complete form before signing certification

002179

M-DC 5387U-P67

ALN 01002387

**Section I - CAPACITY - INTERMEDIATES AND DEFOLIANTS -** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid, (2) "Orange," (3) tetrachlorobenzene, (4) trichlorophenol, (5) picloram, and (6) Tordon 101®. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. ☐

| Item No. (a) | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid | lbs. | — |
| 2 | 2,4,5-Trichlorophenoxy acetic acid | lbs. | 575,000 #/mo |
| 3 | "Orange" [1] [2] | gals. | — |
| 4 | Tetrachlorobenzene | lbs. | — |
| 5 | Trichlorophenol, technical grade [3] | lbs. | — |
| 6 | Trichlorophenol [4] | lbs. | — |
| 7 | Picloram | lbs. | — |
| 8 | Tordon 101 ® [5] | gals. | — |

9. Is same equipment used to produce "trichlorophenol, technical grade," and "trichlorophenol" except for additional processing required on the higher grade material.

**Section II - CAPACITY - DEFOLIANTS -** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid, or monochloroacetic acid, and/or 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, acetic acid, or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid and (2) "Orange" or Alternate to "Orange." (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. ☐

| Item No. (a) | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid, salts | lbs. [6] | |
| 2 | 2,4-Dichlorophenoxy acetic acid, esters | lbs. [6] | |
| 3 | 2,4,5-Trichlorophenoxy acetic acid, salts | lbs. [6] | |
| 4 | 2,4,5-Trichlorophenoxy acetic acid, esters | lbs. [6] | |
| 5 | "Orange" [1] [2] | gals. | |
| 6 | Alternate to "Orange" [2] [7] | gals. | |

7. Is the same equipment used to produce esters of 2,4-D and 2,4,5-T?   ☐ Yes   ☐ No

8. Is there any limitation on the type of esters which the equipment can produce?   ☐ Yes   ☐ No
   If response is "Yes," provide explanation.

**Section III - ADDITIONAL CAPACITY, UNDER CONSTRUCTION OR AUTHORIZED - INTERMEDIATES AND DEFOLIANTS** (See last page for footnotes.)

| Item No. (a) | Item (a) | Unit (b) | Additional capacity (c) | Approximate completion date (d) |
|---|---|---|---|---|
| 1 | 2,4-D | lbs. [6] | — | — |
| 2 | 2,4,5-T | lbs. | None | — |
| 3 | "Orange" [1] [2] | gals. | — | |

002160

ALN 01002388

| | | | | | |
|---|---|---|---|---|---|
| 6 | Trichlorophenol, technical grade [3] | lbs. | — | — | — |
| 7 | Trichlorophenol [4] | lbs. | — | — | — |
| 8 | Picloram | lbs. | — | — | — |
| 9 | Tordon 101 ® [5] | gals. | — | — | — |

**Section IV - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - INTERMEDIATES (lbs.).** This section is to be completed by basic producers of tetrachlorobenzene, 2,4,5-T and 2,4,5-T esters and salts. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. *(See last page for footnotes).*

| Item No. | Item | Production | Receipts | | Consumption | | Shipments [8] | | End of month stocks |
|---|---|---|---|---|---|---|---|---|---|
| | | | Domestic sources | Foreign sources | "Orange" | Other products | To military [9] defoliant producers | To others | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) |
| 1 | TCB | — | 533,500 | — | 319,708 | 33,950 | — | — | 311,894 |
| 2 | TCP, [3] tech. | — | — | — | — | — | — | — | — |
| 3 | TCP [4] | — | — | — | — | — | — | — | — |

**Section V - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid (2) "Orange", (3) picloram, and (4) Tordon 101 ®. *(See last page for footnotes).*

| Item No. | Item | Unit | Production | Receipts | | Non-military shipments [8] | | End of month stocks |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources | Foreign sources | Domestic | Exports | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) |
| 1 | 2,4-D | lbs. [6] | — | — | — | — | — | — |
| 2 | 2,4,5-T | lbs. [6] | 342,700 | — | — | 32890 | — | 60,020 62,240 |
| 3 | "Orange" [1] | gals. | — | — | — | — | — | — |
| 4 | Picloram ® | lbs. | — | 10 | 10 | 10 | 10 | 10 |
| 5 | Tordon 101 ® | gals. | — | — | — | — | — | — |

**Section VI - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid and 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid, (2) "Orange" and (3) Alternate to "Orange" made from these esters. *(See last page for footnotes).*

| Item No. | Item | Unit | Production | Receipts | | Non-military shipments [8] | | End of month stocks |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources | Foreign sources | Domestic | Exports | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) |
| 1 | 2,4-D, dimethylamine salt | lbs. [6] | | | | | | |
| 2 | 2,4-D, butyl ester | lbs. [6] | | | | | | |
| 3 | 2,4-D, iso-octyl ester | lbs. [6] | | | | | | |
| 4 | 2,4,5-T, butyl ester | lbs. [6] | | | | | | |
| 5 | 2,4,5-T, iso-octyl ester | lbs. [6] | | | | | | |
| 6 | Other salts or esters *(identify):* | lbs. [6] | | | | | | |
| 7 | | lbs. [6] | | | | | | |
| 8 | | lbs. [6] | | | | | | |
| 9 | | lbs. [6] | | | | | | |
| 10 | "Orange" [1] | gals. | | | | | | |
| 11 | Alternate to "Orange" [7] | gals. | | | | | | |

002181

ALN 01002389

**Section VII - SHIPMENTS TO DEPARTMENT OF DEFENSE - DEFOLIANTS[11] (See below for footnotes; attach additional sheets if necessary.)**

| Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) | Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) |
|---|---|---|---|---|---|---|---|
| 1 | "Orange"[1] or Alternate to "Orange"[7] | | | 3 | Tordon 101 ® | | |
| | | | | | | | |
| | Total | | *None* | | Total | | *None* |
| 2 | Technical material contained in total quantity of above material shipped to DoD. | | | 4 | Technical material contained in total quantity of above material shipped to DoD. | | |

| Item (a) | Quantity (lbs.[6]) (b) | Item (a) | Quantity (lbs.[6]) (b) |
|---|---|---|---|
| 2,4-D | | 2,4-D | |
| 2,4,5-T | | Picloram | |

**Section VIII - WORK SCHEDULE**

| | Hours per shift | Shifts per day | Days per week |
|---|---|---|---|
| a. Work schedule for previous month | 8 | 3 | 7 |
| b. Anticipated work schedule required for maximum production | 8 | 3 | 7 |

Footnotes:
[1]"Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and 2,4,5-T.
[2]Based on capacity to produce 2,4,5-T component and regardless of availability of 2,4-D component.
[3]Trichlorophenol, technical grade - designation assigned to TCP used in production of 2,4,5-T, 2,4,5-T esters and salts, "Orange," or Alternate to "Orange". It can also be used to produce other products.
[4]Trichlorophenol - Used to denote a higher grade material than that designated trichlorophenol, technical grade.
[5]Based on capacity to produce picloram.
[6]Acid equivalent.
[7]Alternate to "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and iso-octyl ester of 2,4,5-T.
[8]Include transfers within the company, except material transferred to another location to be incorporated into military defoliants.
[9]Shipments on rated orders to producers of military defoliants.
[10]Include picloram in any form except in Tordon 101 ®, which is to be included in items 5 (d), 5 (e), 5 (f), 5 (g), and 5 (h), Section V.[1]
[11]On rated orders.

**Section IX - REMARKS (Attach additional sheets if necessary.)**

Note: Section V, Item 2(f): This 2,4,5-T Acid
was shipped to Amchem, Ambler, Pa. on
April 2, 1967.

All other 2,4,5-T Acid produced in
April was shipped to Monsanto's plant,
W.G.Krummrich at Sauget Illinois, to
be made into Orange Bend.

002182

Please complete certification on face of form.                USCOMM-DC 33370-P6

ALN 01002390

This report is required under Section 705 of the Defense Production Act of 1950, as amended.

FORM BDSAF-771
(8-10-67)

U.S. DEPARTMENT OF COMMERCE
BUSINESS AND DEFENSE SERVICES ADMINISTRATION

## INTERMEDIATES AND DEFOLIANTS

CAPACITY, PRODUCTION, RECEIPTS, CONSUMPTION,
SHIPMENTS AND STOCKS

Return to: U.S. Department of Commerce
Washington, D.C. 20230
Attention: Business and Defense Services Administration
Chemicals and Allied Products Division - 544

*BUDGET BUREAU NO. 41-R2402*
*APPROVAL EXPIRES JUNE 30, 1970*

1. Name and address of company (Principal office) (Street, City, State and Zip code) (If name and address has changed please show below)

MONSANTO COMPANY
800 N. LINDBERGH BLVD.
ST. LOUIS, MO.

2. Month and year reported

JANUARY 1967

3. Plant name

NITRO

4. Plant location (See Instructions)

NW OF NITRO ON VISCOSE ROAD IN PUTNAM COUNTY, STATE OF WEST VIRGINIA

## INSTRUCTIONS

**Mailing** - Prepare and return one copy of this report to the Business and Defense Services Administration, U.S. Department of Commerce, Washington, D.C. 20230, no later than the 10th of the month following the report month. A separate complete report must be filed for each establishment of your company which in the previous month produced one or more of the items listed in Column (a) of Sections I or II or is scheduled to produce one or more of these items in the future.

**File Copy** - In addition to the original report form to be returned to us, there is enclosed a file copy for your records. You are not legally required to fill out or retain this file copy. While it would be a convenience to the Government for a file copy to be made and retained for reference purposes, no assurances can be provided that file copies are exempt from compulsory examination or production pursuant to legal process.

**Plant Location** - In reporting plant location, give the street address, names of the boundary streets between which the plant lies, city, county and state. If the plant does not have a street address, the location may be specified at distance and direction from a town on a State or Federal Highway. For example, the plant location could be reported as 1281 Bradley Street, between Oak Street and Meadow Avenue, Universal City, Wilford County, Maryland, or on State Route 29, 2.4 miles Southwest of Clearbrook, Maynard County, Delaware.

**Estimates** - If exact data are not available for any item, carefully prepared estimates are acceptable.

**Sections I and II - CAPACITY** - Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section I. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section II. Report in Column (c) your monthly capacity as of the last day of the month covered in this report, under the following conditions and assumptions:

1. Assume your current product mix.
2. Assume the plant operates on its current work schedule.
3. Take into account the use of only those building facilities and machinery which are in place including useable equipment idle as of the last day of the month covered.
4. Assume the availability of adequate labor force, production materials, utilities, etc.
5. Take into account machinery downtime required for maintenance and repairs needed to sustain peak operations.

Companies are not required to complete line 6, Section II, Alternate to "Orange," until the military specification for this formulation is approved in final form, at which time it will be forwarded by BDSA to all companies required to complete this report.

**Section III - ADDITIONAL CAPACITY UNDER CONSTRUCTION OR AUTHORIZED** - This section is to be completed by companies making expansions either in existing or other facilities. If construction of additional capacity has begun or is authorized at a location at which no capacity currently exists for producing the subject products, a separate report should be completed on that location. Assume the product mix which the plant is scheduled to have when completed. For line 4, Section III, Alternate to "Orange," see instruction on this item under Capacity. Though you have reported specific "additional capacity" in a given month, continue to report that "additional capacity" (column c) in succeeding months and supply a revised "approximate completion date" (column d), until the expansion is complete. BDSA must be kept informed of the latest estimated date of completion for every item of "additional capacity" initially reported.

**Sections IV, V and VI - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS** - For Section IV, see instruction at the beginning of the table. Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section V. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section VI. Production for the purpose of this report is the sum of the quantities produced and consumed in the same plant; produced and transferred to other plants of your company; produced and sold to other companies; and produced and held in stock. On 2,4-D and 2,4,5-T acid, for which the Tariff Commission requires monthly production, include the same data in this report as that furnished the other Agency.

Non-military shipments should include transfers made within the company, except for material transferred from one point to another to be incorporated into military defoliants.

**Section VII - SHIPMENTS TO THE DEPARTMENT OF DEFENSE** - List the date and quantity of each shipment of defoliants to the Department of Defense. Only the total amount of 2,4-D, 2,4,5-T and picloram included in military defoliants shipped in the month is required.

Name of person who should be contacted if questions arise regarding this report

F. A. EAKIN

Telephone No. and Area code

(304) 755-3341

**Certification** - The undersigned company and the official executing this certification in its behalf hereby certify that the information contained in this report is correct and complete to the best of their knowledge and belief.

Name of company

MONSANTO COMPANY

Address of company

800 N. LINDBERGH BLVD.
ST. LOUIS, MO.

Signature of authorized official

Title

Date
02-07-?

The U.S. Code, Title 18 - Crimes and Criminal Procedure, Section 1001, makes it a criminal offense to make a willfully false statement or representation to any department or agency of the United States as to any matter within its jurisdiction. The individual company information reported on this form is for use in defense mobilization activities. The unauthorized publication or disclosure of individual company information by Government personnel is prohibited by law, and such personnel having access thereto are subject to fine and imprisonment for unauthorized disclosure.

Please complete form before signing certification

USCOMM-DC 32370-P67

8365311

**Section I - CAPACITY - INTERMEDIATES AND DEFOLIANTS** - This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid, (2) "Orange," (3) tetrachlorobenzene, (4) trichlorophenol, (5) picloram, and (6) Tordon 101 ®.  Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. [✓]

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid | lbs. | |
| 2 | 2,4,5-Trichlorophenoxy acetic acid | lbs. | |
| 3 | "Orange" [1] [2] | gals. | |
| 4 | Tetrachlorobenzene | lbs. | |
| 5 | Trichlorophenol, technical grade [3] | lbs. | |
| 6 | Trichlorophenol [4] | lbs. | |
| 7 | Picloram | lbs. | |
| 8 | Tordon 101 ® [5] | gals. | |

9. Is same equipment used to produce "trichlorophenol, technical grade," and "trichlorophenol" except for additional processing required on the higher grade material. [ ] Yes [ ] No

**Section II - CAPACITY - DEFOLIANTS** - This section is to be completed by producers of (1) 2, 4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid, or monochloroacetic acid, and/or 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, acetic acid, or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid and (2) "Orange" or Alternate to "Orange." (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. [ ]

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid, salts | lbs. [6] | |
| 2 | 2,4-Dichlorophenoxy acetic acid, esters | lbs. [6] | |
| 3 | 2,4,5-Trichlorophenoxy acetic acid, salts | lbs. [6] | |
| 4 | 2,4,5-Trichlorophenoxy acetic acid, esters | lbs. [6] | |
| 5 | "Orange" [1] [2] | gals. | |
| 6 | Alternate to "Orange" [2] [7] | gals. | |

7 Is the same equipment used to produce esters of 2,4-D and 2,4,5-T? [ ] Yes [ ] No

8. Is there any limitation on the type of esters which the equipment can produce? [ ] Yes [ ] No
If response is "Yes," provide explanation.

**Section III - ADDITIONAL CAPACITY, UNDER CONSTRUCTION OR AUTHORIZED - INTERMEDIATES AND DEFOLIANTS** (See last page for footnotes.)

| Item No. | Item (a) | Unit (b) | Additional capacity (c) | Approximate completion date (d) |
|---|---|---|---|---|
| 1 | 2, 4-D | lbs. [6] | | |
| 2 | 2,4,5-T | lbs. [6] | NONE | |
| 3 | "Orange" [1] [2] | gals. | | |
| 4 | Alternate to "Orange" [2] [7] | gals. | | |

8365312

ALN17056206

| | | | | | |
|---|---|---|---|---|---|
| 5 | Tetrachlorobenzene | lbs. | — | | — |
| 6 | Trichlorophenol, technical grade [3] | lbs. | — | | — |
| 7 | Trichlorophenol [4] | lbs. | — | | — |
| 8 | Picloram | lbs. | — | | — |
| 9 | Tordon 101 ® [5] | gals. | — | | — |

**Section IV - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - INTERMEDIATES (lbs.).** This section is to be completed by basic producers of tetrachlorobenzene, 2,4,5-T and 2,4,5-T esters and salts. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. *(See last page for footnotes).*

| Item No. | Item (a) | Production (b) | Receipts | | Consumption | | Shipments [8] | | End of month stocks (i) |
|---|---|---|---|---|---|---|---|---|---|
| | | | Domestic sources (c) | Foreign sources (d) | "Orange" (e) | Other products (f) | To military [9] defoliant producers (g) | To others (h) | |
| 1 | TCB | | 612,860 | | 4 74,336 | | | | 437,521 |
| 2 | TCP, [3] tech. | | | | | | | | |
| 3 | TCP [4] | | | | | | | | |

**Section V - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid (2) "Orange", (3) picloram, and (4) Tordon 101 ® . *(See last page for footnotes).*

| Item No. | Item (a) | Unit (b) | Production (c) | Receipts | | Non-military shipments [8] | | End of month stocks (h) |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources (d) | Foreign sources (e) | Domestic (f) | Exports (g) | |
| 1 | 2,4-D | lbs. [6] | | | | | | |
| 2 | 2,4,5-T | lbs. | 385,050 | | | | | 191,850 |
| 3 | "Orange" [2] | gals. | | | | | | |
| 4 | Picloram | lbs. | | 10 | 10 | 10 | 10 | 10 |
| 5 | Tordon 101 ® | gals. | | | | | | |

**Section VI - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid and 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid, (2) "Orange" and (3) Alternate to "Orange" made from these esters. *(See last page for footnotes).*

| Item No. | Item (a) | Unit (b) | Production (c) | Receipts | | Non-military shipments [8] | | End of month stocks (h) |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources (d) | Foreign sources (e) | Domestic (f) | Exports (g) | |
| 1 | 2,4-D, dimethylamine salt | lbs. [6] | | | | | | |
| 2 | 2,4-D, butyl ester | lbs. [6] | | | | | | |
| 3 | 2,4-D, iso-octyl ester | lbs. [6] | | | | | | |
| 4 | 2,4,5-T, butyl ester | lbs. [6] | | | | | | |
| 5 | 2,4,5-T, iso-octyl ester | lbs. [6] | | | | | | |
| 6 | Other salts or esters *(identify)* | lbs. [6] | | | | | | |
| 7 | | lbs. [6] | | | | | | |
| 8 | | lbs. [6] | | | | | | |
| 9 | | lbs. [6] | | | | | | |
| 10 | "Orange" [1] | gals. | | | | | | 992,093 |
| 11 | Alternate to "Orange" [7] | gals. | | | | | | |

FORM BDSAF-771 (8-10-67)    Please continue on reverse    USCOMM-DC 33370-P67

8365313

ALN17056207

## Section VII - SHIPMENTS TO DEPARTMENT OF DEFENSE - DEFOLIANTS[11] (See below for footnotes; attach additional sheets if necessary.)

| Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) | Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) |
|---|---|---|---|---|---|---|---|
| 1 | "Orange"[1] or Alternate to "Orange"[7] | | | 3 | Tordon 101 ® | | |
| | | | | | | | |
| | Total | | *NONE* | | Total | | *NONE* |

| 2 | Technical material contained in total quantity of above material shipped to DoD. | | 4 | Technical material contained in total quantity of above material shipped to DoD. | |
|---|---|---|---|---|---|
| | Item (a) | Quantity (lbs.[6]) (b) | | Item (a) | Quantity (lbs.[6]) (b) |
| | 2,4-D | | | 2,4-D | |
| | 2,4,5-T | | | Picloram | |

## Section VIII - WORK SCHEDULE

| | Hours per shift | Shifts per day | Days per week |
|---|---|---|---|
| a. Work schedule for previous month | 8 | 3 | 7 |
| b. Anticipated work schedule required for maximum production | 8 | 3 | 7 |

**Footnotes:**
[1] "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and 2,4,5-T.
[2] Based on capacity to produce 2,4,5-T component and regardless of availability of 2,4-D component.
[3] Trichlorophenol, technical grade - designation assigned to TCP used in production of 2,4,5-T, 2,4,5-T esters and salts, "Orange", or Alternate to "Orange". It can also be used to produce other products.
[4] Trichlorophenol - Used to denote a higher grade material than that designated trichlorophenol, technical grade.
[5] Based on capacity to produce picloram.
[6] Acid equivalent.
[7] Alternate to "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and iso-octyl ester of 2,4,5-T.
[8] Include transfers within the company, except material transferred to another location to be incorporated into military defoliants.
[9] Shipments on rated orders to producers of military defoliants.
[10] Include picloram in any form except in Tordon 101 ®, which is to be included in items 5 (d), 5 (e), 5 (f), 5 (g), and 5 (h), Section V.
[11] On rated orders.

## Section IX - REMARKS (Attach additional sheets if necessary.)

NOTE SECTION III       NOTE SECTION V
TCB :                              2, 4, 5 - T :
   BEG. INVT.      241,047      BEG. INVT.      326,090
   RECEIVED   617,760         NET PRODUCTION   385,050
   LESS HEELS     4,900        TOTAL TO ACCT. FOR   711,140
   NET RECEIVED      612,860   LESS SHIPMENTS   533,490
   TOTAL TO ACCT. FOR   853,907                     175,650
   LESS USAGE      421,386     CREDIT TO WAREHOUSE   3,200
   ENDING INVT.     432,521    ENDING INVT.     151,850

   SHIPMENTS CONSISTED OF 393,800 lbs TO MONSANTO'S
W. G. KRUMMRICH PLANT AT SAUGET, ILL.; 100,990 lbs TO AM CHEM ;
34,500 lbs TO DI CHEM ; AND 3220 lbs TO MILLER CHEMICAL
AND FERTILIZER CORP.

FORM RDSAF-771 (5-10-67)       Please complete certification on face of form       USC...

8365314

ALN17056208

| This report is required under Section 705 of the Defense Production Act of 1950, as amended. | BUDGET BUREAU NO. 41-R2403<br>APPROVAL EXPIRES JUNE 30, 1970 |
|---|---|
| FORM BDSAF-771<br>(8-10-67)<br>U.S. DEPARTMENT OF COMMERCE<br>BUSINESS AND DEFENSE SERVICES ADMINISTRATION<br><br>INTERMEDIATES AND DEFOLIANTS<br>CAPACITY, PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS<br><br>Return to: U.S. Department of Commerce<br>Washington, D.C. 20230<br>Attention: Business and Defense Services Administration<br>Chemicals and Allied Products Division - 544 | 1. Name and address of company (Principal office) (Street, City, State and Zip code) (If name and address has changed please show below)<br><br>MONSANTO COMPANY<br>800 N. LINDBERGH BLVD.<br>ST. LOUIS, MO. |

| 2. Month and year reported<br><br>FEBRUARY 1969 | 3. Plant name<br><br>NITRO |
|---|---|

**4. Plant location (See instructions)**

NW OF NITRO ON VISCOSE ROAD IN PUTNAM COUNTY
STATE OF WEST VIRGINIA

## INSTRUCTIONS

**Mailing** - Prepare and return one copy of this report to the Business and Defense Services Administration, U.S. Department of Commerce, Washington, D.C. 20230, no later than the 10th of the month following the report month. A separate complete report must be filed for each establishment of your company which in the previous month produced one or more of the items listed in Column (a) of Sections I or II or is scheduled to produce one or more of these items in the future.

**File Copy** - In addition to the original report being returned to us, there is enclosed a file copy for your records. You are not legally required to fill out or retain this file copy. While it would be a convenience to the Government for a file copy to be made and retained for reference purposes, no assurances can be provided that file copies are exempt from compulsory examination or production pursuant to legal process.

**Plant Location** - In reporting plant location, give the street address, names of the boundary streets between which the plant lies, city, county and state. If the plant does not have a street address, the location may be specified as distance and direction from a town or a State or Federal Highway. For example, the plant location could be reported as 1281 Bradley Street, between Oak Street and Meadow Avenue, Universal City, Wilford County, Maryland, or on State Route 29, 2.4 miles Southwest of Clearbrook, Maynard County, Delaware.

**Estimates** - If exact data are not available for any item, carefully prepared estimates are acceptable.

**Sections I and II - CAPACITY** - Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section I. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section II. Report in Column (c) your monthly capacity as of the last day of the month covered in this report, under the following conditions and assumptions:

1. Assume your current product mix.

2. Assume the plant operates on its current work schedule.

3. Take into account the use of only those building facilities and machinery which are in place including useable equipment like as of the last day of the month covered.

4. Assume the availability of adequate labor force, production materials, utilities, etc.

5. Take into account machinery downtime required for maintenance and repairs needed to sustain peak operations.

Companies are not required to complete line 6, Section II, Alternate to "Orange," until the military specification for this formulation is approved in final form, at which time it will be forwarded by BDSA to all companies required to complete this report.

**Section III - ADDITIONAL CAPACITY UNDER CONSTRUCTION OR AUTHORIZED** - This section is to be completed by companies making expansions either in existing or other facilities. If construction of additional capacity has begun or is authorized at a location at which no capacity currently exists for producing the subject products, a separate report should be completed on that location. Assume the product mix which the plant is scheduled to have when completed. For line 4, Section III, Alternate to "Orange," see instruction on this item under Capacity. Though you have reported specific "additional capacity" in a given month, continue to report that "additional capacity" (column c) in succeeding months and supply a revised "approximate completion date" (column d), until the expansion is complete. BDSA must be kept informed of the latest estimated date of completion for every item of "additional capacity" initially reported.

**Sections IV, V and VI - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS** - For Section IV, see instruction at the beginning of the table. Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section V. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section VI. Production for the purpose of this report is the sum of the quantities produced and consumed in the same plant; produced and transferred to other plants of your company; produced and sold to other companies; and produced and held in stock. On 2,4-D and 2,4,5-T acid, for which the Tariff Commission requires monthly production, include the same data in this report as that furnished the other Agency.

Non-military shipments should include transfers made within the company, except for material transferred from one point to another to be incorporated into military defoliants.

**Section VII - SHIPMENTS TO THE DEPARTMENT OF DEFENSE** - List the date and quantity of each shipment of defoliants to the Department of Defense. Only the total amount of 2,4-D, 2,4,5-T and picloram included in military defoliants shipped in the month is required.

| Name of person who should be contacted if questions arise regarding this report | Telephone No. and Area code |
|---|---|
| | |

**Certification** - The undersigned company and the official executing this certification in its behalf hereby certify that the information contained in this report is correct and complete to the best of their knowledge and belief.

| Name of company<br><br>MONSANTO COMPANY | Signature of authorized official | |
|---|---|---|
| Address of company<br><br>800 N. LINDBERGH BLVD.<br>ST. LOUIS, MO. | Title | Date |

The U.S. Code, Title 18 (Crimes and Criminal Procedure), Section 1001, makes it a criminal offense to make a wilfully false statement or representation to any department or agency of the United States as to any matter within its jurisdiction. The individual summary information reported on this form is for use in defense mobilization activities. The unauthorized publication or disclosure of individual company information to any Government personnel is prohibited by law, and such personnel having access thereto are subject to fine and imprisonment for unauthorized disclosures.

Please complete form before signing certification

8365415

ALN17056209

**Section I - CAPACITY - INTERMEDIATES AND DEFOLIANTS -** This section is to be completed by producers of (1) 2,4-dichloro-phenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid, (2) "Orange," (3) tetrachlorobenzene, (4) tri-chlorophenol, (5) picloram, and (6) Tordon 101 ⑧.  Producers of 2,4,5-T who do not separate trichlorophenol are not required to re-port on this item. (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section.  ☑

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid | lbs. | |
| 2 | 2,4,5-Trichlorophenoxy acetic acid | lbs. | |
| 3 | "Orange" [1] [2] | gals. | |
| 4 | Tetrachlorobenzene | lbs. | |
| 5 | Trichlorophenol, technical grade [3] | lbs. | |
| 6 | Trichlorophenol [4] | lbs. | |
| 7 | Picloram | lbs. | |
| 8 | Tordon 101 ⑧ [5] | gals. | |

9. Is same equipment used to produce "trichlorophenol, technical grade," and "trichlorophenol" except for additional processing required on the higher grade material.    ☐ Yes    ☐ No

**Section II - CAPACITY - DEFOLIANTS -** This section is to be completed by producers of (1) 2, 4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid, or monochloroacetic acid, and/or 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, acetic acid, or monochloroacetic acid, as well as tetrachlorobenzene or trichlo-rophenol, without separating the acid and (2) "Orange" or Alternate to "Orange." *(See last page for footnotes.)*

If capacity has not changed since last report, check here and do not complete this section.  ☑

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid, salts | lbs. [6] | |
| 2 | 2,4-Dichlorophenoxy acetic acid, esters | lbs. [6] | |
| 3 | 2,4,5-Trichlorophenoxy acetic acid, salts | lbs. [6] | |
| 4 | 2,4,5-Trichlorophenoxy acetic acid, esters | lbs. [6] | |
| 5 | "Orange" [1] [2] | gals. | |
| 6 | Alternate to "Orange" [2] [7] | gals. | |

7. Is the same equipment used to produce esters of 2,4-D and 2,4,5-T?    ☐ Yes    ☐ No

8. Is there any limitation on the type of esters which the equipment can produce?    ☐ Yes    ☐ No
   If response is "Yes," provide explanation.

**Section III - ADDITIONAL CAPACITY, UNDER CONSTRUCTION OR AUTHORIZED - INTERMEDIATES AND DEFOLIANTS**
(See last page for footnotes.)

| Item No. | Item (a) | Unit (b) | Additional capacity (c) | Approximate completion date (d) |
|---|---|---|---|---|
| 1 | 2, 4-D | lbs. | | |
| 2 | 2,4,5-T | lbs. | *NONE* | |
| 3 | "Orange" [1] [2] | gals. | | ~~000050~~ |
| 4 | Alternate to "Orange" [2] [7] | gals. | | |

8365316

ALN17056210

| | | | | | |
|---|---|---|---|---|---|
| 5 | Tetrachlorobenzene | lbs. | — | | — |
| 6 | Trichlorophenol, technical grade [3] | lbs. | — | | — |
| 7 | Trichlorophenol [4] | lbs. | — | | — |
| 8 | Picloram | lbs. | — | | — |
| 9 | Tordon 101 [®] [3] | gals. | — | | — |

**Section IV - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - INTERMEDIATES (lbs.).** This section is to be completed by basic producers of tetrachlorobenzene, 2,4,5-T and 2,4,5-T esters and salts. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. *(See last page for footnotes).*

| Item No. | Item | Production | Receipts | | Consumption | | Shipments[#] | | End of month stocks |
|---|---|---|---|---|---|---|---|---|---|
| | | | Domestic sources | Foreign sources | "Orange" | Other products | To military[#] defoliant producers | To others | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) |
| 1 | TCB | | 372,520 | | 422,779 | | | | 393,262 |
| 2 | TCP, [3] tech. | | | | | | | | |
| 3 | TCP [4] | | | | | | | | |

**Section V - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid (2) "Orange", (3) picloram, and (4) Tordon 101 [®]. *(See last page for footnotes).*

| Item No. | Item | Unit | Production | Receipts | | Non-military shipments[#] | | End of month stocks |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources | Foreign sources | Domestic | Exports | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) |
| 1 | 2,4-D | lbs. [6] | 407,100 | | | | | 212,330 |
| 2 | 2,4,5-T | lbs. [6] | | | | | | |
| 3 | "Orange" [1] | gals. | | | | | | |
| 4 | Picloram | lbs. | | | 10 | 10 | 10 | 10 |
| 5 | Tordon 101 [®] | gals. | | | | | | |

**Section VI - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid and 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid, (2) "Orange" and (3) Alternate to "Orange" made from these esters. *(See last page for footnotes).*

| Item No. | Item | Unit | Production | Receipts | | Non-military shipments[#] | | End of month stocks |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources | Foreign sources | Domestic | Exports | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) |
| 1 | 2,4-D, dimethylamine salt | lbs. [6] | | | | | | |
| 2 | 2,4-D, butyl ester | lbs. [6] | | | | | | |
| 3 | 2,4-D, iso-octyl ester | lbs. [6] | | | | | | |
| 4 | 2,4,5-T, butyl ester | lbs. [6] | | | | | | |
| 5 | 2,4,5-T, iso-octyl ester | lbs. [6] | | | | | | |
| | Other salts or esters (identify): | | | | | | | |
| 6 | | lbs. [6] | | | | | | |
| 7 | | lbs. [6] | | | | | | |
| 8 | | lbs. [6] | | | | | | |
| 9 | | lbs. [6] | | | | | | |
| 10 | "Orange" [1] | gals. | | | | | | |
| 11 | Alternate to "Orange" [7] | gals. | | | | | | |

FORM HQSAF-771 (8-10-67)                    Please continue on reverse                    USCOMM-DC 2337U-P67

8365317

ALN17056211

**Section VII - SHIPMENTS TO DEPARTMENT OF DEFENSE - DEFOLIANTS[11]** (See below for footnotes; attach additional sheets if necessary.)

| Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) | Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) |
|---|---|---|---|---|---|---|---|
| 1 | "Orange"[1] or Alternate to "Orange"[7] | | | 3 | Tordon 101 Ⓡ | | |
| | Total | | NONE | | Total | | NONE |

| 2 | Technical material contained in total quantity of above material shipped to DoD. | | 4 | Technical material contained in total quantity of above material shipped to DoD. |
|---|---|---|---|---|

| Item (a) | Quantity (lbs.[6]) (b) | Item (a) | Quantity (lbs.[6]) (b) |
|---|---|---|---|
| 2,4-D | | 2,4-D | |
| 2,4,5-T | | Picloram | |

**Section VIII - WORK SCHEDULE**

| | Hours per shift | Shifts per day | Days per week |
|---|---|---|---|
| a. Work schedule for previous month | 8 | 3 | 7 |
| b. Anticipated work schedule required for maximum production | 8 | 3 | 7 |

**Footnotes:**
[1] "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and 2,4,5-T.
[2] Based on capacity to produce 2,4,5-T component and regardless of availability of 2,4-D component.
[3] Trichlorophenol, technical grade - designation assigned to TCP used in production of 2,4,5-T, 2,4,5-T esters and salts, "Orange," or Alternate to "Orange." It can also be used to produce other products.
[4] Trichlorophenol - Used to denote a higher grade material than that designated trichlorophenol, technical grade.
[5] Based on capacity to produce picloram.
[6] Acid equivalent.
[7] Alternate to "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and iso-octyl ester of 2,4,5-T.
[8] Include transfers within the company, except material transferred to another location to be incorporated into military defoliants.
[9] Shipments on rated orders to producers of military defoliants.
[10] Include picloram in any form except in Tordon 101 Ⓡ, which is to be included in items 5 (d), 5 (e), 5 (f), 5 (g), and 5 (h), Section V.
[11] On rated orders.

**Section IX - REMARKS** (Attach additional sheets if necessary.)

NOTE SECTION V                         NOTE SECTION IV

2,4,5-T                                TCB

BEG. INVT.      197,040               BEG. INVT         432,521
PRODUCED        407,100               RECEIVED         383,720
TOTAL TO ACCT. FOR  604,140           CREDIT ON RETURNS 1,300   372,520
SHIPPED         391,860               TOTAL TO ACCT. FOR   815,041
ENDING INVT     212,330               LESS USAGE       422,779
                                      ENDING INVT.        392,282

191,740 lbs WERE SHIPPED TO MONSANTO'S WG KRUMMRICH
PLANT AT SAUGET, ILLINOIS. 240,120 lbs WAS SHIPPED TO
AM CHEM PRODUCTS, INC. AT AMBLER, PA.

002000

EQMI MROLE 131 (9-10-67)          Please complete certification on face of form

8365318

| This report is required under Section 705 of the Defense Production Act of 1950, as amended. | BUDGET BUREAU NO. 41-R2402<br>APPROVAL EXPIRES JUNE 30, 1970 |
|---|---|

FORM BDSAF-771
(5-10-67)

**U.S. DEPARTMENT OF COMMERCE**
BUSINESS AND DEFENSE SERVICES ADMINISTRATION

**INTERMEDIATES AND DEFOLIANTS**

CAPACITY, PRODUCTION, RECEIPTS, CONSUMPTION,
SHIPMENTS AND STOCKS

Return to: U.S. Department of Commerce
Washington, D.C. 20230
Attention: Business and Defense Services Administration
Chemicals and Allied Products Division - 544

1. Name and address of company (Principal office) (Street, City, State and Zip code) (If name and address has changed please show below)

MONSANTO COMPANY
800 N. LINDBERGH BLVD.
ST. LOUIS, MO.

2. Month and year reported

DECEMBER 1968

3. Plant name

NITRO

4. Plant location (See Instructions)

NW OF NITRO ON VISCOSE ROAD IN PUTNAM COUNTY, STATE OF WEST VIRGINIA

## INSTRUCTIONS

**Mailing** - Prepare and return one copy of this report to the Business and Defense Services Administration, U.S. Department of Commerce, Washington, D.C. 20230, no later than the 10th of the month following the report month. A separate complete report must be filed for each establishment of your company which in the previous month produced one or more of the items listed in Column (a) of Sections I or II or is scheduled to produce one or more of these items in the future.

**File Copy** - In addition to the original report form to be returned to us, there is enclosed a file copy for your records. You are not legally required to fill out or retain this file copy. While it would be a convenience to the Government for a file copy to be made and retained for reference purposes, no assurances can be provided that file copies are exempt from compulsory examination or production pursuant to legal process.

**Plant Location** - In reporting plant location, give the street address, names of the boundary streets between which the plant lies, city, county and state. If the plant does not have a street address, the location may be specified as distance and direction from a town on a State or Federal Highway. For example, the plant location could be reported as 1281 Bradley Street, between Oak Street and Meadow Avenue, Universal City, Wilford County, Maryland, or on State Route 29, 2.4 miles Southwest of Clearbrook, Maynard County, Delaware.

**Estimates** - If exact data are not available for any item, carefully prepared estimates are acceptable.

**Sections I and II - CAPACITY** - Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section I. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section II. Report in Column (c) your monthly capacity as of the last day of the month covered in this report, under the following conditions and assumptions:

1. Assume your current product mix.
2. Assume the plant operates on its current work schedule.
3. Take into account the use of only those building facilities and machinery which are in place including useable equipment idle as of the last day of the month covered.
4. Assume the availability of adequate labor force, production materials, utilities, etc.
5. Take into account machinery downtime required for maintenance and repairs needed to sustain peak

Companies are not required to complete line 6, Section II, Alternate to "Orange," until the military specification for this formulation is approved in final form, at which time it will be forwarded by BDSA to all companies required to complete this report.

**Section III - ADDITIONAL CAPACITY UNDER CONSTRUCTION OR AUTHORIZED** - This section is to be completed by companies making expansions either in existing or other facilities. If construction of additional capacity has begun or is authorized at a location at which no capacity currently exists for producing the subject products, a separate report should be completed on that location. Assume the product mix which the plant is scheduled to have when completed. For line 4, Section III, Alternate to "Orange," see instruction on this item under Capacity. Though you have reported specific "additional capacity" in a given month, continue to report that "additional capacity" (column c) in succeeding months and supply a revised "approximate completion date" (column d), until the expansion is complete. BDSA must be kept informed of the latest estimated date of completion for every item of "additional capacity" initially reported.

**Sections IV, V and VI - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS** - For Section IV, see instruction at the beginning of the table. Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section V. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section VI. Production for the purpose of this report is the sum of the quantities produced and consumed in the same plant; produced and transferred to other plants of your company; produced and sold to other companies; and produced and held in stock. On 2,4-D and 2,4,5-T acid, for which the Tariff Commission requires monthly production, include the same data in this report as that furnished the other Agency.

Non-military shipments should include transfers made within the company, except for material transferred from one point to another to be incorporated into military defoliants.

002160

**Section VII - SHIPMENTS TO THE DEPARTMENT OF DEFENSE** - List the date and quantity of each shipment of defoliants to the Department... only the total amount of 2,4-D, 2,4,5-T... defoliant included in military defoliants shipped in the month is

ALN17056213

| | | | | | |
|---|---|---|---|---|---|
| 6 | Trichlorophenol, technical grade [3] | lbs. | | — | — |
| 7 | Trichlorophenol [4] | lbs. | | — | — |
| 8 | Picloram | lbs. | | | |
| 9 | Tordon 101 (R) [5] | gals. | | — | — |

**Section IV - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - INTERMEDIATES (lbs.).** This section is to be completed by basic producers of tetrachlorobenzene, 2,4,5-T and 2,4,5-T esters and salts. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. *(See last page for footnotes).*

| Item No. | Item | Production | Receipts | | Consumption | | Shipments[8] | | End of month stocks |
|---|---|---|---|---|---|---|---|---|---|
| | | | Domestic sources | Foreign sources | "Orange" | Other products | To military[9] defoliant producers | To others | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) |
| 1 | TCB | | 450,940 | | 560,985 | | | | 241,047 |
| 2 | TCP, [3] tech. | | | | | | | | |
| 3 | TCP [4] | | | | | | | | |

**Section V - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid (2) "Orange", (3) picloram, and (4) Tordon 101 (R). *(See last page for footnotes).*

| Item No. | Item | Unit | Production | Receipts | | Non-military shipments[8] | | End of month stocks |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources | Foreign sources | Domestic | Exports | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) |
| 1 | 2,4-D | lbs. [6] | | | | | | |
| 2 | 2,4,5-T | lbs. [6] | 557,220 | | | | | 326,090 |
| 3 | "Orange" [1] | gals. | | | | | | |
| 4 | Picloram | lbs. | | 10 | 10 | 10 | 10 | 10 |
| 5 | Tordon 101 (R) | gals. | | | | | | |

**Section VI - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid and 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid, (2) "Orange" and (3) Alternate to "Orange" made from these esters. *(See last page for footnotes).*

| Item No. | Item | Unit | Production | Receipts | | Non-military shipments[8] | | End of month stocks |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources | Foreign sources | Domestic | Exports | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) |
| 1 | 2,4-D, dimethylamine salt | lbs. [6] | | | | | | |
| 2 | 2,4-D, butyl ester | lbs. [6] | | | | | | |
| 3 | 2,4-D, iso-octyl ester | lbs. [6] | | | | | | |
| 4 | 2,4,5-T, butyl ester | lbs. [6] | | | | | | |
| 5 | 2,4,5-T, iso-octyl ester | lbs. [6] | | | | | | |
| | Other salts or esters *(Identify)*: | | | | | | | |

002101

8365320

| | | | | |
|---|---|---|---|---|
| Total | | **NONE** | | |

| 2 | Technical material contained in total quantity of above material shipped to DoD. | | 4 | Technical material contained in total quantity of above material shipped to DoD. | |
|---|---|---|---|---|---|
| | Item (a) | Quantity (lbs.⁶) (b) | | Item (a) | Quantity (lbs.⁶) (b) |
| | 2,4-D | | | 2,4-D | |
| | 2,4,5-T | | | Picloram | |

### Section VIII - WORK SCHEDULE

| | Hours per shift | Shifts per day | Days per week |
|---|---|---|---|
| a. Work schedule for previous month | 8 | 3 | 7 |
| b. Anticipated work schedule required for maximum production | 8 | 3 | 7 |

**Footnotes:**

1 "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and 2,4,5-T.
2 Based on capacity to produce 2,4,5-T component and regardless of availability of 2,4-D component.
3 Trichlorophenol, technical grade - designation assigned to TCP used in production of 2,4,5-T, 2,4,5-T esters and salts, "Orange," or Alternate to "Orange". It can also be used to produce other products.
4 Trichlorophenol - Used to denote a higher grade material than that designated trichlorophenol, technical grade.
5 Based on capacity to produce picloram.
6 Acid equivalent.
7 Alternate to "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and iso-octyl ester of 2,4,5-T.
8 Include transfers within the company, except material transferred to another location to be incorporated into military defoliants.
9 Shipments on rated orders to producers of military defoliants.
10 Include picloram in any form except in Tordon 101 ®, which is to be included in items 5 (d), 5 (e), 5 (f), 5 (g), and 5 (h), Section V.
11 On rated orders.

### Section IX - REMARKS (Attach additional sheets if necessary.)

NOTE SECTION IV :
TCB :
BEG. INVT.                351,092
RECEIVED    458,940
LESS HEELS    8,000
NET RECEIVED          450,940
TOTAL TO ACCT. FOR    802,032
LESS USAGE            560,985
ENDING INVT.          241,047

NOTE SECTION V :
2,4,5-T :
BEG. INVT.                160,300
NET PRODUCTION        557,220
TOTAL TO ACCT. FOR    717,520
LESS SHIPMENTS        391,430
ENDING INVT.          326,090

4830 LBS. OF MATERIAL WAS SHIPPED TO CONSOLIDATED CHEMICAL CO. IN BELLE GLADE, FLORIDA. THE REMAINDER WAS SHIPPED TO MONSANTO'S W.G. KRUMMRICH PLANT AT SAUGET, ILL. FOR PROCESSING INTO ORANGE BAND.

8365321

ALN17056215

This report is required under Section 705 of the Defense Production Act of 1950, as amended.

FORM BDSAF-771
(6-10-67)

U.S. DEPARTMENT OF COMMERCE
BUSINESS AND DEFENSE SERVICES ADMINISTRATION

## INTERMEDIATES AND DEFOLIANTS

CAPACITY, PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS

Return to: U.S. Department of Commerce
Washington, D.C. 20230
Attention: Business and Defense Services Administration
Chemicals and Allied Products Division - 544

BUDGET BUREAU No. 41-R2402
APPROVAL EXPIRES JUNE 30, 1970

1. Name and address of company (Principal office) (Street, City, State and Zip code) (If name and address has changed please show below)

*MONSANTO COMPANY*
*800 N. LINDBERGH BLVD.*
*ST. LOUIS, MO.*

2. Month and year reported

*NOVEMBER   1968*

3. Plant name

*NITRO*

4. Plant location (See Instructions)

*NW OF NITRO ON VISCOSE ROAD IN PUTNAM*
*COUNTY, STATE OF WEST VIRGINIA*

## INSTRUCTIONS

**Mailing** - Prepare and return one copy of this report to the Business and Defense Services Administration, U.S. Department of Commerce, Washington, D.C. 20230, no later than the 10th of the month following the report month. A separate complete report must be filed for each establishment of your company which in the previous month produced one or more of the items listed in Column (a) of Sections I or II or is scheduled to produce one or more of these items in the report month.

**File Copy** - In addition to the original report form to be returned to us, there is enclosed a file copy for your records. While it would be a convenience to the Government for a file copy to be made and retained for reference purposes, no assurances can be provided that file copies are exempt from compulsory examination or production pursuant to legal practices.

**Plant Location** - In reporting plant location, give the street address, names of the boundary streets between which the plant lies, city, county and state. If the plant does not have a street address, the location may be specified as distance and direction from a town on a State or Federal Highway. For example, the plant location could be reported as 1281 Bradley Street, between Oak Street and Meadow Avenue, Universal City, Wilford County, Maryland, or on State Route 29, 2.4 miles Southwest of Clearbrook, Hazzard County, Delaware.

**Estimates** - If exact data are not available for any item, carefully prepared estimates are acceptable.

**Sections I and II - CAPACITY** - Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section I. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section II. Report in Column (c) your monthly capacity as of the last day of the month covered in this report, under the following conditions and assumptions:

1. Assume your current product mix.
2. Assume the plant operates on its current work schedule.
3. Take into account the use of only those building facilities and machinery which are in place including useable equipment idle as of the last day of the month covered.
4. Assume the availability of adequate labor force, production materials, utilities, etc.
5. Take into account machinery downtime required for maintenance and repairs needed to sustain peak operations.

Companies are not required to complete line 6, Section II, Alternate to "Orange," until the military specification for this formulation is approved in final form, at which time it will be forwarded by BDSA to all companies required to complete this report.

**Section III - ADDITIONAL CAPACITY UNDER CONSTRUCTION OR AUTHORIZED** - This section is to be completed by companies making expansions either in existing or other facilities. If construction of additional capacity has begun or is authorized at a location at which no capacity currently exists for producing the subject products, a separate report should be completed on that location. Assume the product mix which the plant is scheduled to have when completed. For line 4, Section III, Alternate to "Orange," see instruction on this item under Capacity. Though you have reported specific "additional capacity" in a given month, continue to report that "additional capacity" (column c) in succeeding months and supply a revised "approximate completion date" (column d), until the expansion is complete. BDSA must be kept informed of the latest estimated date of completion for every item of "additional capacity" initially reported.

**Sections IV, V and VI - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS** - For Section IV, see instruction at the beginning of the table. Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section V. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section VI. Production for the purpose of this report is the sum of the quantities produced and consumed in the same plant; produced and transferred to other plants of your company; produced and sold to other companies; and produced and held in stock. On 2,4-D and 2,4,5-T acid, for which the Tariff Commission requires monthly production, include the same data in this report as that furnished the other Agency.

Non-military shipments should include transfers made within the company, except for material transferred from one point to another to be incorporated into military defoliants.

**Section VII - SHIPMENTS TO THE DEPARTMENT OF DEFENSE** - List the date and quantity at each shipment of defoliants to the Department of Defense. Only the total amount of 2,4-D, 2,4,5-T and picloram included in military defoliants shipped in the month is required.

Name of person who should be contacted if questions arise regarding this report

*E. A. CUTRIGHT*

Telephone No. and Area code

*(304) 755 - 3341*

**Certification** - The undersigned company and the official executing this certification in its behalf hereby certify that the information contained in this report is correct and complete to the best of their knowledge and belief.

Name of company

*MONSANTO COMPANY*

Address of company

*800 N. LINDBERGH BLVD.*
*ST. LOUIS, MO.*

Signature of authorized official

Title

Date

The U.S. Code, Title 18 (Crimes and Criminal Procedures), Section 1001, makes it a criminal offense to make a wilfully false statement to any depot ment or agency of the United States as to any matter within its jurisdiction. The individual company information reported on this form is for use in defense mobilization activities. The unauthorized publication or disclosure of individual company information by Government personnel is prohibited by law, and such personnel having access thereto are subject to fine and imprisonment for unauthorized disclosure.

Please complete form before signing certification

8365322

ALN17056216

**Section I - CAPACITY - INTERMEDIATES AND DEFOLIANTS** - This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid, (2) "Orange," (3) tetrachlorobenzene, (4) trichlorophenol, (5) picloram, and (6) Tordon 101®. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. [✔]

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid | lbs. | |
| 2 | 2,4,5-Trichlorophenoxy acetic acid | lbs. | |
| 3 | "Orange" [1] [2] | gals. | |
| 4 | Tetrachlorobenzene | lbs. | |
| 5 | Trichlorophenol, technical grade [3] | lbs. | |
| 6 | Trichlorophenol [4] | lbs. | |
| 7 | Picloram | lbs. | |
| 8 | Tordon 101 ® [5] | gals. | |

9. Is same equipment used to produce "trichlorophenol, technical grade," and "trichlorophenol" except for additional processing required on the higher grade material.   [ ] Yes   [ ] No

**Section II - CAPACITY - DEFOLIANTS** - This section is to be completed by producers of (1) 2, 4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid, or monochloroacetic acid, and/or 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, acetic acid, or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid and (2) "Orange" or Alternate to "Orange." (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. [ ]

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid, salts | lbs. [6] | |
| 2 | 2, 4-Dichlorophenoxy acetic acid, esters | lbs. [6] | |
| 3 | 2,4,5-Trichlorophenoxy acetic acid, salts | lbs. [6] | |
| 4 | 2,4,5-Trichlorophenoxy acetic acid, esters | lbs. | |
| 5 | "Orange" [1] [2] | gals. | |
| 6 | Alternate to "Orange" [2] [7] | gals. | |

7. Is the same equipment used to produce esters of 2,4-D and 2,4,5-T?   [ ] Yes   [ ] No

8. Is there any limitation on the type of esters which the equipment can produce?   [ ] Yes   [ ] No
If response is "Yes," provide explanation.

**Section III - ADDITIONAL CAPACITY, UNDER CONSTRUCTION OR AUTHORIZED - INTERMEDIATES AND DEFOLIANTS** (See last page for footnotes.)

| Item No. | Item (a) | Unit (b) | Additional capacity (c) | Approximate completion date (d) |
|---|---|---|---|---|
| 1 | 2, 4-D | lbs. [6] | — | — |
| 2 | 2,4,5-T | lbs. [6] | NONE | ~~002101~~ |
| 3 | "Orange" [1] [2] | gals. | — | |
| 4 | Alternate to "Orange" [2] [7] | gals. | — | |

8365323

ALN17056217

| | Item | Unit | | | |
|---|---|---|---|---|---|
| 5 | Tetrachlorobenzene | lbs. | — | | — |
| 6 | Trichlorophenol, technical grade [3] | lbs. | — | | — |
| 7 | Trichlorophenol [4] | lbs. | — | | — |
| 8 | Picloram | lbs. | — | | — |
| 9 | Tordon 101 ® [5] | gals. | | | |

**Section IV - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - INTERMEDIATES (lbs.).** This section is to be completed by basic producers of tetrachlorobenzene, 2,4,5-T and 2,4,5-T esters and salts. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. *(See last page for footnotes.)*

| Item No. | Item | Production | Receipts | | Consumption | | Shipments | | End of month stocks |
|---|---|---|---|---|---|---|---|---|---|
| | | | Domestic sources | Foreign sources | "Orange" | Other products | To military defoliant producers | To others | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) |
| 1 | TCB | | 535,580 | | 613,260 | · | | | 351,092 |
| 2 | TCP, [3] tech. | | | | | | | | |
| 3 | TCP [4] | | | | | | | | |

**Section V - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid (2) "Orange", (3) picloram, and (4) Tordon 101 ®. *(See last page for footnotes.)*

| Item No. | Item | Unit | Production | Receipts | | Non-military shipments | | End of month stocks |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources | Foreign sources | Domestic | Exports | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) |
| 1 | 2,4-D | lbs. [6] | | | | | | |
| 2 | 2,4,5-T | lbs. [6] | 582,870 | | · | · | | 160,300 |
| 3 | "Orange" [1] | gals. | | | | | | |
| 4 | Picloram | lbs. | | 10 | 10 | 10 | 10 | 10 |
| 5 | Tordon 101 ® | gals. | | | | | | |

**Section VI - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid and 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid, (2) "Orange" and (3) Alternate to "Orange" made from these esters. *(See last page for footnotes.)*

| Item No. | Item | Unit | Production | Receipts | | Non-military shipments [#] | | End of month stocks |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources | Foreign sources | Domestic | Exports | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) |
| 1 | 2,4-D, dimethylamine salt | lbs. [6] | | | | | | |
| 2 | 2,4-D, butyl ester | lbs. [6] | | | | | | |
| 3 | 2,4-D, iso-octyl ester | lbs. [6] | | | | | | |
| 4 | 2,4,5-T, butyl ester | lbs. [6] | | | | | | |
| 5 | 2,4,5-T, iso-octyl ester | lbs. [6] | | | | | | |
| | Other salts or esters *(Identify)* | | | | | | | |
| 6 | | lbs. [6] | | | | | | |
| 7 | | lbs. [6] | | | | | | |
| 8 | | lbs. [6] | | | | | | |
| 9 | | lbs. [6] | | | | | | |
| 10 | "Orange" [1] | gals. | | | | | | |
| 11 | Alternate to "Orange" [1] | gals. | | | | | | |

Form [...] *Please continue on reverse*

9365324

ALN17056218

**Section VII - SHIPMENTS TO DEPARTMENT OF DEFENSE - DEFOLIANTS[11] (See below for footnotes; attach additional sheets if necessary.)**

| Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) | Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) |
|---|---|---|---|---|---|---|---|
| 1 | "Orange"[1] or Alternate to "Orange"[7] | | | 5 | Tordon 101 Ⓡ | | |
| | | | | | | | |
| | Total | | None | | Total | | None |

| 2 | Technical material contained in total quantity of above material shipped to DoD. | | 4 | Technical material contained in total quantity of above material shipped to DoD. | |
|---|---|---|---|---|---|
| | Item (a) | Quantity (lbs.[8]) (b) | | Item (a) | Quantity (lbs.[8]) (b) |
| | 2,4-D | | | 2,4-D | |
| | 2,4,5-T | | | Picloram | |

**Section VIII - WORK SCHEDULE**

| | Hours per shift | Shifts per day | Days per week |
|---|---|---|---|
| a. Work schedule for previous month | 8 | 3 | 7 |
| b. Anticipated work schedule required for maximum production | 8 | 3 | 7 |

**Footnotes:**

[1] "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and 2,4,5-T.

[2] Based on capacity to produce 2,4,5-T component and regardless of availability of 2,4-D component.

[3] Trichlorophenol, technical grade - designation assigned to TCP used in production of 2,4,5-T, 2,4,5-T esters and salts, "Orange", or Alternate to "Orange". It can also be used to produce other products.

[4] Trichlorophenol - Used to denote a higher grade material than that designated trichlorophenol, technical grade.

[5] Based on capacity to produce picloram.

[6] Acid equivalent.

[7] Alternate to "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and iso-octyl ester of 2,4,5-T.

[8] Include transfers within the company, except material transferred to another location to be incorporated into military defoliants.

[9] Shipments on rated orders to producers of military defoliants.

[10] Include picloram in any form except in Tordon 101 Ⓡ, which is to be included in items 5 (d), 5 (e), 5 (f), 5 (g), and 5 (h), Section V.

[11] On rated orders.

**Section IX - REMARKS (Attach additional sheets if necessary.)**

NOTE SECTION IV
TCB :
   BEG. INVT.              478,772
   RECEIVED    544,080
   LESS HEELS     8500
   NET RECEIVED            535,580
   TOTAL TO ACCT. FOR      964,352
   LESS USAGE    613,260
   ENDING INVT..          351,092

NOTE SECTION V
2,4,5-T :
   BEG. INVT.              140,170
   NET PRODUCTION          582,870
   TOTAL TO ACCT. FOR      723,040
   LESS SHIPMENTS          562,740
   ENDING INVT.            160,300

ALL MATERIAL SHIPPED IN NOVEMBER WENT TO 000 100
MONSANTO'S W. G. KRUMMRICH PLANT AT SAUGET, ILL.
FOR PROCESSING INTO ORANGE BAND

8365325

* FORM DD541-1/1 (1-1-67)        Please complete certification on face of form

ALN17056219

This report is required under Section 705 of the Defense Production Act of 1950, as amended.

FORM BDSAF-771
(9-10-69)

**U.S. DEPARTMENT OF COMMERCE**
BUSINESS AND DEFENSE SERVICES ADMINISTRATION

**INTERMEDIATES AND DEFOLIANTS**

**CAPACITY, PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS**

Return to: U.S. Department of Commerce
Washington, D.C. 20230
Attention: Business and Defense Services Administration
Chemicals and Allied Products Division - 544

BUDGET BUREAU NO. 41-R2402
APPROVAL EXPIRES JUNE 30, 1970

1. Name and address of company (Principal office) (Street, City, State and Zip code) (If name and address has changed please show below)

MONSANTO COMPANY
800 N. LINDBERGH BLVD.
ST. LOUIS, MO.

2. Month and year reported

OCTOBER 1968

3. Plant name

NITRO

4. Plant location (See instructions)

NW OF NITRO ON VISCOSE ROAD IN PUTNAM COUNTY, STATE OF WEST VIRGINIA

## INSTRUCTIONS

Mailing - Prepare and return one copy of this report to the Business and Defense Services Administration, U.S. Department of Commerce, Washington, D.C. 20230, no later than the 10th of the month following the report month. A separate complete report must be filed for each establishment of your company which in the previous month produced one or more of the items listed in Column (a) of Sections I or II or is scheduled to produce one or more of these items in the future.

File Copy - In addition to the original report form to be returned to us, there is enclosed a file copy for your records. You are not legally required to fill out or retain this file copy. While it would be a convenience to the Government for a file copy to be made and retained for reference purposes, no assurances can be provided that file copies are exempt from compulsory examination or production pursuant to legal process.

Plant Location - In reporting plant location, give the street address, names of the boundary streets between which the plant lies, city, county and state. If the plant does not have a street address, the location may be specified as distance and direction from a town on a State or Federal Highway. For example, the plant location could be reported as 1234 Bradley Street, between Oak Street and Meadow Avenue, Universal City, Wilford County, Maryland, or on State Route 29, 2.4 miles Southwest of Clearbrook, Maynard County, Delaware.

Estimates - If exact data are not available for any item, carefully prepared estimates are acceptable.

Sections I and II - CAPACITY - Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section I. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section II. Report in Column (c) your monthly capacity as of the last day of the month covered in this report, under the following conditions and assumptions:

1. Assume your current product mix.
2. Assume the plant operates on its current work schedule.
3. Take into account the use of only those building facilities and machinery which are in place including useable equipment idle as of the last day of the month covered.
4. Assume the availability of adequate labor force, production materials, utilities, etc.
5. Take into account machinery downtime required for maintenance and repairs needed to sustain peak operations.

Companies are not required to complete line 6, Section II, Alternate to "Orange," until the military specification for this formulation is approved in final form, at which time it will be forwarded by BDSA to all companies required to complete this report.

Section III - ADDITIONAL CAPACITY UNDER CONSTRUCTION OR AUTHORIZED - This section is to be completed by companies making expansions either in existing or other facilities. If construction of additional capacity has begun or is authorized at a location at which no capacity currently exists for producing the subject products, a separate report should be completed on that location. Assume the product mix which the plant is scheduled to have when completed. For line 4, Section III, Alternate to "Orange," see instruction on this item under Capacity. Though you have reported specific "additional capacity" in a given month, continue to report that "additional capacity" (column c) in succeeding months and supply a revised "approximate completion date" (column 4), until the expansion is complete. BDSA must be kept informed of the latest estimated date of completion for every item of "additional capacity" initially reported.

Sections IV, V and VI - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - For Section IV, see instruction at the beginning of the table. Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section V. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section VI. Production for the purpose of this report is the sum of the quantities produced and consumed in the same plant; produced and transferred to other plants of your company; produced and sold to other companies; and produced and held in stock. On 2,4-D and 2,4,5-T acid, for which the Tariff Commission requires monthly production, include the same data in this report as that furnished the other Agency.

Non-military shipments should include transfers made within the company, except for material transferred from one point to another to be incorporated into military defoliants.

Section VII - SHIPMENTS TO THE DEPARTMENT OF DEFENSE - List the date and quantity of each shipment of defoliants to the Department of Defense. Only the total amount of 2,4-D, 2,4,5-T and picloram included in military defoliants shipped in the month is required.

Name of person who should be contacted if questions arise regarding this report

E. A. CUTRIGHT

Telephone No. and Area code

(304) 755-3341

Certification - The undersigned company and the official executing this certification in its behalf hereby certify that the information contained in this report is correct and complete to the best of their knowledge and belief.

Name of company

MONSANTO COMPANY

Signature of authorized official

Address of company

800 N. LINDBERGH BLVD.
ST. LOUIS, MO.

Title

Date

The U.S. Code, Title 18 (Crimes and Criminal Procedure), Section 1001, makes it a criminal offense to make a willfully false statement or representation to any department or agency of the United States as to any matter within its jurisdiction. The unauthorized publication or disclosure of individual company confidential information reported on this form is in use in defense mobilization activities. The unauthorized publication or disclosure of individual company confidential information by government personnel is prohibited by law, and such personnel having access thereto are subject to fine and imprisonment for unauthorized disclosure.

Please complete form before signing certification

USCOMM-DC 31776-P69

8365326

ALN17056220

**Section I - CAPACITY - INTERMEDIATES .. DEFOLIANTS -** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid, (2) "Orange," (3) tetrachlorobenzene, (4) trichlorophenol, (5) picloram, and (6) Tordon 101®. Producers of 2,4-T who do not separate trichlorophenol are not required to report on this item. (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. ☑

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid | lbs. | |
| 2 | 2,4,5-Trichlorophenoxy acetic acid | lbs. | |
| 3 | "Orange" [1] [2] | gals. | |
| 4 | Tetrachlorobenzene | lbs. | |
| 5 | Trichlorophenol, technical grade [3] | lbs. | |
| 6 | Trichlorophenol [4] | lbs. | |
| 7 | Picloram | lbs. | |
| 8 | Tordon 101 ® [5] | gals. | |

9. Is same equipment used to produce "trichlorophenol, technical grade," and "trichlorophenol" except for additional processing required on the higher grade material. ☐ Yes ☐ No

**Section II - CAPACITY - DEFOLIANTS -** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid, or monochloronacetic acid, and/or 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, acetic acid, or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid and (2) "Orange" or Alternate to "Orange." (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. ☐

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid, salts | lbs. [6] | |
| 2 | 2,4-Dichlorophenoxy acetic acid, esters | lbs. [6] | |
| 3 | 2,4,5-Trichlorophenoxy acetic acid, salts | lbs. [6] | |
| 4 | 2,4,5-Trichlorophenoxy acetic acid, esters | lbs. [6] | |
| 5 | "Orange" [1] [2] | gals. | |
| 6 | Alternate to "Orange" [2] [7] | gals. | |

7. Is the same equipment used to produce esters of 2,4-D and 2,4,5-T? ☐ Yes ☐ No

8. Is there any limitation on the type of esters which the equipment can produce? ☐ Yes ☐ No
If response is "Yes," provide explanation.

**Section III - ADDITIONAL CAPACITY, UNDER CONSTRUCTION OR AUTHORIZED - INTERMEDIATES AND DEFOLIANTS**
(See last page for footnotes.)

| Item No. | Item (a) | Unit (b) | Additional capacity (c) | Approximate completion date (d) |
|---|---|---|---|---|
| 1 | 2, 4-D | lbs. [6] | | ~~(-2-68)~~ |
| 2 | 2,4,5-T | lbs. [6] | NONE | |
| 3 | "Orange" [1] [2] | gals. | | |
| 4 | Alternate to "Orange" [2] [7] | gals. | | |

8365327

ALN17056221

| | Item | | Unit | | | |
|---|---|---|---|---|---|---|
| 5 | Tetrachlorobenzene | | lbs. | — | — | — |
| 6 | Trichlorophenol, technical grade [3] | | lbs. | — | — | — |
| 7 | Trichlorophenol [4] | | lbs. | — | — | — |
| 8 | Picloram | | lbs. | — | — | — |
| 9 | Tordon 101 ®  [5] | | gals. | — | — | — |

**Section IV - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - INTERMEDIATES (lbs.).** This section is to be completed by basic producers of tetrachlorobenzene, 2,4,5-T and 2,4,5-T esters and salts. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. *(See last page for footnotes).*

| Item No. | Item (a) | Production (b) | Receipts | | Consumption | | Shipments# | | End of month stocks (i) |
|---|---|---|---|---|---|---|---|---|---|
| | | | Domestic sources (c) | Foreign sources (d) | "Orange" (e) | Other products (f) | To military defoliant producers (g) | To others (h) | |
| 1 | TCB | | 540,560 | | 437,729 | | | · | 428,772 |
| 2 | TCP, [3] tech. | | | | | | | | |
| 3 | TCP [4] | | | | | | | | |

**Section V - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid (2) "Orange", (3) picloram, and (4) Tordon 101 ® . *(See last page for footnotes).*

| Item No. | Item (a) | Unit (b) | Production (c) | Receipts | | Non-military shipments# | | End of month stocks (h) |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources (d) | Foreign sources (e) | Domestic (f) | Exports (g) | |
| 1 | 2,4-D | lbs. [6] | | | | | | |
| 2 | 2,4,5-T | lbs. [6] | 7477.5 | | | | | 143,772 |
| 3 | "Orange" [1] | gals. | | | | | | |
| 4 | Picloram | lbs. | | 10 | 10 | 10 | 10 | 10 |
| 5 | Tordon 101 ® | gals. | | | | | | |

**Section VI - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid and 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid, (2) "Orange" and (3) Alternate to "Orange" made from these esters. *(See last page for footnotes).*

| Item No. | Item (a) | Unit (b) | Production (c) | Receipts | | Non-military shipments# | | End of month stocks (h) |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources (d) | Foreign sources (e) | Domestic (f) | Exports (g) | |
| 1 | 2,4-D, dimethylamine salt | lbs. [6] | | | | | | |
| 2 | 2,4-D, butyl ester | lbs. [6] | | | | | | |
| 3 | 2,4-D, iso-octyl ester | lbs. [6] | | | | | | |
| 4 | 2,4,5-T, butyl ester | lbs. [6] | | | | | | |
| 5 | 2,4,5-T, iso-octyl ester | lbs. [6] | | | | | | |
| | Other salts or esters *(Identify):* | | | | | | | |
| 6 | | lbs. [6] | | | | | | |
| 7 | | lbs. [6] | | | | | | |
| 8 | | lbs. [6] | | | | | | |
| 9 | | lbs. [6] | | | | | | |
| 10 | "Orange" [1] | gals. | | | | | | |
| 11 | Alternate to "Orange" [7] | gals. | | | | | | |

FORM DSAF-171 (8-10-67)   Please continue on reverse   USCOMM-DC 33370-P67

8365328

ALN17056222

## Section VII - SHIPMENTS TO DEPARTMENT OF DEFENSE - DEFOLIANTS[11] (See below for footnotes; attach additional sheets if necessary.)

| Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) | Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) |
|---|---|---|---|---|---|---|---|
| 1 | "Orange"[1] or Alternate to "Orange"[7] | | | 3 | Tordon 101 ® | | |
| | Total | | NONE | | Total | | NONE |

| 2 | Technical material contained in total quantity of above material shipped to DoD. | | 4 | Technical material contained in total quantity of above material shipped to DoD. | |
|---|---|---|---|---|---|
| | Item (a) | Quantity (lbs.[6]) (b) | | Item (a) | Quantity (lbs.[6]) (b) |
| | 2,4-D | | | 2,4-D | |
| | 2,4,5-T | | | Picloram | |

## Section VIII - WORK SCHEDULE

| | Hours per shift | Shifts per day | Days per week |
|---|---|---|---|
| a. Work schedule for previous month | 8 | 3 | 7 |
| b. Anticipated work schedule required for maximum production | 8 | 3 | 7 |

**Footnotes:**
[1]"Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and 2,4,5-T.
[2]Based on capacity to produce 2,4,5-T component and regardless of availability of 2,4-D component.
[3]Trichlorophenol, technical grade - designation assigned to TCP used in production of 2,4,5-T, 2,4,5-T esters and salts, "Orange," or Alternate to "Orange". It can also be used to produce other products.
[4]Trichlorophenol - Used to denote a higher grade material than that designated trichlorophenol, technical grade.
[5]Based on capacity to produce picloram.
[6]Acid equivalent.
[7]Alternate to "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and iso-octyl ester of 2,4,5-T.
[8]Include transfers within the company, except material transferred to another location to be incorporated into military defoliants.
[9]Shipments on rated orders to producers of military defoliants.
[10]Include picloram in any form except in Tordon 101 ®, which is to be included in items 5 (d), 5 (e), 5 (f), 5 (g), and 5 (h), Section V.
[11]On rated orders.

## Section IX - REMARKS (Attach additional sheets if necessary.)

NOTE SECTION II:
```
TCP
BEG INVT             325,441
RECEIVED      5,131
ACE RECEIVED
TTAL T ACCT F R
LESS USAGE           457,721
ENDING INVT.         425,112
```

NOTE SECTION IV:
```
2,4,5-T
BEG. INVT            155,550
NET PRODUCTION       447,45
TTAL T. ACCT F.R     633,550
LESS SHIPMENTS       473,415
ENDING INVT          140,110
```

15,070 lbs WERE SHIPPED TO CUSTOMERS, REMAINDER WENT TO MONSANTO'S W. G. KRUMMRICH PLANT AT SAUGET, ILL. FOR PROCESSING INTO ORANGE BAND.

000110

8365329

ALN17056223

| This report is required under Section 705 of the Defense Production Act of 1950, as amended. | BUDGET BUREAU NO. 41-R2402<br>APPROVAL EXPIRES JUNE 30, 1970 |
|---|---|
| FORM BDSAF-771<br>(9-10-67)<br>U.S. DEPARTMENT OF COMMERCE<br>BUSINESS AND DEFENSE SERVICES ADMINISTRATION | 1. Name and address of company (Principal office) (Street, City, State and Zip code) (If name and address has changed please show below)<br><br>MONSANTO COMPANY<br>800 N. LINDBERGH BLVD.<br>ST. LOUIS, MO. |

**INTERMEDIATES AND DEFOLIANTS**

CAPACITY, PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS

Return to: U.S. Department of Commerce
Washington, D.C. 20230
Attention: Business and Defense Services Administration
Chemicals and Allied Products Division - S44

| 2. Month and year reported | 3. Plant name |
|---|---|
| SEPTEMBER 1968 | NITRO |

4. Plant location (See Instructions)

NW OF NITRO ON VISCOSE ROAD IN PUTNAM COUNTY, STATE OF WEST VIRGINIA

## INSTRUCTIONS

Mailing - Prepare and return one copy of this report to the Business and Defense Services Administration, U.S. Department of Commerce, Washington, D.C. 20230, no later than the 10th of the month following the report month. A separate complete report must be filed for each establishment of your company which in the previous month produced one or more of the items listed in Column (a) of Sections I or II or is scheduled to produce one or more of these items in the future.

File Copy - In addition to the original report form to be returned to us, there is enclosed a file copy for your records. You are not legally required to fill out or retain this file copy. While it would be a convenience to the Government for a file copy to be made and retained for reference purposes, no assurances can be provided that file copies are exempt from compulsory examination or production pursuant to legal process.

Plant Location - In reporting plant location, give the street address, names of the boundary streets between which the plant lies, city, county and state. If the plant does not have a street address, the location may be specified at a distance and direction from a town on a State or Federal Highway. For example, the plant location could be reported as 1281 Bradley Street, between Oak Street and Meadow Avenue, Universal City, Wilford County, Maryland, or on State Route 39, 2.4 miles Southwest of Clearbrook, Maynard County, Delaware.

Estimates - If exact data are not available for any item, carefully prepared estimates are acceptable.

Sections I and II - CAPACITY - Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section I. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section II. Report in Column (c) your monthly capacity as of the last day of the month covered in this report, under the following conditions and assumptions:

1. Assume your current product mix.
2. Assume the plant operates on its current work schedule.
3. Take into account the use of only those building facilities and machinery which are in place including useable equipment idle as of the last day of the month covered.
4. Assume the availability of adequate labor force, production materials, utilities, etc.
5. Take into account machinery downtime required for maintenance and repairs needed to sustain peak operations.

Companies are not required to complete line 6, Section II, Alternate to "Orange," until the military specification for this formulation is approved in final form, at which time it will be forwarded by BDSA to all companies required to complete this report.

Section III - ADDITIONAL CAPACITY UNDER CONSTRUCTION OR AUTHORIZED - This section is to be completed by companies making expansions either in existing or other facilities. If construction of additional capacity has begun or is authorized at a location at which no capacity currently exists for producing the subject products, a separate report should be completed on that location. Assume the product mix which the plant is scheduled to have when completed. For line 4, Section III, Alternate to "Orange," see instruction on this item under Capacity. Though you have reported specific "additional capacity" in a given month, continue to report that "additional capacity" (Column c) in succeeding months and supply a revised "approximate completion date" (column 4), until the expansion is complete. BDSA must be kept informed of the latest estimated date of completion for every item of "additional capacity" initially reported.

Sections IV, V and VI - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - For Section IV, see instruction at the beginning of the table. Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section V. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section VI. Production for the purpose of this report is the sum of the quantities produced and consumed in the same plant; produced and transferred to other plants of your company; produced and sold to other companies; and produced and held in stock. On 2,4-D and 2,4,5-T acid, for which the Tariff Commission requires monthly production, include the amount sold or held in stock. On 2,4-D and 2,4,5-T acid, for which the Tariff Commission requires monthly production, include the same data in this report as that furnished the other Agency.

Non-military shipments should include transfers made within the company, except for material transferred from one point to another to be incorporated into military defoliants.

Section VII - SHIPMENTS TO THE DEPARTMENT OF DEFENSE - List the date and quantity of each shipment of defoliants to the Department of Defense. Only the total amount of 2,4-D, 2,4,5-T and picloram included in military defoliants shipped in the month is required.

| Name of person who should be contacted if questions arise regarding this report | Telephone No. and Area code |
|---|---|
| E. A. CUTRIGHT | (314) 755-3341 |

Certification - The undersigned company and the official executing this certification in its behalf hereby certify that the information contained in this report is correct and complete to the best of their knowledge and belief.

| Name of company | Signature of authorized official | |
|---|---|---|
| MONSANTO COMPANY | | 002111 |
| Address of company<br>800 N. LINDBERGH BLVD.<br>ST. LOUIS, MO. | Title | |

The U.S. Code, Title 18 (Crimes and Criminal Procedure), Section 1001, makes it a criminal offense to make a wilfully false statement or representation to any department or agency of the United States as to any matter within its jurisdiction. The individual company information reported on this form is for use in defense mobilization activities. The unauthorized publication or disclosure of individual company information by Government personnel is prohibited by law, and such personnel having access thereto are subject to fine and imprisonment for unauthorized disclosure.

Please complete form before signing certification

USCOMM-DC 33272-P67

8365330

ALN17056224

**Section I - CAPACITY - INTERMEDIATES AND DEFOLIANTS** - This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid, (2) "Orange," (3) tetrachlorobenzene, (4) trichlorophenol, (5) picloram, and (6) Tordon 101 ⑧. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. ☑

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid | lbs. | |
| 2 | 2,4,5-Trichlorophenoxy acetic acid | lbs. | |
| 3 | "Orange" [1] [2] | gals. | |
| 4 | Tetrachlorobenzene | lbs. | |
| 5 | Trichlorophenol, technical grade[3] | lbs. | |
| 6 | Trichlorophenol[4] | lbs. | |
| 7 | Picloram | lbs. | |
| 8 | Tordon 101 ⑧ [5] | gals. | |

9. Is same equipment used to produce "trichlorophenol, technical grade," and "trichlorophenol" except for additional processing required on the higher grade material.   ☐ Yes   ☐ No

**Section II - CAPACITY - DEFOLIANTS** - This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid, or monochloroacetic acid, and/or 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, acetic acid, or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid and (2) "Orange" or Alternate to "Orange." (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. ☐

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid, salts | lbs. [6] | |
| 2 | 2,4-Dichlorophenoxy acetic acid, esters | lbs. [6] | |
| 3 | 2,4,5-Trichlorophenoxy acetic acid, salts | lbs. [6] | |
| 4 | 2,4,5-Trichlorophenoxy acetic acid, esters | lbs. [6] | |
| 5 | "Orange" [1] [2] | gals. | |
| 6 | Alternate to "Orange" [2] [7] | gals. | |

7. Is the same equipment used to produce esters of 2,4-D and 2,4,5-T?   ☐ Yes   ☐ No

8. Is there any limitation on the type of esters which the equipment can produce?   ☐ Yes   ☐ No
   If response is "Yes," provide explanation.

**Section III - ADDITIONAL CAPACITY, UNDER CONSTRUCTION OR AUTHORIZED - INTERMEDIATES AND DEFOLIANTS**
(See last page for footnotes.)

| Item No. | Item (a) | Unit (b) | Additional capacity (c) | Approximate completion date |
|---|---|---|---|---|
| 1 | 2,4-D | lbs. [6] | | |
| 2 | 2,4,5-T | lbs. [6] | None | |
| 3 | "Orange" [1] [2] | gals. | | |
| 4 | Alternate to "Orange" [2] [7] | gals. | | |

8365331

ALN17056225

| | Item | | Production | | | |
|---|---|---|---|---|---|---|
| 5 | Tetrachlorobenzene | | lbs. | | | |
| 6 | Trichlorophenol, technical grade | | lbs. | | | |
| 7 | Trichlorophenol | | lbs. | | | |
| 8 | Picloram | | lbs. | | | |
| 9 | Tordon 101 ® | | gals. | | | |

**Section IV - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - INTERMEDIATES (lbs.).** This section is to be completed by basic producers of tetrachlorobenzene, 2,4,5-T and 2,4,5-T esters and salts. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. (See last page for footnotes.)

| Item No. | Item (a) | Production (b) | Receipts | | Consumption | | | Shipments | | End of month stocks (i) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Domestic sources (c) | Foreign sources (d) | "Orange" (e) | Other products (f) | To military defoliant producers (g) | To others (h) | | |
| 1 | TCB | | | | | | | | | |
| 2 | TCP, tech. | 620,160 | | | 644,812 | | | | | |
| 3 | TCP | | | | | | | | | 325,941 |

**Section V - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and (2) 2,4,5-trichlorophenoxy acetic acid who separate the acid (2) "Orange", (3) picloram, and (4) Tordon 101 ®. (See last page for footnotes.)

| Item No. | Item (a) | Unit (b) | Production (c) | Receipts | | Non-military shipments | | End of month stocks (h) |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources (d) | Foreign sources (e) | Domestic (f) | Exports (g) | |
| 1 | 2,4-D | lbs. | | | | | | |
| 2 | 2,4,5-T | lbs. | | | | | | |
| 3 | "Orange" | lbs. | 658,995 | | | | | |
| 4 | Picloram | gals. | | | | | | 193,830 |
| 5 | Tordon 101 ® | lbs. | | | | | | |
| | | gals. | | | 10 | 10 | 10 | 10 |

**Section VI - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid and 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid, (2) "Orange" and (3) Alternate to "Orange" made from these esters. (See last page for footnotes.)

| Item No. | Item (a) | Unit (b) | Production (c) | Receipts | | Non-military shipments | | End of month stocks (h) |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources (d) | Foreign sources (e) | Domestic (f) | Exports (g) | |
| 1 | 2,4-D, dimethylamine salt | lbs. | | | | | | |
| 2 | 2,4-D, butyl ester | lbs. | | | | | | |
| 3 | 2,4-D, iso-octyl ester | lbs. | | | | | | |
| 4 | 2,4,5-T, butyl ester | lbs. | | | | | | |
| 5 | 2,4,5-T, iso-octyl ester | lbs. | | | | | | |
| | Other salts or esters (density) | | | | | | | |
| 6 | | lbs. | | | | | | |
| 7 | | lbs. | | | | | | |
| 8 | | lbs. | | | | | | |
| 9 | | lbs. | | | | | | |
| 10 | "Orange" | gals. | | | | | | |
| 11 | Alternate to "Orange" | gals. | | | | | | |

FORM HI/SAF-771 (6-16-67)

Please continue on reverse

USCOMM-DC 23728-P69

8365332

ALN17056226

**Section VII - SHIPMENTS TO DEPARTMENT OF DEFENSE - DEFOLIANTS** [11] (See below for footnotes; attach additional sheets if necessary.)

| Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) | Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) |
|---|---|---|---|---|---|---|---|
| 1 | "Orange" [1] or Alternate to "Orange" [7] | | | 3 | Tordon 101 ® | | |
| | | | | | | | |
| | Total | | NONE | | Total | | NONE |

| 2 | Technical material contained in total quantity of above material shipped to DoD. | | 4 | Technical material contained in total quantity of above material shipped to DoD. | |
|---|---|---|---|---|---|
| | Item (a) | Quantity (lbs.[6]) (b) | | Item (a) | Quantity (lbs.[6]) (b) |
| | 2,4-D | | | 2,4-D | |
| | 2,4,5-T | | | Picloram | |

**Section VIII - WORK SCHEDULE**

| | Hours per shift | Shifts per day | Days per week |
|---|---|---|---|
| a. Work schedule for previous month | 5 | 3 | 7 |
| b. Anticipated work schedule required for maximum production | 8 | 3 | 7 |

**Footnotes:**
[1]"Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and 2,4,5-T.
[2]Based on capacity to produce 2,4,5-T component and regardless of availability of 2,4-D component.
[3]Trichlorophenol, technical grade - designation assigned to TCP used in production of 2,4,5-T, 2,4,5-T esters and salts, "Orange," or Alternate to "Orange." It can also be used to produce other products.
[4]Trichlorophenol - Used to denote a higher grade material than that designated trichlorophenol, technical grade.
[5]Based on capacity to produce picloram.
[6]Acid equivalent.
[7]Alternate to "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and iso-octyl ester of 2,4,5-T.
[8]Include transfers within the company, except material transferred to another location to be incorporated into military defoliants.
[9]Shipments on rated orders to producers of military defoliants.
[10]Include picloram in any form except in Tordon 101 ®, which is to be included in items 5 (d), 5 (e), 5 (f), 5 (g), and 5 (h), Section V.
[11]On rated orders.

**Section IX - REMARKS** (Attach additional sheets if necessary.)

1. TCP SECTION IV.
T.C.
BEG. INVT.
RECEIVED    627,063    356,593
LESS REELS    (900)
NET RECEIVED    626,160
TOTAL TO ACCT FOR    970,753
LESS USAGE    644,812
    325,941

GROSS PRODUCTION    674,310
LESS ALL. FOR MOISTURE    18,345
NET PRODUCTION    655,995
GROSS SHIPMENTS    548,810
LESS ALL. FOR MOISTURE    21,315
NET SHIPMENTS    527,515

NOTE SECTION V:
2,4,5-T:
BEG. INVT.    54,400
NET PRODUCTION    659,145
TOTAL TO ACCT. FOR    713,545
LESS NET SHIPMENTS    577,515
ENDING INVT.    135,030

760,000 lbs WERE SHIPPED TO CUSTOMERS, REMAINDER WENT TO
MONSANTO'S W G KRUMMRICH PLANT AT SAUGET, ILL FOR PROCESSING
INTO ORANGE BAND

8365333

ALN17056227

This report is required under Section 705 of the Defense Production Act of 1950, as amended.

FORM BDSAF-771
(8-10-61)

**U.S. DEPARTMENT OF COMMERCE**
BUSINESS AND DEFENSE SERVICES ADMINISTRATION

## INTERMEDIATES AND DEFOLIANTS

CAPACITY, PRODUCTION, RECEIPTS,
SHIPMENTS AND STOCKS

Return to: U.S. Department of Commerce
Washington, D.C. 20230
Attention: Business and Defense Services Administration
Chemicals and Allied Products Division - 544

BUDGET BUREAU NO. 41-R2402
APPROVAL EXPIRES JUNE 30, 1970

1. Name and address of company (Principal office) (Street, City, State and Zip code) (If name and address has changed please show below)

MONSANTO COMPANY
800 N. LINDBERGH BLVD
ST. LOUIS, MO.

2. Month and year reported

1 AUGUST 1968

3. Plant name

NITRO

4. Plant location (See Instructions)

NW OF NITRO ON VISCOSE ROAD IN PUTNAM COUNTY
STATE OF WEST VIRGINIA

### INSTRUCTIONS

**Mailing** - Prepare and return one copy of this report to the Business and Defense Services Administration, U.S. Department of Commerce, Washington, D.C. 20230, no later than the 10th of the month following the report month. A separate complete report must be filed for each establishment of your company which in the previous month produced one or more of the items listed in Column (a) of Sections I or II or is scheduled to produce one or more of these items in the future.

**File Copy** - In addition to the original report form to be returned to us, there is enclosed a file copy for your records. You are not legally required to fill out or retain this file copy. While it would be a convenience to the Government for a file copy to be made and retained for reference purposes, no assurances can be provided that file copies are exempt from compulsory examination or production pursuant to legal processes.

**Plant Location** - In reporting plant location, give the street address, names of the boundary streets between which the plant lies, city, county and state. If the plant does not have a street address, the location may be specified as distance and direction from a town on a State or Federal Highway. For example, the plant location could be reported as 1781 Bradley Street, between Oak Street and Meadow Avenue, Universal City, Wilford County, Maryland, or on State Route 29, 2.4 miles Southwest of Clearbrook, Maynard County, Delaware.

**Estimates** - If exact data are not available for any item, carefully prepared estimates are acceptable.

**Sections I and II - CAPACITY** - Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section I. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section II. Report in Column (c) your monthly capacity as of the last day of the month covered in this report, under the following conditions and assumptions:

1. Assume your current product mix.
2. Assume the plant operates on its current work schedule.
3. Take into account the use of only those building facilities and machinery which are in place including useable equipment idle as of the last day of the month covered.
4. Assume the availability of adequate labor force, production materials, utilities, etc.
5. Take into account machinery downtime required for maintenance and repairs needed to sustain peak operations.

Companies are not required to complete line 6, Section II, Alternate to "Orange," until the military specification for this formulation is approved in final form, at which time it will be forwarded by BDSA to all companies required to complete this report.

**Section III - ADDITIONAL CAPACITY UNDER CONSTRUCTION OR AUTHORIZED** - This section is to be completed by companies making expansions either in existing or other facilities. If construction of additional capacity has begun or is authorized at a location at which no capacity currently exists for producing the subject products, a separate report should be completed on that location. Assume the product mix which the plant is scheduled to have when completed. For line 4, Section III, Alternate to "Orange," see instruction on this item under Capacity. Though you have reported specific "additional capacity" in a given month, continue to report that "additional capacity" (column c) in succeeding months and supply a revised "approximate completion date" (column d), until the expansion is complete. BDSA must be kept informed of the latest estimated date of completion for every item of "additional capacity" initially reported.

**Sections IV, V and VI - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS** - For Section IV, see instruction at the beginning of the table. Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section V. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section VI. Production for the purpose of this report is the sum of the quantities produced and consumed in the same plant; produced and transferred to other plants of your company; produced and sold to other companies; and produced and held in stock. On 2,4-D and 2,4,5-T acid, for which the Tariff Commission requires monthly production, include the same data in this report as that furnished the other Agency.

Non-military shipments should include transfers made within the company, except for material transferred from one point to another to be incorporated into military defoliants.

**Section VII - SHIPMENTS TO THE DEPARTMENT OF DEFENSE** - List the date and quantity of each shipment of defoliants to the Department of Defense. Only the total amount of 2,4-D, 2,4,5-T and picloram included in military defoliants shipped in the month is required.

Name of person who should be contacted if questions arise regarding this report

E. A. CUTRIGHT

Telephone No. and Area code

(304) 755-3341

Certification - The undersigned company and the official executing this certification in its behalf hereby certify that the information contained in this report is correct and complete to the best of their knowledge and belief.

Name of company

MONSANTO COMPANY

Address of company

800 N. LINDBERGH BLVD.
ST. LOUIS, MO.

Signature of authorized official

Title

Date

The U.S. Code, Title 18 (Crimes and Criminal Procedure), Section 1001, makes it a criminal offense to make a willfully false statement or representation to any department or agency of the United States as to any matter within its jurisdiction. The individual company information reported on this form is for use in defense mobilization activities. The unauthorized publication or disclosure of individual company information by Government personnel is prohibited by law, and such personnel having access thereto are subject to fine and imprisonment for unauthorized disclosure.

Please complete form before signing certification

8365334

8365334

ALN17056228

**Section I - CAPACITY - INTERMEDIATES AND DEFOLIANTS** - This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid, (2) "Orange," (3) tetrachlorobenzene, (4) trichlorophenol, (5) picloram, and (6) Tordon 101Ⓡ. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. ☑

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid | lbs. | |
| 2 | 2,4,5-Trichlorophenoxy acetic acid | lbs. | |
| 3 | "Orange" [1] [2] | gals. | |
| 4 | Tetrachlorobenzene | lbs. | |
| 5 | Trichlorophenol, technical grade [3] | lbs. | |
| 6 | Trichlorophenol [4] | lbs. | |
| 7 | Picloram | lbs. | |
| 8 | Tordon 101 Ⓡ [5] | gals. | |

9. Is same equipment used to produce "trichlorophenol, technical grade," and "trichlorophenol" except for additional processing required on the higher grade material.   ☐ Yes   ☐ No

**Section II - CAPACITY - DEFOLIANTS** - This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid, or monochloroacetic acid, and/or 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, acetic acid, or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid (2) "Orange" or Alternate to "Orange." (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. ☐

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid, salts | lbs. [6] | |
| 2 | 2,4-Dichlorophenoxy acetic acid, esters | lbs. [6] | |
| 3 | 2,4,5-Trichlorophenoxy acetic acid, salts | lbs. [6] | |
| 4 | 2,4,5-Trichlorophenoxy acetic acid, esters | lbs. [6] | |
| 5 | "Orange" [1] [2] | gals. | |
| 6 | Alternate to "Orange" [2] [7] | gals. | |

7. Is the same equipment used to produce esters of 2,4-D and 2,4,5-T?   ☐ Yes   ☐ No

8. Is there any limitation on the type of esters which the equipment can produce?   ☐ Yes   ☐ No
   If response is "Yes," provide explanation.

**Section III - ADDITIONAL CAPACITY, UNDER CONSTRUCTION OR AUTHORIZED - INTERMEDIATES AND DEFOLIANTS** (See last page for footnotes.)

| Item No. | Item (a) | Unit (b) | Additional capacity (c) | Approximate completion date (d) |
|---|---|---|---|---|
| 1 | 2,4-D | lbs. [6] | — | |
| 2 | 2,4,5-T | lbs. [6] | NONE | — |
| 3 | "Orange" [1] [2] | gals. | — | — |
| 4 | Alternate to "Orange" [2] [7] | gals. | | |

8365335

ALN17056229

| | | | | | |
|---|---|---|---|---|---|
| | Pentachlorobenzene | lbs. | ——— | ——— | |
| 6 | Trichlorophenol, technical grade [5] | lbs. | ——— | ——— | |
| 7 | Trichlorophenol [6] | lbs. | ——— | ——— | |
| 8 | Picloram | lbs. | ——— | ——— | |
| 9 | Tordon 101 ® [5] | gals. | ——— | ——— | |

**Section IV - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - INTERMEDIATES (lbs.).** This section is to be completed by basic producers of tetrachlorobenzene, 2,4,5-T and 2,4,5-T esters and salts. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. (See last page for footnotes).

| Item No. | Item (a) | Production (b) | Receipts Domestic sources (c) | Receipts Foreign sources (d) | Consumption "Orange" (e) | Consumption Other products (f) | Shipments# To military defoliant producers (g) | Shipments# To others (h) | End of month stocks (i) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | TCB | | 614,900 | | 553,428 | | | | 356,59 |
| 2 | TCP, [5] tech.[3] | | | | | | | | |
| 3 | TCP [6] | | | | | | | | |

**Section V - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid (2) "Orange", (3) picloram, and (4) Tordon 101 ® . (See last page for footnotes).

| Item No. | Item (a) | Unit (b) | Production (c) | Receipts Domestic sources (d) | Receipts Foreign sources (e) | Non-military shipments# Domestic (f) | Non-military shipments# Exports (g) | End of month stocks (h) |
|---|---|---|---|---|---|---|---|---|
| 1 | 2,4-D | lbs. [6] | | | | | | |
| 2 | 2,4,5-T | lbs. | 647,650 | | | | 54460 | |
| 3 | "Orange" [5] | gals. | | | | | | |
| 4 | Picloram | lbs. | | 10 | 10 | 10 | 10 | 10 |
| 5 | Tordon 101 ® | gals. | | | | | | |

**Section VI - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid and 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid, (2) "Orange" and (3) Alternate to "Orange" made from these esters. (See last page for footnotes).

| Item No. | Item (a) | Unit (b) | Production (c) | Receipts Domestic sources (d) | Receipts Foreign sources (e) | Non-military shipments# Domestic (f) | Non-military shipments# Exports (g) | End of month stocks (h) |
|---|---|---|---|---|---|---|---|---|
| 1 | 2,4-D, dimethylamine salt | lbs. [6] | | | | | | |
| 2 | 2,4-D, butyl ester | lbs. [6] | | | | | | |
| 3 | 2,4-D, iso-octyl ester | lbs. [6] | | | | | | |
| 4 | 2,4,5-T, butyl ester | lbs. | | | | | | |
| 5 | 2,4,5-T, iso-octyl ester | lbs. | | | | | | |
| | Other salts or esters (Identify): | | | | | | | |
| 6 | | lbs. [6] | | | | | | |
| 7 | | lbs. [6] | | | | | | |
| 8 | | lbs. [6] | | | | | | |
| 9 | | lbs. [6] | | | | | | |
| 10 | "Orange" [5] | gals. | | | | | | |
| 11 | Alternate to "Orange"[7] | gals. | | | | | | |

FORM BDSAF-771 (8-10-81)                    Please continue on reverse

8365336

ALN17056230

**Section VII - SHIPMENTS TO DEPARTMENT OF DEFENSE - DEFOLIANTS[11] (See below for footnotes; attach additional sheets if necessary.)**

| Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) | Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) |
|---|---|---|---|---|---|---|---|
| 1 | "Orange"[1] or Alternate to "Orange"[7] | | | 3 | Tordon 101 [10] | | |
| | | | | | | | |
| | Total | | None | | Total | | None |

| 2 | Technical material contained in total quantity of above material shipped to DoD. | | 4 | Technical material contained in total quantity of above material shipped to DoD. | |
|---|---|---|---|---|---|
| | Item (a) | Quantity (lbs.[5]) (b) | | Item (a) | Quantity (lbs.[8]) (b) |
| | 2,4-D | | | 2,4-D | |
| | 2,4,5-T | | | Picloram | |

**Section VIII - WORK SCHEDULE**

| | Hours per shift | Shifts per day | Days per week |
|---|---|---|---|
| a. Work schedule for previous month | 8 | 3 | 7 |
| b. Anticipated work schedule required for maximum production | 8 | 3 | 7 |

**Footnotes:**
[1]"Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and 2,4,5-T.
[2]Based on capacity to produce 2,4,5-T component and regardless of availability of 2,4-D component.
[3]Trichlorophenol, technical grade - designation assigned to TCP used in production of 2,4,5-T, 2,4,5-T esters and salts, "Orange," or Alternate to "Orange". It can also be used to produce other products.
[4]Trichlorophenol - Used to denote a higher grade material than that designated trichlorophenol, technical grade.
[5]Based on capacity to produce picloram.
[6]Acid equivalent.
[7]Alternate to "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and iso-octyl ester of 2,4,5-T.
[8]Include transfers within the company, except material transferred to another location to be incorporated into military defoliants.
[9]Shipments on rated orders to producers of military defoliants.
[10]Include picloram in any form except in Tordon 101 [10], which is to be included in items 5 (d), 5 (e), 5 (f), 5 (g), and 5 (h), Section V.
[11]On rated orders.

**Section IX - REMARKS (Attach additional sheets if necessary.)**

NOTE SECTION IV:
TCB:
BEG. INV.                    285,121
RECEIVED        617,300
LESS NEELS       2,400
NET RECEIVED              614,900
TOTAL TO ACCT FOR        903,021
LESS USAGE               552,448
ENDING INVENTORY         350,573

NOTE SECTION V:
2,4,5-T:
BEG. INV.                      71,600
PRODUCTION                   647,650
TOTAL TO ACCT FOR            719,250
LESS SHIPMENTS               664,550
ENDING INV.                   54,400

ALL MATERIAL WAS SHIPPED TO MONSANTO'S WG KRUMMICH PLANT AT SAUGET, ILL. FOR PROCESSING INTO ORANGE BAND ~~~~
PREVIOUS MONTH USAGE OVERSTATED BY 11,900 lbs.; THIS MONTHS
ACTUAL USAGE UNDERSTATED BY SAME AMOUNT TO CORRECT.

FORM DISA/AM-771 (5-10-97)          Please complete certification on face of form          8365337

ALN17056231

This report is required under Section 705 of the Defense Production Act of 1950, as amended.

FORM BDSAF-771
(5-10-67)

**U.S. DEPARTMENT OF COMMERCE**
BUSINESS AND DEFENSE SERVICES ADMINISTRATION

**INTERMEDIATES AND DEFOLIANTS**

CAPACITY, PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS

Return to: U.S. Department of Commerce
Washington, D.C. 20230
Attention: Business and Defense Services Administration
Chemicals and Allied Products Division - 544

*BUDGET BUREAU NO. 41-R2402*
*APPROVAL EXPIRES JUNE 30, 1970*

1. Name and address of company (Principal office) (Street, City, State and Zip code) (If name and address has changed please show below)

MONSANTO COMPANY
800 N. LINDBERGH BLVD.
ST. LOUIS, MO.

2. Month and year reported

JULY, 1968

3. Plant name

NITRO

4. Plant location (See Instructions)

NW of NITRO on VISCOSE ROAD IN PATNAM COUNTY
STATE OF WEST VIRGINIA

## INSTRUCTIONS

Mailing - Prepare and return one copy of this report to the Business and Defense Services Administration, U.S. Department of Commerce, Washington, D.C. 20230, no later than the 10th of the month following the report month. A separate complete report must be filed for each establishment of your company which in the previous month produced one or more of the items listed in Column (a) of Sections I or II or is scheduled to produce one or more of these items in the future.

File Copy - In addition to the original report form to be returned to us, there is enclosed a file copy for your records. You are not legally required to fill out or retain this file copy. While it would be a convenience to the Government for a file copy to be made and retained for reference purposes, no assurances can be provided that file copies are exempt from compulsory examination or production pursuant to legal process.

Plant Location - In reporting plant location, give the street address, name of the boundary streets between which the plant lies, city, county and state. If the plant does not have a street address, the location may be specified as distance and direction from a town on a State or Federal highway. For example, the plant location could be reported as 1281 Bradley Street, between Oak Street and Meadow Avenue, Universal City, Willard County, Maryland, or on State Route 39, 2.1 miles Southwest of Clearbrook, Maynard County, Delaware.

Estimates - If exact data are not available for any item, carefully prepared estimates are acceptable.

Sections I and II - CAPACITY - Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section I. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section II. Report in Column (c) your monthly capacity as of the last day of the month covered in this report, under the following conditions and assumptions:

1. Assume your current product mix.
2. Assume the plant operates on its current work schedule.
3. Take into account the use of only those building facilities and machinery which are in place including useable equipment idle as of the last day of the month covered.
4. Assume the availability of adequate labor force, production materials, utilities, etc.
5. Take into account machinery downtime required for maintenance and repairs needed to sustain peak operations.

Companies are not required to complete line 6, Section II, Alternate to "Orange," until the military specification for this formulation is approved in final form, at which time it will be forwarded by BDSA to all companies required to complete this report.

Section III - ADDITIONAL CAPACITY UNDER CONSTRUCTION OR AUTHORIZED - This section is to be completed by companies making expansions either in existing or other facilities. If construction of additional capacity has begun or is authorized at a location at which no capacity currently exists for producing the subject products, a separate report should be completed on that location. Assume the product mix which the plant is scheduled to have when completed. For line 4, Section III, Alternate to "Orange," see instruction on this item under Capacity. Though you have reported specific "additional capacity" in a given month, continue to report that "additional capacity" (column c) in succeeding months and supply a revised "approximate completion date" (column d), until the expansion is complete. BDSA must be kept informed of the latest estimated date of completion for every item of "additional capacity" initially reported.

Sections IV, V and VI - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - For Section IV, see instruction at the beginning of the table. Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section V. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section VI. Production for the purpose of this report is the sum of the quantities produced and consumed in the same plant; produced and transferred to other plants of your company; produced and sold to other companies; and produced and held in stock. On 2,4-D and 2,4,5-T acid, for which the Tariff Commission requires monthly production, include the same data in this report as that furnished the other Agency.

Non-military shipments should include transfers made within the company, except for material transferred from one point to another to be incorporated into military defoliants.

Section VII - SHIPMENTS TO THE DEPARTMENT OF DEFENSE - List the date and quantity of each shipment of defoliants to the Department of Defense. Only the total amount of 2,4-D, 2,4,5-T and picloram included in military defoliants shipped in the month is required.

Name of person who should be contacted if questions arise regarding this report

E.A. CUTRIGHT

Telephone No. and Area code

(304) 755-3341

Certification - The undersigned company and the official executing this certification in its behalf hereby certify that the information contained in this report is correct and complete to the best of their knowledge and belief.

Name of company

MONSANTO COMPANY

Signature of authorized official

Address of company

800 N. LINDBERGH BLVD
ST. LOUIS, MO.

Title

The U.S. Code, Title 18 (Crimes and Criminal Procedure), Section 1001, makes it a criminal offense to make a wilfully false statement or representation to any department or agency of the United States as to any matter within its jurisdiction. The individual company information reported on this form is for use in defense mobilization activities. The unauthorized publication or disclosure of individual company information by Government personnel is prohibited by law, and such personnel having access thereto are subject to fine and imprisonment for unauthorized disclosure.

Please complete form before signing certification

8365338

ALN17056232

**Section I - CAPACITY - INTERMEDIATES AND DEFOLIANTS -** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid, (2) "Orange," (3) tetrachlorobenzene, (4) trichlorophenol, (5) picloram, and (6) Tordon 101®.  Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section.  [✓]

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid | lbs. | |
| 2 | 2,4,5-Trichlorophenoxy acetic acid | lbs. | |
| 3 | "Orange"[1] [2] | gals. | |
| 4 | Tetrachlorobenzene | lbs. | |
| 5 | Trichlorophenol, technical grade[3] | lbs. | |
| 6 | Trichlorophenol[4] | lbs. | |
| 7 | Picloram | lbs. | |
| 8 | Tordon 101 ® [5] | gals. | |

9. Is same equipment used to produce "trichlorophenol, technical grade," and "trichlorophenol" except for additional processing required on the higher grade material.   [ ] Yes   [ ] No

**Section II - CAPACITY - DEFOLIANTS -** This section is to be completed by producers of (1) 2, 4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid, or monochloroacetic acid, and/or 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, acetic acid, or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid (2) "Orange" or Alternate to "Orange." (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section.  [ ]

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid, salts | lbs. [6] | |
| 2 | 2,4-Dichlorophenoxy acetic acid, esters | lbs. [6] | |
| 3 | 2,4,5-Trichlorophenoxy acetic acid, salts | lbs. [6] | |
| 4 | 2,4,5-Trichlorophenoxy acetic acid, esters | lbs. | |
| 5 | "Orange" [1] [2] | gals. | |
| 6 | Alternate to "Orange" [2] [7] | gals. | |

7 Is the same equipment used to produce esters of 2,4-D and 2,4,5-T?   [ ] Yes   [ ] No

8. Is there any limitation on the type of esters which the equipment can produce?   [ ] Yes   [ ] No
If response is "Yes," provide explanation.

**Section III - ADDITIONAL CAPACITY, UNDER CONSTRUCTION OR AUTHORIZED - INTERMEDIATES AND DEFOLIANTS -** (See last page for footnotes.)

| Item No. | Item (a) | Unit (b) | Additional capacity (c) | Approximate completion date |
|---|---|---|---|---|
| 1 | 2, 4-D | lbs. [6] | | |
| 2 | 2,4,5-T | lbs. | NONE | |
| 3 | "Orange" [1] [2] | gals. | | 8365339 |
| 4 | Alternate to "Orange" [2] [7] | gals. | | |

| | | | | | |
|---|---|---|---|---|---|
| 5 | Tetrachlorobenzene | lbs. | | —— | —— |
| 6 | Trichlorophenol, technical grade [3] | lbs. | | —— | —— |
| 7 | Trichlorophenol [4] | lbs. | | —— | —— |
| 8 | Picloram | lbs. | | —— | —— |
| 9 | Tordon 101 ® [5] | gals. | | —— | —— |

**Section IV - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - INTERMEDIATES (lbs.).** This section is to be completed by basic producers of tetrachlorobenzene, 2,4,5-T and 2,4,5-T esters and salts. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. (See last page for footnotes.)

| Item No. | Item | Production | Receipts | | Consumption | | Shipments [8] | | End of month stocks |
|---|---|---|---|---|---|---|---|---|---|
| | | | Domestic sources | Foreign sources | "Orange" | Other products | To military defoliant producers | To others | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) |
| 1 | TCB | | 575,000 | | 616,144 | | | | 238,121 |
| 2 | TCP, [3] tech. | | | | | | | | |
| 3 | TCP [4] | | | | | | | | |

**Section V - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid (2) "Orange", (3) picloram, and (4) Tordon 101 ®. (See last page for footnotes.)

| Item No. | Item | Unit | Production | Receipts | | Non-military shipments [8] | | End of month stocks |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources | Foreign sources | Domestic | Exports | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) |
| 1 | 2,4-D | lbs. [6] | | | | | | |
| 2 | 2,4,5-T | lbs. | 625,200 | - | | | ... | 71,600 |
| 3 | "Orange" [1] | gals. | | | | | | |
| 4 | Picloram ® | lbs. | | 10 | 10 | 10 | 10 | 10 |
| 5 | Tordon 101 ® | gals. | | | | | | |

**Section VI - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid and 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid, (2) "Orange" and (3) Alternate to "Orange" made from these esters. (See last page for footnotes.)

| Item No. | Item | Unit | Production | Receipts | | Non-military shipments [8] | | End of month stocks |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources | Foreign sources | Domestic | Exports | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) |
| 1 | 2,4-D, dimethylamine salt | lbs. [6] | | | | | | |
| 2 | 2,4-D, butyl ester | lbs. [6] | | | | | | |
| 3 | 2,4-D, iso-octyl ester | lbs. [6] | | | | | | |
| 4 | 2,4,5-T, butyl ester | lbs. | | | | | | |
| 5 | 2,4,5-T, iso-octyl ester | lbs. | | | | | | |
| | Other salts or esters (Identify): | | | | | | | |
| 6 | | lbs. [6] | | | | | | |
| 7 | | | | | | | | |
| 8 | | lbs. | | | | | | |
| 9 | | lbs. [6] | | | | | | |
| 10 | "Orange" [1] | gals. | | | | | | |
| 11 | Alternate to "Orange" [7] | gals. | | | | | | |

Please continue on reverse

8365340
8365340

**Section VII - SHIPMENTS TO DEPARTMENT OF DEFENSE - DEFOLIANTS[11]** (See below for footnotes; attach additional sheets if necessary.)

| Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) | Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) |
|---|---|---|---|---|---|---|---|
| 1 | "Orange"[1] or Alternate to "Orange"[7] | | | 3 | Tordon 101 ® | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | Total | | NoNE | | Total | | NINE |

| 2 | Technical material contained in total quantity of above material shipped to DoD. | | 4 | Technical material contained in total quantity of above material shipped to DoD. | |
|---|---|---|---|---|---|
| | Item (a) | Quantity (lbs.[4]) (b) | | Item (a) | Quantity (lbs.[4]) (b) |
| | 2,4-D | | | 2,4-D | |
| | 2,4,5-T | | | Picloram | |

**Section VIII - WORK SCHEDULE**

| | Hours per shift | Shifts per day | Days per week |
|---|---|---|---|
| a. Work schedule for previous month | 8 | 3 | 7 |
| b. Anticipated work schedule required for maximum production | 8 | 3 | 7 |

**Footnotes:**
[1]"Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and 2,4,5-T.
[2]Based on capacity to produce 2,4,5-T component and regardless of availability of 2,4-D component.
[3]Trichlorophenol, technical grade - designation assigned to TCP used in production of 2,4,5-T, 2,4,5-T esters and salts, "Orange," or Alternate to "Orange"[7]. It can also be used to produce other products.
[4]Trichlorophenol - Used to denote a higher grade material than that designated trichlorophenol, technical grade.
[5]Based on capacity to produce picloram.
[6]Acid equivalent.
[7]Alternate to "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and iso-octyl ester of 2,4,5-T.
[8]Include transfers within the company, except material transferred to another location to be incorporated into military defoliants.
[9]Shipments on rated orders to producers of military defoliants.
[10]Include picloram in any form except in Tordon 101 ®, which is to be included in items 5 (d), 5 (e), 5 (f), 5 (g), and 5 (h), Section V.
[11]On rated orders.

**Section IX - REMARKS** (Attach additional sheets if necessary.)

NOTE SECTION Ⅳ:
TCB:
BEG. INV.        329,265
RECEIVED        669,160
RETURNS         34,160
ACT RECEIVED    573,000
TOTAL TO ACCOUNT FOR   904,265
USED            616,144
ENDING INVT.    288,121

NOTE SECTION Ⅴ:
2,4,5-T:
BEG. INVT.        103,630
PRODUCTION        625,200
TOTAL TO ACCOUNT FOR   728,830
TOTAL SHIPMENTS   667,230
LESS ALLOWANCE FOR MOISTURE   10,000   657,230
ENDING INVT.      71,600   DDD192

ALL MATERIAL WAS SHIPPED TO MONSANTO'S W. G. KRUMMRICH PLANT AT SAUGET, ILL. FOR PROCESSING INTO ORANGE BAND

8365341

FORM WB345-771 (6-13-67)                Please complete certification on face of form                USCOMM-DC 33370-P67

ALN17056235

This report is required under Section 70 of the Defense Production Act of 1950, as amended.

FORM BDSAF-771
(8-10-67)

BUDGET BUREAU NO. 41-R2107
APPROVAL EXPIRES JUNE 30, 1970

**U.S. DEPARTMENT OF COMMERCE**
BUSINESS AND DEFENSE SERVICES ADMINISTRATION

**INTERMEDIATES AND DEFOLIANTS**
CAPACITY, PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS

Return to: U.S. Department of Commerce
Washington, D.C. 20230
Attention: Business and Defense Services Administration
Chemicals and Allied Products Division - S44

1. Name and address of company (Principal office) (Street, City, State and Zip code) (If name and address has changed please show below)

MONSANTO COMPANY
800 N. LINDBERGH BLVD.
ST. LOUIS, MO.

2. Month and year reported
JUNE 1968

3. Plant name
NITRO

4. Plant location (See Instructions)
N.W. OF NITRO ON VISCOSE ROAD IN PUTNAM COUNTY
STATE OF WEST VIRGINIA

## INSTRUCTIONS

Mailing - Prepare and return one copy of this report to the Business and Defense Services Administration, U.S. Department of Commerce, Washington, D.C. 20230, no later than the 10th of the month following the report month. A separate complete report must be filed for each establishment of your company which in the previous month produced one or more of the items listed in Column (a) of Sections I or II or is scheduled to produce one or more of these items in the future.

File Copy - In addition to the original report form to be returned to us, there is enclosed a file copy for your records. You are not legally required to fill out or retain this file copy. While it would be a convenience to the Government for a file copy to be made and retained for reference purposes, no assurances can be provided that file copies are exempt from compulsory examination or production pursuant to legal process.

Plant Location - In reporting plant location, give the street address, names of the boundary streets between which the plant lies, city, county and state. If the plant does not have a street address, the location may be specified as distance and direction from a town on a State or Federal Highway. For example, the plant location could be reported as 1281 Bradley Street, between Oak Street and Meadow Avenue, Universal City, Wilford County, Maryland, or on State Route 29, 2.4 miles Southwest of Clearbrook, Maynard County, Delaware.

Estimates - If exact data are not available for any item, carefully prepared estimates are acceptable.

Sections I and II - CAPACITY - Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section I. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section II. Report in Column (c) your monthly capacity as of the last day of the month covered in this report, under the following conditions and assumptions:

1. Assume your current product mix.
2. Assume the plant operates on its current work schedule.
3. Take into account the use of only those building facilities and machinery which are in place including useable equipment idle as of the last day of the month covered.
4. Assume the availability of adequate labor force, production materials, utilities, etc.
5. Take into account machinery downtime required for maintenance and repairs needed to sustain peak operations.

Companies are not required to complete line 6, Section II, Alternate to "Orange," until the military specification for this formulation is approved in final form, at which time it will be forwarded by BDSA to all companies required to complete this report.

**Section III - ADDITIONAL CAPACITY UNDER CONSTRUCTION OR AUTHORIZED** - This section is to be completed by companies making expansions either in existing or other facilities. If construction of additional capacity has begun or is authorized at a location at which no capacity currently exists for producing the subject products, a separate report should be completed on that location. Assume the product mix which the plant is scheduled to have when completed. For line 4, Section III, Alternate to "Orange," see instruction on this item under Capacity. Though you have reported specific "additional capacity" in a given month, continue to report that "additional capacity" (column c) in succeeding months and supply a revised "approximate completion date" (column d), until the expansion is complete. BDSA must be kept informed of the latest estimated date of completion for every item of "additional capacity" initially reported.

**Sections IV, V and VI - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS** - For Section IV, see instruction at the beginning of the table. Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section V. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section VI. Production for the purpose of this report is the sum of the quantities produced and consumed in the same plant; produced and transferred to other plants of your company; produced and sold to other companies; and produced and held in stock. On 2,4-D and 2,4,5-T acid, for which the Tariff Commission requires monthly production, include the same data in this report as that furnished the other Agency.

Non-military shipments should include transfers made within the company, except for material transferred from one point to another to be incorporated into military defoliants.

**Section VII - SHIPMENTS TO THE DEPARTMENT OF DEFENSE** - List the date and quantity of each shipment of defoliants to the Department of Defense. Only the total amount of 2,4-D, 2,4,5-T and picloram included in military defoliants shipped in the month is required.

Name of person who should be contacted if questions arise regarding this report
E.A. CUTRIGHT

Telephone No. and Area code
(304) 755-3341

Certification - The undersigned company and the official executing this certification in its behalf hereby certify that the information contained in this report is correct and complete to the best of their knowledge and belief.

Name of company
MONSANTO COMPANY

Signature of authorized official
002109

Address of company
800 N. LINDBERGH BLVD.
ST. LOUIS, MO.

Title

Date

The U.S. Code, Title 18 (Crimes and Criminal Procedure), Section 1001, makes it a criminal offense to make a willfully false statement or representation to any department or agency of the United States as to any matter within its jurisdiction. The individual company information reported on this form is for use in defense mobilization activities. The unauthorized publication or disclosure of individual company information by Government personnel is prohibited by law, and such personnel having access thereto are subject to fine and imprisonment for unauthorized disclosure.

Please complete form before signing certification

USCOMM-DC 31370-P67

8365342

ALN17056236

**Section I - CAPACITY - INTERMEDIATES AND DEFOLIANTS** - This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid, (2) "Orange," (3) tetrachlorobenzene, (4) trichlorophenol, (5) picloram, and (6) Tordon 101®. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. ☒

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid | lbs. | |
| 2 | 2,4,5-Trichlorophenoxy acetic acid | lbs. | |
| 3 | "Orange" [1] [2] | gals. | |
| 4 | Tetrachlorobenzene | lbs. | |
| 5 | Trichlorophenol, technical grade [3] | lbs. | |
| 6 | Trichlorophenol [4] | lbs. | |
| 7 | Picloram | lbs. | |
| 8 | Tordon 101 ® [5] | gals. | |

9. Is same equipment used to produce "trichlorophenol, technical grade," and "trichlorophenol" except for additional processing required on the higher grade material. ☐ Yes ☐ No

**Section II - CAPACITY - DEFOLIANTS** - This section is to be completed by producers of (1) 2, 4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid, or monochloroacetic acid, and/or 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, acetic acid, or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid and (2) "Orange" or Alternate to "Orange." (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. ☐

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid, salts | lbs. [6] | |
| 2 | 2,4-Dichlorophenoxy acetic acid, esters | lbs. [6] | |
| 3 | 2,4,5-Trichlorophenoxy acetic acid, salts | lbs. | |
| 4 | 2,4,5-Trichlorophenoxy acetic acid, esters | lbs. [6] | |
| 5 | "Orange" [1] [2] | gals. | |
| 6 | Alternate to "Orange" [2] [7] | gals. | |

7. Is the same equipment used to produce esters of 2,4-D and 2,4,5-T? ☐ Yes ☐ No

8. Is there any limitation on the type of esters which the equipment can produce? ☐ Yes ☐ No
If response is "Yes," provide explanation.

00212

**Section III - ADDITIONAL CAPACITY, UNDER CONSTRUCTION OR AUTHORIZED - INTERMEDIATES AND DEFOLIANTS** (See last page for footnotes.)

| Item No. | Item (a) | Unit (b) | Additional capacity (c) | Approximate completion date (d) |
|---|---|---|---|---|
| 1 | 2, 4-D | lbs. [6] | — | — |
| 2 | 2,4,5-T | lbs. [6] | NONE | — |
| 3 | "Orange" [1] [2] | gals. | — | — |
| 4 | Alternate to "Orange" [2] [7] | gals. | | — |

8365343

ALN17056237

| | Item | Unit | | |
|---|---|---|---|---|
| | tetrachlorobenzene | lbs. | — | — |
| 6 | Trichlorophenol, technical grade [3] | lbs. | — | — |
| 7 | Trichlorophenol [4] | lbs. | — | — |
| 8 | Picloram | lbs. | — | — |
| 9 | Tordon 101 ® [5] | gals. | — | — |

**Section IV - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - INTERMEDIATES (lbs.).** This section is to be completed by basic producers of tetrachlorobenzene, 2,4,5-T and 2,4,5-T esters and salts. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. *(See last page for footnotes).*

| Item No. | Item | Production | Receipts | | Consumption | | Shipments# | | End of month stocks |
|---|---|---|---|---|---|---|---|---|---|
| | | | Domestic sources | Foreign sources | "Orange" | Other products | To military defoliant producers | To others | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) |
| 1 | TCB | | 848,320 | | 583,632 | | | | 327,265 |
| 2 | TCP, [3] tech. | | | | | | | | |
| 3 | TCP [4] | | | | | | | | |

**Section V - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid (2) "Orange", (3) picloram, and (4) Tordon 101 ®. *(See last page for footnotes).*

| Item No. | Item | Unit | Production | Receipts | | Non-military shipments# | | End of month stocks |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources | Foreign sources | Domestic | Exports | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) |
| 1 | 2,4-D | lbs. [6] | | | | | | |
| 2 | 2,4,5-T | lbs. | 604,790 | | | | | 103,800 |
| 3 | "Orange" [1] | gals. | | | | | | |
| 4 | Picloram | lbs. | | | | 10 | 10 | 10 |
| 5 | Tordon 101 ® | gals. | | | | | | |

**Section VI - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid and 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid, (2) "Orange" and (3) Alternate to "Orange" made from these esters. *(See last page for footnotes).*

| Item No. | Item | Unit | Production | Receipts | | Non-military shipments# | | End of month stocks |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources | Foreign sources | Domestic | Exports | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) |
| 1 | 2,4-D, dimethylamine salt | lbs. [6] | | | | | | |
| 2 | 2,4-D, butyl ester | lbs. [6] | | | | | | |
| 3 | 2,4-D, iso-octyl ester | lbs. [6] | | | | | | |
| 4 | 2,4,5-T, butyl ester | lbs. [6] | | | | | | |
| 5 | 2,4,5-T, iso-octyl ester | lbs. [6] | | | | | | |
| 6 | Other salts or esters *(identify):* | lbs. [6] | | | | | | |
| 7 | | lbs. [6] | | | | | | |
| 8 | | lbs. [6] | | | | | | |
| 9 | | lbs. [6] | | | | | | |
| 10 | "Orange" [1] | gals. | | | | | | |
| 11 | Alternate to "Orange" [7] | gals. | | | | | | |

FORM DUSAF-711 (8-10-67)                    Please continue on reverse                    USCOMM-DC 33370-P67

8365344

ALN17056238

## Section VII - SHIPMENTS TO DEPARTMENT OF DEFENSE - DEFOLIANTS[11] (See below for footnotes; attach additional sheets if necessary.)

| Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) | Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) |
|---|---|---|---|---|---|---|---|
| 1 | "Orange"[1] or Alternate to "Orange"[7] | | | 3 | Tordon 101 [10] | | |
| | | | | | | | |
| | **Total** | | N̲o̲n̲e̲ | | **Total** | | N̲o̲n̲e̲ |
| 2 | Technical material contained in total quantity of above material shipped to DoD. | | | 4 | Technical material contained in total quantity of above material shipped to DoD. | | |

| | Item (a) | Quantity (lbs.[6]) (b) | | | Item (a) | Quantity (lbs.[6]) (b) |
|---|---|---|---|---|---|---|
| | 2,4-D | | | | 2,4-D | |
| | 2,4,5-T | | | | Picloram | |

## Section VIII - WORK SCHEDULE

| | Hours per shift | Shifts per day | Days per week |
|---|---|---|---|
| a. Work schedule for previous month | 8 | 3 | 7 |
| b. Anticipated work schedule required for maximum production | 8 | 3 | 7 |

**Footnotes:**

[1]"Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and 2,4,5-T.
[2]Based on capacity to produce 2,4,5-T component and regardless of availability of 2,4-D component.
[3]Trichlorophenol, technical grade - designation assigned to TCP used in production of 2,4,5-T, 2,4,5-T esters and salts, "Orange," or Alternate to "Orange". It can also be used to produce other products.
[4]Trichlorophenol - Used to denote a higher grade material than that designated trichlorophenol, technical grade.
[5]Based on capacity to produce picloram.
[6]Acid equivalent.
[7]Alternate to "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and iso-octyl ester of 2,4,5-T.
[8]Include transfers within the company, except material transferred to another location to be incorporated into military defoliants.
[9]Shipments on rated orders to producers of military defoliants.
[10]Include picloram in any form except in Tordon 101 [10], which is to be included in items 5 (d), 5 (e), 5 (f), 5 (g), and 5 (h), Section V.
[11]On rated orders.

## Section IX - REMARKS (Attach additional sheets if necessary.)

N̲o̲t̲e̲ S̲e̲c̲t̲i̲o̲n̲ I̲V̲
T C B
  BEG. BALANCE     269,577
  REC.     656,220
  RETURNS    7900   →645,320
  NET ACCEPTS   → 917,577
  TOTAL TO ACC FOR →
  USED     585,132
  ENDING INVENTORY   327,265

ALL MATERIAL SHIPPED TO MONSANTO
W or KRUMMRICH PLANT AT SAUGET, ILL.
FOR PROCESSING INTO ORANGE BAND.

N̲o̲t̲e̲ S̲e̲c̲t̲i̲o̲n̲ V̲
2,4,5 - T
  BEG. BALANCE     51,980
  PROD.     601,790
  TOTAL TO ACC FOR   653,770
  TOTAL SHIPMENTS 560,140
  LESS ALLOWANCE FOR
      MOISTURE   10,000
  NET SHIPMENTS   550,140
  ENDING INV. 103,630

FORM U1I5AI -771 (5-12-67)     Please complete certification on face of form     USCOMM-DC 33316-P67

**8365345**

ALN17056239

This report is required under Section 705 of the Defense Production Act of 1950, as amended.

FORM BDSAF-771
(6-10-67)

U.S. DEPARTMENT OF COMMERCE
BUSINESS AND DEFENSE SERVICES ADMINISTRATION

**INTERMEDIATES AND DEFOLIANTS**

CAPACITY, PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS

Return to: U.S. Department of Commerce
Washington, D.C. 20230
Attention: Business and Defense Services Administration
Chemicals and Allied Products Division - S44

**BUDGET BUREAU NO. 41-R2402**
**APPROVAL EXPIRES JUNE 30, 1970**

1. Name and address of company (Principal office) (Street, City, State and Zip code) (If name and address has changed please show below)

*MONSANTO COMPANY*
*800 N. LINDBERGH BLVD.*
*ST. LOUIS, MO.*

2. Month and year reported

*MAY 1968*

3. Plant name

*NITRO*

4. Plant location (See instructions)

*N. W. of NITRO ON VISCOSE ROAD IN PUTNAM COUNTY*

*STATE of WEST VIRGINIA*

**INSTRUCTIONS**

**Mailing** - Prepare and return one copy of this report to the Business and Defense Services Administration, U.S. Department of Commerce, Washington, D.C. 20230, no later than the 10th of the month following the report month. A separate complete report must be filed for each establishment of your company which is the previous month produced one or more of the items listed in Column (a) of Sections I or II or is scheduled to produce one or more of these items in the future.

**File Copy** - In addition to the original report form to be returned to us, there is enclosed a file copy for your records. You are not legally required to fill out or retain this file copy. While it would be a convenience to the Government for a file copy to be made and retained for reference purposes, no assurances can be provided that file copies are exempt from compulsory examination or production pursuant to legal process.

**Plant Location** - In reporting plant location, give the street address, names of the boundary streets between which the plant lies, city, county and state. If the plant does not have a street address, the location may be specified as distance and direction from a town on a State or Federal Highway. For example, the plant location could be reported as 1281 Bradley Street, between Oak Street and Meadow Avenue, Universal City, Wilford County, Maryland, or on State Route 39, 2.6 miles Southwest of Cleanbrook, Maynard County, Delaware.

**Estimates** - If exact data are not available for any item, carefully prepared estimates are acceptable.

**Sections I and II - CAPACITY** - Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section I. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section II. Report in Column (c) your monthly capacity as of the last day of the month covered in this report, under the following conditions and assumptions:

1. Assume your current product mix.
2. Assume the plant operates on its current work schedule.
3. Take into account the use of only those building facilities and machinery which are in place including useable equipment idle as of the last day of the month covered.
4. Assume the availability of adequate labor force, production materials, utilities, etc.
5. Take into account machinery downtime required for maintenance and repairs needed to sustain peak operations.

Companies are not required to complete line 6, Section II, Alternate to "Orange," until the military specification for this formulation is approved in final form, at which time it will be forwarded by BDSA to all companies required to complete this report.

**Section III - ADDITIONAL CAPACITY UNDER CONSTRUCTION OR AUTHORIZED** - This section is to be completed by companies making expansions either in existing or other facilities. If construction of additional capacity has begun or is authorized at a location at which no capacity currently exists for producing the subject products, a separate report should be completed on that location. Assume the product mix which the plant is scheduled to have when completed. For line 4, Section III, Alternate to "Orange," see instruction on this item under Capacity. Though you have reported specific "additional capacity" in a given month, continue to report that "additional capacity" (column c) in succeeding months and supply a revised "approximate completion date" (column d), until the expansion is complete. BDSA must be kept informed of the latest estimated date of completion for every item of "additional capacity" initially reported.

**Sections IV, V and VI - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS** - For Section IV, see instruction at the beginning of the table. Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section V. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section VI. Production for the purpose of this report is the sum of the quantities produced and consumed in the same plant; produced and transferred to other plants of your company; produced and sold to other companies; and produced and held in stock. On 2,4-D and 2,4,5-T acid, for which the Tariff Commission requires monthly production, include the same data in this report as that furnished the other Agency.

Non-military shipments should include transfers made within the company, except for material transferred from one point to another to be incorporated into military defoliants.

**Section VII - SHIPMENTS TO THE DEPARTMENT OF DEFENSE** - List the date and quantity of each shipment of defoliants to the Department of Defense. Only the total amount of 2,4-D, 2,4,5-T and picloram included in military defoliants shipped in the month is required.

Name of person who should be contacted if questions arise regarding this report

*E. P. CUTRIGHT*

Telephone No. and Area code

*(30A) 755-3341*

Certification - The undersigned company and the official executing this certification in its behalf hereby certify that the information contained in this report is correct and complete to the best of their knowledge and belief.

Name of company

*Monsanto Co.*

Address of company

*800 N LINDBERGH BLVD*
*ST LOUIS, MO.*

Signature of authorized official

Title

Date

The U.S. Code, Title 18 (Crimes and Criminal Procedure), Section 1001, makes it a criminal offense to make a wilfully false statement or representation to any department or agency of the United States as to any matter within its jurisdiction. This individual company information reported on this form is for use in defense mobilization activities. The unauthorized publication or disclosure of company information by Government personnel is prohibited by law, and such personnel having access thereto are subject to fine and imprisonment.

Please complete form before signing certification

USCOMM-DC 32210-P67

8365346

ALN17056240

**Section I - CAPACITY - INTERMEDIATES AND DEFOLIANTS -** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid, (2) "Orange," (3) tetrachlorobenzene, (4) trichlorophenol, (5) picloram, and (6) Tordon 101 Ⓡ. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. ☒

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid | lbs. | |
| 2 | 2,4,5-Trichlorophenoxy acetic acid | lbs. | |
| 3 | "Orange" [1] [2] | gals. | |
| 4 | Tetrachlorobenzene | lbs. | |
| 5 | Trichlorophenol, technical grade [3] | lbs. | |
| 6 | Trichlorophenol [4] | lbs. | |
| 7 | Picloram | lbs. | |
| 8 | Tordon 101 Ⓡ [5] | gals. | |

9. Is same equipment used to produce "trichlorophenol, technical grade," and "trichlorophenol" except for additional processing required on the higher grade material.  ☐ Yes  ☐ No

**Section II - CAPACITY - DEFOLIANTS -** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid, or monochloroacetic acid, and/or 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, acetic acid, or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid and (2) "Orange" or Alternate to "Orange." (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. ☐

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid, salts | lbs. [6] | |
| 2 | 2,4-Dichlorophenoxy acetic acid, esters | lbs. [6] | |
| 3 | 2,4,5-Trichlorophenoxy acetic acid, salts | lbs. [6] | |
| 4 | 2,4,5-Trichlorophenoxy acetic acid, esters | lbs. [6] | |
| 5 | "Orange" [1] [2] | gals. | |
| 6 | Alternate to "Orange" [2] [7] | gals. | |

7. Is the same equipment used to produce esters of 2,4-D and 2,4,5-T?  ☐ Yes  ☐ No

8. Is there any limitation on the type of esters which the equipment can produce?  ☐ Yes  ☐ No
   If response is "Yes," provide explanation.

**Section III - ADDITIONAL CAPACITY, UNDER CONSTRUCTION OR AUTHORIZED - INTERMEDIATES AND DEFOLIANTS** (See last page for footnotes.)

| Item No. | Item (a) | Unit (b) | Additional capacity (c) | Approximate completion date (d) |
|---|---|---|---|---|
| 1 | 2,4-D | lbs. [6] | | |
| 2 | 2,4,5-T | lbs. [6] | NONE | ~~000100~~ |
| 3 | "Orange" [1] [2] | gals. | | |
| 4 | Alternate to "Orange" [2] [7] | gals. | | |

8365347

ALN17056241

| | | | | | |
|---|---|---|---|---|---|
| 5 | Tetrachlorobenzene | lbs. | — | | |
| 6 | Trichlorophenol, technical grade [3] | lbs. | — | | — |
| 7 | Trichlorophenol [4] | lbs. | — | | |
| 8 | Picloram | lbs. | — | | |
| 9 | Tordon 101 ® [5] | gals. | — | | |

**Section IV - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - INTERMEDIATES (lbs.).** This section is to be completed by basic producers of tetrachlorobenzene, 2,4,5-T and 2,4,5-T esters and salts. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. *(See last page for footnotes).*

| Item No. | Item (a) | Production (b) | Receipts | | Consumption | | Shipments [#] | | End of month stocks (i) |
|---|---|---|---|---|---|---|---|---|---|
| | | | Domestic sources (c) | Foreign sources (d) | "Orange" (e) | Other products (f) | To military [#] defoliant producers (g) | To others (h) | |
| 1 | TCB | | 123,740 | | 133,071 | 507,611 | | | 269,577 |
| 2 | TCP, [3] tech. | | | | | | | | |
| 3 | TCP [4] | | | | | | | | |

**Section V - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid (2) "Orange", (3) picloram, and (4) Tordon 101 ®. *(See last page for footnotes).*

| Item No. | Item (a) | Unit (b) | Production (c) | Receipts | | Non-military shipments [#] | | End of month stocks (h) |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources (d) | Foreign sources (e) | Domestic (f) | Exports (g) | |
| 1 | 2,4-D | lbs. [6] | | | | | | |
| 2 | 2,4,5-T | lbs. [6] | 670,220 | | | | | 51,980 |
| 3 | "Orange" [1] | gals. | | | | | | |
| 4 | Picloram | | | | 10 | 10 | 10 | 10 | 10 |
| 5 | Tordon 101 ® | gals. | | | | | | |

**Section VI - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid and 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid, (2) "Orange" and (3) Alternate to "Orange" made from these esters. *(See last page for footnotes).*

| Item No. | Item (a) | Unit (b) | Production (c) | Receipts | | Non-military shipments [#] | | End of month stocks (h) |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources (d) | Foreign sources (e) | Domestic (f) | Exports (g) | |
| 1 | 2,4-D, dimethylamine salt | lbs. [6] | | | | | | |
| 2 | 2,4-D, butyl ester | lbs. [6] | | | | | | |
| 3 | 2,4-D, iso-octyl ester | lbs. [6] | | | | | | |
| 4 | 2,4,5-T, butyl ester | lbs. [6] | | | | | | |
| 5 | 2,4,5-T, iso-octyl ester | lbs. [6] | | | | | | |
| 6 | Other salts or esters (Identify): | lbs. [6] | | | | | | |
| 7 | | lbs. [6] | | | | | | |
| 8 | | lbs. [6] | | | | | | |
| 9 | | lbs. [6] | | | | | | |
| 10 | "Orange" [1] | gals. | | | | | | |
| 11 | Alternate to "Orange" [7] | gals. | | | | | | |

FORM WDSAF-173 (6-14-67)       *Please continue on reverse*       USCOMM-DC 33170-P67

8365348

ALN17056242

**Section VII - SHIPMENTS TO DEPARTMENT OF DEFENSE - DEFOLIANTS[11] (See below for footnotes; attach additional sheets if necessary.)**

| Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) | Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) |
|---|---|---|---|---|---|---|---|
| 1 | "Orange"[1] or Alternate to "Orange"[7] | | | 3 | Tordon 101 ⊛ | | |
| | **Total** | | NONE | | **Total** | | NONE |

| 2 | Technical material contained in total quantity of above material shipped to DoD. | | | 4 | Technical material contained in total quantity of above material shipped to DoD. | |
|---|---|---|---|---|---|---|
| | Item (a) | Quantity (lbs.[6]) (b) | | | Item (a) | Quantity (lbs.[6]) (b) |
| | 2,4-D | | | | 2,4-D | |
| | 2,4,5-T | | | | Picloram | |

**Section VIII - WORK SCHEDULE**

| | Hours per shift | Shifts per day | Days per week |
|---|---|---|---|
| a. Work schedule for previous month | 8 | 3 | 7 |
| b. Anticipated work schedule required for maximum production | 8 | 3 | 7 |

**Footnotes:**
[1] "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and 2,4,5-T.
[2] Based on capacity to produce 2,4,5-T component and regardless of availability of 2,4-D component.
[3] Trichlorophenol, technical grade - designation assigned to TCP used in production of 2,4,5-T, 2,4,5-T esters and salts, "Orange," or Alternate to "Orange". It can also be used to produce other products.
[4] Trichlorophenol - Used to denote a higher grade material than that designated trichlorophenol, technical grade.
[5] Based on capacity to produce picloram.
[6] Acid equivalent.
[7] Alternate to "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and iso-octyl ester of 2,4,5-T.
[8] Include transfers within the company, except material transferred to another location to be incorporated into military defoliants.
[9] Shipments on rated orders to producers of military defoliants.
[10] Include picloram in any form except in Tordon 101 ⊛, which is to be included in items 5 (d), 5 (e), 5 (f), 5 (g), and 5 (h), Section V.
[11] On rated orders.

**Section IX - REMARKS (Attach additional sheets if necessary.)**

NOTE SECTION IV

TCB
  BEG. BALANCE         486,519
  REC.  437,940
  RETURNS  14,300
  NET REC.          423,740
  TOTAL TO ACC.    910,259
  USED             640,682
  ENDING INVENTORY  269,577

NOTE SECTION V

245T  BEG. INV.   78,890
    PRODUCED  670,220
  TOTAL TO ACC.  749,110
  SHIPPED  697,130
  ENDING INV.  51,980

      (00,130)

380,190 lbs were shipped to outside sales. Remainder
of material (316,940) was shipped to Monsanto's   TOTAL SHIP  696,130
plant at Sauget, Ill. for further processing.    ORANGE  165,600
                         SALES  531,500

DD/341-771 (8-10-67)           Please complete certification on face of form         USCOMM-DC 3137H-I'67

8365349

ALN17056243

This report is required under Section — the Defense Produc-
tion Act of 1950, as amended.

BUDGET BUREAU NO. 41-R240;
APPROVAL EXPIRES JUNE 30, 1970

FORM BDSAF-771
(5-10-67)

**U.S. DEPARTMENT OF COMMERCE**
BUSINESS AND DEFENSE SERVICES ADMINISTRATION

**INTERMEDIATES AND DEFOLIANTS**

CAPACITY, PRODUCTION, RECEIPTS, CONSUMPTION,
SHIPMENTS AND STOCKS

Return to: U.S. Department of Commerce
Washington, D.C. 20230
Attention: Business and Defense Services Administration
Chemicals and Allied Products Division - 544

1. Name and address of company (Principal office) (Street, City, State and Zip code) (If name and address has changed please show below)

MONSANTO COMPANY
800 N. LINDBERGH BLVD.
ST. LOUIS MO.

2. Month and year reported

APRIL 1968

3. Plant name

NITRO

4. Plant location (See Instructions)

NW of NITRO on VISCOSE ROAD IN PUTNAM COUNTY

STATE of WEST VIRGINIA.

## INSTRUCTIONS

Mailing - Prepare and return one copy of this report to the Business and Defense Services Administration, U.S. Department of Commerce, Washington, D.C. 20230, no later than the 10th of the month following the report month. A separate complete report must be filed for each establishment of your company which in the previous month produced one or more of the items listed in Column (a) of Sections I or II or is scheduled to produce one or more of these items in the future.

File Copy - In addition to the original report form to be returned to us, there is enclosed a file copy for your records. You are not legally required to fill out or retain this file copy. While it would be a convenience to the Government for a file copy to be made and retained for reference purposes, no assurances can be provided that file copies are exempt from compulsory examination or production pursuant to legal process.

Plant Location - In reporting plant location, give the street address, names of the boundary streets between which the plant lies, city, county and state. If the plant does not have a street address, the location may be specified as distance and direction from a town on a State or Federal Highway. For example, the plant location could be reported as 1281 Bradley Street, between Oak Street and Meadow Avenue, Universal City, Wilford County, Maryland, or on State Route 39, 2.4 miles Southwest of Clearbrook, Maynard County, Delaware.

Estimates - If exact data are not available for any item, carefully prepared estimates are acceptable.

Sections I and II - CAPACITY - Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section I. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section II. Report in Column (c) your monthly capacity as of the last day of the month covered in this report, under the following conditions and assumptions:

1. Assume your current product mix.
2. Assume the plant operates on its current work schedule.
3. Take into account the use of only those building facilities and machinery which are in place including useable equipment idle as of the last day of the month covered.
4. Assume the availability of adequate labor force, production materials, utilities, etc.
5. Take into account machinery downtime required for maintenance and repairs needed to sustain peak operations.

Companies are not required to complete line 6, Section II, Alternate to "Orange," until the military specification for this formulation is approved in final form, at which time it will be forwarded by BDSA to all companies required to complete this report.

Section III - ADDITIONAL CAPACITY UNDER CONSTRUCTION OR AUTHORIZED - This section is to be completed by companies making expansions either in existing or other facilities. If construction of additional capacity has begun or is authorized at a location at which no capacity currently exists for producing the subject products, a separate report should be completed on that location. Assume the product mix which the plant is scheduled to have when completed. For line 4, Section III, Alternate to "Orange," see instruction on this item under Capacity. Though you have reported specific "additional capacity" in a given month, continue to report that "additional capacity" (column c) in succeeding months and supply a revised "approximate completion date" (column d), until the expansion is complete. BDSA must be kept informed of the latest estimated date of completion for every item of "additional capacity" initially reported.

Sections IV, V and VI - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - For Section IV, see instruction at the beginning of the table. Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section V. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section VI. Production for the purpose of this report is the sum of the quantities produced and consumed in the same plant; produced and transferred to other plants of your company; produced and sold to other companies; and produced and held in stock. On 2,4-D and 2,4,5-T acid, for which the Tariff Commission requires monthly production, include the same data in this report as that furnished the other Agency.

Non-military shipments should include transfers made within the company, except for material transferred from one point to another to be incorporated into military defoliants.

Section VII - SHIPMENTS TO THE DEPARTMENT OF DEFENSE - List the date and quantity of each shipment of defoliants to the Department of Defense. Only the total amount of 2,4-D, 2,4,5-T and picloram included in military defoliants shipped in the month is required.

Name of person who should be contacted if questions arise regarding this report

E. A. CUTRIGHT

Telephone No. and Area code

(304) 755 2341

Certification - The undersigned company and the official executing this certification on its behalf hereby certify that the information contained in this report is correct and complete to the best of their knowledge and belief.

Name of company

MONSANTO COMPANY

Signature of authorized official

Address of company

800 N. LINDBERGH BLVD.
ST. LOUIS MO.

Title

Date

The U.S. Code, Title 18 (Crimes and Criminal Procedure), Section 1001, makes it a criminal offense to make a wilfully false statement or representation to any department or agency of the United States as to any matter within its jurisdiction. The individual company information reported on this form is for use in defense mobilization activities. The unauthorized publication or disclosure of individual company information by Government personnel is prohibited by law, and such personnel having access thereto are subject to fine and imprisonment for unauthorized disclosure.

Please complete form before signing certification

8365350

ALN17056244

**Section I - CAPACITY - INTERMEDIATES AND DEFOLIANTS -** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid, (2) "Orange," (3) tetrachlorobenzene, (4) trichlorophenol, (5) picloram, and (6) Tordon 101⑧.  Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section.  ☒

| Item No. (a) | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid | lbs. | |
| 2 | 2,4,5-Trichlorophenoxy acetic acid | lbs. | |
| 3 | "Orange" [1] [3] | gals. | |
| 4 | Tetrachlorobenzene | lbs. | |
| 5 | Trichlorophenol, technical grade[3] | lbs. | |
| 6 | Trichlorophenol[4] | lbs. | |
| 7 | Picloram | lbs. | |
| 8 | Tordon 101⑧ [5] | gals. | |

9. Is same equipment used to produce "trichlorophenol, technical grade," and "trichlorophenol" except for additional processing required on the higher grade material.   ☐ Yes   ☐ No

**Section II - CAPACITY - DEFOLIANTS -** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid, or monochloroacetic acid, and/or 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, acetic acid, or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid and (2) "Orange" or Alternate to "Orange." (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section.  ☐

| Item No. (a) | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid, salts | lbs. [6] | |
| 2 | 2,4-Dichlorophenoxy acetic acid, esters | lbs. [6] | |
| 3 | 2,4,5-Trichlorophenoxy acetic acid, salts | lbs. [6] | |
| 4 | 2,4,5-Trichlorophenoxy acetic acid, esters | lbs. [6] | |
| 5 | "Orange" [1] [2] | gals. | |
| 6 | Alternate to "Orange" [2] [7] | gals. | |

7. Is the same equipment used to produce esters of 2,4-D and 2,4,5-T?   ☐ Yes   ☐ No

8. Is there any limitation on the type of esters which the equipment can produce?   ☐ Yes   ☐ No
   If response is "Yes," provide explanation.

**Section III - ADDITIONAL CAPACITY, UNDER CONSTRUCTION OR AUTHORIZED - INTERMEDIATES AND DEFOLIANTS.** (See last page for footnotes.)

| Item No. (a) | Item (a) | Unit (b) | Additional capacity (c) | Approximate completion date (d) |
|---|---|---|---|---|
| 1 | 2,4-D | lbs. [6] | — | — |
| 2 | 2,4,5-T | lbs. [6] | NONE | — |
| 3 | "Orange" [1] [2] | gals. | — | |

8365351

ALN17056245

| | | | | | |
|---|---|---|---|---|---|
| 5 | Tetrachlorobenzene | lbs. | — | | — |
| 6 | Trichlorophenol, technical grade [3] | lbs. | — | | — |
| 7 | Trichlorophenol [4] | lbs. | — | | — |
| 8 | Picloram | lbs. | — | | — |
| 9 | Tordon 101 ® [5] | gals. | — | | — |

**Section IV - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - INTERMEDIATES (lbs.).** This section is to be completed by basic producers of tetrachlorobenzene, 2,4,5-T and 2,4,5-T esters and salts. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. (See last page for footnotes).

| Item No. | Item | Production | Receipts | | Consumption | | Shipments [#] | | End of month stocks |
|---|---|---|---|---|---|---|---|---|---|
| | | | Domestic sources | Foreign sources | "Orange" | Other products | To military defoliant producers | To others | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) |
| 1 | TCB | | 731,600 | | | 593,133 | | | 466,519 |
| 2 | TCP, [3] tech. | | | | | | | | |
| 3 | TCP [4] | | | | | | | | |

**Section V - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid (2) "Orange", (3) picloram, and (4) Tordon 101 ® . (See last page for footnotes).

| Item No. | Item | Unit | Production | Receipts | | Non-military shipments [#] | | End of month stocks |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources | Foreign sources | Domestic | Exports | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) |
| 1 | 2,4-D | lbs. [6] | | | | | | |
| 2 | 2,4,5-T | lbs. [6] | 606050 | | | | | 78,890 |
| 3 | "Orange" [1] | gals. | | | | | | |
| 4 | Picloram | lbs. | | 10 | 10 | 10 | 10 | 10 |
| 5 | Tordon 101 ® | gals. | | | | | | |

**Section VI - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid and 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid, (2) "Orange" and (3) Alternate to "Orange" made from these esters. (See last page for footnotes).

| Item No. | Item | Unit | Production | Receipts | | Non-military shipments [#] | | End of month stocks |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources | Foreign sources | Domestic | Exports | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) |
| 1 | 2,4-D, dimethylamine salt | lbs. [6] | | | | | | |
| 2 | 2,4-D, butyl ester | lbs. [6] | | | | | | |
| 3 | 2,4-D, iso-octyl ester | lbs. [6] | | | | | | |
| 4 | 2,4,5-T, butyl ester | lbs. [6] | | | | | | |
| 5 | 2,4,5-T, iso-octyl ester | lbs. [6] | | | | | | |
| | Other salts or esters (identify): | | | | | | | |
| 6 | | lbs. [6] | | | | | | |
| 7 | | lbs. [6] | | | | | | |
| 8 | | lbs. [6] | | | | | | |
| 9 | | lbs. [6] | | | | | | |
| 10 | "Orange" [1] | gals. | | | | | | |
| 11 | Alternate to "Orange" [7] | gals. | | | | | | |

FORM BDSAF-771 (8-10-67)   Please continue on reverse   USCOMM-DC 33370-P67

8365352

ALN17056246

## Section VII - SHIPMENTS TO DEPARTMENT OF DEFENSE - DEFOLIANTS[11] (See below for footnotes; attach additional sheets if necessary.)

| Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) | Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) |
|---|---|---|---|---|---|---|---|
| 1 | "Orange"[1] or Alternate to "Orange"[7] | | | 3 | Tordon 101 ® | | |
| | Total | | NONE | | Total | | NONE |

| 2 | Technical material contained in total quantity of above material shipped to DoD. | | 4 | Technical material contained in total quantity of above material shipped to DoD. | |
|---|---|---|---|---|---|
| | Item (a) | Quantity (lbs.[5]) (b) | | Item (a) | Quantity (lbs.[5]) (b) |
| | 2,4-D | | | 2,4-D | |
| | 2,4,5-T | | | Picloram | |

## Section VIII - WORK SCHEDULE

| | Hours per shift | Shifts per day | Days per week |
|---|---|---|---|
| a. Work schedule for previous month | 8 | 3 | 7 |
| b. Anticipated work schedule required for maximum production | 8 | 3 | 7 |

Footnotes:
[1]"Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and 2,4,5-T.
[2]Based on capacity to produce 2,4,5-T component and regardless of availability of 2,4-D component.
[3]Trichlorophenol, technical grade - designation assigned to TCP used in production of 2,4,5-T, 2,4,5-T esters and salts, "Orange," or Alternate to "Orange". It can also be used to produce other products.
[4]Trichlorophenol - Used to denote a higher grade material than that designated trichlorophenol, technical grade.
[5]Based on capacity to produce picloram.
[6]Acid equivalent.
[7]Alternate to "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and iso-octyl ester of 2,4,5-T.
[8]Include transfers within the company, except material transferred to another location to be incorporated into military defoliants.
[9]Shipments on rated orders to producers of military defoliants.
[10]Include picloram in any form except in Tordon 101 ®, which is to be included in items 5 (d), 5 (e), 5 (f), 5 (g), and 5 (h), Section V.
[11]On rated orders.

## Section IX - REMARKS (Attach additional sheets if necessary.)

NOTE  SECTION  IV                                          NOTE  SECTION  I

TCB:                                                       245-T.
 BEG. INVENTORY        348,052                              BEG. INV   88,550
 REC. 744,100                                               PRODUCED  606,050
 RETURNS  12,500                                            TOTAL     694,600
 NET REC.              731,600                              SHIPPED   615,710
 TOTAL TO ACC.        1,079,652                             END. INV.  78,890
 USED.                  543,137
 ENDING INV.           486,519

ALL  SHIPMENTS  WENT  TO  DOMESTIC  USE.  NONE
FOR  ORANGE  BAND

002193

8365353

ALN17056247

This report is required under Section 705 of the Defense Production Act of 1950, as amended.

**BUDGET BUREAU NO. 41-R7402**
**APPROVAL EXPIRES JUNE 30, 1970**

FORM BDSAF-771
(6-10-47)

**U.S. DEPARTMENT OF COMMERCE**
BUSINESS AND DEFENSE SERVICES ADMINISTRATION

## INTERMEDIATES AND DEFOLIANTS
### CAPACITY, PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS

Return to: U.S. Department of Commerce
Washington, D.C. 20230
Attention: Business and Defense Services Administration
Chemicals and Allied Products Division - 544

1. Name and address of company (Principal office) (Street, City, State and Zip code) (If name and address has changed please show below)

MONSANTO COMPANY
800 N. LINDBERGH BLVD
ST. LOUIS, MO.

2. Month and year reported

MARCH 1968

3. Plant name

NITRO

4. Plant location (See Instructions)

NW of NITRO on VISCOSE ROAD in PUTNAM COUNTY
STATE of WEST VIRGINIA

## INSTRUCTIONS

**Mailing** - Prepare and return one copy of this report to the Business and Defense Services Administration, U.S. Department of Commerce, Washington, D.C. 20230, no later than the 10th of the month following the report month. A separate complete report must be filed for each establishment of your company which in the previous month produced one or more of the items listed in Column (a) of Sections I or II or is scheduled to produce one or more of these items in the future.

**File Copy** - In addition to the original report form to be returned to us, there is enclosed a file copy for your records. You are not legally required to fill out or retain this file copy. While it would be a convenience to the Government for a file copy to be made and retained for reference purposes, no assurances can be provided that file copies are exempt from compulsory examination or production pursuant to legal process.

**Plant Location** - In reporting plant location, give the street address, names of the boundary streets between which the plant lies, city, county and state. If the plant does not have a street address, the location may be specified as distance and direction from a town on a State or Federal Highway. For example, the plant location could be reported as 1281 Bradley Street, between Oak Street and Meadow Avenue, Universal City, Wilford County, Maryland, or on State Route 29, 2.4 miles Southwest of Clearbrook, Maynard County, Delaware.

**Estimates** - If exact data are not available for any item, carefully prepared estimates are acceptable.

**Sections I and II - CAPACITY** - Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section I. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section II. Report in Column (c) your monthly capacity as of the last day of the month covered in this report, under the following conditions and assumptions:

1. Assume your current product mix.
2. Assume the plant operates on its current work schedule.
3. Take into account the use of only those building facilities and machinery which are in place including useable equipment idle as of the last day of the month covered.
4. Assume the availability of adequate labor force, production materials, utilities, etc.
5. Take into account machinery downtime required for maintenance and repairs needed to sustain peak operations.

Companies are not required to complete line 6, Section II, Alternate to "Orange," until the military specification for this formulation is approved in final form, at which time it will be forwarded by BDSA to all companies required to complete this report.

**Section III - ADDITIONAL CAPACITY UNDER CONSTRUCTION OR AUTHORIZED** - This section is to be completed by companies making expansions either in existing or other facilities. If construction of additional capacity has begun or is authorized at a location at which no capacity currently exists for producing the subject products, a separate report should be completed on that location. Assume the product mix which the plant is scheduled to have when completed. For line 4, Section III, Alternate to "Orange," see instruction on this item under Capacity. Though you have reported specific "additional capacity" in a given month, continue to report that "additional capacity" (column c) in succeeding months and supply a revised "approximate completion date" (column d), until the expansion is complete. BDSA must be kept informed of the latest estimated date of completion for every item of "additional capacity" initially reported.

**Sections IV, V and VI - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS** - For Section IV, see instruction at the beginning of the table. Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section V. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section VI. Production for the purpose of this report is the sum of the quantities produced and consumed in the same plant; produced and transferred to other plants of your company; produced and sold to other companies; and produced and held in stock. On 2,4-D and 2,4,5-T acid, for which the Tariff Commission requires monthly production, include the same data in this report as that furnished the other Agency.

Non-military shipments should include transfers made within the company, except for material transferred from one point to another to be incorporated into military defoliants.

**Section VII - SHIPMENTS TO THE DEPARTMENT OF DEFENSE** - List the date and quantity of each shipment of defoliants to the Department of Defense. Only the total amount of 2,4-D, 2,4,5-T and picloram included in military defoliants shipped in the month is required.

Name of person who should be contacted if questions arise regarding this report

E. A. CUTRIGHT

Telephone No. and Area code

(304) 755-3341

**Certification** - The undersigned company and the official executing this certification in its behalf hereby certify that the information contained in this report is correct and complete to the best of their knowledge and belief.

Name of company

MONSANTO COMPANY

Signature of authorized official

Address of company 800 N. LINDBERGH BLVD
ST. LOUIS, MO.

Title

Date

The U.S. Code, Title 18 (Crimes and Criminal Procedure), Section 1001, makes it a criminal offense to make a wilfully false statement or representation to any department or agency of the United States as to any matter within its jurisdiction. The individual or company furnishing information required on this form is free to use in defense mobilization activities. The unauthorized publication or disclosure of individual company information by Government personnel is prohibited by law, and such personnel having access thereto are subject to fine and imprisonment for unauthorized disclosure.

Please complete form before signing certification

USCOMM-LIC 13870-P67

8365354

ALN17056248

**Section I - CAPACITY - INTERMEDIATES AND DEFOLIANTS** - This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid, (2) "Orange," (3) tetrachlorobenzene, (4) trichlorophenol, (5) picloram, and (6) Tordon 101®. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. ☒

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid | lbs. | |
| 2 | 2,4,5-Trichlorophenoxy acetic acid | lbs. | |
| 3 | "Orange" [1] [2] | gals. | |
| 4 | Tetrachlorobenzene | lbs. | |
| 5 | Trichlorophenol, technical grade [3] | lbs. | |
| 6 | Trichlorophenol [4] | lbs. | |
| 7 | Picloram | lbs. | |
| 8 | Tordon 101® [5] | gals. | |

9. Is same equipment used to produce "trichlorophenol, technical grade," and "trichlorophenol" except for additional processing required on the higher grade material.    ☐ Yes   ☐ No

**Section II - CAPACITY - DEFOLIANTS** - This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid, or monochloroacetic acid, or 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, acetic acid, or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid and (2) "Orange" or Alternate to "Orange." (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. ☐

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid, salts | lbs. [6] | |
| 2 | 2,4-Dichlorophenoxy acetic acid, esters | lbs. [6] | |
| 3 | 2,4,5-Trichlorophenoxy acetic acid, salts | lbs. [6] | |
| 4 | 2,4,5-Trichlorophenoxy acetic acid, esters | lbs. [6] | |
| 5 | "Orange" [1] [2] | gals. | |
| 6 | Alternate to "Orange" [2] [7] | gals. | |

7. Is the same equipment used to produce esters of 2,4-D and 2,4,5-T?    ☐ Yes   ☐ No

8. Is there any limitation on the type of esters which the equipment can produce?    ☐ Yes   ☐ No
   If response is "Yes," provide explanation.

**Section III - ADDITIONAL CAPACITY, UNDER CONSTRUCTION OR AUTHORIZED - INTERMEDIATES AND DEFOLIANTS**
(See last page for footnotes.)

| Item No. | Item (a) | Unit (b) | Additional capacity (c) | Approximate completion date (d) |
|---|---|---|---|---|
| 1 | 2,4-D | lbs. | — | |
| 2 | 2,4,5-T | lbs. [6] | NONE | ~~NO 1436~~ |
| 3 | "Orange" [1] [2] | gals. | — | |
| 4 | Alternate to "Orange" [2] [7] | gals. | | |

8365355

ALN17056249

| | | | | | |
|---|---|---|---|---|---|
| 6 | Trichlorophenol, technical grade [3] | lbs. | — | — | — |
| 7 | Trichlorophenol [4] | lbs. | — | — | — |
| 8 | Picloram | lbs. | — | — | — |
| 9 | Tordon 101 ® [5] | gals. | — | — | — |

**Section IV - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - INTERMEDIATES (lbs.).** This section is to be completed by basic producers of tetrachlorobenzene, 2,4,5-T and 2,4,5-T esters and salts. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. *(See last page for footnotes.)*

| Item No. | Item (a) | Production (b) | Receipts | | Consumption | | Shipments# | | End of month stocks |
|---|---|---|---|---|---|---|---|---|---|
| | | | Domestic sources (c) | Foreign sources (d) | "Orange" (e) | Other products (f) | To military[g] defoliant producers (g) | To others (h) | (i) |
| 1 | TCB | | 588,540 | | 612,281 | | | | 348,052 |
| 2 | TCP, [3] tech. | | | | | | | | |
| 3 | TCP [4] | | | | | | | | |

**Section V - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid (2) "Orange", (3) picloram, and (4) Tordon 101 ® . *(See last page for footnotes.)*

| Item No. | Item (a) | Unit (b) | Production (c) | Receipts | | Non-military shipments# | | End of month stocks |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources (d) | Foreign sources (e) | Domestic (f) | Exports (g) | (h) |
| 1 | 2,4-D | lbs. [6] | | | | | | |
| 2 | 2,4,5-T | lbs. | 594320 | | | | | 88,550 |
| 3 | "Orange" [1] | gals. | | | | | | |
| 4 | Picloram | lbs. | | 10 | 10 | 10 | 10 | 10 |
| 5 | Tordon 101 ® | gals. | | | | | | |

**Section VI - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid and 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid, (2) "Orange" and (3) Alternate to "Orange" made from these esters. *(See last page for footnotes.)*

| Item No. | Item (a) | Unit (b) | Production (c) | Receipts | | Non-military shipments# | | End of month stocks |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources (d) | Foreign sources (e) | Domestic (f) | Exports (g) | (h) |
| 1 | 2,4-D, dimethylamine salt | lbs. [6] | | | | | | |
| 2 | 2,4-D, butyl ester | lbs. [6] | | | | | | |
| 3 | 2,4-D, iso-octyl ester | lbs. [6] | | | | | | |
| 4 | 2,4,5-T, butyl ester | lbs. | | | | | | |
| 5 | 2,4,5-T, iso-octyl ester | lbs. | | | | | | |
| | Other salts or esters *(Identify)*: | | | | | | | |
| 6 | | lbs. [6] | | | | | | |
| 7 | | lbs. | | | | | | |
| 8 | | lbs. | | | | | | |
| 9 | | lbs. [6] | | | | | | |
| 10 | "Orange" [1] | gals. | | | | | | |
| 11 | Alternate to "Orange" [7] | gals. | | | | | | |

FORM DDSAP-771 (8-10-67)                    Please continue on reverse                    USCOMM-DC 35170-P67

802137

8365356

ALN17056250

**Section VII - SHIPMENTS TO DEPARTMENT OF DEFENSE - DEFOLIANTS** *(See below for footnotes; attach additional sheets if necessary.)*

| Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) | Item No. | Item (a) | Date on D.D. 250 (b) | Quantity (gals.) (c) |
|---|---|---|---|---|---|---|---|
| 1 | "Orange"[1] or Alternate to "Orange"[7] | | | 3 | Tordon 101 ® | | |
| | | | | | | | |
| | | | | | | | |
| | Total | | NONE | | Total | | NONE |

| 2 | Technical material contained in total quantity of above material shipped to DoD. | | 4 | Technical material contained in total quantity of above material shipped to DoD. | |
|---|---|---|---|---|---|
| | Item (a) | Quantity (lbs.[6]) (b) | | Item (a) | Quantity (lbs.[6]) (b) |
| | 2,4-D | | | 2,4-D | |
| | 2,4,5-T | | | Picloram | |

**Section VIII - WORK SCHEDULE**

| | Hours per shift | Shifts per day | Days per week |
|---|---|---|---|
| a. Work schedule for previous month | 8 | 3 | 7 |
| b. Anticipated work schedule required for maximum production | 8 | 3 | 7 |

Footnotes:
[1] "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and 2,4,5-T.
[2] Based on capacity to produce 2,4,5-T component and regardless of availability of 2,4-D component.
[3] Trichlorophenol, technical grade - designation assigned to TCP used in production of 2,4,5-T, 2,4,5-T esters and salts, "Orange," or Alternate to "Orange". It can also be used to produce other products.
[4] Trichlorophenol - Used to denote a higher grade material than that designated trichlorophenol, technical grade.
[5] Based on capacity to produce picloram.
[6] Acid equivalents.
[7] Alternate to "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and iso-octyl ester of 2,4,5-T.
[8] Include transfers within the company, except material transferred to another location to be incorporated into military defoliants.
[9] Shipments on rated orders to producers of military defoliants.
[10] Include picloram in any form except in Tordon 101 ®, which is to be included in items 5 (d), 5 (e), 5 (f), 5 (g), and 5 (h), Section V.
[11] On rated orders.

**Section IX - REMARKS** *(Attach additional sheets if necessary.)*

NOTE · Section IV

TCB:
Beginning Inv. ~~371,793~~ 371,793
Rec. Plant 599,240
Less Returns 10,700
Net Received ~~588,540~~ 588,540
Total Avail. 460,333
Less Usage 613,261
Ending Inv. 34H,052

NOTE Section V

2,4,5-T
Beg. Inv. 26,950
Production 599,320
Total 626,770
Shipping 533,220
Ending Inv. 58,550

532,220 lbs were shipped to Monsanto's W.G. Krummrich Plant at Sauget Illinois for further processing. All material was for Orange Band.

009139

8365357

| | |
|---|---|
| This report is required under Section 705 of the Defense Production Act of 1950, as amended. | **BUDGET BUREAU NO. 41-R2402**<br>**APPROVAL EXPIRES JUNE 30, 1970** |
| **FORM BDSAF-771**<br>**(5-10-67)**<br><br>**U.S. DEPARTMENT OF COMMERCE**<br>**BUSINESS AND DEFENSE SERVICES ADMINISTRATION**<br><br>**INTERMEDIATES AND DEFOLIANTS**<br><br>**CAPACITY, PRODUCTION, RECEIPTS, CONSUMPTION,**<br>**SHIPMENTS AND STOCKS**<br><br>Return to: U.S. Department of Commerce<br>Washington, D.C. 20230<br>Attention: Business and Defense Services Administration<br>Chemicals and Allied Products Division - 544 | 1. Name and address of company (Principal office) (Street, City, State and Zip code) (If name and address has changed please show below)<br><br>MONSANTO COMPANY<br>800 N. LINDBERGH BLVD<br>ST. LOUIS, MO. |

| 2. Month and year reported | 3. Plant name |
|---|---|
| February 1968 | NITRO |

4. Plant location (See Instructions)

NW of NITRO on VISCOSE ROAD IN PUTNAM COUNTY STATE of WEST VIRGINIA

**INSTRUCTIONS**

**Mailing** - Prepare and return one copy of this report to the Business and Defense Services Administration, U.S. Department of Commerce, Washington, D.C. 20230, no later than the 10th of the month following the report month. A separate complete report must be filed for each establishment of your company which in the previous month produced one or more of the items listed in Column (a) of Sections I or II or is scheduled to produce one or more of these items in the future.

**File Copy** - In addition to the original report form to be returned to us, there is enclosed a file copy for your records. You are not legally required to fill out or retain this file copy. While it would be a convenience to the Government for a file copy to be made and retained for reference purposes, no assurances can be provided that file copies are exempt from compulsory examination or production pursuant to legal process.

**Plant Location** - In reporting plant location, give the street address, names of the boundary streets between which the plant lies, city, county and state. If the plant does not have a street address, the location may be specified as distance and direction from a town on a State or Federal Highway. For example, the plant location could be reported as 1281 Bradley Street, between Oak Street and Meadow Avenue, Universal City, Wilford County, Maryland, or on State Route 29, 2.4 miles Southwest of Clearbrook, Maynard County, Delaware.

**Estimates** - If exact data are not available for any item, carefully prepared estimates are acceptable.

**Sections I and II - CAPACITY** - Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section I. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section II. Report in Column (c) your monthly capacity as of the last day of the month covered in this report, under the following conditions and assumptions:

1. Assume your current product mix.
2. Assume the plant operates on its current work schedule.
3. Take into account the use of only those building facilities and machinery which are in place including useable equipment idle as of the last day of the month covered.
4. Assume the availability of adequate labor force, production materials, utilities, etc.
5. Take into account machinery downtime required for maintenance and repairs needed to sustain peak operations.

Companies are not required to complete line 6, Section II, Alternate to "Orange," until the military specification for this formulation is approved in final form, at which time it will be forwarded by BDSA to all companies required to complete this report.

**Section III - ADDITIONAL CAPACITY UNDER CONSTRUCTION OR AUTHORIZED** - This section is to be completed by companies making expansions either in existing or other facilities. If construction of additional capacity has begun or is authorized at a location at which no capacity currently exists for producing the subject products, a separate report should be completed on that location. Assume the product mix which the plant is scheduled to have when completed. For line 4, Section III, Alternate to "Orange," see instruction on this item under Capacity. Though you have reported specific "additional capacity" in a given month, continue to report that "additional capacity" (column c) in succeeding months and supply a revised "approximate completion date" (column d), until the expansion is complete. BDSA must be kept informed of the latest estimated date of completion for every item of "additional capacity" initially reported.

**Sections IV, V and VI - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS** - For Section IV, see instruction at the beginning of the table. Basic producers who separate 2,4-D and/or 2,4,5-T acid will report in Section V. Basic producers who do not separate 2,4-D and/or 2,4,5-T acid will report in Section VI. Production for the purpose of this report is the sum of the quantities produced and consumed in the same plant; produced and transferred to other plants of your company; produced and sold to other companies; and produced and held in stock. On 2,4-D and 2,4,5-T acid, for which the Tariff Commission requires monthly production, include the same data in this report as that furnished the other Agency.

Non-military shipments should include transfers made within the company, except for material transferred from one point to another to be incorporated into military defoliants.

**Section VII - SHIPMENTS TO THE DEPARTMENT OF DEFENSE** - List the date and quantity of each shipment of defoliants to the Department of Defense. Only the total amount of 2,4-D, 2,4,5-T and picloram included in military defoliants shipped in the month is required.

| Name of person who should be contacted if questions arise regarding this report | Telephone No. and Area code |
|---|---|
| E. A. CUTRIGHT | (304) 755-3341 |

**Certification** - The undersigned company and the official executing this certification in its behalf hereby certify that the information contained in this report is correct and complete to the best of their knowledge and belief.

| Name of company | Signature of authorized official |
|---|---|
| H. SANTO COMPANY | |
| Address of company 800 N. LINDBERGH BLVD<br>St. Louis, Mo. | Title | Date |

The U.S. Code, Title 18 (Crimes and Criminal Procedure), Section 1001, makes it a criminal offense to make a willfully false statement or representation to any department or agency of the United States as to any matter within its jurisdiction. The individual company information reported on this form is for use in defense mobilization activities. The unauthorized publication or disclosure of individual company information by Government personnel is prohibited by law, and such personnel having access thereto are subject to fine and imprisonment for unauthorized disclosure.

**Please complete form before signing certification**

USCOMM-DC 33370-P6

002189

8365358

**Section I - CAPACITY - INTERMEDIATES AND DEFOLIANTS** - This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid, (2) "Orange," (3) tetrachlorobenzene, (4) trichlorophenol, (5) picloram, and (6) Tordon 101 ®. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. ☒

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid | lbs. | |
| 2 | 2,4,5-Trichlorophenoxy acetic acid | lbs. | |
| 3 | "Orange" [1] [2] | gals. | |
| 4 | Tetrachlorobenzene | lbs. | |
| 5 | Trichlorophenol, technical grade [3] | lbs. | |
| 6 | Trichlorophenol [4] | lbs. | |
| 7 | Picloram | lbs. | |
| 8 | Tordon 101 ® [5] | gals. | |

9. Is same equipment used to produce "trichlorophenol, technical grade," and "trichlorophenol" except for additional processing required on the higher grade material. ☐ Yes ☐ No

**Section II - CAPACITY - DEFOLIANTS** - This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid, or monochloroacetic acid, and/or 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, acetic acid, or monochloroacetic acid, as well as tetrachlorobenzene or trichlorophenol, without separating the acid and (2) "Orange" or Alternate to "Orange." (See last page for footnotes.)

If capacity has not changed since last report, check here and do not complete this section. ☐

| Item No. | Item (a) | Unit (b) | Monthly capacity as of last day of the month (c) |
|---|---|---|---|
| 1 | 2,4-Dichlorophenoxy acetic acid, salts | lbs. [6] | |
| 2 | 2,4-Dichlorophenoxy acetic acid, esters | lbs. [6] | |
| 3 | 2,4,5-Trichlorophenoxy acetic acid, salts | lbs. | |
| 4 | 2,4,5-Trichlorophenoxy acetic acid, esters | lbs. [6] | |
| 5 | "Orange" [1] [2] | gals. | |
| 6 | Alternate to "Orange" [2] [7] | gals. | |

7. Is the same equipment used to produce esters of 2,4-D and 2,4,5-T? ☐ Yes ☐ No

8. Is there any limitation on the type of esters which the equipment can produce? ☐ Yes ☐ No
If response is "Yes," provide explanation.

**Section III - ADDITIONAL CAPACITY, UNDER CONSTRUCTION OR AUTHORIZED - INTERMEDIATES AND DEFOLIANTS** (See last page for footnotes.)

| Item No. | Item (a) | Unit (b) | Additional capacity (c) | Approximate completion date (d) |
|---|---|---|---|---|
| 1 | 2,4-D | lbs. [6] | — | — |
| 2 | 2,4,5-T | lbs. [6] | NONE | — |
| 3 | "Orange" [1] [2] | gals. | — | ~~002140~~ |
| 4 | Alternate to "Orange" [2] [7] | gals. | — | |

8365359

ALN17056253

| | | | | |
|---|---|---|---|---|
| 5 | Tetrachlorobenzene | lbs. | — | — |
| 6 | Trichlorophenol, technical grade [3] | lbs. | — | — |
| 7 | Trichlorophenol [4] | lbs. | — | — |
| 8 | Picloram [4] | lbs. | — | — |
| 9 | Tordon 101 ® [5] | gals. | — | — |

**Section IV - PRODUCTION, RECEIPTS, CONSUMPTION, SHIPMENTS AND STOCKS - INTERMEDIATES (lbs.).** This section is to be completed by basic producers of tetrachlorobenzene, 2,4,5-T and 2,4,5-T esters and salts. Producers of 2,4,5-T who do not separate trichlorophenol are not required to report on this item. (See last page for footnotes).

| Item No. | Item (a) | Production (b) | Receipts | | Consumption | | Shipments# | | End of month stocks (i) |
|---|---|---|---|---|---|---|---|---|---|
| | | | Domestic sources (c) | Foreign sources (d) | "Orange" (e) | Other products (f) | To military defoliant producers (g) | To others (h) | |
| 1 | TCB | | 499,280 | | 123,134 | | | | 371,783 |
| 2 | TCP, [3] tech. | | | | | | | | |
| 3 | TCP [4] | | | | | | | | |

**Section V - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid and/or 2,4,5-trichlorophenoxy acetic acid who separate the acid (2) "Orange", (3) picloram, and (4) Tordon 101 ®. (See last page for footnotes).

| Item No. | Item (a) | Unit (b) | Production (c) | Receipts | | Non-military shipments | | End of month stocks (h) |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources (d) | Foreign sources (e) | Domestic (f) | Exports (g) | |
| 1 | 2,4-D | lbs. [6] | | | | | | |
| 2 | 2,4,5-T | lbs. [6] | 407560 | | | | | 26450 |
| 3 | "Orange" [1] | gals. | | | | | | |
| 4 | Picloram | lbs. | | . 10 | 10 | 10 | 10 | 10 |
| 5 | Tordon 101 ® | gals. | | | | | | |

**Section VI - PRODUCTION, RECEIPTS, NON-MILITARY SHIPMENTS AND STOCKS - DEFOLIANTS.** This section is to be completed by producers of (1) 2,4-dichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid and 2,4,5-trichlorophenoxy acetic acid salts and/or esters from chlorine, phenol, dichlorophenol, acetic acid or monochloroacetic acid, as well as 2,4,5-trichlorophenol, without separating the acid, (2) "Orange" and (3) Alternate to "Orange" made from these esters. (See last page for footnotes).

| Item No. | Item (a) | Unit (b) | Production (c) | Receipts | | Non-military shipments# | | End of month stocks (h) |
|---|---|---|---|---|---|---|---|---|
| | | | | Domestic sources (d) | Foreign sources (e) | Domestic (f) | Exports (g) | |
| 1 | 2,4-D, dimethylamine salt | lbs. [6] | | | | | | |
| 2 | 2,4-D, butyl ester | lbs. [6] | | | | | | |
| 3 | 2,4-D, iso-octyl ester | lbs. [6] | | | | | | |
| 4 | 2,4,5-T, butyl ester | lbs. [6] | | | | | | |
| 5 | 2,4,5-T, iso-octyl ester | lbs. [6] | | | | | | |
| | Other salts or esters (Identify): | | | | | | | |
| 6 | | lbs. [6] | | | | | | |
| 7 | | lbs. [6] | | | | | | |
| 8 | | lbs. [6] | | | | | . | . |
| 9 | | lbs. [6] | | | | | | |
| 10 | "Orange" [1] | gals. | | . | | | | |
| 11 | Alternate to "Orange" [7] | gals. | | | | | | |

002141

FORM DDSAF-771 (8-10-67)          Please continue on reverse          USCOMM-DC 35170-P67

ALN17056254

**Section VII - SHIPMENTS TO DEPARTMENT OF DEFENSE - DEFOLIANTS[11]** (See below for footnotes; attach additional sheets if necessary.)

| Item No. | Item | Date on D.D. 250 (b) | Quantity (gals.) (c) | Item No. | Item | Date on D.D. 250 (b) | Quantity (gals.) (c) |
|---|---|---|---|---|---|---|---|
| 1 | "Orange"[1] or Alternate to "Orange"[7] | | | 3 | Tordon 101 ⑩ | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | Total | | NONE | | Total | | NONE |

| | Technical material contained in total quantity of above material shipped to DoD. | | | Technical material contained in total quantity of above material shipped to DoD. | |
|---|---|---|---|---|---|
| 2 | Item (a) | Quantity (lbs.[6]) (b) | 4 | Item (a) | Quantity (lbs.[6]) (b) |
| | 2,4-D | | | 2,4-D | |
| | 2,4,5-T | | | Picloram | |

**Section VIII - WORK SCHEDULE**

| | Hours per shift | Shifts per day | Days per week |
|---|---|---|---|
| a. Work schedule for previous month | 8 | 3 | 7 |
| b. Anticipated work schedule required for maximum production | 8 | 3 | 7 |

**Footnotes:**

[1] "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and 2,4,5-T.

[2] Based on capacity to produce 2,4,5-T component and regardless of availability of 2,4-D component.

[3] Trichlorophenol, technical grade - designation assigned to TCP used in production of 2,4,5-T, 2,4,5-T esters and salts, "Orange," or Alternate to "Orange". It can also be used to produce other products.

[4] Trichlorophenol - Used to denote a higher grade material than that designated trichlorophenol, technical grade.

[5] Based on capacity to produce picloram.

[6] Acid equivalent.

[7] Alternate to "Orange" - designation assigned to military defoliant formulation of butyl ester of 2,4-D and iso-octyl ester of 2,4,5-T.

[8] Include transfers within the company, except material transferred to another location to be incorporated into military defoliants.

[9] Shipments on rated orders to producers of military defoliants.

[10] Include picloram in any form except in Tordon 101 ⑩, which is to be included in items 5 (d), 5 (e), 5 (f), 5 (g), and 5 (h), Section V.

[11] On rated orders.

**Section IX - REMARKS** (Attach additional sheets if necessary.)

NOTE: SECTION Ⅳ                                                      NOTE SECT. Ⅴ

TCB:                                                                    245 T:

Rec. Plant          509,750                    Beginning Inventory    54,056
Less Returns         10,500                    Production            407,560
Net Rec.            499,260                     Total to Account for   461,610
Beginning Inventory  395,647                    Less Shipments        435,160
Total to Account for 894,927                    Ending Inventory      26,450
Less Usage          423,134
Ending Inventory    371,793

435,160 lbs. were shipped to Monsanto's W.G. Krummich Plant at Sauget Illinois for further processing. All material was ... [illegible] ... Band.

Please complete certification on face of form

USCOMM-DC 31170-P67

8365361

ALN17056255